# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TAMARA K. ALSAADA, et al.,<br><br>           Plaintiffs,<br><br>  v.<br><br>CITY OF COLUMBUS, et al.,<br><br>           Defendants. | Case No. 2:20-cv-3431<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Kimberly A. Jolson<br><br>**NOTICE OF APPEARANCE** |

Defendants City of Columbus, Thomas Quinlan, David Gitlitz, Shawn Dye, Michael Eschenburg, Thomas Hammel, Holly Kanode, Kenneth Kirby, and Franklin Lucci give notice to the Court, the Clerk, and Plaintiffs that Assistant City Attorney Andria C. Noble (0086365) is appearing as co-counsel in this matter and will assist Assistant City Attorneys Westley M. Phillips (0077728), Stephen J. Steinberg (0067506), Michael R. Halloran (0089093), Janet R. Hill Arbogast (0061955), and Alana V. Tanoury (0092265). Assistant City Attorney Phillips remains Defendants' lead counsel in this matter.

Respectfully Submitted,

/s/ *Andria C. Noble*
Westley M. Phillips (0077728) – Lead
Janet R. Hill Arbogast (0061955)
Stephen J. Steinberg (0067506)
Andria C. Noble (0086365)
Michael R. Halloran (0089093)
Alana V. Tanoury (0092265)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)

- 2 -

wmphillips@columbus.gov
jrhillarbogast@columbus.gov
sjsteinberg@columbus.gov
acnoble@columbus.gov
mrhalloran@columbus.gov
avtanoury@columbus.gov

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that, on December 8, 2020, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ *Andria C. Noble*
Andria C. Noble (0086365)