IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - - - -

Tamara K. Alsaada          :
et al.,
                           :

     Plaintiffs,
                           :

     vs.                   Case No. 2:20-cv-3431
                           : Judge Marbley
City of Columbus,            Magistrate Judge Jolson
Ohio, et al.,              :

     Defendants.           :


- - - - -

30(b)(6) DEPOSITION OF CHIEF MICHAEL WOODS
VIA VIDEOCONFERENCE

- - - - -


Taken at City of Columbus
Division of Police
120 Marconi Boulevard
Columbus, OH 43215
February 4, 2021, 10:01 a.m.




- - - - -


Spectrum Reporting LLC
400 South Fifth Street, Ste. 201
Columbus, Ohio 43215
614-444-1000 or 800-635-9071
www.spectrumreporting.com

- - - - -

```
1              A P P E A R A N C E S
2
3    ON BEHALF OF PLAINTIFFS:

4        Marshall & Forman, LLC
         250 Civic Center Drive, Ste. 480
5        Columbus, OH 43215
         By John S. Marshall, Esq.
6          (Via videoconference)
           Edward R. Forman, Esq.
7          (Via videoconference)
           Madeline J. Rettig, Esq.
8          (Via videoconference)

9        The Gittes Law Group
         723 Oak Street
10       Columbus, OH 43205
         By Jeffrey P. Vardaro, Esq.
11         (Via videoconference)

12       Walton + Brown, LLP
         395 East Broad Street, Ste. 200
13       Columbus, OH 43215
         By Chanda L. Brown, Esq. (Via videoconference)
14         Sean L. Walton, Esq.
           (Via videoconference)
15
16   ON BEHALF OF DEFENDANTS:

17       Columbus City Attorney's Office
         77 North Front Street
18       Columbus, OH 43215
         By Westley M. Phillips, Esq.
19         (Via videoconference)
           Alana Valle Tanoury, Esq.
20         (Via videoconference)

21   ON BEHALF OF THE WITNESS:
22       Cloppert Latanick Sauter & Washburn
         225 East Broad Street
23       Columbus, OH 43215
         By Ronald H. Snyder, Esq.
24         (Via videoconference)
```

```
1                Thursday Morning Session
2                February 4, 2021, 10:01 a.m.
3                     - - - - -
4            S T I P U L A T I O N S
5                     - - - - -
6        It is stipulated by counsel in attendance that
7    the deposition of Chief Michael Woods, a witness
8    herein, called by the Plaintiffs for
9    cross-examination, may be taken at this time by
10   the notary pursuant to notice and subsequent
11   agreement of counsel that said deposition may be
12   reduced to writing in stenotypy by the notary,
13   whose notes may thereafter be transcribed out of
14   the presence of the witness; that proof of the
15   official character and qualification of the notary
16   is waived.
17                    - - - - -
18
19
20
21
22
23
24
```

```
1                    I N D E X
2    Examination By                             Page
3    Mr. Marshall - Cross                          6
4
     Exhibits                                   Page
5
     Exhibit 1 - Affidavit of Michael Woods      141
6
     Exhibit 8 - Columbus Police Division        106
7                Directive, Use of Force
8    Exhibit 9 - Columbus Police Division        106
                 Directive, Chemical Agents
9                and Intermediate Weapons
                 Regulations
10
     Exhibit 31 - Event Information Log, P200384236   105
11
12
13
14
15
16
17
18
19
20
21
22   (Exhibits attached electronically.  Hard copies were
     never in Spectrum's possession.)
23
24
```

1    THE REPORTER:  To start us off, would
2 counsel please introduce themselves for the
3 record, state who they represent, state who is in
4 the room with them, and also state their consent
5 to the remote administration of the oath, please.
6    MR. MARSHALL:  Yeah.  Let me -- to be
7 efficient, let me do that for everybody I see on
8 for the plaintiffs, and if somebody has got
9 somebody who is sneaking around the room with
10 them, let us know.  Otherwise, I don't -- I think
11 everyone's in the room by themselves.  I am.
12    John Marshall, Chanda Brown, Sean
13 Walton, Jeff Vardaro, and Maddie Rettig, on behalf
14 of the plaintiffs.  And, yes, we consent to remote
15 deposition.
16    MR. PHILLIPS:  Wes Phillips, for the
17 defendants, and we also consent.
18    MR. SNYDER:  Yeah.  I'm Ronald Snyder,
19 with Cloppert Latanick Sauter & Washburn.  I'm
20 Chief Woods' personal attorney, and I also consent
21 to the remote.
22                    - - - - -
23
24

1      CHIEF MICHAEL WOODS
2  being first duly sworn, testifies and says as
3  follows:
4           CROSS-EXAMINATION
5  BY MR. MARSHALL:
6  Q.      Good morning, Chief.  My name is John
7  Marshall.  Would you please give your name.
8  A.      Sure.  It's Michael Woods, W-o-o-d-s.
9  Q.      Chief, I'm going to describe some
10  ground rules for today's deposition.  The first
11  and most important, and especially because we're
12  doing this remotely, is that I want you to make
13  sure that you've heard and fully understood my
14  questions.  So if at any point you're not sure
15  about a question or you don't think that you
16  understand a question, please have me say it again
17  or explain the question so that you have a
18  complete understanding before you give us an
19  answer.  Will you do that today?
20  A.      Yes.
21  Q.      I ask all witnesses whether they have
22  any health condition or take any medication that
23  affects their memory.
24  A.      I do not.

1  Q.      Do you have any health conditions or
2  take any medication that affects your ability to
3  answer questions truthfully?
4  A.      I do not.
5  Q.      We're not going to ask for any contact
6  information on the record because we have an
7  agreement with the city attorney that if we need
8  to subpoena you for the upcoming preliminary
9  injunction hearing or any other trial or hearing
10  in this matter, that they will accept the service
11  of the subpoena on your behalf.
12           MR. MARSHALL:  Wes, is that correct?
13           MR. PHILLIPS:  That is correct.
14           MR. MARSHALL:  And if, for some reason,
15  Chief Woods is no longer with the City, because
16  he's decided to retire to the Fiji islands or some
17  other warmer place, then you will give us contact
18  information so we can secure his attendance?
19           MR. PHILLIPS:  That's correct.
20           MR. MARSHALL:  Thank you.
21  Q.      Chief, how long have you been with the
22  Columbus Division of Police?
23  A.      Thirty-two-plus years.  It will be 33
24  in April.

1  Q.      You were recently named interim chief
2  after Chief Quinlan was no longer chief.
3  Congratulations.  Have you determined whether
4  you're going to seek the permanent chief's job?
5  A.      I am not seeking the permanent chief's
6  job.
7  Q.      Have you set a retirement date?
8  A.      I have set a retirement month.
9  Q.      Okay.  How about a year?
10  A.      This year, 2021.
11           (Mr. Forman entered the
12  videoconference.)
13  Q.      Okay.  So what month and year do you
14  plan to retire?
15  A.      I plan on retiring in April of 2021.
16  Q.      Is that something that you informed the
17  mayor about when you were asked to serve as
18  interim chief?
19  A.      I did not speak to the mayor directly.
20  I informed the public safety director and a member
21  of the mayor's staff.
22  Q.      Were you asked to serve as interim
23  chief or did you volunteer?
24  A.      I was asked, and I agreed.

1  Q.      When in April -- do you have a date in
2  April that you plan to retire?
3  A.      I have two dates that are possibles,
4  but I also agreed that I would try and be
5  available until a chief is selected.  So,
6  initially, I had April 9th, but if a chief was not
7  in place, I would try and stay until the 23rd to
8  give the City the opportunity to get a new chief
9  in place.
10  Q.      You're here today to testify in part
11  under a special rule of civil procedure that we
12  lawyers refer to as Rule 30(b)(6).  Have you heard
13  of that before?
14  A.      I was briefed on that, yes.
15  Q.      All right.  So part of your deposition
16  today -- and it will largely be the first part of
17  it -- is going to be under that rule.  And under
18  that rule, you've been designated to speak on
19  behalf of the City with respect to certain topics.
20  Do you understand that?
21  A.      Yes.
22  Q.      And do you know generally which topics
23  you're supposed to speak about?
24  A.      Generally, yes.

1 Q. I'll go over those in a minute. There
2 are three topics on which you've been designated,
3 but did you review the topics with either counsel
4 or someone else before today's deposition?
5 A. Yes.
6 Q. Did you do anything to prepare to speak
7 on behalf of the City with regard to those topics?
8 A. I reviewed internal documents from the
9 division of police.
10 Q. We'll talk about what documents you
11 reviewed in a moment when we talk about the
12 individual topics, but let me ask you generally:
13 Do you feel comfortable testifying on behalf of
14 the City of Columbus with respect to those
15 designated topics?
16 A. Yes.
17 Q. And do you understand that your
18 testimony on those topics is binding -- legally
19 binding on the City of Columbus?
20 A. I do.
21 Q. The three topics are these. You are
22 designated on topic 1, at least in part, and I'll
23 just read it. It's, CDP -- that is Columbus
24 Division of Police. CDP planning for handling

1 possible and/or publicly announced demonstrations
2 after the killing of George Floyd on May 23rd
3 [sic], 2020.
4 And you were designated with respect to
5 May 28th and May 30th, daytime shift. Does that
6 sound right?
7 A. Yes.
8 Q. What documents did you review to
9 prepare to speak about that topic?
10 A. I reviewed the incident action plan
11 that was prepared for those days from the 29th
12 through the first week -- the days following that.
13 Q. Was there an incident action plan for
14 the 28th?
15 A. There was not a specific IAP for that
16 day due to the fact that we were not aware of the
17 protests until later in the day, so we did not
18 have time to prepare a plan for that day.
19 Q. At the time, you were deputy chief over
20 the patrol division, correct?
21 A. Correct.
22 Q. Did you have any knowledge that there
23 were likely to be protests with respect to the
24 killing of George Floyd or protests organized by

1 the Black Lives Matter movement?
2 A. I believe I received an e-mail from one
3 of my patrol commanders who had received some
4 information indicating that that was in the early
5 afternoon, and based upon that, we organized some
6 officers together to monitor those two locations.
7 Q. In the early afternoon of May 28th?
8 A. Correct.
9 Q. Who was the commander you received the
10 e-mail from?
11 A. Commander Smith Weir.
12 Q. And, generally, what did the e-mail
13 say?
14 A. To the best of my recollection, it was
15 that there were going to be two protest
16 demonstrations, one on the Livingston and
17 Lockbourne area, and then the second that was
18 going to march from, I believe, somewhere on Long
19 Street, maybe Long Street/Mount Vernon, and that
20 was going to march to the statehouse.
21 Q. Did you have any indication of the size
22 of these planned protests?
23 A. I don't believe so.
24 Q. Did you have any indication that there

1 was likely to be any kind of property destruction
2 or violence?
3 A. No.
4 Q. Did you have any conversations with
5 that commander or anyone else at the division in
6 which you expressed concern that there might be
7 property damage or violence?
8 A. No.
9 Q. What did you think about that? Did you
10 think there was likely to be property damage or
11 violence based upon your knowledge of what was
12 going on in the country at that time with respect
13 to the protests?
14 A. Based on the limited information that
15 we had that afternoon, I did not plan for or
16 perceive that this was going to be property
17 destruction or violence that night.
18 Q. Had you been paying attention to news
19 reports about Black Lives Matter protests or
20 protests surrounding the killing of George Floyd?
21 A. In general, yes. Nothing specific, but
22 we do monitor, and I do try to keep abreast of
23 what's going on around the country, yes.
24 Q. Was that part of your job as deputy

1 chief of the patrol division, to have some
2 knowledge of that?
3 A.      Yes.
4 Q.      Did you know, as of the afternoon of
5 May 28th, that there had been protests that had
6 involved property -- around in other places, in
7 other cities, that had been involved either
8 property damage or violence?
9 A.      I knew that there were protests around
10 the country.  What those specific protests were
11 about, I couldn't say.
12 Q.      Well, you knew they were about -- or
13 they were sparked anyway by the killing of George
14 Floyd?
15 A.      I know that the killing of George Floyd
16 created some issues, but I can't say that I know
17 what a specific protest may have been generated by
18 to cause something.  They are -- you know, there
19 are other things that happened in other cities
20 that I'm not aware of, so I can't specifically say
21 I was aware that a protest in a city was in
22 response to the killing of George Floyd.
23 Q.      By the afternoon of May 28th, had you
24 viewed the video of George Floyd's killing?

1 A.      I had viewed the video that was
2 available through news media, yes.
3 Q.      Had you shared any opinion with anyone
4 in the division about what you saw in that video?
5      MR. PHILLIPS: Objection to the scope
6 for the 30(b)(6), but you can answer.
7 Q.      Mr. Phillips is objecting that that
8 question is outside the scope of the special rule
9 that you're here to talk about.  I don't disagree,
10 so -- but please answer the question.
11 A.      Yes.  We talked generally on the short
12 segments of video that I watched.  I expressed
13 some concern with the officer's actions of his
14 placement and the placement of Mr. Floyd on the
15 ground the entire time.
16 Q.      Do you know that ultimately the
17 officers were charged with serious crimes,
18 correct?
19 A.      I do.
20 Q.      Did you ever express, publicly or
21 privately, your agreement or disagreement with the
22 indictment of those officers?
23 A.      With --
24      MR. PHILLIPS:  Objection.  You can

1 answer.
2 Q.      Go ahead.  You can answer.
3 A.      With the indictment, no.
4 Q.      Did you express, publicly or privately,
5 with respect to the seriousness or lack of
6 seriousness of the crimes with which the officers
7 were indicted?
8      MR. PHILLIPS:  Objection; scope, but
9 you can answer.
10 A.      No.
11 Q.      Let's go back to topic 1.  Other than
12 the incident reports on the 29th and 30th that you
13 say you reviewed, did you review anything else to
14 testify on behalf of the City with regard to
15 topic 1 that is about planning for the
16 demonstrations?
17 A.      I reviewed our emergency operations
18 manual that just speaks of planning and resources
19 that we utilize for events and as we plan.
20 Q.      Did you review any of the directives
21 with respect to crowd control measures or devices
22 that might be used for crowd control?  Did you
23 review any of those?
24 A.      Yes.  Those are also contained in the

1 emergency operations manual, but I also looked at
2 the directives use of force.
3 Q.      Now, it wouldn't be with respect to
4 topic 1 necessarily, because that's about the
5 demonstration, but at some point later as the
6 demonstrations in Columbus developed, there were
7 some changes to directives.  Do you recall that?
8 A.      Yes.
9 Q.      Well, I'll ask you in more detail about
10 this later, but just for now, did you play any
11 role in making those changes or recommending or --
12 recommending those changes?
13      MR. PHILLIPS:  Objection; scope, but
14 you can answer.
15 A.      The initial recommendation and change,
16 I did not have any part of that.  However, once it
17 was received and I reviewed it, I did make a
18 recommendation back to the chief and the City
19 Attorney's Office on a change to the proposed --
20 or to the language that was given to us.
21 Q.      What was your recommendation?
22 A.      The initial proposal, in my opinion, it
23 was conflicting.  I believe the City Attorney's
24 Office had included that the use of --

1       MR. PHILLIPS: Wait. Wait, Mike.
2 John?
3       MR. MARSHALL: Yes.
4       MR. PHILLIPS: If he's going to talk
5 about communications with the City Attorney's
6 Office, that's going to be privileged.
7       MR. MARSHALL: Actually --
8       MR. PHILLIPS: I don't know where he's
9 going to go with that, but it sure sounds like
10 that's immediately where he's going.
11       MR. MARSHALL: Well, let's figure that
12 out.
13 Q.    Chief, you made a recommendation -- I'm
14 not asking you about the substance of it right
15 now; just about the process. Are you with me?
16 A.    I gotcha.
17 Q.    You got a draft of certain recommended
18 changes to directives that relate to crowd control
19 or crowd control methods?
20 A.    Yes.
21 Q.    And you sent a recommendation back to
22 the City Attorney's Office about that subject,
23 right?
24 A.    Yes.

1 Q.    Did you send it to anyone else?
2 A.    I believe I sent it to executive staff,
3 which consists of the chief of police and the
4 deputy chiefs.
5 Q.    Okay.
6 A.    And I believe our legal advisor, who's
7 an employee of the City Attorney's Office.
8 Q.    You mean Jeff Furby?
9 A.    Yes.
10 Q.    What happened -- don't tell me about
11 the substance of it, but what happened with
12 respect to your recommendation?
13 A.    They agreed with my recommendation, and
14 that recommendation was the -- what was put into
15 the final policy.
16       MR. MARSHALL: So, Wes, why don't I
17 just ask him what it is, all right?
18       MR. PHILLIPS: Okay.
19 Q.    What was the proposal and what was your
20 recommendation back?
21 A.    The initial proposal had --
22       MR. PHILLIPS: Wait. Wait. One
23 second. Hey, John, if the proposal came from the
24 City Attorney's Office, which -- and I'm not sure

1 if it did, that would be privileged. The
2 recommendation that was ultimately adopted, that's
3 fine.
4       MR. MARSHALL: Well, I -- my
5 understanding, correct me if I'm wrong, is that
6 these initial proposals were funneled through the
7 City Attorney's Office, but they were a
8 recommendation or a request from the mayor's
9 office. So I don't know that they were legal
10 advice.
11       MR. PHILLIPS: And if that's the case,
12 that's fine. I didn't -- I don't want anything
13 that was generated from our office.
14       MR. MARSHALL: Yeah. I'm going to
15 agree that, you know, nothing we're talking about
16 here is going to be suggested as a waiver of
17 privilege or anything like that. I just want to
18 make sure...
19 Q.    I think -- Chief, correct me if I'm
20 wrong. Wasn't the mayor and the mayor's office
21 and their staff behind at least some of the
22 changes that were made?
23 A.    I don't have any information on that.
24 I received the proposal from the City Attorney's

1 Office. I can't remember if it was directly or
2 via the chief of police at the time.
3 Q.    All right. Well, let me just ask you
4 about what your recommendation was that found its
5 way into the policies.
6 A.    I wanted to specifically name the
7 chemical irritant that they wanted us not to use
8 any longer -- which is CS gas. I wanted that
9 specifically listed, that that was what was being
10 prohibited for use during crowd control.
11 Q.    Why did you want that?
12 A.    The other term that was used in the
13 initial proposal --
14       MR. PHILLIPS: Objection. Objection.
15 If it's --
16       MR. MARSHALL: Yeah. I think this is
17 stuff that's public information, Wes. I think
18 that's what -- well, let me just ask it.
19 Q.    The other proposal was the use of the
20 word "tear gas," and you wanted to be more
21 specific; is that right? I think you can answer
22 that.
23 A.    Yeah.
24       MR. PHILLIPS: Well, is it -- okay.

1 Did you already answer it?
2 MR. MARSHALL: Yeah. I don't think
3 there's any mystery here.
4 MR. PHILLIPS: Yeah. Right.
5 Q. So you just --
6 MR. PHILLIPS: And, John, I know that.
7 I just worry about privileged communications.
8 MR. MARSHALL: Okay. No. I don't
9 think there's any issue there.
10 Q. But I think I got it, Chief. Let's
11 move on and get back to the topics. Let me cover
12 the other two topics that you're here to testify
13 about on behalf of the City under Rule 30(b)(6).
14 The second topic in which you were designated is
15 topic 8. I'll read it. It's equipment, weapons,
16 control devices, protective gear, and/or clothing
17 provided to and/or authorized for use by officers
18 for policing demonstrations after the killing of
19 George Floyd on May 25th, 2020.
20 I think I misspoke earlier. I believe
21 Mr. Floyd was killed on May 25th. I think I said
22 the 23rd earlier, but I think it was the 25th.
23 Did I read that topic correctly?
24 A. Yes.

1 Q. All right. And are you prepared to
2 testify on behalf of the City with respect to
3 topic 8?
4 A. Yes.
5 Q. What did you do to prepare to testify
6 for the City on topic 8?
7 A. I, again, reviewed our emergency
8 operations manual.
9 Q. And --
10 MR. PHILLIPS: Hey, John, is it topic 8
11 or is it topic 6? The substance you said is
12 correct, but the number -- I thought it was 6.
13 MR. MARSHALL: Yeah. There's some
14 misnumbering in the --
15 MR. PHILLIPS: Okay.
16 MR. MARSHALL: -- e-mails that went
17 back and forth between our offices, so let's just
18 call it the equipment topic, all right?
19 MR. PHILLIPS: You stated it correctly;
20 it was just -- it was a number questioning.
21 Q. All right. Other than the operations
22 manual, Chief, and the other things you mentioned
23 earlier, the incident reports, did you review
24 anything else to prepare to talk about the

1 equipment topic today?
2 A. No.
3 Q. And the last topic is the following.
4 It's listed as No. 11 in what I have, but let's
5 just call it the agreements and contracts topic.
6 I'm going to read it. Agreements, contracts,
7 memorandum of understanding, or other policies,
8 procedures, or interpretations CDP has reached
9 with a collective bargaining representative of its
10 officers regarding policing of demonstrations,
11 including the use of nonlethal force, preserving
12 the freedom of expression of nonviolent protesters
13 and not exposing them to excessive force, and
14 using cameras and identification badges.
15 Are you prepared to testify on behalf
16 of the City on that topic?
17 A. Yes.
18 Q. Did you review anything specific to
19 that topic other than what you've told me about
20 already?
21 A. The only other thing is the e-mails
22 that we sent out to officers about placement of
23 cameras and identifying badge numbers.
24 Q. These are e-mails that were sent out

1 later in the series of protests, correct?
2 A. Yes.
3 Q. What were those e-mails designed to do?
4 What was the purpose of them?
5 A. To instruct officers on how the
6 division wanted them to properly mark equipment
7 with badge numbers and where and how to place
8 body-worn cameras for the most effective position.
9 MR. PHILLIPS: Hey, John, he was also
10 designated to talk about 19-B for the 28th and
11 the 30th during the daytime.
12 MR. MARSHALL: Yes, I know. I
13 apologize. I will get to that.
14 Q. Let me -- Chief, let me just finish up
15 on this. Why was it necessary to send e-mails to
16 officers who were going to be involved in policing
17 the protests about name badges and body-worn
18 cameras?
19 A. Once we put on some of the protective
20 gear, the cameras became obscured, their view, and
21 when officers -- some of them were falling off of
22 their equipment, but we were trying to designate
23 and find a way that officers could wear that
24 successfully and record the information that we

1  want and also to make sure that badge numbers were
2  clearly displayed.  Again, we had it on helmets.
3  It may not have always stuck to every helmet, but
4  we wanted to ensure that as we moved along,
5  officers' information was clear to the public so
6  they could be identified.
7  Q.     Do you believe that in the early days
8  of the protests, before these e-mails were sent,
9  that officers had fixed their -- either their
10  badge numbers or their names or both to their
11  helmets?
12  A.     I can't say that every officer had that
13  on there.
14  Q.     Did you receive reports that some
15  officers did not have their name and badge number
16  displayed anywhere?
17  A.     Yes.
18  Q.     How many such reports did you receive?
19  A.     I can't give a number of that, but I do
20  know that we heard that, and that was one of the
21  reasons -- or the reason why we wanted to make
22  these changes in response to those reports.
23  Q.     Why is it important that an officer
24  display a badge number?

1  A.     So that if there is an issue with that
2  officer, citizen wants to identify that officer,
3  they have that specific number that's only
4  associated with that officer.  They can report
5  that.
6  Q.     Has that always been the policy of the
7  division?
8  A.     Which policy, sir?
9  Q.     That officers who are in the field
10  should display their badge numbers.
11  A.     Yes.
12  Q.     How is it that that didn't happen with
13  regard to some officers in the early days of the
14  protests?
15  A.     So the badge number is always displayed
16  on the badge.  However, when you put the
17  protective gear on, it was covering up the badge
18  and the officer's name tag.  So we had to make an
19  adjustment to get that done so that number was
20  displayed.
21  Q.     Had this not happened before when
22  protective gear was used in other crowd control
23  situations?
24  A.     We have, and that's why we tried to get

1  badge numbers on tape on helmets.  I don't know if
2  some of the tape fell off, but we did put that out
3  previously, to put those -- information on the
4  helmets.
5  Q.     Okay.  Were you present in a -- for a
6  roll call of officers who were policing the
7  protests in which Deputy Chief Becker spoke about
8  this issue?
9  A.     I do not recall being at a roll call
10  with Chief Becker, no.
11  Q.     Have you heard what he told the
12  officers about the use of name badges or, you
13  know, taped -- tape on the helmets with badge
14  numbers or tape that identified officers' names?
15  Have you heard what he told them?
16  A.     I did not.
17  Q.     Did you hear any reports that somehow
18  protesters or protest organizers were learning
19  officers' names and trying to track down where
20  they live?  Did you hear a report like that?
21  A.     For this specific event, I can't say I
22  did, but I do know that that has happened across
23  the United States where they find an officer's
24  name and look on social media and other

1  public-available sites to gain information about
2  that officer.
3  Q.     When did you first hear of that
4  happening?
5  A.     Oh, it's been several years that that's
6  been going on.
7  Q.     What was your source of that
8  information?
9  A.     Public news reports and other online
10  sources that I read.
11  Q.     As of May 28th, have you heard any
12  report from any officer in the Columbus division
13  who said that a member of the public had tracked
14  down where they live and done something at their
15  home, protested or tried to talk to them or
16  anything like that?  Have you heard such a report
17  with regard to any sworn personnel in the Columbus
18  division?
19  A.     Prior to May 28th?
20  Q.     Yes.
21  A.     I can't recall specifically, but I do
22  believe we had instances of that occurring.
23  Q.     Did that make the division change its
24  approach with regard to displaying officers'

1  names?
2  A.      I think at times, when we were not
3  going to be in full riot gear, we did allow
4  officers to take their name tag off.  It was also
5  to prevent protesters from specifically targeting
6  someone by their name.  We still had their badge
7  number clearly displayed, but we did allow them to
8  take a name tag off.
9  Q.      You mean targeting them by yelling out
10  their name, that kind of thing?
11  A.      Yes.
12  Q.      Why would that matter?  Couldn't a
13  protester simply either point to them or yell out
14  their badge number?
15  A.      They could, but your name is personal,
16  and then that is a specific attack on that person,
17  and officers are human beings.  And the best we
18  try and the best they do, it is frustrating when
19  someone is specifically yelling your name,
20  something about you, or potentially about your
21  family.  So that changes the dynamic completely of
22  yelling a number to yelling your name.
23  Q.      Does that mean that you instructed
24  officers policing these Black Lives Matter

1  protests to make sure they didn't -- did not
2  display their names?
3  A.      I never gave any instruction to not
4  display their names during these events.
5  Q.      These e-mails that you were referring
6  to earlier that went out later in the protests,
7  did they instruct officers to display their names
8  or not to display their names?
9  A.      They did not mention the name, because
10  the name tag is -- if you can see on my shirt, is
11  on my shirt.  It does not go on any outer garment
12  that we wear, except maybe a sweater.  So it's not
13  on the outside on a jacket, and it would not be
14  attached to the outer protective gear.  So the
15  name tag remains on the shirt or a sweater, but
16  the badge can be placed on an outer garment, a
17  jacket, or we put tape.  And so the name tag would
18  not be out, but the badge number would be out.
19  That's what was instructed on the e-mails.
20  Q.      The e-mail instructs -- all right.  So
21  the e-mail instructs them to place the badge
22  itself on the outer garment?
23  A.      The badge number.
24  Q.      Just the number on a piece of tape or

1  written somewhere?
2  A.      We use our traffic vest, which is a
3  high-viz green traffic vest.  It has a -- kind of
4  a white stripe through the middle.  We instructed
5  them to place the badge number there on the front
6  and again on the back, and that would be over top
7  of the protective gear.  And then the body-worn
8  camera would be in the center of that traffic vest
9  on the front of the officer.
10  Q.      When did riot gear -- or let's call it
11  protective gear.  When did this protective gear
12  first start to be used after -- on or after
13  May 28th?
14  A.      We used it the evening of May 28th,
15  once there was a large group at Broad and High.
16  Q.      Were all of the regular officers who
17  were assigned to policing the protests on May 28th
18  in the evening issued and required to wear this
19  protective gear?
20  A.      All the officers are issued protective
21  gear upon graduation at the academy, so that's not
22  something that we handed out that day.  Officers
23  carry that with them or keep it at the
24  substations.  That night, initially -- not -- I

1  don't believe we had any officers in protective
2  gear to start with, but as the crowd grew and
3  objects were being thrown at officers and officers
4  were being injured, I instructed to start getting
5  the protective gear on.
6  Q.      I imagine that was a process.  In other
7  words, people had to go and fetch their protective
8  gear, right?
9  A.      Yes.  So I called for additional
10  officers.  They put on their protective gear and
11  then replaced officers that were near the crowd so
12  they could go put their protective gear on.
13  Q.      Were you present in the field on the --
14  I know you were present in the field at both
15  Livingston and Lockbourne and also at other
16  locations on the 28th.  Were you -- where was the
17  first place you were present in the field and what
18  time was it?
19  A.      I was first present in the area of
20  Livingston and Lockbourne, and that would have
21  probably been 6 -- between 6 and 7, to the best of
22  my recollection.  I never -- I was in my vehicle
23  and just stayed and monitored what was going on
24  and listened to the radio.

1  Q.      All right.  6 to 7 p.m., you were
2  saying?
3  A.      Correct.
4  Q.      On the 28th?
5  A.      On the 28th.
6  Q.      Tell me what you mean by "protective
7  gear."  What is the protective gear?
8  A.      Officers, upon graduation from the
9  academy -- or during the academy, actually -- are
10  issued protective gear that consists of a helmet,
11  a chest protector that covers the shoulders and
12  chest and back.  It's similar, I would say, to
13  like the -- like a catcher's chest protector for
14  baseball.  They have shin guards that cover the
15  knee, the front of the shin, and the top of the
16  foot partially, and forearm pads that cover part
17  of the elbow and the forearm, lower arm.
18  Q.      Are any of the protective gears hard or
19  are they soft or both?
20  A.      One other item is protective gas mask,
21  to mention that.
22          They're both.  The helmet is obviously
23  hard.  The shin guards are hard.  Again, they're
24  like a catcher's -- what a baseball catcher would

1  wear.  The elbow, the forearm, and the chest is
2  soft.
3  Q.      Okay.  Is there Kevlar or some other
4  material in the chest pad?
5  A.      No.
6  Q.      Okay.
7  A.      It's not a -- it's not a
8  ballistic-rated device.  There's no Kevlar in
9  that.  There's some type of -- I think it's foam.
10  Q.      As of May 28th, the division had a
11  certain number of its patrol officers trained as
12  grenadiers; is that right?
13  A.      Yes.
14  Q.      Do grenadiers have a particular type of
15  equipment that they always wear?
16  A.      It's the similar -- it's the same
17  protective gear that everyone has, with the
18  exception of the bike officers.  The bike officers
19  are slightly different to allow mobility on the
20  bike.
21  Q.      The bike officers have protective gear,
22  but not as elaborate or --
23  A.      It's really -- it's gear that a -- like
24  mountain bikers wear.  So it allows for movement.

1  It had -- the same thing.  It has a chest
2  protector and shoulder protectors, but it's --
3  that has some hard features to it, but it's
4  similar to the regular one.
5  Q.      Are grenadiers always outfitted with
6  protective gear if they're in the field?
7  A.      They may or may not, depending upon the
8  situation, have it on, but it's the same gear that
9  non-bike officers would have.
10  Q.      All right.  I'll get back to grenadiers
11  in a minute.  Let's go back to the first topic.
12  Well, let's cover all our topics.  I kept saying
13  three, but Mr. Phillips is correct.  There's a --
14  there is a fourth topic.
15          I'll read it into the record.  The
16  category such as SWAT of law enforcement
17  personnel, whether employed by CDP or mutual aid
18  entities cooperating with CDP at the protests in
19  late May and early June 2020; the circumstances
20  for deploying each category, the individuals with
21  the authority to deploy and/or direct the
22  personnel in each category, and/or the street,
23  intersection, or specific indication where each
24  category was deployed.

1          And you were designated for the 28th
2  and 30th daytime other than SWAT.  Are you with
3  me?
4  A.      Other than -- yes.  I was not -- I was
5  the incident commander, which means the whole
6  incident, I monitor and supervise, but I'm not
7  quite sure what you mean by that.
8  Q.      Well, no.  What I meant was you weren't
9  designated to speak about the deployment or use of
10  SWAT --
11  A.      Correct.
12  Q.      -- on behalf of the City.  I may ask
13  you about SWAT's involvement later, but when
14  you're speaking on behalf of the City, you're
15  going to talk about deployment of mutual aid
16  entities or other specific types of law
17  enforcement personnel, such as grenadiers and bike
18  officers.  Fair enough?
19  A.      Yes.
20          MR. PHILLIPS:  And, John, just so we're
21  clear, you stated the designation correctly.  That
22  is what he's designated to speak about.
23          MR. MARSHALL:  All right.
24  Q.      It references daytime shift, but let me

1  understand on the 28th and 30th. From when to
2  when were you in command of the officers in the
3  field who were policing the protests? From what
4  time of day until what time of day?
5  A.      So on the 28th, I worked my regular
6  shift, which I would have arrived between 7:30
7  and 8 a.m. Once we became aware that there were
8  going to be some protests in the city, I stayed
9  beyond my normal eight-hour workday and worked
10 actually until 5:30 or 6:00 on the morning of
11 the 29th.
12        On the morning of the 30th, I can't --
13 don't recall specifically what time I came to
14 work, but I would have been the incident commander
15 until approximately 5 p.m. that day.
16 Q.      What were your normal working hours on
17 those days? If there had not been these protests
18 that day, what would have been your normal working
19 hours?
20 A.      On the 28th, it would have been 8 to 4,
21 approximately. I'm an exempt employee, so I don't
22 have specific, set hours. On the 30th, that is my
23 day off.
24 Q.      Okay. So if I understand you, on

1  the 28th, you came in in the morning normally, but
2  you worked almost 24 hours?
3  A.      Close, yes.
4  Q.      You knocked off 5 or 5:30 a.m.?
5  A.      Yes. We had -- we weren't in the field
6  that long, but as the incident commander, I wanted
7  to make sure we'd kind of destaged, so to speak.
8  We got all our resources home, we got all our
9  officers home, and we were trying to be prepared
10 should something happen the following day as well.
11 Q.      Okay. Let's go back to the planning
12 for handling demonstrations topic, the first topic
13 that we talked about.
14        I'm sorry. Before I do, with regard to
15 the deployment of these various personnel other
16 than SWAT, did you review anything else to prepare
17 for your deposition?
18 A.      Just all the items I've mentioned.
19 Q.      Going back to the planning topic, I
20 started by asking you when you got the first sort
21 of inkling that there might be protests. You
22 talked about an e-mail from a commander. What
23 planning, if any -- I know you did not create an
24 incident action plan for the 28th, correct?

1  A.      Correct.
2  Q.      Were you involved in creating an
3  incident action plan for the 29th?
4  A.      What we do is we set kind of the goals
5  that we want, and we utilize our emergency
6  management unit to help draft that plan. So it is
7  a -- it is a unit that I assign that work to.
8  Q.      Who is your main contact at the
9  emergency management unit?
10 A.      The sergeant is Sergeant Matt Weekley.
11 The lieutenant is Lieutenant Mark Dopp.
12 Q.      Spell Mark's last name.
13 A.      D-o-p-p, David, ocean, Paul, Paul.
14 Q.      Okay. Did you communicate with one or
15 both of them directly about what had happened on
16 the 28th so they could plan for the 29th?
17 A.      I wasn't -- I also probably spoke with
18 their deputy chief, which is Deputy Chief Kuebler.
19 So we may have had an executive staff meeting, and
20 then that was sent down through Chief Kuebler as
21 their deputy chief. But I would have -- I would
22 have talked with them, yes, as we established our
23 goals and -- to make sure that it's in line with
24 what we want to do.

1  Q.      Did you have an executive staff meeting
2  that was in part about planning for the 29th?
3  A.      Maybe not the 29th, since it was -- we
4  were still trying to respond and recover from
5  the 28th.
6  Q.      When did you have this executive staff
7  meeting?
8  A.      We may have all met on the morning of
9  the 30th or the afternoon of the 29th. I don't
10 recall, specifically.
11 Q.      But you were -- you went home, I take
12 it, after 5, 5:30 a.m. on the 29th and got some
13 rest?
14 A.      Correct. And that's why I believe it
15 would have been the afternoon of the 29th that we
16 would have met.
17 Q.      Did you meet in person or virtually?
18 A.      I believe we met in person, police
19 headquarters.
20 Q.      Who was there?
21 A.      Again, to the best of my recollection,
22 it would have been executive staff, which is the
23 chief and the deputy chiefs, then we may have
24 pulled in others to help our -- in our response

1 plans.
2 Q.    Were there any others there?
3 A.    I don't recall.
4 Q.    You had been the main deputy chief in
5 the field, and you were the incident commander for
6 everything that happened on the 28th -- or I
7 should say almost everything that happened on
8 the 28th, right?
9 A.    Yes.
10 Q.    Okay.  Were you the person who talked
11 about what your goals needed to be for the 29th?
12 A.    That would have been something
13 collective, but they would have been established.
14 We would have made recommendations, but the chief
15 of police helps set those goals.
16 Q.    Well, what did you recommend the goals
17 should be for the incident action plan for
18 the 29th?
19 A.    Specifically, I think it's what -- it
20 was written down, which is we want to protect life
21 and property, we want to ensure people's first
22 amendment rights, and we want to work with our
23 partners to protect and move forward with this --
24 with what was going on.

1 Q.    As of the time of that executive staff
2 meeting, had you observed any excessive use of
3 force by any member of the sworn personnel in the
4 field?
5 A.    No.
6 Q.    Had you received any reports of any
7 excessive force by any member of the sworn
8 personnel on the field for what happened on
9 the 28th?
10 A.    I did not personally, no, and I don't
11 recall us receiving anything on the 29th.
12 Q.    Had you looked at any of the news
13 reports of what happened at those protests?
14 A.    No.  I went home and slept.
15 Q.    So coming out of the executive staff
16 meeting, there was direction to the emergency
17 management unit to develop this incident action
18 plan for the 29th, right?
19 A.    For the 29th and incoming days, yes.
20 Q.    All right.  So that plan was not just
21 for a single day; it was generally for what might
22 happen over the next several days, right?
23 A.    Correct.  There's a plan for each day,
24 and what changes with that, absent some event, is

1 the rosters and who's in charge.
2 Q.    In that executive staff meeting, did
3 you tell the persons in that meeting that you
4 believe there would be additional property damage
5 or violence at the protests?
6 A.    I said we need to plan for it based
7 upon what happened on the night of the 28th and
8 morning of the 29th.
9 Q.    What --
10 A.    And not just property destruction, but
11 violence towards the police officers.
12 Q.    Okay.  You had observed some of that
13 violence yourself; is that correct?
14 A.    I was witness to it, yes.
15 Q.    What did you see?
16 A.    I saw rocks, frozen water bottles, cans
17 of Coke and other sodas thrown at officers.  I saw
18 a scooter come through the crowd on to the
19 officers.
20 Q.    You saw the scooter being thrown?  You
21 saw that?
22 A.    I saw it -- not being thrown.  I saw it
23 being -- it landing or -- into the group of
24 officers, yes.

1 Q.    Okay.  When you say landing "into the
2 group of officers," have you looked at the video
3 of that scooter incident?
4 A.    I don't know if that's the scooter that
5 I saw being tossed.  I don't know if that video --
6 caught on video or not.
7 Q.    Okay.
8 A.    It was -- officers were putting out
9 information over the radio, and there were more
10 than one incident that I recall of a scooter being
11 thrown.  So the video that you're speaking of, I
12 can't say that that's the one that was -- that I
13 saw.
14 Q.    When you were in the field on the 28th,
15 you saw one scooter incident; is that right?
16 A.    I saw one scooter, yes.
17 Q.    What did you see?  Describe it for us.
18 A.    I saw a group of officers step away
19 from, you know, something coming at them and
20 officers separate, and a scooter landing onto the
21 pavement.
22 Q.    Estimate for me on the 28th -- and
23 where did you see these incidents of violence
24 against officers?  Did you see any of that at

1 Livingston and Lockbourne?
2 A.    No.
3 Q.    Where did you see it, specifically?
4 A.    At Broad.  We were the officers on
5 Broad -- or excuse me -- on High Street at Broad.
6 Q.    Okay.  So at the intersection of Broad
7 and High, roughly?
8 A.    Yes.
9 Q.    Where were you positioned?
10 A.    I was just north of the intersection.
11 I don't know.  Maybe 100 yards from the
12 intersection itself.
13 Q.    100 yards from the intersection where?
14 A.    On High Street, north of Broad Street.
15 Q.    Okay.  So were you north of Gay Street?
16 A.    No.
17 Q.    South of Gay Street?
18 A.    Yes.
19 Q.    I --
20 A.    100 yards north of Broad Street on High
21 Street, so that's well south of Gay Street.  Did I
22 stay at that specific location the entire time?
23 No.  I was moving in and around the block speaking
24 to either officers and commanders that were

1 getting there.  But when a scooter --
2 Q.    I --
3 A.    -- a scooter was tossed, that's what I
4 saw -- I was probably closer to the intersection
5 at that point.
6 Q.    You mean you were closer to Broad
7 Street?
8 A.    Correct.
9 Q.    So that I understand your distance
10 estimates here, tell me what you think the
11 distance is from the corner of Broad Street to the
12 first corner of Gay Street.  What do you think
13 that distance is?
14 A.    On High Street?
15 Q.    Yes, on High Street.
16 A.    Oh, probably 150 yards or so.
17 Q.    Okay.
18 A.    Maybe 200.  I don't know.  I mean, all
19 I can say honestly is that when the scooter was
20 thrown, I was much closer to Broad Street than I
21 was to Gay Street.
22 Q.    Okay.  And for how long a period of
23 time did you see this behavior from certain
24 protesters, the rocks, the water bottles, the Coke

1 cans?
2 A.    I think it built over an hour to hour
3 and a half.  It became more frequent, and I heard
4 more reports from the officers over an hour to an
5 hour and a half time period, and that probably
6 began about 8 p.m.
7 Q.    So the first instance of any rock
8 throwing or object throwing that you knew about
9 was around 8 p.m.; is that right?
10 A.    After I arrived at the scene, yeah.
11 That's probably when I became aware and saw those
12 objects that were landing around me as well.
13 Q.    Were you monitoring what was going on
14 at Broad and High on the radio or getting reports
15 from that area prior to 8 p.m.?
16 A.    I was monitoring the radio.  I did not
17 receive a report of things being thrown.
18 Q.    You were not in a cruiser when you
19 observed these things, right?  You were standing
20 in the street.
21 A.    I was standing in the street.
22 Q.    Where did -- you came up in your
23 cruiser from Livingston/Lockbourne.  Where did you
24 put your cruiser?

1 A.    I believe that I parked on High Street,
2 probably north, maybe, around Gay Street.
3 Q.    And then walked or trotted down to a
4 position maybe -- at least initially maybe about
5 100 yards from Broad Street, right?
6 A.    I can't say specifically where I went
7 as soon as I got out of my car, but during the
8 time that I was there, I moved on High Street from
9 close to where the officers and the protesters
10 were back to Gay Street.  I moved about that area
11 quite often.
12 Q.    You indicated that you saw rocks being
13 thrown, correct?
14 A.    Yes.  I saw rocks landing.  I can't say
15 I saw the person throwing from my vantage point.
16 Q.    Describe these rocks.
17 A.    Little small pieces of concrete, maybe
18 half the size of a baseball.  They varied.
19 Q.    How many of them did you see land on
20 the pavement during the hour after you arrived?
21 A.    I can't give you an estimate.  It was
22 -- I saw some, then I heard the reports of some.
23 It was a combination of that.
24 Q.    Okay.  When you say you can't give an

1  estimate, did you see 2 or did you see 50 or did
2  you see -- give me some sense.
3  A.      I saw between 2 and 50.  I don't have a
4  specific number.  I'm not -- I wasn't counting
5  rocks as opposed to bottles as opposed to other
6  objects.  I just know that there were several
7  items that were landing in the streets and --
8  Q.      So some of them -- some of them were
9  rocks, some of them were bottles, some of them
10  were Coke cans or similar -- soda cans, right?
11  A.      Yes.
12  Q.      Was any -- did anyone collect any of
13  these thrown items as evidence?
14  A.      I know we may have collected them.  I
15  can't say for sure that they were turned in as
16  evidence.  I don't know that.
17  Q.      When you say you "know we may have
18  collected them," did you give any direction that
19  they be collected as evidence?
20  A.      I did not.
21  Q.      When a citizen --
22          MR. PHILLIPS:  Hey, John, I'm going to
23  object to this being outside of the scope of the
24  30(b)(6), but -- I know you are deposing him

1  individually as well, but I just wanted that
2  noted.  If it's tied into planning, that's fine,
3  but it may --
4          MR. MARSHALL:  Yeah.  It's kind of --
5          MR. PHILLIPS:  -- be outside the scope.
6          MR. MARSHALL:  You know, in a sense,
7  it's tied into planning, because I'm going to ask
8  about that planning some more, but I get your
9  point.  I'm not agreeing or disagreeing.
10  Q.      But, Chief, let me explore this a
11  little more with you.  Did you draft that any of
12  these thrown items be collected as evidence?  I
13  think you answered, but let me be clear.
14  A.      I did not.
15  Q.      Did anyone, to your knowledge, direct
16  that they be collected?
17  A.      I don't have knowledge of that.
18  Q.      Why did you think that some were
19  collected or may have been collected?
20  A.      What I was suggesting was that they may
21  have been picked up and removed from having a
22  chance to be thrown at us again.  They may not
23  have been collected, as our vernacular, and turned
24  into the property room.  They may have just been

1  moved.
2  Q.      When a citizen throws a rock at a
3  police officer, that's a felony, isn't it?
4  A.      It can be, yes.
5  Q.      Okay.  Under what circumstances is it a
6  felony and under what is it a misdemeanor?
7  A.      Well, assaulting a police officer is a
8  felony.  However, the county prosecutor's office
9  also helps us guide on what the appropriate charge
10  is.  There is no misdemeanor assault on a police
11  officer, but sometimes charges don't get indicted.
12  Q.      Sure.  I understand that the prosecutor
13  doesn't always get everybody indicted or can --
14  nor can they identify everybody.  Is there -- has
15  there been any person that you're aware of in
16  which you are a witness in the case charged with
17  assaulting a police officer?
18  A.      Say that again, please.
19  Q.      Are you a witness in any case in which
20  a person was charged with assaulting a police
21  officer?
22  A.      In this incident or ever?
23  Q.      This incident.  I'm sorry.
24  A.      No.

1  Q.      Okay.  Do you know why individuals
2  weren't arrested for assaulting a police officer,
3  which is a felony, at these -- at the protests on
4  the 28th?
5  A.      Specifically, no, but I can assume
6  because we don't send officers into the crowd to
7  make a singular arrest that -- we're trying to
8  control the crowd and not an individual, so to
9  speak.  So we have a -- it's a different mission.
10  I mean, if we can successfully identify a person
11  that threw a rock or assaulted a police officer
12  and we can safely go in and make that arrest, we
13  do, but if those elements can't be met, then we
14  may not make that arrest.
15  Q.      Well, was there any -- did you have any
16  conversation with any of the commanders,
17  lieutenants, or sergeants in the field at that
18  time talking about 8 p.m. to 10 p.m. -- let's just
19  cover that time period -- on the 28th?  Are you
20  with me?
21  A.      I gotcha.
22  Q.      And for the most part, you were in the
23  field near Broad and High for those two hours,
24  right?

1  A.       Yes.
2  Q.       Did you direct any of the supervisors
3  in the field to make some arrests if they could do
4  so safely?
5  A.       I did not.
6  Q.       Why not?
7  A.       That's really not the incident
8  commander's role to make -- to call out specific
9  arrests.  That's why we work down through a chain
10 of command.  My lieutenants are in charge of field
11 forces, and they can try and make those decisions
12 and keep those principles in mind if it's safe to
13 do so.  Under those circumstances, they may have
14 determined that it was not safe to do so.
15 Q.       Well, you observed throwing of rocks
16 and other hard objects at police officers on many
17 occasions during those two hours, right?  You
18 observed at least -- I'm not saying you observed
19 who threw it necessarily, but you observed that
20 that -- those assaults were occurring multiple
21 times near Broad and High during those two hours,
22 right?
23 A.       Yes.
24 Q.       So why didn't you, as the chief law

1  enforcement officer in the field, direct that
2  those felons be arrested?
3  A.       For the reasons I just stated.  We are
4  not going to wade into a crowd -- and as I said, I
5  can't tell you who threw the rock.  I know a rock
6  was thrown.  So I'm not going to direct someone to
7  be arrested that I can't say committed that
8  felony, because that would be improper on my part.
9  Q.       Okay.
10 A.       So --
11 Q.       Would it have been a violation of any
12 policy or procedure you're aware of within the
13 division had you told the supervisors in the field
14 to, if they could safely do so, arrest some of
15 these individuals so we can stop this behavior?
16 A.       Would it have been a violation of
17 policy to arrest someone that committed a felony?
18 Q.       No.  For you to have directed it in
19 that circumstance.
20 A.       For me to have drafted the arrest of a
21 person that committed a felony?  Is that --
22 Q.       No.  For you to have told the
23 commanders in the field, if you can safely arrest
24 some of these people throwing rocks, get them out

1  of there.
2  A.       Would that be a violation of policy?
3  Q.       Yeah.
4  A.       No.
5  Q.       Okay.  When you first arrived and got
6  out of your cruiser and began -- I think you said
7  coming down Gay Street towards -- I'm sorry --
8  coming down High Street, moving south on High
9  Street towards Broad Street -- are you with me?
10 A.       Yes.
11 Q.       On the 28th, did you smell pepper spray
12 or CS gas in the air?
13 A.       No.
14 Q.       Is it your testimony that pepper spray
15 and -- was not used until after protesters began
16 throwing objects at the officers?
17 A.       That is not my testimony, no.
18 Q.       Okay.  Was pepper spray used on some
19 protesters?
20 A.       It was reported --
21 Q.       For -- I'm sorry.
22 A.       Prior to my arrival, pepper spray, belt
23 mace, was used.
24 Q.       Okay.  Belt mace is the smaller

1  canister.  It's different than the MK-9, right?
2  A.       It's the same -- my understanding, it's
3  the same chemical makeup.  It's just the can is
4  larger, but it's the same type of chemical
5  irritant.
6  Q.       When you say --
7           MR. PHILLIPS:  Hey, John, I'm going to
8  object.  Oh, sorry.  I didn't know you were still
9  answering.  I was going to object to this being
10 outside of the 30(b)(6), but you can keep
11 answering.
12          MR. MARSHALL:  All right.  Thanks.
13 Q.       The belt mace, as you've called it,
14 that's the smaller canister, right?
15 A.       Yes.
16 Q.       Okay.  Is there a -- is there a
17 canister called an MK-9?
18 A.       Yes.
19 Q.       And that's a larger canister, right?
20 A.       Yes.
21 Q.       Is the MK-9 designed more to fog a
22 small area as opposed to direct -- to spray at an
23 individual?
24 A.       It can be used in both fashions.

1  Q.       Okay.  You can set the device to be
2  more of a direct spray or more of a fog, right?
3  A.       No.  There's no change on how it comes
4  out of the -- out of the canister.  It's just that
5  our policy says that it can be sprayed over top of
6  a crowd or directly at an individual.
7  Q.       Okay.  Now, you were aware that belt
8  mace, the smaller canister, had been used before
9  you arrived at 8 p.m., right?
10 A.       That was my understanding, yes.
11 Q.       What did you -- who did you hear that
12 from, and how did you get the information?
13 A.       I believe that Lieutenant Sanderson
14 briefed me that -- when I arrived that a cruiser
15 had been surrounded, and they were unable to get
16 that car safely away.  I believe some of the
17 demonstrators were rocking the cruiser, so
18 officers approached and used mace to move the
19 crowd away from that car so that car could back
20 away from the crowd.
21 Q.       Is that your belief as to the only use
22 of pepper spray at those protests before you
23 arrived around 8 p.m.?
24 A.       That is the only report that was given

1  to me of use of mace prior to my arrival.
2  Q.       Mace began to be used after objects
3  began to be thrown at 8 p.m.?
4  A.       Considerably later, yes.
5  Q.       How much later?
6  A.       Probably at least an hour and a half.
7  We gave dispersal orders and tried to have the
8  crowd leave without using that, but, eventually,
9  we did use MK-9s.
10 Q.       You used the MK-9 canisters to disperse
11 the crowd sometime on or around or after 9:30
12 p.m.?
13 A.       Yeah.  Probably closer to 10:00.
14 Q.       All right.  How many officers were
15 using such canisters?
16 A.       I don't have that number.
17 Q.       Who would have been equipped with such
18 canisters?
19 A.       The lieutenants would have given it to
20 some officers and some supervisors.  That's
21 something that I just don't know, how many they
22 gave out.
23 Q.       Do grenadiers normally carry such
24 canisters or have them available?

1  A.       I believe they can have them available,
2  yes.
3  Q.       By the time you arrived at 8 p.m., were
4  there grenadiers deployed?
5  A.       At 8 p.m., I don't believe so.
6  Q.       Who gave the order to deploy
7  grenadiers?
8  A.       Once we had additional officers
9  arriving and getting the riot gear on, the
10 grenadiers would have been deployed with them.
11 Grenadiers are patrol officers that just have that
12 equipment assigned -- or they don't have it
13 assigned to them.  The lieutenants have it in
14 their offices.
15 Q.       So the lieutenants would give it out to
16 someone who is a trained grenadier?
17 A.       Correct.
18 Q.       Now, an MK-9 can be used by any
19 officer, right?
20 A.       Correct.
21 Q.       The lieutenants, you're saying,
22 generally hand that out to the regular officers?
23 A.       Correct.
24 Q.       Do the lieutenants hand out other

1  equipment to the grenadiers, such as the wooden
2  baton device?
3  A.       That's in the grenadier pack or -- you
4  know, it's a backpack that has those types of
5  devices in it, so it's all within that backpack.
6  Q.       Did the grenadiers carry
7  the 40-millimeter wood baton round or
8  the 37-millimeter?
9  A.       I believe the grenadiers have
10 the 40-millimeter baton round.
11 Q.       And that device releases three wooden
12 objects, right, in each canister?
13 A.       I believe it's three, yes.
14 Q.       What else can grenadiers be assigned in
15 terms of crowd control devices?  We've got MK-9s,
16 we've got wood baton, the 40-millimeter.  What
17 else?
18 A.       There's a sponge round that could be a
19 direct-fire at someone.  It's spongy on the end.
20 They would have smoke.  At that time, it would
21 have been CS gas, and then they also have a --
22 what's called a signaling round that is fired
23 above a crowd.  It emits a loud sound and a flash
24 of light, and I believe it has a small amount of

1  CS gas in that as well.
2  Q.      Were the signaling rounds used?
3  A.      Yes.
4  Q.      Were the -- were sponge rounds used?
5  A.      I don't have any information about a
6  sponge round, no.
7  Q.      Were the wooden baton rounds used?  And
8  we're talking about 9:30 or after --
9  A.      Between 8 and 10, no.  After 10, I
10 believe, yes.
11 Q.      Who used the wood baton rounds
12 after 10?
13 A.      It would have been grenadiers.
14 Q.      Okay.  Were there any SWAT on the
15 ground at that point?
16 A.      I believe we called for them.  I can't
17 say for sure what their deployment was.
18 Q.      Did you observe grenadiers using the
19 wood baton rounds?
20 A.      I did not.
21 Q.      You got reports that they were using
22 them?
23 A.      I believe, yes.
24 Q.      In order to disperse the crowd in the

1  area of Broad and High?
2  A.      After 8 -- between 8 and 10, when I was
3  in the field, no.  But later on, I received
4  reports that, yes, baton rounds were used.
5  Q.      In what area geographically?
6  A.      Geographically, the downtown area.  I
7  can't -- I don't have a specific street.
8  Q.      All right.  So are you confident the
9  wood baton rounds were not used between 8 and 10
10 in the Broad and High area?
11 A.      When I was in the field between 8
12 and 10, I have no report of a baton round being
13 used then.
14 Q.      And you're confident that no baton
15 rounds were used between, say, 6 p.m. and 8
16 p.m. in the area of Broad and High?
17 A.      I have no reports of any baton rounds
18 being used during those times.
19 Q.      Okay.  I guess my question was a little
20 different.  As you sit here today, are you
21 confident that wood baton rounds were not used
22 between 6 p.m. and 8 p.m. in the area of Broad and
23 High?
24 A.      Yes.

1  Q.      Because you got no reports; is that
2  right?
3  A.      Well, first, we had no officers, I
4  believe, at 6 p.m. at Broad and High, which would
5  be the first factor, but then later on, no one
6  reported to me when I did get to Broad and High
7  that any baton rounds were used.
8  Q.      Are you --
9  A.      When I had a force was the use of mace.
10 Q.      To ask my question again with regard
11 to 8 p.m. to 10 p.m. in the vicinity of Broad and
12 High, are you confident that no baton rounds were
13 used in that area between 8 p.m. and 10 p.m.?
14 A.      I saw no uses of baton rounds when I
15 was in the field during that time, and I did not
16 hear a report of that during that time period.
17 Q.      Does the division count the number of
18 baton -- wooden baton rounds that are deployed in
19 any given incident?  Do they keep track?
20 A.      That's one of the factors with the
21 grenadier backpack, is they're loaded the same so
22 that at the conclusion of an event, that grenadier
23 team would know what they deployed.
24 Q.      Are grenadiers sent out in teams or are

1  they just interspersed with other officers?
2  A.      The grenadiers is a team of, I believe,
3  three or four officers that work together --
4  Q.      And --
5  A.      -- in conjunction with a supervisor.
6  Q.      And what were grenadiers -- what time
7  of day were grenadiers first deployed at Broad and
8  High area?
9  A.      Specifically, I don't know, but
10 probably between that 8 and 10 -- 8 p.m. to 10
11 p.m. time period.
12 Q.      When you left the Livingston/Lockbourne
13 protests, had there been any uses of force by
14 officers in that area?
15 A.      At Livingston and Lockbourne?  No.
16 Q.      Had that protest essentially dispersed
17 by the time you left?
18 A.      Yes.
19 Q.      So the grenadiers, whether there's
20 three of them or four of them in a team, is there
21 a team -- how many teams were deployed in the
22 Broad and High area?  You say after 8 p.m.  How
23 many of those teams were deployed?
24 A.      I don't have that specific number.

1  Q.      Are they designated to deploy per field
2  force?
3  A.      Well, you try to get a -- you know, the
4  planning would be to put a grenadier team with
5  each field force, at least one.
6  Q.      All right.  At least one?  There could
7  be more than one with each field force, right?
8  A.      Depending upon what the plan was and
9  the availability of them, yes.
10 Q.      All right.  Well, on the 28th, there
11 was no plan, right?
12 A.      Correct.
13 Q.      Okay.  Was there any kind of informal
14 plan for the 28th -- you know, here's how we're
15 going to handle this -- or did you just, you know
16 -- it was a fluid situation?  You were just trying
17 to manage whatever was happening?
18 A.      I believe we put an informal plan
19 together of assigning officers to the two
20 locations.  Commander Weir would have directed
21 that.
22 Q.      The Livingston/Lockbourne location and
23 Broad and High location?
24 A.      Again, I don't believe the original

1  location of the other protest was Broad and High.
2  I believe it was in the area of -- on Mt. Vernon
3  Avenue and then the protest marched to Broad and
4  High.
5  Q.      What was the plan for that protest?  I
6  mean, what was the -- you know, what is it that
7  the informal plan directed?
8  A.      We monitor crowds.  That's kind of what
9  we do with all demonstrations, is we monitor the
10 crowd, and depending upon what happens within the
11 crowd, that dictates what we do.
12 Q.      Okay.  How many officers were assigned
13 to monitor the crowd that was starting out and
14 marching to the statehouse area?
15 A.      I don't have those numbers.
16 Q.      By the time you arrived at around 8
17 p.m. -- I'm sorry.  When did you arrive again in
18 the field?  I think you said it was a little
19 earlier than that.  When you parked your cruiser
20 and started to approach Broad and High, what time
21 was that?
22 A.      It would have probably been around 8
23 p.m.
24 Q.      How many officers were in the field?

1  A.      Exact number, I don't know, but
2  probably a couple dozen.
3  Q.      How many in the field force?
4  A.      There is no specific number, and that
5  was not what we predesignated as a field force.
6  Actually, that was just trying to get officers
7  there.  Field forces can be large or small, up to
8  about 50 officers, but there were not
9  predesignated field forces for this event.  At 8
10 p.m., it would have just been -- we were pulling
11 officers from their patrol duties to basically
12 form a line on High Street.
13 Q.      By 10 p.m., you had had some officers
14 replaced by those with riot gear, right?
15 A.      Correct.
16 Q.      By 10 p.m., had they all been replaced
17 with officers in riot gear?
18 A.      You know, I don't think so.  I think we
19 still had some officers that were not in riot
20 gear.
21 Q.      About how many officers were in the
22 field by 10 p.m. in --
23 A.      Again, I don't -- you know, it would
24 have probably been pushing 100 officers, but I

1  don't have a specific number.
2  Q.      Okay.
3  A.      Counting officers was not my primary
4  concern.  Controlling the crowd and preventing
5  issues was my concern.
6  Q.      Okay.  It sounds like, though, that you
7  or at least someone was directing that more and
8  more officers be deployed in the area of Broad and
9  High, right?
10 A.      I did.  I did.  I called for my other
11 patrol commanders that weren't at work to come
12 into work and also called for officers from across
13 the city to come to that location as well.
14 Q.      So officers that were off work had
15 not --
16 A.      It -- no.  Well, commanders that are
17 off work, not officers.  If you're using the term
18 generically, yes, officers came, but for rank
19 designation -- I did not call, at that point,
20 police officer rank, for instance.  I called the
21 deputy -- I notified the other deputy chiefs and
22 then specifically made a request for the other
23 four patrol commanders to come to work.
24 Q.      All right.  And so the idea was that

1  they could pull people, at least some of the
2  people who were on patrol in their zones, to come
3  and assist, right?
4  A.     Right.
5  Q.     So what was the field force plan that
6  was devised or talked about in the executive staff
7  meeting that occurred on the afternoon of
8  the 29th?
9  A.     I'm not sure where -- what you mean by
10  that.
11  Q.     Okay.  Yeah.  Thanks for the -- just as
12  we started today, I want to make sure you
13  understand my question, and that wasn't a very
14  good one.
15       You mentioned you can design a field
16  force of different numbers of officers.  Did the
17  -- was there a discussion in the executive staff
18  meeting the afternoon of the 29th about what kind
19  of field force you would design for protests on
20  the 29th?
21  A.     Executive staff is more of a
22  10,000-foot view of that.  We're, again, looking
23  at what our goals are to be.  We're looking at
24  whether we're going to do 12-hour shifts, whether

1  we're going to cancel first days off, whether
2  we're going to cancel scheduled vacations.  So
3  those are the types of decisions that we try and
4  make.  We also try -- from that, then we're giving
5  that information to the emergency management unit
6  who would then take those resources, what they
7  have available, and then develop field forces and
8  other units that we need to respond to this.
9  Q.     Okay.  So what was the decision with
10  regard to shifts and days off and vacations at
11  that staff meeting?
12  A.     We did not cancel annual leaves, but we
13  did go to the 12-hours shifts, and we did cancel
14  first days off.
15  Q.     What kind of additional personnel does
16  that make available if you do those two things, go
17  to 12-hour shifts and cancel first days off?
18  A.     It gives us a large number of officers
19  to utilize in different fashions.  So it's not
20  just patrol officers at that point; it's
21  detectives and administrative officers that don't
22  normally work in an operational assignment.  So it
23  gives us quite a bit of officers to deal with.
24  Q.     Give me some rough numbers.  About how

1  many additional officers does it give you to put
2  in the field?
3  A.     A rough number, just a complete
4  estimate, would be, you know, probably 3- to 400
5  officers when you look at the entire division of
6  police.
7  Q.     Okay.  On the 28th, when did you first
8  realize you were going to have to manage some kind
9  of protest that was related to the killing of
10  George Floyd?  Give me the time of day.
11  A.     Again, to the best of my recollection,
12  it was early afternoon when we had that
13  information.
14  Q.     And did you realize at that point in
15  time that you were going to be the one to manage
16  this however long it lasted or at least until, you
17  know, some -- you were going to have to work many
18  hours into the night.  Did you know that?
19  A.     No.
20  Q.     When did you first realize that?
21  A.     Probably when the violence and property
22  destruction started occurring in the downtown
23  area.  That's when I realized that we were going
24  to be there for a while.

1  Q.     Did you know in the afternoon that you
2  were going to probably have to go to 8 or 9 or
3  10:00 at night?
4  A.     No.
5  Q.     So the situation was fluid.  You talked
6  about an informal plan, and why I'm asking these
7  questions is just to try to get at that plan.
8  What was in your informal plan other than making
9  sure there was officers monitoring the protests?
10  A.     That is the informal plan.  We have a
11  lot of protests that pop up in the downtown area,
12  and it's not something new since May 28th of last
13  year.  We've been doing this for many years.
14  Q.     How long had you been deputy chief of
15  the patrol division as of May 28th of last year?
16  A.     I believe I took over patrol in
17  February of 2019.
18  Q.     Okay.  Had you worked in patrol as a
19  commander prior to that time?
20  A.     Yes.
21  Q.     How many years as a commander in
22  patrol?
23  A.     I believe two years.  I was the Zone 5
24  commander.

1  Q.      And have you worked as a lieutenant for
2  patrol, and for how many years?
3  A.      As a lieutenant of patrol, I was a
4  third shift lieutenant for probably less than a
5  year.
6  Q.      Were you the deputy chief over patrol
7  when there was a protest around the statehouse
8  and, in fact, inside the statehouse of persons
9  expressing their views and anger over health
10 orders, masking orders, shutdown orders, that kind
11 of thing?  Do you know the protest I'm talking
12 about?
13 A.      There were dozens of those, small,
14 larger.  You know, we -- I don't know all the time
15 what the specific -- the topic or concern of the
16 group was, but --
17 Q.      There was one rather relatively large
18 one in which there were dozens, if not hundreds,
19 of individuals openly carrying firearms,
20 expressing their displeasure with the governor's
21 health orders.  Do you remember that protest?
22 A.      Again, I -- there were a few of those.
23 I don't know which one you're specifically
24 referencing.

1  Q.      Were you in the field for any of them?
2  A.      In the -- probably not.
3  Q.      Okay.  All right.  Were you a part of
4  planning about any of those protests?
5  A.      I may have had some input on it,
6  yes, but a lot of times, again, depending upon the
7  size of it, I will instruct my patrol commanders
8  on the zone where an event is happening to kind of
9  help put that plan together.
10 Q.      Okay.  Did you know in advance that
11 there were going to be individuals openly carrying
12 loaded firearms in and around the statehouse?
13 A.      For what?
14 Q.      For one or more of these protests.  Did
15 you know in advance that that was going to be
16 happening?
17 A.      Do I know it?  No.  But based upon
18 experience, it happens.
19 Q.      Okay.  How do you plan to make sure
20 that individuals within the statehouse or in the
21 area are protected from potential violence when
22 you know that they're going to be protesters
23 carrying loaded firearms?
24 A.      We don't have any -- we don't go into

1  the statehouse unless we're specifically requested
2  by the highway patrol.
3  Q.      I understand you don't go in the
4  statehouse, but --
5  A.      If we do.
6  Q.      -- you deal with the protests that are
7  circulating around the statehouse, don't you?
8  A.      I'm sorry?
9  Q.      You do deal with -- you do police
10 protests that are circulating around the
11 statehouse, don't you?
12 A.      We do.
13 Q.      Okay.  So let's not talk about in the
14 statehouse.  Let's talk about the -- and there was
15 more than one, I understand, but there have been
16 -- in the past couple of years, there have been
17 protests around the statehouse -- outside, but
18 around the statehouse in which there were dozens
19 or perhaps hundreds of people openly carrying
20 loaded firearms.  You're aware of that?
21 A.      Yes.
22 Q.      Okay.  What was the plan for dealing
23 with protecting the public in those protests?
24 A.      Again, we deploy officers to monitor

1  the crowds.  At times, we will also put in what we
2  call overwatch, which are officers in elevated
3  positions to help keep an eye on individuals
4  carrying the firearms.  And if someone did
5  something, we would respond to that.
6  Q.      Was there overwatch in these protests
7  that I'm talking about?  Was that done?
8  A.      Again, you'd have to give me the
9  specifics, and I would have to know which one it
10 is.  Sometimes we have that on prior knowledge,
11 sometimes we don't have to.
12 Q.      Was there overwatch put in place for
13 the Black Lives Matter protests after the 28th?
14 A.      Sometimes, yes.  I'm sure there were.
15 Q.      Did you order any of that or did you
16 plan for any of that?
17 A.      We planned for that, yes.
18 Q.      In other words, you -- part of the
19 plans, the incident action plans that you put
20 together starting on the 29th, you put these plans
21 together, right?
22 A.      Yes.
23 Q.      Part of those plans were to have
24 overwatch in areas where you thought there would

1  be protests, correct?
2  A.      Correct.
3  Q.      And was that done?
4  A.      Yes.
5  Q.      Did the overwatch officers carry --
6  other than their sidearms, did they carry other
7  firearms, rifles?
8  A.      If it's part of our SWAT team, I'm sure
9  they do, yes.
10 Q.      But was SWAT designated to do some of
11 the overwatch?
12 A.      SWAT could have been designated to do
13 some of the overwatch, yes.
14 Q.      I know they can. Were they for these
15 -- when I refer to Black Lives Matter protests,
16 let's make sure we're on the same page, Chief.
17 I'm referring to the series of protests that began
18 on the 28th of May 2020 and went on for a couple
19 of weeks approximately thereafter. Are you with
20 me?
21 A.      Yes.
22 Q.      All right. Was SWAT put on overwatch
23 during the Black Lives Matter protests?
24 A.      During some of that time, yes, but can

1  I say specifically that they were there every day
2  at every protest? I cannot say that.
3  Q.      Okay.
4  A.      I would have to look at the plan for
5  the time that you're referencing and the date.
6  Q.      I have the pleasure of deposing Paul
7  Ohl, O-h-l, the SWAT commander. I guess he's
8  lieutenant, but he's referred to as the SWAT
9  commander. Does he report to you?
10 A.      He does not.
11 Q.      Did he report to you back during the
12 Black Lives Matter protests?
13 A.      He did not.
14 Q.      Okay.
15 A.      Well, when you say "report" to me, as
16 my normal chain of command? I want to be --
17 Q.      Sure. I understand in the hierarchy,
18 you can direct him, but he didn't report to you,
19 normally. That's what you're saying?
20 A.      Lieutenant Ohl is not in my chain of
21 command, so he does not report to me
22 administratively at all, no.
23 Q.      Okay.
24 A.      Operationally, he could have if --

1  since I'm a deputy chief, but he reports to Deputy
2  Chief Kuebler eventually.
3  Q.      Okay. That was my next question. Was
4  there times when, operationally, on the 28th
5  or 30th, that Lieutenant Ohl was reporting to you?
6  A.      People that are deployed as part of
7  that would have reported to the incident
8  commander, so the days that I was the incident
9  commander, he would have reported to me.
10 Q.      What was the SWAT activity on the 28th?
11 A.      Initially, I don't -- we did not have
12 SWAT out there with us. It was a patrol response.
13 Q.      Did it --
14 A.      I called --
15 Q.      You --
16 A.      I called for them to come down and
17 stand by with us, yes.
18 Q.      When did you first call for them to
19 come down and stand by you?
20 A.      You know, I'd have to look back, but it
21 would probably have been closer to 10:00.
22 Q.      10 p.m. on the 28th?
23 A.      10 p.m.
24 Q.      What did you ask them to do other than

1  stand by?
2  A.      I was trying to, through our
3  announcements, give the crowd clear direction and
4  clear passage to move away from the Broad and High
5  area. So they would have been, I believe, on
6  Broad Street, west of the intersection of High,
7  closer to Front Street. So we intentionally left
8  eastbound Broad Street with no officers, and we
9  asked the crowd to depart and go that way.
10 Q.      Did the crowd do that or no?
11 A.      They did not.
12 Q.      What was -- how did you handle traffic
13 that was trying to get through those intersections
14 either from Broad or High prior to -- well, let's
15 say prior to 10 p.m. What were you doing?
16 A.      You know, I'd have to probably check
17 with one of the commanders, but more than likely,
18 we put cruisers to kind of block traffic from
19 driving into that intersection. It would have
20 been a few blocks away to prevent cars from
21 driving in there.
22 Q.      That would have been the normal
23 procedure?
24 A.      Yeah. That's -- we don't like cars

1 intermingling with protesters that are in the
2 street.
3 Q.    Did you give any thought to just
4 shutting down traffic and letting the crowd
5 continue to mill about at -- in the intersection
6 of Broad and High?
7 A.    We did that. That's what was happening
8 between that 8 and 10 p.m. time period.
9 Q.    Okay. And then what made you decide to
10 disperse the crowd?
11 A.    The violence being thrown at the police
12 officers, all the objects being thrown at us, the
13 continual growing number of people coming, and the
14 assaults that we spoke about earlier on the
15 officers.
16 Q.    Did you receive any report that the
17 throwing of objects at police officers were
18 provoked by officers using pepper spray or other
19 uses of force?
20 A.    I did not receive any reports of that.
21 Q.    Prior to 10 p.m., had you observed any
22 group of officers using a kettling technique to
23 move the crowd?
24 A.    I don't know what you mean by that.

1 Q.    Well, you know what -- in some of the
2 -- in the emergency operations manual and other
3 places, there's -- I believe the word "kettling"
4 is used. Do you know what I mean by that?
5 A.    I do not.
6 Q.    Okay. Did you observe any crowd
7 control measures in which officers picked up their
8 bikes -- bike officers picked up their bikes in a
9 group, in a line, and moved towards the crowd and
10 pushed them back?
11 A.    I did not see that. I saw officers
12 using their bikes as a stationary barricade. They
13 were standing behind it.
14 Q.    You didn't see them move forward and
15 try to move the crowd?
16 A.    I did not, no.
17 Q.    Did you direct that they use their
18 bikes to try to disperse the crowd?
19 A.    I did not.
20 Q.    Would that have been a proper use of
21 their bikes?
22 A.    Potentially.
23 Q.    Under what circumstances?
24 A.    What is the crowd doing on the other

1 side of them? Are they pushing the officers? Are
2 they throwing things at the officers?
3 Q.    Just so we're clear, is it your
4 testimony that the order to disperse the crowd in
5 the area of Broad and High on the 28th was because
6 the crowd was throwing objects at the officers?
7 A.    Correct.
8 Q.    Would you have ordered dispersal had
9 the crowd simply been milling around, chanting,
10 yelling, protesting, but not throwing objects?
11 A.    We would have continued to ask them to
12 get out of the street. Again, being in the street
13 is just bad news. There are many alleys and
14 cut-throughs and parking lots, so the best that --
15 you try your best to prevent any traffic from
16 getting into a crowd like that, but it is possible
17 that someone could sneak around.
18    So, I don't like people in the road. I
19 don't like them to run the risk of being hit by a
20 car, and that includes the police officers. So
21 that -- we would have -- we would have not -- we
22 would have not ended up using mace if we would
23 have -- if the crowd was standing there
24 peacefully.

1 Q.    The dispersal order was first given at
2 what time?
3 A.    You know, I -- probably closer to 9:15,
4 maybe. 9:30.
5 Q.    So we're -- the record is clear, the
6 first dispersal order occurred sometime around an
7 hour or more after you first arrived on the scene?
8 A.    I believe that's correct.
9 Q.    And had you been -- had a dispersal
10 order been given to a crowd prior to that time,
11 you would have been aware of it, correct?
12 A.    Not necessarily, no. I'm sure they
13 could have given an order to clear away from the
14 cruiser, as I described earlier. That would have
15 been somewhat of a partial order.
16 Q.    Well, I don't mean that kind of order;
17 I mean disperse from the intersection or the area
18 of Broad and High, the entire crowd.
19 A.    Right.
20 Q.    That kind of dispersal order. Are you
21 aware of any kind of dispersal order being issued
22 before you arrived on scene?
23 A.    What you're describing, no, but what I
24 would say is if there was a large crowd

1   surrounding a cruiser and they're in the roadway,
2   which is what my understanding was, and officers
3   are giving orders to clear the street, that would
4   be a dispersal order as well.
5        MR. MARSHALL:  We've been going about
6   an hour and a half.  Let's take a 10-minute break
7   to 11:42.
8        MR. PHILLIPS:  Sounds good.
9   A.     Okay.
10        (A short recess is taken.)
11   Q.     So, Chief, I want to be clear about
12   what we were just talking about.  Starting with
13   when you were monitoring radio traffic about what
14   was going on on Broad and High -- and I know you
15   weren't told about everything that was happening,
16   but you told me earlier you did not get any
17   reports of objects being thrown before you
18   arrived, and then you arrived sometime just
19   before 8 p.m.?  Is that about right?
20   A.     You know, I -- again, I don't have the
21   specific time.  It's been almost a year ago, but
22   the 8:00 plus or minus a little bit would have
23   been about the time I arrived.
24   Q.     And you parked somewhere in the Gay

1   Street vicinity and then began to approach Broad
2   and High from walking south on High Street?
3   A.     Yes.
4   Q.     Which side of the street were you on,
5   east or west, or were you in the street?
6   A.     I was in the middle of the street,
7   because by the time I had arrived, the crowd and
8   the officers were in the street.  So there was no
9   vehicular traffic, so I probably walked right down
10   the middle.
11   Q.     Behind you, were there cruisers
12   blocking High Street?
13   A.     Yes.
14   Q.     With lights flashing?
15   A.     Lights flashing, yeah.  I mean, that's
16   pretty standard how we alert the public that we're
17   going to block an intersection.
18   Q.     Could you see over the crowd, past the
19   crowd?  Could you see cruisers blocking High
20   Street from the south?
21   A.     I probably could not see over the
22   crowd, but, again, that's -- when we're trying to,
23   you know, separate cars from that, we would have
24   more than likely put cars south, maybe State

1   Street or even farther south.  Probably State
2   Street.  That would have been the intersection
3   that would have prevented somebody from coming in
4   through the back on us.
5   Q.     And I think you told me there were a
6   couple dozen officers, approximately.  How big was
7   the crowd?  What's your rough estimate of the
8   crowd size?
9   A.     Several hundred at that point.
10   Q.     By "several hundred," do you mean --
11   A.     Four or five hundred, approximately.
12   Q.     Okay.  Were most of them, when you
13   first arrived, peaceful?
14   A.     When I first arrived, yes.
15   Q.     All right.  So give me the point in
16   time in which you started to see rocks, water
17   bottles, and Coke cans being thrown.  Give me
18   that.
19   A.     You know, again, I don't have a
20   specific time on how long I was there.  I don't
21   believe my first action was to walk up to the
22   crowd.  It was probably to meet with some of the
23   supervisors that were there prior to my arrival.
24   That's when I learned about the cruiser being

1   surrounded, and I spoke with Lieutenant Sanderson.
2   That took some time to kind of get a grasp of what
3   was going on.
4        As that progressed and I did walk up
5   maybe a little closer, that's when I started
6   seeing some objects that were landing in and
7   behind the officers that were being thrown from
8   the crowd that were on the other side of the
9   officers.
10   Q.     You saw the objects were coming over
11   the line of officers along High Street and landing
12   behind them?
13   A.     In -- I said both.  It was -- they were
14   landing in and near the officers that were at the
15   front of the line and then where I was along with
16   some other officers, they were landing around us
17   as well.
18   Q.     All right.  So are we talking 8 or 8:15
19   or...
20   A.     8:30, maybe.
21   Q.     Okay.  And then the line of officers
22   was positioned where in relation to the corner of
23   Broad and High?
24   A.     I think we were -- they were just north

1  of that. Not -- you know, not exactly at the
2  corners, but maybe just north of the intersection.
3  Q.     You mean 5 or 10 feet north or 50 feet
4  north? How many -- how much north?
5  A.     Maybe -- I'm guessing -- an estimate,
6  probably 25 feet north of...
7  Q.     Okay. After you saw multiple objects
8  being thrown in or at or over the officers, did
9  you initiate dispersal orders at that point?
10  A.     Sometime after that, yes.
11  Q.     How long did you wait before you did
12  that?
13  A.     Not very long. Once we had additional
14  officers there and we developed where we wanted
15  the crowd to go and we knew that that area was
16  open for them to go, that's when we began the
17  dispersal orders.
18  Q.     What were -- what was the area in which
19  you wanted them to go?
20  A.     We were telling them to go east on High
21  Street -- or excuse me -- on Broad Street. Again,
22  all the officers were either north of Broad Street
23  on High or west of High on Broad, which left
24  eastbound Broad open and southbound High, but we

1  were asking them to go eastbound on Broad Street.
2  Q.     Did some of them move upon the first
3  dispersal order?
4  A.     I could not tell you that. I was -- I
5  couldn't see the crowd to that degree.
6  Q.     But your recollection is that the
7  majority did not comply with the initial dispersal
8  order, correct?
9  A.     That's correct. And I actually believe
10  the crowd continued to grow during that time
11  period as well.
12  Q.     Did you use the LRAD to give these
13  dispersal orders?
14  A.     Yes.
15  Q.     That's very loud, right?
16  A.     Yes.
17  Q.     Can be heard over a crowd of hundreds
18  of people making a lot of noise, can't it?
19  A.     It's designed to do that. I can't --
20  I'm not going to be able to say that every person
21  heard it, but it is designed specifically to be
22  louder than the traditional PA systems that were
23  on cruisers, which is why we got them.
24  Q.     Okay. How long was it before either

1  you or someone in the field ordered the use of
2  belt mace or MK-9s to disperse the crowd? How
3  long was that?
4  A.     I gave instruction to use the MK-9 --
5  the MK-9, as you're referencing -- close to 10:00.
6  That was after, again, the crowds grew and the
7  frequency of things being thrown increased.
8  Q.     So based upon your observations and
9  what reports you got, are you confident that MK-9s
10  were not used until you gave the order?
11  A.     I did not give any orders prior to
12  that. Again, when we're giving instructions to --
13  for a crowd, we want those instructions at the
14  direction of a supervisor. However, if an officer
15  was being personally assaulted, pushed, shoved,
16  something thrown at them, they do have the
17  authority to use their belt mace to protect
18  themselves or another officer. So I can't say
19  specifically that that did not occur prior to my
20  arrival or during my time there.
21  Q.     But it would have been isolated
22  incidents, like one officer or maybe two officers
23  using their belt mace because of -- trying to
24  defend themselves? Is that what you're saying?

1  A.     That's the direction we give, yes.
2  Q.     Okay. And the individual officers have
3  the ability to make that decision in the field,
4  right?
5  A.     Yes.
6  Q.     And that's to use belt mace or other
7  techniques that are nonlethal, right?
8  A.     Correct.
9  Q.     So are you aware that there were
10  cameras that recorded an overhead view of this
11  entire thing that we're talking about?
12  A.     Yeah. I think I specifically asked the
13  highway patrol or the statehouse to try and film
14  it.
15  Q.     And have you seen those videos?
16  A.     I've seen snippets of it, yes.
17  Q.     Okay. Did you see that there was a
18  water bottle thrown at about 8:01 p.m. by an
19  individual after the individual had been pepper
20  sprayed?
21  A.     I did not see that, no.
22  Q.     Did you see on the video any objects
23  being thrown between 8:01 p.m. and 9:59 p.m.?
24  A.     On the video, no. The video that I saw

1  was not -- was more of a wide view.  It did not --
2  what I witnessed was not in detail that I could
3  see an individual do something.
4  Q.      So are you saying that there were
5  objects thrown that are not -- we can't see on the
6  video?
7  A.      Well, I haven't seen the video that
8  you're referencing, but I can say again that,
9  standing there, objects were thrown, and whether
10  that was recorded or not, I don't know.
11  Q.      At what point were grenadiers ordered
12  to be present?
13  A.      Probably as we called for additional
14  officers to get there.  The grenadier equipment
15  would have been handed out to the trained
16  grenadier teams.  That would have been probably
17  after, oh, 9:00, maybe.
18  Q.      And at what point did you or anyone
19  authorize grenadiers to use their wooden batons to
20  disperse the crowd?
21  A.      I did not give a specific order that --
22  wooden baton rounds, so that could have been at
23  the direction of one of the commanders or a field
24  force lieutenant or of a lieutenant that was out

1  at the scene.
2  Q.      At what point in time did you see
3  wooden baton rounds being used?
4  A.      I did not see wooden baton rounds being
5  used.
6      MR. PHILLIPS:  John, I'm going to
7  object to being outside the scope of the 30(b)(6),
8  but he can answer all of these questions.
9  Q.      Let's go back to your testimony on
10  behalf of the City regarding equipment and weapons
11  for a few minutes.  What equipment was in the
12  possession of the individual officers who had
13  formed that line just north of Broad and High on
14  High Street that you talked about?  What equipment
15  would they have before riot gear was ordered and
16  so on?
17  A.      Like, the uniform equipment that they
18  wear every day?
19  Q.      Yes, sir.
20  A.      Well, they -- our uniforms consist of a
21  pair of pants, a shirt.  Most officers are
22  required to wear body armor, which is ballistic --
23  a ballistic vest.  They wear a division-issued gun
24  belt, and on that belt is the division-issued

1  sidearm, extra ammunition, handcuffs.  Some
2  officers carry a Taser and belt mace, and some
3  officers also then carry an expandible baton.
4  Q.      Do all officers carry the expandible
5  baton?
6  A.      No.  You can either carry the
7  expandible baton or the Taser, and some officers
8  have both.
9  Q.      All right.  So most officers have one
10  or the other, and some have both?
11  A.      Correct.
12  Q.      Do all officers have the belt mace?
13  A.      Yes.
14  Q.      For how many seconds can a canister of
15  belt mace be discharged?
16  A.      I'm not sure.
17  Q.      When was the last time you had to
18  instruct it, either in training or in the field?
19  A.      I discharge a training canister every
20  year, but it's what your -- it's a short,
21  two-second burst at a paper target.
22  Q.      Okay.  So you don't know how many
23  seconds of discharge are in a canister?
24  A.      No, I don't.

1  Q.      All right.  Is it more than 10?
2  A.      Again, I don't know.  I don't -- after
3  being promoted over the years, I don't work in an
4  operational capacity, so I've not had an
5  opportunity to use mace in many, many years.
6  Q.      Do you --
7  A.      So I don't know how many one- to
8  two-second bursts are in a can.
9  Q.      You've described for me the protective
10  gear or the riot gear that officers were -- you
11  called officers with such gear on to the scene,
12  and then you sent the other officers back to get
13  such gear after those officers arrived.  Do I have
14  that right?
15  A.      Yes.
16  Q.      And the number of your officers grew
17  over time.  By 10:00, about how many did you have
18  at the Broad and High area?
19  A.      Probably 100 to 150 officers.
20  Q.      And then you had some SWAT -- you had
21  the SWAT team, at least one, west on Broad?
22  A.      Yes.
23  Q.      Were there mutual aid agencies?  Were
24  there other law enforcement agencies present by

1  that time, by 10:00?
2  A.      I did not call for any other mutual aid
3  agencies that night.
4  Q.      Were there mutual aid agencies called
5  any other times that you were in the field?
6  A.      We did use mutual aid over the next
7  several days.
8  Q.      Was that part of the plan that the
9  executive staff determined on the afternoon of
10  the 29th?
11  A.      Not just on the 29th, but moving
12  forward from the 29th on when we met, we did talk
13  about the use of mutual aid, local law enforcement
14  partners that we have agreements with, and we also
15  made the request to utilize the National Guard.
16  Q.      When did you determine that you wanted
17  to utilize the National Guard?
18  A.      That may have been either the 29th or
19  the 30th. I don't recall, specifically.
20  Q.      Did you recommend it or did someone
21  else recommend it?
22  A.      I think it was a -- we all kind of
23  agreed. I may have -- I don't know who made the
24  initial recommendation, but I agreed with that

1  need.
2  Q.      What's that process? How do you get
3  the National Guard involved?
4  A.      We -- that's -- they're activated on
5  behalf of the governor, so we have to make the
6  request through the mayor's office. The mayor's
7  office assessed it, I guess, and then made that
8  request for us.
9  Q.      When were National Guard deployed?
10  A.      I believe starting Saturday night,
11  which would have been the 30th, we started getting
12  some assistance from the National Guard.
13  Q.      I think you told me earlier that you
14  were in the field the 30th, but only until about
15  -- was it 5 p.m., approximately?
16  A.      Approximately, yes.
17  Q.      Were the National Guard deployed by the
18  time you left?
19  A.      I don't believe they were deployed. I
20  believe they were arriving.
21  Q.      And what did they do from your reports
22  that you got? What did they do?
23  A.      Well, what we wanted to use them for
24  was a couple things. Help traffic control but

1  also critical infrastructure protection. On the
2  first night of the civil disturbance, several AEP
3  power stations were broken into and property
4  destruction occurred at those. The report that I
5  had was that one of them was significant enough
6  that it was close to shutting down a lot of power
7  throughout the city made, primarily downtown. So
8  we wanted the National Guard to protect that
9  critical infrastructure.
10  Q.      Did they also protect the statehouse?
11  A.      I actually think we utilized them more
12  to help protect the Columbus city campus area, the
13  city hall, old police headquarters, and police --
14  current police headquarters.
15  Q.      What mutual aid agencies were called
16  upon starting on the 29th and thereafter during
17  the -- during these protests? We've been calling
18  them the Black Lives Matter protests. They
19  occurred for that couple of weeks. What agencies
20  were involved?
21  A.      You know, I'd have to get the specific
22  list, but I would say the majority of our suburban
23  partners around the city of Columbus. We utilized
24  those in -- to help out with our traffic pattern

1  to -- we discussed earlier to keep cars from
2  driving into the crowds.
3  Q.      Did you utilize the SWAT teams for many
4  agencies?
5  A.      There were SWAT teams here, yes, from
6  other agencies.
7  Q.      What agencies? You don't have to give
8  all of them, but give me some examples.
9  A.      I'm aware of Delaware County, but,
10  specifically, I did not make that request, and I
11  don't know what teams did arrive through that
12  mutual aid request.
13  Q.      On the 30th, were you in command of any
14  mutual aid SWAT teams?
15  A.      Specifically, no.
16  Q.      Who in the field had that command?
17  A.      I don't know. I don't know when they
18  arrived. I can't answer that question.
19  Q.      Did you see any other agency SWAT teams
20  on the ground or in the field by the time you left
21  at 5 p.m.?
22  A.      Possibly. I think Franklin County may
23  have had a team deployed.
24  Q.      Okay.

1  A.      But that would not necessarily have
2  been a mutual aid at that point, since this is
3  their county.
4  Q.      Well, how do you coordinate with -- you
5  know, as commander of the patrol division, you've
6  got -- Franklin County has overlapping
7  geographical authority with Columbus, right?
8  A.      Correct.
9  Q.      How do you coordinate that law
10  enforcement activity, generally?
11  A.      Generally, the sheriff's office -- we
12  take care of the incorporated areas of the City of
13  Columbus, although they can respond to those
14  calls. Primarily, that's left to us to take care
15  of.
16  Q.      Okay. But during the protests, most of
17  the protests did occur within the incorporated
18  areas, right?
19  A.      Yes.
20  Q.      So what role does the sheriff play, and
21  who was -- well, let's start with that. What role
22  was the Franklin County Sheriff's Office playing?
23  A.      They were guarding some of the county
24  facilities, and I believe their SWAT team

1  coordinated with our SWAT team.
2  Q.      Other than that, did they play any
3  role? Did they have groups of deputies that were
4  in riot gear that were policing the protests at
5  various times?
6  A.      I don't believe so. I think they
7  guarded the county facilities, and I believe they
8  also assisted us with the traffic pattern and
9  traffic plan.
10  Q.      On the 28th, what specific instructions
11  did you give, if any, to prevent excessive use of
12  force by the officers in the Broad and High area?
13  A.      I did not give any specific
14  instructions on use of force. As with any day,
15  our officers are guided by the rules of conduct
16  and the division directives when they use force or
17  take any type of action.
18  Q.      So you trusted the training that your
19  officers have received in terms of using excessive
20  force?
21  A.      Well, again, we don't train to use
22  excessive force; we train to use force.
23  Q.      Bad question. Let me rephrase it. You
24  relied upon the training your officers had

1  received to not use excessive force, but only to
2  use appropriate levels of force; is that correct?
3  A.      That's correct.
4  Q.      Did any of the subsequent incident
5  action plans have specific directions to officers
6  with respect to appropriate use of force?
7  A.      We -- I believe we incorporated the new
8  policy of chemical irritants into our IAP, so that
9  was something new. We wanted all the officers to
10  be made aware of that.
11  Q.      Well, that wasn't until quite a few
12  days into the protests, right? Several days?
13  A.      It was two days into it, but we also
14  put in information about making arrests and that
15  those -- unless of personnel emergency, should be
16  at the direction of a supervisor. So those were
17  the specifics that we put into that IAP.
18  Q.      Well, the early IAPs would not have had
19  the changes in policy with respect to, for
20  example, use of CS gas, right?
21  A.      Correct.
22  Q.      Let's identify when those policies were
23  implemented. Do you happen to know the date?
24  A.      I do not.

1  Q.      Take a look -- do you have Exhibits 8
2  and 9?
3  A.      I have them electronically.
4  Q.      See if you can locate them for me.
5  A.      I'm concerned that if I do that, I may
6  lose you here. But I can -- I can move to a -- to
7  my other computer. I'll keep you going on this
8  one.
9  Q.      That's fine.
10  A.      All right.
11  MR. MARSHALL: In fact, let's do this.
12  It's 12:11. Let's take a break until -- well, why
13  don't we take a little bit longer break. Let's
14  break until -- like 20 minutes, if people want to
15  get a bite to eat.
16  Q.      And, Chief, if you take a -- you know,
17  locate Exhibits 8 and 9.
18  MR. MARSHALL: In the meantime, I may
19  want to ask him about Exhibit 31, Wes, that we
20  just sent you. So why don't we go to 12:35.
21  That's a little more time. And so if you want to
22  review that document with the chief, that's fine.
23  So let's take a break until 12:35, and I'll meet
24  my team in the breakout room here.

1           (Ms. Tanoury joined the
2   videoconference.)
3           MR. PHILLIPS:  All right.  We will see
4   you then.
5           (A short recess is taken.)
6           (Ms. Brown left the videoconference.)
7   Q.      We took a break, but I'd asked you to
8   take a look at Exhibits 8 and 9.  Do you have
9   those available to you on your other computer
10  screen there?
11  A.      I do.
12  Q.      All right.  What we're going to -- I
13  have a few more documents I'm going to show you,
14  but I -- what we'll do with those, Chief, is use a
15  share-screen or your main screen here, but for
16  now, let's look at Exhibits 8 and 9.  Is Exhibit 8
17  the newly revised directive on use of force that
18  was revised July 12th of 2020?
19  A.      Yes, that's what I have.
20  Q.      Do you remember, though, when it was
21  first put into place in the field?
22  A.      The use of force directive or this
23  specific revision?
24  Q.      Well, were there any new directives on

1   use of force that were put in place in the field
2   prior to July 12th of 2020?
3   A.      Yes.  Our directives are continually
4   updated based upon case law and advice and
5   direction from the City Attorney's Office.  So
6   those have been updated numerous times during my
7   tenure.
8   Q.      Well, was there any substantive change
9   to this use of force directive that you're aware
10  of that arose and was put in place during the
11  Black Lives Matter protests -- during the -- let's
12  just say the couple weeks of May 28th of 2020
13  forward?
14  A.      We did -- I think we added the
15  component about clarifying the language on
16  chokeholds, about not putting pressure on a
17  suspect's shoulder or the middle of their back,
18  and once they are handcuffed, to get them in an
19  upright position, that was added.  And --
20  Q.      How is it -- how was it communicated to
21  the sworn personnel on what changed?
22  A.      Once a directive is updated, we have a
23  system called PowerDMS, which is a divisionwide
24  software.  It goes out to all members, and all

1   members are required to note within that system
2   that they have received and reviewed the revision.
3   Q.      Okay.  Is there some person who's
4   responsible for monitoring that all sworn
5   personnel do what you said, you know, receive and
6   review?
7   A.      There's a report that's generated, and
8   I believe that comes from the Professional
9   Standards Bureau commander that sends out
10  notifications to commanders if they have personnel
11  that have not done so as a reminder to get that
12  done.
13  Q.      With respect to the changes that you
14  just described -- and I think you described three
15  of them.  There was chokeholds.  The changes that
16  occurred during the time of the Black Lives Matter
17  protests that were drawn out by this DMS Power
18  system, did you agree with those changes?
19  A.      Yes.
20  Q.      Okay.  Were you part of the group that
21  recommended or made the changes?
22  A.      I mean, it's -- our research and
23  development unit are the ones that draft the
24  language for changes.  I don't recall this one

1   specifically, but the normal procedure is then it
2   goes to what we call general concurrence.  The
3   commanders all weigh in on that.
4           Once their input is given, R&D will
5   look at that language and then make -- include
6   those recommendations from the commanders.  It
7   goes to the executive concurrence, which is
8   executive staff.  The deputy chiefs, again, we
9   weigh in on it, and then, finally, the chief of
10  police will look at the language and the
11  recommendations and make a final say on the
12  changes.
13  Q.      Is that the process that's, then, in
14  place at the present time?
15  A.      That's the process that's been in place
16  for many years.
17  Q.      As interim chief, then, you have the
18  authority to recommend changes to directives if
19  you see fit, correct?
20  A.      As the interim chief, I have the
21  authority to change, not just make
22  recommendations.
23  Q.      You can do so on your own volition,
24  right?

1  A.    I --
2  Q.    Based on something you see a need for,
3  right?
4        MR. PHILLIPS:  Hey, John, I'm going to
5  object.  This is outside the scope, but he can
6  answer.
7        MR. MARSHALL:  Okay.
8  Q.    Go ahead, Chief.
9  A.    The chief of police has authority to
10  make changes in policy, yes.
11  Q.    We've heard from some members of the
12  division that they disagreed to the change to the
13  use of CS gas policy.  Did you agree or disagree
14  with that change?
15  A.    I disagreed in part with it, yes.
16  Q.    What was the part you disagreed with?
17  A.    To totally prohibit its use.
18  Q.    What change did you agree with?
19  A.    I believe that it is a good tool and
20  tactic against a crowd that is acting violently
21  aggressive toward police officers or others.  I
22  believe it is a lower level use of force than
23  putting your hands on someone.
24  Q.    Are you aware of anyone who has

1  suffered a serious injury or death as a result of
2  the CS gas?
3  A.    I am not.
4        MR. PHILLIPS:  Objection.  You can go
5  ahead and answer.
6  A.    Personally, I am not.
7  Q.    Did you hear of such -- did you get
8  such reports?
9  A.    During testimony at council, I believe
10  Councilmember Brown did reference that.
11  Q.    Okay.  Did you think the CS gas policy
12  should have been changed at all?  You said you
13  disagreed in part.  I'm trying to understand which
14  part you agreed with.
15  A.    I believe in controlling its use to
16  violent and aggressive crowds.
17  Q.    All right.  So you just used the phrase
18  "violent and aggressive."  Did you mean violent or
19  aggressive?
20  A.    And/or would probably be the better way
21  to describe it.
22  Q.    All right.  So someone can be
23  aggressive without being violent, right?
24  A.    I think your -- there's a vernacular

1  difference there, but a person that's being
2  aggressive toward me is also verbally -- is
3  different than physically aggressive, so --
4  Q.    Understood.  Are you saying CS gas
5  should only be used if there's physical
6  aggression?
7  A.    Property damage, threats of violence,
8  those types of things, yes.
9  Q.    All right.  So a verbal threat of
10  violence might possibly be an appropriate use of
11  CS gas, right?
12  A.    It might be, but, again, it's not an
13  individual element that says this; it's the
14  totality of the circumstance of what's going on.
15  Size of a crowd, what's the crowd doing, what has
16  the crowd been doing.
17  Q.    Is this same analysis the analysis that
18  one would use to determine whether to use either
19  belt mace or MK-9 pepper spray?
20  A.    It's the analysis that I would use,
21  yes.
22  Q.    Well, is it the analysis you understand
23  the directives require?
24  A.    There are specifics that tell you that

1  you can -- when you can use force, and that's to
2  protect yourself, protect others, to effect an
3  arrest.
4  Q.    You can also use belt mace or a MK-9
5  pepper spray to deal with an aggressive person,
6  correct?
7  A.    Yes.
8  Q.    Do you --
9  A.    For protecting yourselves or protecting
10  others element of the directive.
11  Q.    And aggression can be nonphysical,
12  right?
13  A.    It can be.
14  Q.    So who makes that decision on the
15  ground when an officer is equipped with belt mace?
16  Is it the individual officer that's permitted to
17  make that decision based upon their training and
18  experience?
19  A.    Again, it depends on what we're
20  speaking of.  If it's a large crowd and we're
21  trying to direct the movements and actions of a
22  crowd, that should be done at the direction of a
23  supervisor.  If an officer that's deployed as part
24  of that is being -- has a physical attack or

1  physical assault against them, they can make the
2  decision to use their belt mace to protect them or
3  another officer.
4  Q.    Well, short of a physical attack, can
5  an individual officer deal with an aggressive
6  individual who they feel is being physically
7  threatening even if they haven't done anything
8  physical?
9  A.    Again, I would need to know what you're
10  specifically talking about and, again, more of
11  what's been going on before and after.  Have there
12  been orders to disperse?  So it's -- again, it's
13  the totality of what's going on under those
14  circumstances.
15  Q.    Under the use of force continuum,
16  certain levels of force can be used for an
17  individual who's committing a crime, even a
18  misdemeanor crime under certain circumstances,
19  right?
20  A.    Yes.
21  Q.    And is failure to disperse a crime or
22  can be a crime?
23  A.    It can be a crime, yes.  It is a -- it
24  is a -- failure to disperse is a code, yes.

1  Q.    And so is it appropriate to use belt
2  mace or MK-9 to disperse a crowd that is failing
3  to disperse is committing that crime?
4  A.    Maybe.
5  Q.    What are the factors that one
6  considers?
7  A.    Well, again, it's the totality of
8  what's going on.  What is the entire crowd doing?
9  Where is the crowd located?  What's the size of
10  the crowd?  Are there other assaults that are
11  occurring as part of this dispersal orders given?
12  So it's all of these things that come into play to
13  make a decision like that.
14        I'm sorry.  I've got a little bit of a
15  cold, so --
16  Q.    That's all right.  Do you need a glass
17  of water or anything?
18  A.    I'm going to mute for just a moment and
19  cough, so, sorry.
20  Q.    Go right ahead.
21  A.    It's not COVID; it's just a cold.
22  Q.    All right.  Well, the gentleman behind
23  you will be relieved to hear that.  Do you have a
24  glass of water?  Do you need a glass of water or

1  something, Chief?
2  A.    I've got it here with me.
3  Q.    All right.  Just going back to when --
4  I think you told me earlier, just so I'm clear,
5  the -- it was -- of course, the totality of the
6  circumstances that determined that you needed to
7  disperse this crowd using MK-9 and eventually wood
8  batons, right?
9  A.    Again, I instructed that we use the
10  MK-9s.  That's what we used when I was present at
11  Broad and High.
12  Q.    All right.  Were you gone from the
13  scene by the time the wooden batons were used?
14  A.    I believe so.  Once the crowd ran and
15  the property destruction started happening
16  widespread over High Street, State Street, I went
17  to the emergency operations center that I had
18  activated earlier because I know we have cameras
19  and I could try and get a sense of how widespread
20  this was.
21  Q.    Well, are you saying the wood batons
22  were only used when there was property damage
23  going on?
24  A.    No, that's not what I said at all.

1  Q.    Okay.
2  A.    I said that after we used the MK-9s and
3  the crowd began to run and cause property
4  destruction and damage, that's when I left and
5  went to the emergency operations center to get a
6  grasp of the magnitude of what was occurring.
7  Q.    Understood.  But the running of the
8  crowd, was that caused in part or initiated in
9  part by the use of wood batons?
10  A.    I believe it was by the use of the
11  MK-9s.
12  Q.    Are you saying the wood batons were not
13  used to move that crowd up -- well, would have
14  been moving them in what direction?
15  A.    Again, I did not call for any use of
16  wood batons.  I do not recall any wood baton
17  rounds being deployed while I was at Broad and
18  High.  There may have been deployed after I went
19  into the emergency operations center, but my
20  recollection is the crowd ran and -- they ran
21  south and southeast at the point where we used
22  MK-9s.
23        (Mr. Forman left the videoconference).
24        MR. PHILLIPS:  And, John, just for the

1  record, I want to object as this being outside of
2  the 30(b)(6), but he's also being deposed
3  individually, so he can answer.
4  Q.  Okay.  Chief, what record would there
5  be of -- electronic or other record might there be
6  of when you arrived at the emergency operations
7  center?
8  A.  I don't know if we have a record of
9  that.  I may have just verbally informed the other
10  commanders that were in the field, but I was going
11  to go in and do what I described.
12  Q.  Give me your best estimate of when you
13  arrived at the emergency operations center.
14  A.  10:15, 10:30, probably.
15  Q.  Did you go to your cruiser and move it
16  from where it had been parked to go there or did
17  you walk there?
18  A.  I drove.
19  Q.  And where is the EOC located?  Where
20  was it located at that time?
21  A.  It's in police headquarters at 120
22  Marconi Boulevard.  A very short distance.
23  Q.  Would there be a Matrix system swipe
24  for you arriving at headquarters or the EOC?

1  A.  There may -- I don't believe there's a
2  Matrix into the EOC.  I have an aid.  He may have
3  swiped and got me into the building.  I don't
4  recall who actually did the swipe.
5  Q.  Okay.  What door did you go in?
6  A.  We park -- I have a parking place in
7  the basement of headquarters, so we would have
8  gone into the basement.  I have a garage door
9  opener, so there's not a swipe for that, but we
10  would have swiped potentially on the elevator.
11  Q.  Okay.  Looking at Exhibit 9, this is
12  the -- Exhibit 9 is the revised policy on chemical
13  agents and intermediate weapons -- I'm sorry --
14  the revised directive on agents and intermediate
15  weapons, No. 2.04, correct?
16  A.  Correct.
17  Q.  And this was revised on June 17th of
18  2020.  Was it put in place within the division
19  prior to June 17th?
20  A.  I believe, yes.  We sent it out as a
21  divisionwide e-mail while we prepared it for the
22  publication.
23  Q.  Do you remember what date it went out?
24  A.  I do not.  Again, we had received some

1  guidance from the city attorney.  We provided some
2  feedback.  So once that feedback was reviewed and
3  we received something in return, that's when we
4  would have issued that out.
5  Q.  You just know it was sometime before
6  June 17th?
7  A.  Correct.
8  Q.  The first page refers to the change to
9  the CS gas policy, which we've talked about.  If
10  you wanted, as interim chief, could you initiate a
11  process to change this directive?
12  A.  Certain points of it -- parts of it,
13  yes.
14  Q.  Well, you said you disagreed with the
15  CS gas change because you thought that under
16  certain circumstances, you should still be allowed
17  to use it to disperse crowds, right?
18  A.  Correct.
19  Q.  You and several others within the
20  division feel that way, right?
21  A.  Yes.
22  Q.  And does Chief Quinlan feel that way?
23  Or Former Chief Quinlan.  I'm sorry.
24  A.  I don't know.

1  Q.  All right.  How about Deputy Chief
2  Kuebler?
3  A.  I don't know what their specific
4  believes on it are.  I can only really speak to
5  mine.
6  Q.  Well, now that you're chief -- and I
7  realize it's only until sometime in April -- have
8  you thought about seeking a change of this CS gas
9  policy because you do disagree with it?
10  A.  No.
11  Q.  Why not?
12  A.  Again, part of that change was at the
13  direction and suggestion of the City Attorney's
14  Office and through the public safety director's
15  office, so the chief of police does have
16  supervisors and does listen to the input from the
17  city attorney.  So based upon those and my
18  knowledge of that initial input, I would not be
19  seeking to make that change.
20  Q.  Okay.
21  MR. PHILLIPS:  And, John, he's already
22  answered it, but, you know, I --
23  MR. MARSHALL:  No.  I understand.  I
24  don't take that as a waiver of privilege.

1  Q.     Chief, I understood the reasons why you
2 wouldn't do that.  Is there anything that you know
3 of that would prohibit you of asking for it or
4 trying to initiate that change?
5  A.     Asking?  No.
6  Q.     Okay.  And by the way --
7  A.     I --
8  Q.     -- who's the aid that was with you when
9 you went to the EOC on -- sometime after 10
10 p.m. on the 28th?
11  A.     Sergeant Jeff Baker.
12  Q.     Let's go to the second page of
13 Exhibit 9.  There's some changes there.  The
14 changes that were made to this are in bold, right?
15  A.     Correct.
16  Q.     One of the changes that was made is
17 under No. 5, and it says -- the bold part says,
18 "Sworn personnel shall not..." and then it says,
19 "...use their Division-issued chemical spray to
20 disperse a congregation of individuals..." and
21 then bold again, "...unless the congregation is
22 engaging in aggressive or violent action toward
23 officers or others."
24      So the change there was to limit the

1 use of division issued chemical sprays to some
2 extent, right?
3  A.     To some extent, yes.
4  Q.     Do you agree or disagree with that
5 change?
6  A.     I have no concern with that change.
7  Q.     The bottom of that paragraph 5, the
8 bold change is as follows:  "Failure to leave the
9 street or to move, by itself, shall not justify
10 the use of chemical spray against a
11 non-aggressive, non-violent crowd."
12      Did I read that right?
13  A.     Yes.
14  Q.     Did you agree or disagree with that
15 change?
16  A.     I had no issue with that change.
17  Q.     Okay.  Was that something that you
18 thought division personnel were following anyway
19 before this change was made?
20  A.     I'm not sure if they did.  I mean, if
21 it wasn't in the directive, then they may not have
22 adhered to something that wasn't there.
23  Q.     So there may have been times when sworn
24 personnel used chemical spray to move a

1 nonaggressive, nonviolent crowd in --
2  A.     I --
3  Q.     And I can -- let me ask it differently.
4 Were you aware of times in which a nonaggressive,
5 nonviolent crowd was ordered to disperse from a
6 street, failed to disperse, and then chemical
7 spray was used?  Has that happened?
8  A.     I believe I know of one incident where
9 that happened.
10  Q.     In the Black Lives Matter protests or
11 otherwise?
12  A.     Other -- years prior to that.
13  Q.     Okay.  What do you remember about that
14 protest?  Where was it?
15  A.     I believe it occurred near the county
16 courthouse.  I was not at that, so I'm trying to
17 recall it.  But, again, it was -- they were
18 standing in the streets.  It was -- orders were
19 given to disperse, and when those were ignored, at
20 some point, I believe the lieutenant that was at
21 scene did call for the use of mace to disperse the
22 crowd.
23  Q.     Have you considered any additional
24 changes or modifications to the directive we're

1 looking at now, 2.04, chemical agents and
2 intermediate weapons?
3  A.     I have not.
4  Q.     Has anyone recommended to you that you
5 consider additional changes or modifications?
6  A.     No.
7  Q.     If you wanted to do so, could you
8 initiate a process to make changes or
9 modifications?
10  A.     Again, how I answered earlier, certain
11 aspects of it, yes, but other components that were
12 provided to us for change, I would have to seek
13 approval.
14  Q.     You would not do so under these
15 circumstances try to make changes to the most
16 recent changes that were made.  That's what you're
17 saying, right?
18  A.     That's correct.
19  Q.     Okay.  A different chief could do so,
20 right?
21  A.     Again, I know city council is looking
22 at legislation that somewhat codifies this.  So
23 that may impact any future chief's decision on
24 modifying this directive.

1  Q.      Right.  Well, absent legislation by
2  city council, a new chief could make changes if
3  they wanted to because it -- the directives openly
4  come from the chief, right?
5  A.      That is correct, but there also is
6  oversight on behalf of the public safety
7  director's office and the City Attorney's Office.
8  Q.      Sure.  If the -- this is in the
9  abstract; it's not a specific question.  But if
10  the city attorney said you can't do that, it's --
11  it violates the law or it's unconstitutional,
12  that's oversight.  That's the kind of oversight
13  you're talking about, right?
14  A.      Correct.  They have the opportunity to
15  look at every directive change that we put forth.
16  Q.      Okay.  I want to walk you through what
17  happened on the 30th.  We've talked quite a bit
18  about the 28th.
19          Well, actually, let me finish up on
20  the 28th.  How long were you in the emergency
21  operations center after you arrived sometime
22  after 10 p.m.?
23  A.      I stayed there approximately, again,
24  until 5 or 5:30 Saturday -- or Friday morning.

1  Q.      Did you -- other than maybe use the
2  restroom, did you leave the operations center at
3  all?
4  A.      I may have stepped out to have a
5  conversation to discuss what we were trying to --
6  you know, what was going on, but for the most
7  part, I stayed at the emergency operations center.
8  Q.      Did you make any orders to the people
9  in the field from the EOC?
10  A.      At that point, no.  I was actually
11  trying to plan resources, get additional resources
12  there.  I had -- my commanders had arrived at that
13  point, and they were trying to deal with the
14  crowds that were coming across the downtown area.
15  Q.      Were all the commanders present at the
16  EOC or were they out in the field?
17  A.      The commanders were out in the field.
18  They may have periodically stopped by.
19  Q.      How many commanders?
20  A.      I have five patrol commanders.
21  Q.      And were they all present in the field
22  and/or the EOC throughout the time that you were
23  in the EOC?
24  A.      They were either in one of those two

1  places, yes.
2  Q.      And you were in communication with them
3  throughout the night and early morning hours?
4  A.      Yes.
5  Q.      Do you recall -- what sticks out in
6  your mind about what was happening from, you
7  know, 10:30 at night until you left at 5:30 or so
8  in the morning?
9  A.      The level of violence and property
10  destruction, that's what sticks out in my mind.  I
11  had been here many years.  I've been in and around
12  demonstrations before, and I have never witnessed
13  the level of destruction and aggression and
14  violence that we saw that night.
15  Q.      To what do you attribute that level of
16  property destruction?
17  A.      I have no idea.  I...
18  Q.      Has anyone within the division analyzed
19  why they think that occurred in order to determine
20  how to prevent it in the future?
21  A.      In their -- the City's response, which
22  includes the division of police's response, is
23  being analyzed by an outside entity.  That's going
24  on right now.

1  Q.      So what entity are you talking about?
2  Who's doing that?
3  A.      The Ohio State University.
4  Q.      Okay.  Who at Ohio State is working on
5  that?
6  A.      Former U.S. Attorney -- well, I'm
7  drawing a blank.
8  Q.      Carter Stewart?
9  A.      Carter Stewart, yeah.  Thank you.  He's
10  one of the leads on it, as is a professor from
11  Ohio State.
12  Q.      Have you been interviewed as part of
13  that process?
14  A.      I have not yet.
15  Q.      All right.  But they're planning to do
16  so?
17  A.      They're planning interviews with
18  division members, city employees, city -- elected
19  leaders, yes.
20  Q.      Anything else stick out in your mind
21  about that -- the night of the 28th/early morning
22  hours of the 29th?
23  A.      That was a very long day.  Very sad day
24  for our city.

1  Q.     And I know you went home and got some
2  rest, and you came back.  Was the first thing you
3  did when you came back to headquarters have this
4  executive staff meeting on the 29th?
5  A.     I can't say it was the first thing, but
6  I know at some point, we met on Friday.
7  Q.     What else -- what time did you come
8  back to headquarters on the 29th?
9  A.     I don't recall that.
10  Q.     All right.
11  A.     My sleep pattern was messed up, so I
12  don't recall.  I went home and slept and then came
13  back to work.  I don't recall exactly what time.
14  Q.     What else did you do on the 29th,
15  generally?
16  A.     I was not the incident commander, so I
17  think I helped try and get some logistics set up
18  for what officers we were going to have available.
19  And, honestly, I didn't deploy because I was still
20  fatigued, so I did not go out and take on any
21  operational capacity that day.  I stayed back and
22  just did logistical work.
23  Q.     Was Deputy Chief Knight the incident
24  commander?

1  A.     I believe she may have been, but,
2  again, there probably would have been two
3  different periods.  So someone else may have had
4  either the day or the night, just the opposite of
5  what she had.
6  Q.     About when did you go home on the 29th?
7  A.     I think I was probably home by 10 p.m.
8  that day.
9  Q.     Okay.  When's the next time you did any
10  work for the division?
11  A.     I came back in Saturday, later morning.
12  Q.     The 30th?
13  A.     The 30th.
14  Q.     All right.  Do you know mid to late
15  morning-ish?
16  A.     Yeah.  Roughly, again.
17  Q.     Walk me through what you did on
18  the 30th.  You were the incident commander, right?
19  A.     Incident commander, so I think I began
20  the day meeting with the people that were leaving
21  the shift prior to me.  That would have taken
22  place at the EOC.
23  Q.     All right.  Who was -- did you get a
24  down low from what had been going on from --

1  A.     Yeah.  I got a debrief from the people
2  that were at work.  Also, the EOC has information
3  from their previous shift of what had occurred,
4  get an assessment of what officers I have at work,
5  what supervisors, commanders, and -- I have, and
6  what events that we were aware of or that could
7  potentially pop up that day.  That's kind of the
8  method I go through just to get a grasp of what's
9  occurring or going to occur that day.
10  Q.     Okay.  Well, what was it you understood
11  had been occurring or was likely to occur that day
12  based upon that gathering of information?
13  A.     I was made aware there was a larger
14  protest at the statehouse grounds.
15  Q.     Okay.  But that protest was already
16  ongoing at the time you arrived?
17  A.     Yes.
18  Q.     Okay.  And what else did you learn
19  about that protest?
20  A.     Before I, you know, kind of got
21  comfortable in the EOC to manage the event, I took
22  a drive with Commander Kelly Weiner to look at
23  downtown.  I wanted to assess, in daylight, what
24  the damage looked like and then also the size of

1  this crowd and what was occurring.
2  Q.     What was the size of the crowd based on
3  your observation?
4  A.     It was -- this one was very large.
5  Again, difficult to put a number with because it
6  was on -- some on the statehouse grounds, on the
7  sidewalks, on the -- would be the north and west
8  sides of the statehouse.  Those were fairly well
9  condensed, packed with people.  Also, on the -- I
10  guess it would be on the west side of High Street,
11  a lot of people there.  So probably 1,500 or so
12  individuals there.
13  Q.     Had there been any violence to that
14  point in time?
15  A.     Not that I was made aware of.
16  Q.     Had there been use of pepper spray or
17  MK-9 -- or belt mace or MK-9, to your knowledge?
18  A.     Not that I was aware of at that time.
19  Q.     So take me through what happened from
20  there.  You and Commander Kelly Weiner made some
21  observations.  You surveyed the property damage.
22  You saw the broken windows and so on around
23  downtown.  What happened from there?
24  A.     I stopped at Broad and High.  I got out

1 of the vehicle, stood there for a moment, and an
2 individual that I know as Tammy Alsaada, she
3 yelled at my direction and wanted to speak with
4 me. I asked the officers that were on the side to
5 let her come out into the street so she could
6 speak to me.
7 Q. What happened from there?
8 A. She asked me about a use of mace. I
9 told her I was not aware that any mace had been
10 used. We had a very brief --
11 Q. Did she say that officers had been
12 using mace on protesters?
13 A. She said that officers had used mace.
14 Q. Okay. Did you smell any mace in the
15 area?
16 A. I did not smell any mace at that time.
17 Q. Did she tell you where and -- where it
18 happened and how long ago it happened?
19 A. No.
20 Q. What --
21 A. It was --
22 Q. What were her words based on your best
23 recollection?
24 A. My best recollection, she said

1 everything was peaceful, and then somebody used --
2 and you guys used mace.
3 Q. Okay.
4 A. So it --
5 Q. All right. Did you believe her?
6 A. I didn't have any reason to believe or
7 not believe her. I was not -- nothing was
8 reported to me at that point that we had used
9 mace, so I did not know.
10 Q. Did you later determine whether what
11 she told you was true?
12 A. After I received a complaint, I put
13 that that information was what she was referring
14 to.
15 Q. Who was the complaint from?
16 A. I'm sorry?
17 Q. Who was the complaint from?
18 A. It was a citizen. It was several of
19 the citizens that made a complaint, and that was
20 one of the citizen complaints that was
21 investigated by BakerHostetler.
22 Q. Was it found to be unfounded by
23 BakerHostetler?
24 A. I believe they exonerated -- I'd have

1 to look at it completely, but there were, I
2 believe, three officers that were listed in that.
3 They exonerated two of the officers' actions, and
4 one of the officers, I believe I issued -- or had
5 issued a reprimand to for not reporting all of the
6 actions that they took.
7 Q. In this -- you signed an affidavit in
8 this case and issue referring to this incident,
9 and this says that Officer Danny Dupler was
10 assaulted by a disorderly protester. When Dupler
11 went to make the arrest, the crowd turned on him,
12 and the officer used mace on the crowd. Is that
13 the incident you're referring to?
14 A. Yes.
15 Q. Okay. You're --
16 A. And I obtained it from the
17 BakerHostetler investigation.
18 Q. Understood. You didn't -- did you do
19 any of your own investigation of this situation?
20 A. No. I reviewed -- the investigation
21 was completed by Baker. That's returned to the
22 division of police, and it goes through the chain
23 of command of the officers that are involved.
24 Q. Okay. So Tammy calls out your name.

1 You let her through the crowd. She talks to you
2 briefly. Did she tell you -- did she tell you
3 anything else about the behavior of officers or
4 protesters?
5 A. Just a point of clarification. She did
6 not call me by name, from my recollection. I
7 believe she yelled "supervisor."
8 Q. Okay.
9 A. And my uniform is somewhat different
10 from other officers, so it drew my attention. So
11 that's when I looked over at her -- in her
12 direction.
13 Q. How did you know her?
14 A. She had been part of the mayor's
15 commission, and I recognized her from seeing her
16 in the paper. I also recognized her from
17 attending city council meetings.
18 Q. Did she tell you anything else other
19 than this allegation that officers had used mace?
20 A. No. It was -- we had a very brief
21 conversation. I would say no more than one to two
22 minutes.
23 Q. All right. And then she went back
24 through the police line and into the crowd again?

1  A.      Yes.  I walked back over with her to
2  the curb.  She walked back in, I got in my car,
3  and I returned to the EOC.
4  Q.      All right.  At that point in time, was
5  the protest -- other than this alleged assault of
6  Officer Dupler -- which you didn't see, right?
7  You didn't see that assault?
8  A.      I did not.
9  Q.      Other than that, were you aware of any
10  aggression or violence going on in that protest at
11  that point in time?
12  A.      When I was at Broad and High, I did not
13  see any aggression or violence --
14  Q.      All right.
15  A.      -- for those few minutes I was there.
16  Q.      You returned with your commander to the
17  EOC.  What happened from there?
18  A.      Just monitored the situation throughout
19  the rest of the day.
20  Q.      What happened with the large crowd at
21  -- around the statehouse?
22  A.      I think -- the best of my recollection
23  is, eventually, it somewhat dispersed.  I don't
24  believe everyone left, but it did reduce in size.

1  Q.      Was there any necessity to disperse all
2  or portions of that crowd through the day?
3  A.      I don't believe we did, no.
4  Q.      Was there any requirement that the
5  officers cordon off or section off any group of
6  the protesters?  Did that happen?
7  A.      Well, we try not to cordon off.  We may
8  stop a crowd from moving one direction, but we
9  don't -- I don't surround a crowd.  That's not
10  what we try and do.  I'm not quite sure where
11  you're...
12  Q.      Yeah.  No.  Bad question.  Thanks for
13  asking me to clarify.  Was there any point in time
14  in which you used a sectioning or a cordoning
15  procedure to move all or part of the crowd away
16  from other parts of the crowd or away from
17  property?  Did that happen based on your
18  observations or based upon what you saw from the
19  EOC?
20  A.      I do recall when, at Broad and High, we
21  had officers positioned on High Street.  Traffic
22  was still flowing on High Street, so officers were
23  either at the curb or in that first lane to help
24  keep the crowd out of the -- out of the roadway.

1  So, yes, I did -- we were controlling their
2  movement there.
3  Q.      Was that -- was it necessary for any of
4  those officers to use nonlethal force to keep that
5  crowd out of the roadway?
6  A.      I believe that's prior -- again, prior
7  to my arrival, but that's where -- how Officer
8  Dupler was assaulted and then that arrest took
9  place was as part of that.
10  Q.      Okay.  Other than that and after that,
11  was there any use of chemical spray or CS gas on
12  that crowd that had gathered around the
13  statehouse?
14  A.      I can't speak to uses of mace, but we
15  did not use CS gas in that area.
16  Q.      How about MK-9?
17  A.      We didn't use CS gas, period, but some
18  -- an officer -- again, depending upon what
19  happens to that individual officer, there may have
20  been individual uses of mace.
21  Q.      When you say you "didn't use CS gas,
22  period," the mayor's involvement in this, that
23  didn't happen on the 29th or 30th, did it?
24  A.      The -- you're asking about the time

1  around the statehouse when I was out there?
2  Q.      Yeah.
3  A.      We did not use any CS gas.
4  Q.      Okay.  You didn't use it, but there had
5  been no new directive about that at that time,
6  correct?
7  A.      I believe that's correct.
8  Q.      All right.  Let's take a look, and Jeff
9  will, if he can, share the screen for me.  Let's
10  take a look at your affidavit that you signed in
11  this case.  So we're going to get a screen-share
12  here for you, Chief.
13  A.      If you give me the number, I can --
14  okay.
15  Q.      Yeah.  It's coming up here.  So, we'll
16  scroll to the top.
17       MR. MARSHALL:  All right.  Go ahead and
18  scroll to the bottom.
19  Q.      Do you see on your screen there, the
20  first page -- or the second page now and then the
21  last page of Exhibit 1?  I'm sorry.  It's four
22  pages.
23  A.      Yes.
24  Q.      All right.  We're looking at the last

1  page.  It says page -- do you see at the top
2  there, it says page 4 of 4, right?
3  A.      Yes.
4  Q.      And is that your signature under
5  oath --
6  A.      Yes.
7  Q.      -- on January 14th of 2021?
8  A.      Yes.
9          MR. MARSHALL:  All right.  Let's go
10 back to the top.
11 Q.      Have you reviewed this affidavit
12 recently?
13 A.      Yes.
14 Q.      All right.  Do you need to make any
15 changes or clarifications to it based upon that
16 review?
17 A.      No.
18 Q.      Is everything you said in here true?
19 A.      Yes.
20 Q.      So where did the language come from
21 that's in this affidavit?
22         MR. PHILLIPS:  Objection, if it's going
23 to talk about attorney/client privileged
24 communications.

1  your perspective.  I'm not asking that.  I'm
2  asking if you know where the source of this
3  language comes from.
4  A.      I'm sorry.  I don't understand what you
5  mean by that.
6  Q.      Well, have you seen reports from any
7  other sworn personnel that have this same language
8  in it?
9  A.      I have not seen any other reports from
10 sworn personnel that have this specific language
11 in it.
12 Q.      Okay.  Let's look at paragraph 29 of
13 the affidavit, which is on the third page.  We've
14 been talking about the 30th, and we'll finish that
15 up in a minute, May 30th, but it looks like that
16 you were in the field to some extent on May 31st,
17 that Sunday, right?
18 A.      Correct.
19 Q.      What was your -- what were your working
20 hours on May 31st?
21 A.      I was, again, not the incident
22 commander that day.  So, again, I would have
23 probably came in later morning.  And I actually
24 think that day, I sat in my office and tried to

1  Q.      Yeah.  All right.  So here's what I
2  don't want you to do, Chief.  If you were told --
3  not told or if you were offered language only from
4  one of the city attorneys, I don't want to hear
5  about that.  My question is:  Do you know where
6  the wording of much of this document comes from?
7          MR. PHILLIPS:  Objection.  It's going
8  to be the same objection, John.  I mean, he can --
9  if it's from any source other than the City
10 Attorney's Office, that's fine, but, I mean, he's
11 going to swear that this is --
12         MR. MARSHALL:  Okay.
13         MR. PHILLIPS:  -- his affidavit, no
14 matter who types it up.
15         MR. MARSHALL:  No.  I know.  Of course.
16 I'm not questioning that.  We all know that's how
17 we lawyers do affidavits.  I get it.
18 Q.      What I'm asking about, Chief, is:
19 Apart from what you might have learned from
20 anybody in the City Attorney's Office, do you know
21 what the source of the wording of this document
22 is?  Do you know what -- where it came from?  I'm
23 not -- when I ask that question, I'm not at all
24 suggesting that this isn't true and accurate from

1  help get a better grasp of the use of my general
2  staff, which is the commanders, so that -- we were
3  all putting in a lot of hours, so I was trying to
4  make sure that everyone received an appropriate
5  amount of rest.  So that was what I primarily
6  spent on that day.  I did spend some time in the
7  EOC, and that's where I saw this activity that is
8  described in paragraph 29.
9  Q.      All right.  You saw on camera view --
10 closed-circuit camera view of what was going on in
11 the field, right?
12 A.      I actually believe it was from a
13 helicopter's down -- like not one of our fixed
14 cameras.
15 Q.      Okay.  And where were these protesters
16 with firearms?
17 A.      This particular one was on Broad
18 Street.  I believe out about Fifth Street.  There
19 were some National Guard that were positioned
20 there, and we saw a few people with firearms get
21 out of a car and walk toward those National
22 Guardsmen.
23 Q.      What do you do when you see something
24 like that happen?

1  A.     We were trying to get police officers
2  to them to assist.
3  Q.     Did anything happen other than the
4  protesters had firearms and they walked towards
5  the National Guard?  Other than that?
6  A.     No violence happened between the
7  Guardsmen and these folks.  I don't know if they
8  were protesters.  We just saw individuals with
9  firearms.
10  Q.     Were any of them anti-Black Lives
11  Matter protesters?
12  A.     I could not answer that.
13  Q.     Do you know that there were such
14  protesters out in the streets at some points in
15  time?
16  A.     At some points in time, yes.
17  Q.     Did you know that some of them were
18  armed?
19  A.     Some may have been armed.  We didn't
20  identify every one that was armed as which side of
21  an issue that they were on.  That's really not
22  that much of a concern other than trying to keep
23  groups that are antagonistic towards each other
24  separated.  But if two groups are there and

1  they're not having a problem with each other, we
2  don't have to identify what group they are.  We're
3  not trying to do that.
4       MR. MARSHALL:  Paragraph 30 is on the
5  fourth page, Jeff.
6  Q.     If you'll scroll down, it says,
7  "Although there was less property damage on
8  May 31, the protesters were still throwing objects
9  at police officers."
10       Is that something you observed on the
11  camera view in your helicopter or other camera on
12  that day?
13  A.     I believe it was --
14       MR. PHILLIPS:  I'll object to it being
15  outside of the scope of the 30(b)(6), but for his
16  individual deposition, go ahead and answer.
17  A.     I believe that was reported to me.
18  Q.     Who reported that to you?
19  A.     Again, it would have been through
20  information at the EOC, where we try and house all
21  the information of what's been going on and the
22  time before -- the shift before officers come into
23  work.
24  Q.     Let's walk through and finish up both

1  the 30th and 31st, starting with the 30th again.
2  You talked about being in Broad and High, going
3  back to the EOC, and I think you said you ended
4  your work on -- on or around 5 p.m. on the 30th,
5  right?
6  A.     5 or 6 p.m., yes.  I would have to
7  leave by the next incident commander coming on.
8  Q.     Were you at the EOC that entire time?
9  A.     Not that entire time.  Again, I would
10  have stepped out, and, again, I may have driven
11  around downtown just to get a feel of what was
12  going on.
13  Q.     Well --
14  A.     The cameras are good, but they're not
15  -- they don't tell the full picture.
16  Q.     Did you do that?  Did you go drive
17  around and --
18  A.     Yes.
19  Q.     What did you -- what do you remember
20  seeing on those tours of downtown?
21  A.     Again, looking at the property
22  destruction, making sure that -- seeing what the
23  -- where the officers were, see if there were
24  large crowds.  That's what I'm -- that's what I'm

1  trying -- it's almost like a fact-finding mission.
2  I want to see what's going on.
3  Q.     What sticks out in your mind about
4  those inspections that you were making?
5  A.     Nothing particular sticks out in my
6  mind from the 30th.
7  Q.     Is there any -- other than you heard
8  about Officer Dupler being assaulted, did you
9  observe any assaults on police officers or any
10  violence on behalf of protesters or committed by
11  protesters?
12  A.     Again, I did not -- was not made aware
13  of Officer Dupler being assaulted until that
14  citizen complaint came in.  I didn't have the
15  specific of that incident until much later.
16  Again, nothing specific that an officer, A, was --
17  had been assaulted, but information through the
18  EOC talks about what had transpired prior -- in
19  the prior shifts.  So if officers were assaulted,
20  if objects were being thrown, if property
21  destruction had occurred, that's where I would
22  have learned from it -- from the after actions so
23  to speak, from the previous time.
24  Q.     You believe there was some property

1  destruction on the 30th, but that was waning or it
2  was less than previous -- the previous two days,
3  right?
4  A.      Yes.  I believe, from my perspective,
5  the height of the property destruction occurred on
6  the 28th and the 29th.
7  Q.      Did any occur on the 31st?
8  A.      I'm sure there was some, but, again,
9  the 28th and 29th were the high-water marks for
10  personal businesses and critical infrastructure
11  being damaged.
12  Q.      Earlier, I asked you about body cameras
13  and identifying of badge numbers.  When did you
14  first realize that many of the officers were not
15  -- either didn't have operable or had covered up
16  their body cameras?
17  A.      I disagree with -- if you're
18  insinuating they intentionally covered them up, I
19  don't agree with that statement or question.  I
20  think by the way the officers -- or they wear them
21  on a normal day, because of the protective
22  equipment, it inadvertently covered them up.  And
23  then when they tried to reposition them, it was
24  not -- it was not the best of circumstance, and

1  sometimes they fell off or they did not capture
2  what they normally would capture.
3  Q.      Aren't they trained in how to position
4  them with protective equipment?
5  A.      We did not cover that with the
6  protective equipment.  It was -- it's primarily
7  where they wear them with their normal uniform on
8  a day-to-day basis.
9  Q.      All right.  So my question is a little
10  different, which is:  Every -- you said coming out
11  of the training academy, every officer is issued
12  protective equipment, right?
13  A.      I did.
14  Q.      To your knowledge, are they trained in
15  the academy about how to position body camera when
16  they are wearing protective equipment?
17  A.      To my knowledge, I do not know that,
18  but I do not believe they are.
19  Q.      All right.  Are you aware of any
20  training the division gives them about how to
21  position body cameras so they operate properly
22  when they are using their protective equipment?
23  A.      Well, prior to the directive on the
24  traffic vest, no.

1  Q.      Had you been aware of any other time
2  that officers were using protective equipment --
3  you know, before the Black Lives Matter protests,
4  had there been any other instances where body
5  cameras weren't -- because of the use of
6  protective equipment, weren't positioned properly
7  or fell off?
8  A.      I can't say specifically I have
9  information about that.
10  Q.      Well, before the Black Lives Matter
11  protests, what was the last time you're aware of
12  that you have a group of officers -- and by
13  "group," I mean more than, you know, 1 or 2 --
14  maybe 10, 12, 20 -- who were in the field using
15  protective equipment from SWAT?
16  A.      Yeah.  I don't know.
17  Q.      It's happened, though, right?  It's
18  just not --
19  A.      It's rare that we put on the protective
20  -- the full protective equipment.
21  Q.      Well, when you say "rare," do you mean
22  the officers might do it once or twice or three
23  times a year or once every five years or can
24  you --

1  A.      More frequent than that.  We may wear
2  the helmet, but as far as the full protective
3  gear, that's less frequent than once or twice a
4  year.
5  Q.      So maybe only once every couple of
6  years or so?  Is that a rough...
7  A.      It's possible, you know.  It's a big
8  city.  We operate 24 hours a day.  I'm not aware
9  of every time an officer may put that gear on at
10  the direction of a supervisor, but my experience
11  is, is that's a rare occurrence that we put on the
12  full protective gear as we've described earlier.
13  Q.      Anything else happen on the 30th that
14  we haven't talked about that was noteworthy?
15  Anything that sticks out in your mind?
16  A.      I believe that was probably the first
17  day that we started to use our mutual aid partners
18  to help control traffic into the downtown area.
19  Q.      Was that fairly effective?  Were you
20  able to do that?
21  A.      Yes.  It was -- it required quite a bit
22  of help, and to be honest with you, now that I say
23  that, that was probably what does stick out into
24  my mind.  We had mutual aid packs with our

1 suburban partners, and almost all instances --
2 it's not absolute, but prior to that, it's the
3 suburban agencies requesting assistance from us.
4 Maybe a specialty type of investigation or
5 manpower, just because they don't -- they're not
6 as large cities. They don't have as large of
7 police force.
8      So asking help from our suburban
9 partners was extremely unusual, especially at the
10 level that we requested it, because we needed
11 their help to be able to control this. It was --
12 that was almost shocking to me that we had to have
13 them come in and help us.
14 Q.      Okay. They all stepped up, to your
15 knowledge, and helped out?
16 A.      I think that we may have had some that
17 maybe wanted to but were not able to. Again,
18 suburban staffing, they still had to provide
19 service to their cities. So some may not have
20 been in a situation where they could send us
21 resources. It depended upon -- I think some days,
22 some agencies helped; other days, they could not.
23 Q.      But a number of them did help, right?
24 A.      Yes.

1 Q.      And were you able, with their
2 assistance, to at least control traffic in and
3 around the protest areas?
4 A.      Yes.
5 Q.      Did any -- were any of them involved in
6 use of chemical sprays or other nonlethal weapons
7 to disperse crowds, to your knowledge?
8 A.      To my knowledge, they were not.
9 Q.      Was there, at some point in the
10 planning -- for patrolling or policing these
11 incidents, the Black Lives Matter, was there at
12 some point in which a decision was made to just
13 allow the protesters to occupy the streets even if
14 it blocked traffic?
15 A.      At some point --
16      MR. PHILLIPS: I'll object to the
17 extent that it's outside of the dates that he was
18 talking -- that he's disclosed for, but you can
19 answer.
20 Q.      All right. You can answer, Chief.
21 A.      Okay. Yeah. At some point, depending
22 upon the crowd, we did help facilitate traffic to
23 move around and allow people to occupy the
24 streets.

1 Q.      Do you know when that decision was
2 made?
3 A.      I don't have a specific recollection of
4 it, and I don't know that it's from point A
5 forward we're doing that. It's -- again, it's the
6 totality of what's going on. Can we successfully
7 do that? What time of day is it? So all those
8 things are factors that we consider if we can
9 successfully accomplish that.
10 Q.      Well, was that decision in place by the
11 second week of the protests?
12 A.      Probably within -- maybe sooner than
13 that.
14 Q.      It certainly wasn't done the first
15 three or four days, right?
16 A.      Well, we did block traffic during those
17 first two days, yes.
18 Q.      Well, I understand you were blocking
19 traffic on the 28th as best you could, though,
20 right?
21 A.      Correct.
22 Q.      All right. So let me just put this in
23 context for you. So you know Deputy Chief Becker,
24 of course.

1 A.      Yes.
2 Q.      What was his job at the time?
3 A.      He is the criminal investigative
4 subdivision deputy chief.
5 Q.      What role was he playing in the -- what
6 role was he playing in the incident action
7 planning?
8 A.      At some point, I'm sure Tim was
9 assigned as the incident commander.
10 Q.      Was he incident commander on any of the
11 first four days on any of the shifts that you're
12 aware of?
13 A.      I'd have to look at the plans and see
14 when that was.
15 Q.      All right. Were you present at a roll
16 call with Deputy Chief Becker and Chief Quinlan
17 was part of it in which he talked to officers who
18 were going to go out and police the protests?
19 A.      I don't recall being at a roll call
20 with Tim, no.
21 Q.      Okay. Did you conduct a roll call with
22 officers that were going to go out and police the
23 protests?
24 A.      I either may have been present with the

1 commander or I did end up speaking to some at some
2 point, yeah.
3 Q. I realize on the 28th, there wasn't a
4 roll call in which you discussed the upcoming
5 protests, right? Because it kind of happened in a
6 fluid way, as we've described. Am I correct?
7 A. That's correct.
8 Q. All right. On the 30th, since you were
9 incident commander, was there a roll call of --
10 which you addressed a group of officers?
11 A. No. No. I believe the staging area --
12 we had officers reporting to the police academy,
13 and I believe we had roll calls conducted there.
14 There may have been officers that reported to
15 headquarters, and I may have spoke to them there.
16 Q. But did you give any direction to --
17 whoever was conducting the roll call at the
18 staging area, did you give any direction to them
19 about what to say to the officers?
20 A. We would have covered the rules of
21 engagement and the IAP at those levels.
22 Q. Well, "rules of engagement," what do
23 you mean?
24 A. That's where we talk about making

1 Q. All right. Would you agree with me
2 that after the first week, there was very little
3 or no property damage?
4 A. After the first week, I think the
5 reported property damage was significantly less
6 than what it was in the first several days.
7 Q. Well, after the second week, was there
8 any reports of property damage? That's, you know,
9 for example, when a lot of the boards came off the
10 buildings and such. Do you recall any reports of
11 any property damage after the second week?
12 A. Specifically, I do not have that
13 information. I'd have -- you'd have to look at
14 it. There may have been some individual property
15 damage, but I don't know without the reports.
16 Q. Based on your observations, whether in
17 the field or at the EOC or based upon reports that
18 you got, what percentage of the protesters do you
19 think were peaceful in the first few days of the
20 protest? And I'm going to talk about the 28th,
21 29th, and 30th. Are you with me?
22 A. I understand the time period, yeah, and
23 I'm just not sure I can make a good assessment of
24 percentage.

1 arrests at the direction of a supervisor, using
2 mace or other chemical irritant at the direction
3 of a supervisor, unless it's a personal emergency.
4 You're being assaulted or your partner's being
5 assaulted, someone else is being assaulted and
6 you're making those arrests. Those are what we
7 would share with those officers.
8 Q. All right. When you say that's what
9 you would share, is that because you understand
10 that's what you would normally share with them?
11 A. Yes.
12 Q. Do you know whether, in fact, that was
13 shared at the staging areas?
14 A. Having not been there, I can't speak
15 that that's exactly what happened, but that's what
16 we try and share with -- that's the intent, is
17 they have that information before they get into
18 the field.
19 Q. We've been talking generally about a
20 two-week period of time for these protests. They
21 actually went on in fits and starts for some
22 period of time after that, didn't they?
23 A. It went on for several weeks, yes, to
24 some extent.

1 Q. Would you agree or disagree that 99
2 percent of the protesters were peaceful?
3 A. I -- again, I don't know if I can make
4 that assessment. What I'm looking at is the
5 totality of it, what all is going on, and a
6 percentage of them -- it could be small, but what
7 they're doing could be causing such a level of
8 violence and such a level of property destruction
9 that that's dictating my actions, not a number
10 that are or are not engaged in that.
11 Q. In a roll call -- I'm reading from the
12 transcript of a roll call Deputy Chief Becker --
13 I'm not asking you to agree or disagree this is
14 what he said; I'm just going to simply ask you if
15 you agree with this statement. This was a roll
16 call within the first few days that he conducted:
17 I think I'm losing track of days -- maybe Sunday
18 -- that if they took to the streets, I didn't
19 care. If there's harm come to them, they're
20 adults. They've got to realize walking in the
21 streets is dangerous. They don't have a parade
22 permit. Who cares? And so far, that's worked
23 pretty well. We haven't had to use one single use
24 of force, one arrest. We haven't had anybody

1  injured.  We haven't had any property damage that
2  I'm aware of.
3      First of all, were you aware that Chief
4  Becker had addressed the group of officers in a
5  roll call with that language?  Did you know that?
6  A.    I did not.
7  Q.    Okay.  If this was Sunday, the 31st
8  he's referring to here, would you agree that at
9  least an informal decision was made by Sunday,
10  the 31st to allow protesters to gather in the
11  streets and not disperse them unless there was
12  some act of violence?
13  A.    I can only speak -- I can't speak for
14  what Tim was saying there, but, again, if I'm
15  there Sunday morning and all we have are people
16  gathering in the street, it's possible that we
17  would have just directed traffic around them, but
18  I don't know what all Tim had else going on [sic].
19      So, again, when I make those decisions
20  as the incident commander at events, it's not -- I
21  may go in thinking that if nothing else is going
22  on, that's what we can accomplish, but as the
23  crowd dynamics change and as individuals within
24  the crowd cause issues, it changes the dynamic of

1  the crowd, and it changes our response.  So I
2  can't make an assessment of -- if A happens, then
3  we will do B, because there's always more to it.
4  There's -- what else is going on?
5  Q.    During any of the several weeks of
6  protests, did you, yourself, observe any
7  inappropriate use of force by any member of the
8  sworn personnel?
9  A.    No.
10  Q.    Was any reported to you?
11  A.    To me personally or to the division of
12  police?
13  Q.    Just to you, personally.
14  A.    To me personally, no.
15  Q.    You do know that complaints have
16  happened --
17  A.    Actually --
18  Q.    -- and so on, right?
19  A.    Let me correct that.  Tammy, the
20  interaction that I had with her, did report that
21  force was used, and she was implying that it was
22  not appropriate.
23  Q.    Yes.
24  A.    That was reported to me.

1  Q.    Yeah.  I should have said other than
2  that.  I get it.  You were aware that a number of
3  calls or contacts were made with the Internal
4  Affairs Bureau complaining about excessive use of
5  force, right?
6  A.    Yes.
7  Q.    And you're aware that all of that got
8  handed off to Baker & Hostetler to do an
9  investigation, right?
10  A.    Yes.
11      MR. MARSHALL:  And I realize, Wes, this
12  is outside of the scope of the 30(b).  It's fine.
13      MR. PHILLIPS:  You're taking his
14  individual deposition, too, so that's fine.
15      MR. MARSHALL:  Yeah.
16  Q.    So, Chief, have you been interviewed by
17  Internal Affairs with respect to any particular
18  citizen complaint?
19  A.    No.
20  Q.    Have you been interviewed by Baker &
21  Hostetler with respect to any of these complaints
22  of their investigation?
23  A.    No.
24  Q.    Have you spoken to anyone at Baker &

1  Hostetler about what you saw and observed?
2  A.    I have spoke to them about individual
3  complaints, about how the -- I had one allegation
4  split and then asking for changes just in how the
5  document was written up.
6  Q.    Okay.  So that sounds like a procedural
7  issue.  Have I got that right?
8  A.    Correct.  I did not talk to them about
9  the substance of the complaints.  I talked about
10  just documentation so it was clearly spelled out
11  what the allegations were.
12  Q.    Do you remember the name of the officer
13  involved in that particular complaint?
14  A.    So there were two.  I believe the first
15  one was the Dupler -- the Officer Dupler
16  complaint.  There was -- they had an allegation --
17  they had written it as one allegation, and in my
18  opinion, it was two allegations.  So I wanted them
19  each spelled out independently so it listed two
20  and not one.
21      And then most recently, I spoke to
22  Jenni Edwards, and it was trying to get the
23  allegation written out.  She had list -- I think
24  they had listed a finding that's not normally what

1  we list, so they hadn't had a chance to interview
2  an officer yet because of -- he was off on COVID
3  leave.  So they had -- they put something in
4  there, and I suggested that they remove that.  So
5  once he was interviewed, then the -- then they can
6  make a recommendation as far as the allegation.
7  Q.      Have you talked to Jenni Edwards, one
8  of the lawyers at BakerHostetler, about their
9  process?
10  A.      No.
11  Q.      Who did you talk to?
12  A.      Well, again, I spoke to Jenni about
13  that documentation.
14  Q.      Okay.
15  A.      The investigative process.
16  Q.      All right.  I gotcha.
17  A.      Yeah.
18  Q.      Did you --
19  A.      I was just going to say, Internal
20  Affairs served as the liaison with Baker for that.
21  It's my position that I allow Internal Affairs to
22  do their work, and in this case, they're doing it
23  in conjunction with Baker.  So I don't get
24  involved in that investigation until it's

1  concluded.
2  Q.      Sure.
3  A.      So I --
4  Q.      Is it your understanding that Internal
5  Affairs is not doing any of the investigation or
6  making any findings, though, that it's all been
7  handed off to Baker?
8  A.      My understanding was we initially began
9  some of the investigations.  There are contractual
10  timelines for the FOP members, so once the IAB
11  receives some of those complaints, I believe they
12  began to work on them.  At some point, we were
13  instructed that those would all be directed to
14  Baker, and IAB stopped those investigations and
15  began to work with them on those complaints.
16  Q.      Have we covered everything that --
17  well, that's a bad question.  I want to finish up
18  on the 31st.  How late did you work again?
19  A.      On the 31st?
20  Q.      Yeah.
21  A.      That would have been the Sunday, so I
22  may have worked until 10 p.m.
23  Q.      All right.  Anything else stick out in
24  your mind about the 31st?

1  A.      No.
2  Q.      The protest continued for some period
3  of time after the 31st.  Were you assigned as
4  incident commander on any other days?
5  A.      Yes.
6  Q.      What other days, if you recall?
7  A.      I'm going to have to move back to my
8  other location.  My battery is -- so give me --
9  can you give me just 10 seconds here to walk
10  across the room?
11  Q.      Sure.
12  A.      My apologize.  Having moved offices
13  this week, everything is not set up for me yet, so
14  I'm trying to work off of a laptop.
15          Could you repeat the question, please?
16  Q.      Yeah.  I was asking you whether you
17  were incident commander on any other days, and you
18  said you were.
19  A.      I was.  I would have to look at the
20  IAPs to get specifically what days those were.
21  Q.      What sticks out in your mind about the
22  remaining several days of protests?  Anything in
23  particular?  Did they continue to get less
24  problematic, less troublesome?

1  A.      You know, I'd like to -- I'd like to
2  make a correction.  After you brought up the 31st,
3  I forgot that I was in the field that day.
4  Q.      Okay.
5  A.      An event was of note, although I didn't
6  spend a lot of time in the field toward the end of
7  the evening, the curfew was in effect that day.
8  Q.      Okay.
9  A.      And I was in the field and did
10  encounter a group of protesters in the area of
11  Long and High.  There were already officers there
12  that were talking with them.  I walked forward to
13  see what was occurring, and Lieutenant Lieb and I
14  spoke with several of those protesters.  We had a
15  very good dialog.  At some point, they asked if we
16  would walk with them and walk them out of this
17  area, and I said we certainly will do that with
18  them.
19          We reminded them that the curfew was
20  coming up, but in particular, a gentleman that I
21  spoke with since the protest a couple times named
22  Keith Enoch, who's somewhat of an informal leader.
23  Keith and I got out in front, and we marched and
24  walked together to Long and High, and then the

1  protesters walked home from there.  And that was a
2  very eventful and a very positive event that
3  occurred during this time.
4  Q.      On the 31st?  On Sunday, the 31st?
5  A.      On Sunday, the 31st.  And that would
6  have been a little -- again, right around that 10
7  p.m. time, because, again, the curfew was in place
8  at that point.
9  Q.      Was there any significant property
10  damage after that on that day?
11  A.      On that day, I actually think that by
12  11:00, that we had very few folks left back
13  downtown.  Sunday night ended much earlier than it
14  had the previous three nights.
15  Q.      All right.  Thereafter, after that
16  Sunday, you were incident commander on some days,
17  right?
18  A.      Correct.
19  Q.      Can you tell me whether you were an
20  incident commander on -- and I'm guessing you
21  don't remember all the days exactly, but maybe you
22  have a record -- whether you were incident
23  commander on -- let me get the day of the week
24  here.  Sunday, June 21st.

1  A.      Again, I'd have to look at the IAP to
2  get -- if I was the incident commander.  By -- and
3  this is -- to the best of my knowledge, by that
4  time, we may have stopped having deputy chiefs as
5  the incident commander because the number of
6  officers involved was not as great.  The size of
7  the crowds were not as great, and so we may have
8  assigned a commander to be the incident commander
9  for that.
10  Q.      Do you remember anything in particular
11  happening on Sunday, the 21st of June?
12  A.      Is that Father's Day?
13  Q.      I don't know.  I can try to figure that
14  out.  It might have been.
15  A.      If that's the day, I received a phone
16  call at home that protesters had tried to occupy
17  Broad and High with shields, and there was an
18  interaction with the police.
19  Q.      Were you present for that in the field?
20  A.      No.
21  Q.      Did you observe it on camera as it was
22  happening?
23  A.      I was called at home.  I was at home.
24  I was off duty.  When I was told about that, I

1  believe that was the day Commander Smith Weir
2  called me.  So I eventually did get a uniform on
3  and come into work that day.
4  Q.      Was that incident over with by the time
5  you got in?
6  A.      There were still some people that were
7  in the streets, but as far as uses of force or
8  anything like that, I believe all those had
9  occurred prior to my arrival.
10  Q.      What happened, generally speaking,
11  based on reports that you got?
12  A.      Based on the reports that I have, I
13  believe Commander Weir -- there was a small crowd
14  there.  He and other supervisors had gone around
15  and made contact with a lot of protesters, asking
16  them to get out of High Street, and at some point,
17  those requests were ignored.  I believe he
18  reported that he did that for a significant amount
19  of time, but then individuals with homemade
20  shields surrounded -- kind of blocked off Broad
21  and High.
22  Q.      Okay.  Have you been part of the
23  collective bargaining process with Fraternal Order
24  of Police on behalf of the division?

1  A.      Yes.
2  Q.      When was the -- are you involved in
3  bargaining now?
4  A.      No.
5  Q.      When was the last time you were
6  directly involved in such bargaining?
7  A.      It would have been during the last
8  contract cycle, so 20 -- beginning of '16 --
9  or '17 -- excuse me -- is when that agreement
10  started.
11  Q.      Is that the current -- is the current
12  contract the one in which you were directly
13  involved in bargaining?
14  A.      Yes.
15  Q.      And you were involved as a
16  representative of the division, correct?
17  A.      Correct.
18  Q.      Who else was on that bargaining team
19  for the division?
20  A.      Initially, Deputy Chief Becker was, but
21  he's married to an officer, and she is part of the
22  agreement.  She's covered by that agreement, so he
23  recused himself.  And then it became Deputy Chief
24  Kuebler.

1  Q.      Okay.  And, obviously, you had legal
2  representation there and so on?
3  A.      Well, the City has representatives from
4  the director's office, the mayor's office, city
5  HR --
6  Q.      Okay.
7  A.      -- as part of the negotiation team.
8  Q.      Have you been involved in collective
9  bargaining in previous contracts as a division
10  representative?
11  A.      No.
12  Q.      Have you been involved in collective
13  bargaining as a member of the FOP previously in
14  years past?
15  A.      No.
16         MR. PHILLIPS:  John, I'm just going to
17  object to it being outside of the scope of the
18  30(b)(6), but he can go ahead.
19         MR. MARSHALL:  Sure.
20  Q.      Do you know whether the -- we looked at
21  directives, the Columbus division directive, which
22  was Exhibit 8 on use of force earlier and the
23  division directive on chemical agents and
24  intermediate weapons regulations, which is

1  Exhibit 9.  Do you recall those documents,
2  generally?
3  A.      Yes.
4  Q.      Okay.  Are the kinds -- are the use of
5  force directives and the chemical agents
6  directives matters in which are required to be,
7  based on your understanding, collectively
8  bargained or can they be changed by the division
9  if the division was to without bargaining?
10  A.      Yes, we can change directives without
11  bargaining.
12  Q.      So the directives on use of force and
13  the directives on chemical agents and intermediate
14  weapons are all matters that are outside of the
15  collective bargaining process based on your
16  understanding, correct?
17  A.      Part of the process of that review in
18  concurrence, the FOP is given a copy of that.
19  They are given the opportunity to provide input,
20  but the division does not have to accept that
21  input.
22  Q.      Right.  It's advisory, right?  They are
23  allowed to give input and their reaction to it,
24  but you can accept or reject any or all of it,

1  right?
2  A.      Correct.
3  Q.      All right.
4         MR. MARSHALL:  It's 2:00.  My guess is
5  I have less than an hour to go.  Let's take
6  a 15-minute break, and I think he can pretty well
7  commit to getting done by 3 or before 3, all
8  right?
9         MR. PHILLIPS:  Sounds good.  All right.
10        MR. MARSHALL:  Thank you.
11        (A short recess is taken.)
12  Q.      Chief, we're still on -- well, let me
13  get my topics list here, but you were designated
14  in part on the topic related to collective
15  bargaining.  That's why I've been asking these
16  questions, right?
17  A.      Okay.
18  Q.      And how -- just so I have a sense of
19  your experience with it, how long did that -- for
20  the current contract in which you were directly
21  involved and a representative of the division, how
22  long did that bargaining process last?
23  A.      Oh, goodness.  It was over a year with
24  -- by the time we went through arbitration and

1  everything.
2  Q.      So you went through a year of
3  collective bargainings and probably had, what,
4  several meetings about it?
5  A.      Yes.  Joint meetings and then
6  additional meetings with the City's team.
7  Q.      Even before that time, you were fairly
8  familiar with the contract and how it worked
9  and --
10  A.      Yes.
11  Q.      -- I assume?
12  A.      Yes.
13  Q.      And you had been an FOP member yourself
14  for many years, right?
15  A.      Correct.
16  Q.      And I assume you got -- became very,
17  very familiar with the contract and its provisions
18  and how it worked during the collective bargaining
19  process.  Is that a fair statement?
20  A.      Yes.
21  Q.      All right.  I was asking you earlier
22  whether directives are -- can be changed,
23  modified, or eliminated.  Let me ask it this way:
24  Can directives be changed, modified, or eliminated

1 without collective bargaining?
2 A.　　Yes.
3 Q.　　Now, you talked about an advisory or a
4 consulting piece that happens when you might
5 notify the FOP that there's going to be a change
6 or an addition and give them a chance to comment
7 on it, right?
8 A.　　Correct.
9 Q.　　Are you required to do that under the
10 contract or is that just a courtesy?
11 A.　　No. That's in the contract. We give
12 them an opportunity to look at it, yes -- to
13 provide an opinion, I guess, is the better way to
14 say it.
15 Q.　　Yeah. But you can -- you can reject
16 that opinion, accept that opinion in part, or
17 accept the whole thing at your discretion, right,
18 with -- the division can?
19 A.　　Correct. It's ultimately the chief's
20 decision on the final language of a directive
21 update.
22 Q.　　But the reason I asked the question
23 about whether you have to do it at all is that my
24 understanding of the changes that we looked at

1 earlier, 8 and 9, for example, the change of --
2 about use of tear gas --
3 A.　　Uh-huh.
4 Q.　　-- or CS gas, that that -- the FOP was
5 not consulted about that. Do you know whether
6 that's so or not?
7 A.　　I don't know. I can't say that for
8 sure. I'm not sure.
9 Q.　　So are you sure this is a contractual
10 requirement that they be consulted or is it just
11 something you've done?
12 A.　　It may -- I'd need to look at the
13 contract and pull it out and look at the specific
14 language on what our requirement is.
15 Q.　　Okay. Does the same hold true for the
16 emergency operations manual, that, like the
17 directives, you can add to, change, or modify the
18 emergency operations manual without collective
19 bargaining?
20 A.　　Yes.
21 Q.　　Do you use the same or similar process
22 for making those changes?
23 A.　　Yes.
24 Q.　　Is the --

1 A.　　Or the process that's outlined by the
2 chief. The chief can initiate an expedited
3 concurrence process. As I mentioned earlier, the
4 normal process is general concurrence, executive
5 concurrence, chief concurrence where the final
6 decision is made, but the chief of police can
7 change that and say, I'm just going to do an
8 executive staff concurrence or he could do a
9 chief's concurrence. He or she could make them on
10 their own.
11 Q.　　Okay.
12 A.　　The chief has the authority to make
13 that process, follow it, or modify it.
14 Q.　　Since the chief is the ultimate
15 decision-maker on provisions in the emergency
16 operations manual or directives, can the chief do
17 -- make those changes without a concurrence
18 process at all?
19 A.　　Yes.
20 Q.　　And can the chief make those changes
21 without consulting with the FOP at all?
22 A.　　Yes.
23 Q.　　And those changes are required to be
24 followed by the division if the chief makes them,

1 correct?
2 A.　　Correct.
3 Q.　　Now, the city council could step in and
4 require things by ordinance, right?
5 A.　　Yes.
6 Q.　　And they have from time to time during
7 your career, I imagine?
8 A.　　Yes.
9 Q.　　But short of that, the chief can change
10 matters that are the subjects of the emergency
11 operations manual or the directives at the chief's
12 discretion?
13 A.　　Yes.
14 Q.　　Obviously, a chief who's operating in a
15 fair and reasonable way is going to want input
16 from various sources, but input is not required,
17 correct?
18 A.　　Correct.
19 Q.　　Have you made any changes to the
20 emergency operations manual or the directives
21 since you've been interim chief?
22 A.　　No.
23 Q.　　Are you planning on any?
24 A.　　No.

1  Q.    Switch gears to what may be the last
2  topic, and that is -- I want to take a look
3  together at some radio logs, and I think we've got
4  Exhibit 31. And I think Mr. Vardaro can
5  share-screen for us with those, so we'll see if
6  this works.
7       All right.
8       MR. VARDARO: You guys can see it,
9  right?
10      MR. MARSHALL: Yes.
11      MR. VARDARO: Oh, okay.
12      MR. MARSHALL: We can, Jeff.
13  Q.    I'm -- hold on one second. I'm going
14  to mute and I need to confer with Jeff for just a
15  second about something. So bear with me while we
16  go to the break out room.
17      MR. MARSHALL: Jeff?
18      (A short recess is taken.)
19  Q.    All right. And Jeff's going to share
20  this now.
21      All right. I can see it fairly clearly
22  on my screen, but, Chief, can you see it and read
23  it?
24  A.    Yes. If you could, maybe increase the

1  size maybe one or two clicks. Would --
2  Q.    We'll give it a shot here.
3  A.    Yeah.
4  Q.    That's better. All right. So I
5  believe this is -- have you seen a document like
6  this before, that looks like this?
7  A.    Yes.
8  Q.    What would you call this?
9  A.    A CAD report, C-A-D, computer-aided
10  dispatching. It's the event information that's in
11  our CAD system that puts out the comments on a
12  specific run.
13  Q.    Okay. And this specific run is
14  identified as protest, and do you see at the top
15  there, it says LOI search completed at 5-28-20,
16  19:55:42, right?
17  A.    Yes.
18  Q.    What does that mean to you?
19  A.    I'm not sure what "LOI" is, but that --
20  this event is on May 28th at 7:55 p.m.
21  Q.    All right. And it says protest at
22  Broad and High, so we're talking about -- some of
23  this CAD report is talking about the events on
24  the 28th of May, the protest that was occurring in

1  the area of Broad and High, right?
2  A.    Yes.
3  Q.    Okay. Let's scroll down to page 3. So
4  here on page 3, it says, in the middle -- about
5  the middle there, you'll see an entry that says,
6  "S7B - per Chief 5 they need EOC activated....EOC
7  advised L4B ENR with the L-RAD.'
8       All right. First of all, were you
9  Chief 5?
10  A.    I was Chief 5, yes.
11  Q.    And why was it designated Chief 5?
12  A.    Each -- the chief's -- his call number
13  is Chief 1, and then the remaining six deputy
14  chiefs are provided a number 1 through 7.
15  Q.    Okay. That's the number --
16  A.    That's just the number you're given.
17  Q.    All right.
18  A.    There's no specific --
19  Q.    So all the time you were deputy chief,
20  you were Chief 5, right?
21  A.    It moves you -- you get moved as the
22  seniority increases. I may have been Chief 7 and
23  then 6 and then 5.
24  Q.    Got it. But as of the 28th of May

1  2020, you were Chief 5, right?
2  A.    I was Chief 5.
3  Q.    Okay. What does this entry mean? They
4  need EOC activated. "...EOC advised L4B ENR with
5  the L-RAD," tell me what that means.
6  A.    So S7 is a sergeant, the 7th precinct,
7  second shift sergeant. Per me, I wanted -- I
8  conveyed I wanted the EOC activated. Up until
9  this point, it was not. And the dispatcher is
10  acknowledging that the EOC was advised to do so.
11  That's a separate entry where it says L4B. L4 is
12  the lieutenant from Zone 4 on second shift, and he
13  is en route -- that's what "ENR" -- is with the
14  LRAD. And that's referencing -- if you look up a
15  few entries above where I indicate that I
16  want an LRAD at both -- one at each location.
17  Q.    Okay. So when was the last time you
18  had activated or were aware that the EOC had been
19  activated before this protest?
20  A.    We activate it quite often for protests
21  that are large in scope or size. We activate it
22  for festivals, Red White & Boom!, Jazz & Rib Fest.
23  So we use that quite often.
24  Q.    Okay. If there's a SWAT barricade

1  situation, would you activate it?
2  A.      No.
3  Q.      All right.  It's more for large crowds
4  or large events?
5  A.      It's a location that we can have -- if
6  we need our outside partners from other police
7  agencies or city entities, that's a place where we
8  all can work together.
9          MR. MARSHALL:  Okay.  So, scroll down
10  to the next page.
11  Q.      All right.  We're now on page 4 of this
12  document, right?  Do you see that?
13  A.      Yes.
14  Q.      All right.  And the time at the top
15  is 8:22 p.m.; is that right?
16  A.      Correct.
17  Q.      And if we -- if you go down to about
18  the middle, you see, "S7B - dispersal orders have
19  started."  Do you see that --
20  A.      Yes.
21  Q.      -- where we highlighted?
22  A.      Yes.
23  Q.      So what does that mean?
24  A.      Again, that would have been when I

1  started having -- once the LRAD was there, orders
2  for the crowd to disperse.
3  Q.      And was that dispersal order based on
4  the fact that the protesters had been aggressive
5  and/or violent by throwing numerous objects?
6  A.      That, and the initial event of
7  surrounding the cruiser.
8  Q.      Well, which was it?  The initial event
9  of surrounding the cruiser had occurred before you
10  arrived around 8:00, right?
11  A.      It occurred before I arrived, yes.
12  Q.      All right.  And it had been dealt with
13  by use of mace -- by a small number of officers'
14  use of their -- belt mace by small number of
15  officers and had resolved, right?
16  A.      Resolved as in the car was removed from
17  the -- being surrounded, yes.
18  Q.      Okay.  Obviously, the people involved
19  in surrounding the car were still around, right?
20  What's 416?  The next entry says, "416 - stage the
21  grenadeers...do not deploy."
22  A.      That is -- 416 is a car.  It means have
23  them staged at a location but not deploy up near
24  the crowd.

1  Q.      Is that your order?
2  A.      No.  I'm not 416.
3  Q.      Who is 416?
4  A.      That may be the watch commander's --
5  one of the watch commander call numbers.
6          MR. MARSHALL:  Okay.  Scroll down just
7  a little bit more, just a touch more.
8  Q.      All right.  Do you see the next time
9  entry is -- let's go back up to the earlier time
10  entry.  We've got a time entry there of 8:25:58,
11  right?
12  A.      I see that.
13  Q.      And then the next time entry down
14  is 8:30:58, right here.
15          MR. MARSHALL:  Jeff, can you highlight
16  that.
17  Q.      Do you see that?
18  A.      Yes.
19  Q.      So, Chief, does that mean that the
20  dispersal order was made sometime between 8:25
21  p.m. and 8:30 p.m.?
22  A.      The dispersal order started then and
23  continued.  I wasn't --
24  Q.      Yeah.  I know it wasn't just one

1  effort, but you gave the dispersal order for the
2  crowd protesting in Broad and High area sometime
3  between 8:25 a.m. and 8:30 a.m., correct?
4  A.      That's when they started, yes.  It was
5  not one specific order.  It was continuous to
6  disperse.
7          MR. VARDARO:  Hey, John, just real
8  quick, you said a.m. instead of p.m.
9          MR. MARSHALL:  Thank you.
10  Q.      Just to clarify the record, Chief, your
11  initial dispersal order, which then were
12  continuous thereafter, began sometime between 8:25
13  p.m. and 8:30 p.m.  Have I got that right?
14  A.      To the best of my knowledge, yes.
15  Q.      Well, this CAD report says that,
16  doesn't it?
17  A.      It does say that, yes.
18  Q.      Do you have any reason to doubt what's
19  on this CAD report?
20  A.      No.
21  Q.      Okay.  Down a little bit further, it
22  says -- and Jeff will highlight it.  It says, "2nd
23  order of dispersal has been ordered."
24          S7B, okay?  Would that have been your

1  dispersal order?
2  A.    Those would have been those continual
3  dispersal orders, yes.
4  Q.    All right.  Was the LRAD there by 8:30
5  p.m.?
6  A.    Yes.
7  Q.    So was the LRAD -- using the LRAD
8  broadcast, is that how you were making the
9  dispersal order to the crowd?
10  A.    Yes.  And I believe that was Lieutenant
11  Lieb that was making those orders.
12      MR. MARSHALL:  Now, scroll down a
13  little bit more to the next -- let's go to the
14  next page and stop there.  So go up one tick,
15  Jeff.
16  Q.    We're at page 5 of 36 of the document,
17  correct?
18  A.    Yes.
19  Q.    All right.  And I should have
20  identified.  We are marking this document as
21  Exhibit 31.  Is that --
22      MR. MARSHALL:  Jeff, is this the marked
23  exhibit?
24      MR. VARDARO:  Yeah, it is.

1      MR. MARSHALL:  All right.  Scroll up to
2  where the marking is.  I didn't -- I missed that.
3  My apologies.  There we are.
4  Q.    Chief, do you see Ex. 31 on the first
5  page there?
6  A.    I do.
7  Q.    All right.  So we're looking at
8  Exhibit 31, the CAD report, right?
9  A.    Yes.
10      MR. MARSHALL:  All right.  Go back to
11  page 5.
12  Q.    So we're at page 5 of 36 of Exhibit 31,
13  correct?
14  A.    Correct.
15  Q.    All right.  "333 - large portion of the
16  crowd started to run away."
17      All right.  What's 333?
18  A.    That's a call number for a -- one of
19  the units.
20  Q.    Do you have any idea what unit that is
21  or who it is?
22  A.    It could be one of our intelligence
23  units.
24  Q.    Okay.  And then it says, "Per chopper,

1  they are making their way back."
2      So what does that entry tell you?
3  A.    Part of the crowd ran away, and then
4  they turned around and came back to where the rest
5  of it was and where the officers were.
6  Q.    Okay.  And then we have, S72, aired
7  liquids getting thrown at officers.
8      What does that tell you?
9  A.    That that sergeant is reporting that
10  liquids are being thrown at the officers.
11  Q.    Do you know any more about that?  Was
12  it water?  Was it soda?  What was it?
13  A.    I don't think -- I don't know if you
14  could identify it in the field like that.  Could
15  have been any of those.  Could have been urine.
16  Could have been other things, but all the sergeant
17  reported was --
18  Q.    Yeah.
19  A.    -- some --
20  Q.    No.  No.  I know you can't tell me from
21  the CAD report.  I'm just wondering if you saw any
22  reports later that told you what it was.
23  A.    No.
24      MR. MARSHALL:  Okay.  Scroll down a

1  little bit more.
2  Q.    All right.  There's a reference here to
3  plain clothes officers in the middle of the page
4  from S7B.  Were you aware that there were plain
5  clothes officers in the field at this time?
6  A.    Yes.
7  Q.    Were you aware at the time you were
8  there that there were plain clothes officers?
9  A.    I'm sure I was.
10  Q.    Is that normal, when you have a protest
11  that you are policing, to try to have plain
12  clothes officers at the scene?
13  A.    We do have plain clothes officers at
14  most of the protests, yes.
15  Q.    And do the plain clothes officers
16  mingle with the protesters?
17  A.    Most of the time, they're off to the
18  side, you know, because -- just to keep an eye.
19  It's a way to keep an eye on a crowd without
20  putting uniformed officers out there.
21  Q.    Okay.  Do you know how many plain
22  clothes officers were at this particular scene?
23  A.    I do not.
24  Q.    Would it have been more than one?

1 A. Yeah. We would not put one officer out
2 by themselves.
3 MR. MARSHALL: Scroll down a little bit
4 further, please. Are we on -- I'm sorry. Are we
5 on page 5 still, right?
6 Yep. It's a little hard to read, but I
7 got it. All right. Scroll on down to page 6,
8 please.
9 Q. Just a couple of interpretation things.
10 Do you know what "LOI search completed" means on
11 these CAD reports?
12 A. I don't. Some of these are -- you
13 know, they're -- I think it's a computer. It's
14 something that it puts in there, and then some of
15 the abbreviations are specific to the
16 communication technician that's working this and
17 putting this event in. So I may not know every
18 entry.
19 Q. Okay.
20 A. I can try to decipher what it is based
21 on everything that's written, though.
22 Q. The very top of the page is, S75 -
23 asking number of protesters.....550 ADV 150-200
24 Preempt."

1 Can you interpret what that means for
2 me.
3 A. First, I think "Preempt" is a separate
4 entry. That's not included in the first one.
5 It's the sergeant asking for a potential number of
6 protesters at a certain area. And 550 is our
7 helicopter, and they're advising 150 to 200.
8 Q. Can you tell -- and we can look up to
9 the bottom of page 5 above, but can you tell what
10 area it is that the sergeant is asking about?
11 A. No. It doesn't list that.
12 Q. Well, the entry just before it says,
13 Ohio go camera at Broad and Third is up and
14 watching Broad and High.
15 A. Correct.
16 Q. Okay. So is this number of protesters
17 Broad and High?
18 A. I don't know.
19 MR. MARSHALL: All right. Scroll back
20 down to -- there's...
21 Q. On page 6, there's S75 for his crew.
22 No chin bars. Bring your gas masks.
23 Interpret that for me, please.
24 A. The -- that's a bicycle unit, and the

1 helmets the bicycle officers wear have a -- this
2 is me describing it -- a chin guard that attaches
3 to their helmet that protects their chin. You
4 cannot wear that if you're utilizing your gas
5 mask, so he's telling you not to bring that and
6 just to bring your gas mask.
7 Q. Okay. That's a sergeant. So S75 must
8 be the sergeant in charge of the bike crews or one
9 of the bike crews?
10 A. One of the bike crews, yes.
11 MR. MARSHALL: All right. Scroll back
12 further on page 6. Keep going down.
13 Q. All right. So at the bottom of this
14 page, it starts with, "Crowd is running 550
15 keeping an eye on them. They scattered in every
16 direction."
17 So what's 550?
18 A. That's the helicopter unit.
19 Q. All right. So this helicopter unit is
20 reporting the crowd is running and scattered in
21 every direction, right?
22 A. Yes.
23 Q. And the time of this would be -- the
24 time entry above is 9:21:43 p.m., right?

1 A. Yes.
2 Q. And the time entry just after this
3 is...
4 MR. MARSHALL: If you scroll down,
5 Jeff, I think the next time entry is -- let's see
6 if we can find it here.
7 Q. 9:47:35 p.m., right?
8 A. Yes.
9 Q. So although we don't know for sure...
10 MR. MARSHALL: Go back up to the
11 helicopter one.
12 Q. The report from the helicopter unit was
13 that the crowd is returning and scattered every
14 direction occurred between 9:21 and 9:47 p.m.,
15 right?
16 A. Yes.
17 Q. You were still there at the time,
18 right?
19 A. I was.
20 Q. Do you remember the crowd often running
21 in every direction?
22 A. I remember throughout the time that the
23 crowd -- some crowds would run, and -- but if you
24 note just below where the crowd is running, it

1  also reports that they are making -- most are
2  running, making their way back, so it's not as
3  they've went and -- went away.  And I witnessed
4  that a few times where portions of the crowd would
5  run and then they would return.
6        (Mr. Walton left the videoconference.)
7  Q.      Okay.  Well, that was your experience.
8  And since they scattered in every direction --
9  couple bottles thrown at them.  They were -- that
10  was a helicopter observing a couple bottles being
11  thrown?
12  A.      No.  No.  That would have probably been
13  an entry where an officer made that announcement
14  over the radio and the communications technician
15  added that to the run.
16  Q.      Okay.
17  A.      You couldn't throw a water bottle at
18  the helicopter.
19  Q.      Oh, no.  I didn't mean that.  I mean
20  the helicopter observed water bottles being thrown
21  at officers on the ground.  It could be that?
22  A.      It could be or it could be an officer
23  that's on the ground reporting that and the
24  dispatcher just added that piece of information to

1  the report.
2  Q.      All right.  And then someone reported,
3  "Still small pockets so Broad near state house
4  forming again at Broad/High...," and so on and so
5  forth, right?
6  A.      Yeah.
7  Q.      All right.  Is this what you were
8  observing at the time?  The crowd would scatter
9  and run and many would come back, that's what you
10  were observing?
11  A.      Yes.  And then as noted in there,
12  bottles -- more bottles being tossed at officers,
13  and, again, it says forming back at Broad and
14  High, so yes.  That's what I recall.
15  Q.      All right.  So, again, when did the use
16  of the MK-9s start in all of this?  We know the
17  dispersal order came somewhere, you know, close
18  to 8:30 or before -- little before 8:30, right?
19  A.      There were dispersal orders then, and
20  then if you go back down to where we just left, it
21  indicates -- a little further down.  Right in
22  there, one of the things that I did -- some of
23  these reports of bottles and fireworks, that may
24  have been me.  Because I'm not able to write

1  things down, I aired or had information aired so
2  it could be entered into the CAD.
3        So as that was occurring, we were
4  trying to make a record of it.  And you see,
5  again, we're starting -- making announcements, and
6  then I believe that's when I made the order to use
7  the MK-9s to disperse the crowds.
8  Q.      Okay.  I see that.  And then that would
9  have been --
10  A.      That would have --
11  Q.      If we highlight that -- hold on a
12  second.
13  A.      Closer to 10:00.  A little before
14  10:00.
15  Q.      Okay.  So do you believe the MK-9 was
16  not used to disperse the crowd prior to
17  about 10:00?
18  A.      From my recollection and my direction,
19  I was not aware that MK-9s were used prior to me
20  giving that instruction.
21  Q.      And you believe that other than the
22  incident in which the cruiser was surrounded and a
23  few officers used their belt mace to disperse that
24  around the cruiser, that belt mace was not used in

1  a general way to disperse the crowd?
2  A.      That's the best of my recollection,
3  yes.
4  Q.      And you believe that prior to sometime
5  later than 10:00, wooden batons were not used in
6  this incident in the Broad and High area?
7  A.      I'm not aware of baton rounds being
8  used prior to this time.
9        MR. MARSHALL:  Let's take a short
10  break.  Getting closer to being finished.
11        (A short recess is taken.)
12  Q.      Chief, I don't have any other
13  questions.  I want to thank you for your time
14  today.  I expect there are other things you would
15  rather have been doing than talking to me.
16        But before I close the record, do you
17  have anything you want to add to what you've said
18  or change?
19  A.      No.
20  Q.      All right.  I appreciate your time.
21  Thank you very much.
22        MR. MARSHALL:  Craig, we'll order,
23  please.
24        MR. PHILLIPS:  He will read, and I will

1  take a copy.
2         - - - - -
3         Thereupon, the foregoing proceedings
4  concluded at 2:59 p.m.
5         - - - - -
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Witness Errata and Signature Sheet
Correction or Change Reason Code
1-Misspelling  2-Word Omitted  3-Wrong Word
4-Clarification  5-Other (Please explain)

Page/Line      Correction or Change       Reason Code
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____

I, Chief Michael Woods, have read the entire
transcript of my deposition taken in this matter,
or the same has been read to me.  I request that
the changes noted on my errata sheet(s) be entered
into the record for the reasons indicated.
Date_____Signature_____
The witness has failed to sign the deposition
within the time allowed.
Date_____Signature_____

Ref: CR301273MW  S-CR P-SC

1  State of Ohio     :      C E R T I F I C A T E
   County of Franklin: SS
2
       I, Craig Ross, RPR, CRR, a Notary Public in and
3  for the State of Ohio, certify that Chief Michael
   Woods was by me duly sworn to testify to the whole
4  truth in the cause aforesaid; testimony then given
   was reduced to stenotype in the presence of said
5  witness, afterwards transcribed by me; the
   foregoing is a true record of the testimony so
6  given; and this deposition was taken at the time
   and place specified on the title page.
7
       Pursuant to Rule 30(e) of the Federal Rules of
8  Civil Procedure, the witness and/or the parties
   have not waived review of the deposition
9  transcript.
10      I certify I am not a relative, employee,
   attorney or counsel of any of the parties hereto,
11 and further I am not a relative or employee of any
   attorney or counsel employed by the parties hereto,
12 or financially interested in the action.
13      IN WITNESS WHEREOF, I have hereunto set my hand
   and affixed my seal of office at Columbus, Ohio, on
14 February 11, 2021.
15
16
17
18
19
20
21  _____
   Craig Ross, Notary Public - State of Ohio
22 My commission expires July 7, 2021.
23
24

**Exhibits**

**301273 Exhibit 00
1** 4:5 141:21

**301273 Exhibit 00
8** 4:6 106:16
174:22

**301273 Exhibit 00
9** 4:8 119:11,12
122:13 175:1

**301273 Exhibit 03
1** 4:10 105:19
182:4 190:21
191:8,12

___

**1**

**1** 10:22 16:11,15
17:4 141:21
152:13 184:13,14

**1,500** 133:11

**10** 53:18 62:9,12
63:2,9,12 64:11,
13 65:10 68:13,
16,22 80:22,23
81:15 82:8,21
90:3 97:1 122:9
126:22 131:7
152:14 167:22
169:8 170:6

**10,000-foot** 70:22

**10-minute** 86:6

**100** 46:11,13,20
49:5 68:24 97:19

**10:00** 59:13 73:3
80:21 92:5 97:17
98:1 200:13,14,
17 201:5

**10:15** 118:14

**10:30** 118:14
128:7

**11** 24:4

**11:00** 170:12

**11:42** 86:7

**12** 152:14

**12-hour** 70:24
71:17

**12-hours** 71:13

**120** 118:21

**12:11** 105:12

**12:35** 105:20,23

**12th** 106:18 107:2

**14th** 142:7

**15-minute** 176:6

**150** 47:16 97:19
195:7

**150-200** 194:23

**16** 173:8

**17** 173:9

**17th** 119:17,19
120:6

**19-B** 25:10

**19:55:42** 183:16

___

**2**

**2** 50:1,3 152:13

**2.04** 119:15 125:1

**20** 105:14 152:14
173:8

**200** 47:18 195:7

**2019** 73:17

**2020** 11:3 22:19
36:19 78:18
106:18 107:2,12
119:18 185:1

**2021** 8:10,15
142:7

**21st** 170:24
171:11

**23rd** 9:7 11:2
22:22

**24** 39:2 153:8

**25** 90:6

**25th** 22:19,21,22

**28th** 11:5,14 12:7
14:5,23 25:10
29:11,19 32:13,
14,17 33:16 34:4,
5 35:10 37:1
38:1,5,20 39:1,24
40:16 41:5 42:6,8
43:9 44:7 45:14,
22 53:4,19 66:11
66:10,14 72:7
73:12,15 77:13
78:18 80:4,10,22
84:5 103:10
107:12 122:10
126:18,20 150:6,
9 156:19 158:3
160:20 183:20,24
184:24

**28th/early** 129:21

**29** 144:12 145:8

**29th** 11:11 16:12
38:11 40:3,16
41:2,3,9,12,15
42:11,18 43:11,
18,19 44:8 70:8,
18,20 77:20
98:10,11,12,18
100:16 129:22
130:4,8,14 131:6
140:23 150:6,9
160:21

**2:00** 176:4

**2:59** 202:4

**2nd** 189:22

___

**3**

**3** 176:7 184:3,4

**3-** 72:4

**30** 147:4

**30(b)** 164:12

**30(b)(6)** 9:12 15:6
22:13 50:24

57:10 95:7 118:2
147:15 174:18

**30th** 11:5 16:12
25:11 37:2 38:1,
12,22 41:9 80:5
98:19 99:11,14
101:13 126:17
131:12,13,18
140:23 144:14,15
148:1,4 149:6
150:1 153:13
158:8 160:21

**31** 105:19 147:8
182:4 190:21
191:4,8,12

**31st** 144:16,20
148:1 150:7
162:7,10 167:18,
19,24 168:3
169:2 170:4,5

**33** 7:23

**333** 191:15,17

**36** 190:16 191:12

**37-millimeter**
61:8

___

**4**

**4** 38:20 142:2
185:12 186:11

**40-millimeter**
61:7,10,16

**400** 72:4

**416** 187:20,22
188:2,3

___

**5**

**5** 38:15 39:4 41:12
73:23 90:3 99:15
101:21 122:17
123:7 126:24
148:4,6 184:6,9,
10,11,20,23
185:1,2 190:16
191:11,12 194:5
195:9

**5-28-20** 183:15

**50** 50:1,3 68:8
90:3

**550** 195:6 196:14,
17

**5:30** 38:10 39:4
41:12 126:24
128:7

___

**6**

**6** 23:11,12 33:21
34:1 63:15,22
64:4 148:6
184:23 194:7
195:21 196:12

**6:00** 38:10

___

**7**

**7** 33:21 34:1

184:14,22

**7:30** 38:6

**7:55** 183:20

**7th** 185:6

___

**8**

**8** 22:15 23:3,6,10
38:7,20 48:6,9,15
53:18 58:9,23
59:3 60:3,5 62:9
63:2,9,11,15,22
64:11,13 65:10,
22 67:16,22 68:9
73:2 82:8 86:19
89:18 105:1,17
106:8,16 174:22
179:1

**8:00** 86:22 187:10

**8:01** 93:18,23

**8:15** 89:18

**8:22** 186:15

**8:25** 188:20
189:3,12

**8:25:58** 188:10

**8:30** 89:20 188:21
189:3,13 190:4
199:18

**8:30:58** 188:14

___

**9**

**9** 73:2 105:2,17
106:8,16 119:11,
12 122:13 175:1
179:1

**99** 161:1

**9:00** 94:17

**9:15** 85:3

**9:21** 197:14

**9:21:43** 196:24

**9:30** 59:11 62:8
85:4

**9:47** 197:14

**9:47:35** 197:7

**9:59** 93:23

**9th** 9:6

___

**A**

**a.m.** 38:7 39:4
41:12 189:3,8

**abbreviations**
194:15

**ability** 7:2 93:3

**able** 91:20 153:20
154:11,17 155:1
199:24

**about** 6:15 8:9,17
9:23 10:10,11
11:9 13:9,19
14:11,12 15:4,9
16:15 17:4,9
18:5,14,15,22

19:10 20:15 21:4
22:7,13 23:24
24:19,22 25:10,
17 28:7,12 29:1
30:20 37:9,13,15,
22 39:13,22
40:15 41:2 42:11
48:6,8 49:4,10
51:8 53:18 62:5,8
68:8,21 70:6,18
71:24 73:6 74:12
75:4 76:13,14
77:7 82:5,14
86:5,11,12,13,15,
19,23 88:24
93:11,18 95:14
97:17 98:13
99:14 104:14
105:19 107:15,16
114:10 120:9
121:1,8 124:13
126:13,18 128:6
129:1,21 131:6,8
132:19 134:8
137:3 140:16,24
141:5 142:23
143:5,18 144:14
145:18 148:2
149:3,8,18
150:12 151:15,20
152:9 153:14
158:19,24 159:19
160:20 164:4
165:1,2,3,8,9
166:8,12 167:24
168:21 171:24
177:4 178:3,23
179:2,5 182:15
183:22,23 184:4
186:17 192:11
195:10 200:17

**above** 61:23
185:15 195:9
196:24

**abreast** 13:22

**absent** 43:24
126:1

**absolute** 154:2

**abstract** 126:9

**academy** 32:21
34:9 151:11,15
158:12

**accept** 7:10
175:20,24
178:16,17

**accomplish** 156:9
162:22

**accurate** 143:24

**acknowledging**
185:10

**across** 28:22
69:12 127:14
168:10

**act** 162:12

**acting** 110:20

**action** 11:10,13
39:24 40:3 42:17
43:17 77:19
88:21 103:17
104:5 122:22
157:6

**actions** 15:13
113:21 136:3,6
149:22 161:9

**activate** 185:20,
21 186:1

**activated** 99:4
116:18 185:4,8,
18,19

**activated....eoc**
184:6

**activity** 80:10
102:10 145:7

**actually** 18:7 34:9
38:10 68:6 91:9
100:11 119:4
126:19 127:10
144:23 145:12
159:21 163:17
170:11

**add** 179:17
201:17

**added** 107:14,19
198:15,24

**addition** 178:6

**additional** 33:9
44:4 60:8 71:15
72:1 90:13 94:13
124:23 125:5
127:11 177:6

**addressed** 158:10
162:4

**adhered** 123:22

**adjustment** 27:19

**administration**
5:5

**administrative**
71:21

**administratively**
79:22

**adopted** 20:2

**adults** 161:20

**ADV** 194:23

**advance** 75:10,15

**advice** 20:10
107:4

**advised** 184:7
185:4,10

**advising** 195:7

**advisor** 19:6

**advisory** 175:22
178:3

**AEP** 100:2

**Affairs** 164:4,17
166:20,21 167:5

**affects** 6:23 7:2

**affidavit** 136:7
141:10 142:11,21
143:13 144:13

**affidavits** 143:17

**after** 8:2 11:2
22:18 32:12
41:12 48:10
49:20 56:15 59:2,
11 62:8,9,12 63:2
65:22 77:13 85:7

**90**:7,10 92:6
93:19 94:17 97:2,
13 114:11 117:2,
18 122:9 126:21,
22 135:12 140:10
149:22 159:22
160:2,4,7,11
168:3 169:2
170:10,15 197:2

**afternoon** 12:5,7
13:15 14:4,23
41:9,15 70:7,18
72:12 73:1 98:9

**again** 6:16 23:7
26:2 32:6 34:23
41:21 51:22
52:18 64:10
66:24 67:17
68:23 70:22
72:11 74:22 75:6
76:24 77:8 84:12
86:20 87:22
88:19 90:21 92:6,
12 94:8 97:2
103:21 109:8
112:12 113:19
114:9,10,12
115:7 116:9
117:15 119:24
121:12 122:21
124:17 125:10,21
126:23 131:2,16
133:5 137:24
140:6,18 144:21,
22 147:19 148:1,
9,10,21 149:12,
16 150:8 154:17
156:5 161:3
162:14,19 166:12
167:18 170:6,7
171:1 186:24
199:4,13,15
200:5

**against** 45:24
110:20 114:1
123:10

**agencies** 97:23,
24 98:3,4 100:15,
19 101:4,6,7
154:3,22 186:7

**agency** 101:19

**agents** 119:13,14
125:1 174:23
175:5,13

**aggression** 112:6
113:11 128:13
138:10,13

**aggressive**
110:21 111:16,
18,19,23 112:2,3
113:5 114:5
122:22 187:4

**ago** 86:21 134:18

**agree** 20:15
108:18 110:13,18
123:4,14 150:19
160:1 161:1,13,
15 162:8

**agreed** 8:24 9:4
19:13 98:23,24
111:14

**agreeing** 51:9

**agreement** 7:7
15:21 173:9,22

**agreements** 24:5,
6 98:14

**ahead** 16:2 110:8
111:5 115:20
141:17 147:16
174:18

**aid** 36:17 37:15
97:23 98:2,4,6,13
100:15 101:12,14
102:2 119:2
122:8 153:17,24

**air** 56:12

**aired** 192:6 200:1

**alert** 87:16

**all** 6:21 9:15 19:17
21:3 23:1,18,21
23:20 32:16,20
34:1 36:10,12
37:23 39:8,18
41:8 43:20 47:18
57:12 59:14 61:5
63:8 66:6,10 67:9
68:16 69:24
74:14 75:3 78:22
79:22 82:12
88:15 89:18
90:22 95:8 96:4,
9,12 97:1 98:22
101:8 104:9
105:10 106:3,12
107:24 108:4
109:3 111:12,17,
22 112:9 115:12,
16,22 116:3,12,
24 121:1 127:3,
15,21 129:15
130:10 131:14,23
135:5 136:5
137:23 138:4,14
139:1,15 141:8,
17,24 142:9,14
143:1,16,23
145:3,9 147:20
151:9,19 154:1,
14 155:20 156:7,
22 157:15 158:8
159:8 160:1
161:5 162:3,15,
18 164:7 166:16
167:6,13,23
170:15,21 172:8
175:14,24 176:3,
7,9 177:21
178:23 180:18,21
182:7,19,21
183:4,21 184:8,
17,19 186:3,8,11,
14 187:12 188:8
190:4,19 191:1,7,
10,15,17 192:16
193:2 194:7
195:19 196:11,
13,19 199:2,7,15,
16 201:20

**allegation** 137:19
165:3,16,17,23
166:6

**allegations**
165:11,18

**alleged** 138:5

**alleys** 84:13

**allow** 30:3,7 35:19
155:13,23 162:10
166:21

**allowed** 120:16
175:23

**allows** 35:24

**almost** 39:2 42:7
86:21 149:1
154:1,12

**along** 26:4 89:11,
15

**already** 22:1
24:20 121:21
132:15 169:11

**Alsaada** 134:2

**also** 5:4,17,20 9:4
16:24 17:1 25:9
26:1 30:4 33:15
40:17 52:9 61:21
69:12 71:4 77:1
96:3 98:14 100:1,
10 103:8 104:13
112:2 113:4
118:2 126:5
132:2,24 133:9
137:16 198:1

**although** 102:13
147:7 169:5
197:9

**always** 26:3 27:6,
15 35:15 36:5
52:13 163:3

**am** 5:11 8:5
111:3,6 158:6

**amendment**
42:22

**ammunition** 96:1

**amount** 61:24
145:5 172:18

**analysis** 112:17,
20,22

**analyzed** 128:18,
23

**and/or** 11:1 22:16,
17 36:21,22
111:20 127:22
187:5

**anger** 74:9

**announced** 11:1

**announcement**
198:13

**announcements**
81:3 200:5

**annual** 71:12

**another** 92:18
114:3

**answer** 6:19 7:3
15:6,10 16:1,2,9
17:14 21:21 22:1
95:8 101:18
110:6 111:5
118:3 146:12
147:16 155:19,20

**answered** 51:13
121:22 125:10

**answering** 57:9,
11

**antagonistic**
146:23

**anti-black** 146:10

**any** 6:14,22 7:1,2,
5,9 11:22 12:21,
24 13:1,4 15:3
16:20,23 17:10,
16 20:23 21:8
22:3,9 28:17
29:11,12,17 31:3,
11 33:1 34:18
39:23 42:2 43:2,
3,6,7,12 45:24
48:7 50:12,18
51:11 52:15,19
53:15,16 54:2
55:11 60:18 62:5,
14 63:17 64:7,19
65:13 66:13 75:1,
4,24 77:15,16
82:3,16,20,21
83:6 84:15 85:21
86:6 92:11
93:22 98:2,5
101:13,19 103:2,
11,13,14,17
104:4 106:24
107:8 117:15,16
124:23 125:23
127:8 130:20
131:9 133:13
134:9,14,16
135:6 136:19
138:9,13 139:1,4,
5,13 140:3,11
141:3 142:14
143:9 144:6,9
146:10 149:7,9
150:7 151:19
152:1,4 155:5
157:10,11
158:16,18 160:8,
10,11 162:1
163:5,6,7,10
164:17,21 167:5,
6 168:4,17 170:9
175:24 181:19,23
189:18 191:20
192:11,15,21
201:12

**anybody** 143:20
161:24

**anyone** 13:5 15:3
19:1 50:12 51:15
94:18 110:24
125:4 128:18
164:24

**anything** 10:6
16:13 20:12,17
23:24 24:18
29:16 39:16
43:11 114:7
115:17 122:2
129:20 137:3,18
146:3 153:13,15
167:23 168:22
171:10 172:8
201:17

**anyway** 14:13
123:18

**anywhere** 26:16

**Apart** 143:19

**apologies** 191:3

**apologize** 25:13
168:12

**appreciate** 201:20

**approach** 29:24
67:20 87:1

**approached**
58:18

**appropriate** 52:9
104:2,6 112:10
115:1 145:4
163:22

**approval** 125:13

**approximately**
38:15,21 78:19
88:6,11 99:15,16
126:23

**April** 7:24 8:15
9:1,2,6 121:7

**arbitration** 176:24

**are** 9:3 10:2,21
14:18,19 16:24
18:15 23:1 24:15,
24 27:9 30:17
32:20 34:9,18,19,
23 35:19 36:5
37:2 50:24 52:16,
19 53:19 54:10
55:3 56:9 60:11
63:8,20 64:8,12,
18,24 66:1 69:16
70:23 71:3 75:21
76:6,10 77:2
78:19 80:6 82:1
84:1,13 85:20
86:3 89:18 92:9
93:7,9 94:4,5
95:21 96:23 97:8
103:15 107:3,18
108:1,23 110:24
112:4,24 115:5,
10 116:21 117:12
121:4 122:14
129:1 136:23
146:23,24 147:2
148:14 151:14,
16,18,19,22
156:8 159:6
160:21 161:10
162:15 167:9
173:2 175:4,6,14,
19,22 177:22
178:9 179:9
180:23 181:10,23
184:14 185:21
190:20 191:3
192:1,10 193:11
194:4,12,15
198:1 201:14

**area** 12:17 33:19
48:15 49:10
57:22 63:1,5,6,
10,16,22 64:13
65:8,14,22 67:2,
14 69:8 72:23
73:11 75:21 81:5
84:5 85:17 90:15,
18 97:18 100:12
103:12 127:14
134:15 140:15
153:18 158:11,18

169:10,17 184:1
189:2 195:6,10
201:6

**areas** 77:24
102:12,18 155:3
159:13

**Aren't** 151:3

**arm** 34:17

**armed** 146:18,19,
20

**armor** 95:22

**arose** 107:10

**around** 5:9 13:23
14:6,9 46:23
48:9,12 49:2
58:23 59:11
67:16,22 74:7
75:12 76:7,10,17,
18 84:9,17 85:6
89:16 100:23
128:11 133:22
138:21 140:12
141:1 148:4,11,
17 155:3,23
162:17 170:6
172:14 187:10,19
192:4 200:24

**arrest** 53:7,12,14
55:14,17,20,23
113:3 136:11
140:8 161:24

**arrested** 53:2
55:2,7

**arrests** 54:3,9
104:14 159:1,6

**arrival** 56:22 59:1
88:23 92:20
140:7 172:9

**arrive** 67:17
101:11

**arrived** 38:6 48:10
49:20 56:5 58:9,
14,23 60:3 67:16
85:7,22 86:18,23
87:7 88:13,14
97:13 101:18
118:6,13 126:21
127:12 132:16
187:10,11

**arriving** 60:9
99:20 118:24

**ask** 6:21 7:5 10:12
17:9 19:17 21:3,
18 37:12 51:7
64:10 80:24
84:11 105:19
124:3 143:23
161:14 177:23

**asked** 8:17,22,24
81:9 93:12 106:7
134:4,8 150:12
169:15 178:22

**asking** 18:14
39:20 73:6 91:1
122:3,5 139:13
140:24 143:18
144:1,2 154:8
161:13 165:4
168:16 172:15
176:15 177:21

**194:23 195:5,10

**aspects** 125:11

**assault** 52:10
114:1 138:5,7

**assaulted** 53:11
92:15 136:10
140:8 149:8,13,
17,19 159:4,5

**assaulting** 52:7,
17,20 53:2

**assaults** 54:20
82:14 115:10
149:9

**assess** 132:23

**assessed** 99:7

**assessment**
132:4 160:23
161:4 163:2

**assign** 40:7

**assigned** 32:17
60:12,13 61:14
67:12 157:9
168:3 171:8

**assigning** 66:19

**assignment** 71:22

**assist** 70:3 146:2

**assistance** 99:12
154:3 155:2

**assisted** 103:8

**associated** 27:4

**assume** 53:5
177:11,16

**attached** 31:14

**attaches** 196:2

**attack** 30:16
113:24 114:4

**attendance** 7:18

**attending** 137:17

**attention** 13:18
137:10

**attorney** 5:20 7:7
120:1 121:17
126:10 129:6

**Attorney's** 17:19,
23 18:5,22 19:7,
24 20:7,24 107:5
121:13 126:7
143:10,20

**attorney/client**
142:23

**attorneys** 143:4

**attribute** 128:15

**authority** 36:21
92:17 102:7
109:18,21 110:9
180:12

**authorize** 94:19

**authorized** 22:17

**availability** 66:9

**available** 9:5 15:2
59:24 60:1 71:7,
16 106:9 130:18

**Avenue** 67:3

**aware** 11:16
14:20,21 38:7
48:11 52:15
55:12 58:7 76:20
85:11,21 93:9
101:9 104:10
107:9 110:24
124:4 132:6,13
133:15,18 134:9
138:9 149:12
151:19 152:1,11
153:8 157:12
162:2,3 164:2,7
185:18 193:4,7
200:19 201:7

**away** 45:18 58:16,
19,20 81:4,20
85:13 139:15,16
191:16 192:3
198:3

---

**B**
---

**back** 16:11 17:18
18:21 19:20
22:11 23:17 32:6
34:12 36:10,11
39:11,19 49:10
58:19 79:11
80:20 83:10 88:4
95:9 97:12
107:17 116:3
130:2,3,8,13,21
131:11 137:23
138:1,2 142:10
148:3 168:7
170:12 188:9
191:10 192:1,4
195:19 196:11
197:10 198:2
199:9,13,20

**backpack** 61:4,5
64:21

**bad** 84:13 103:23
139:12 167:17

**badge** 24:23 25:7
26:1,10,15,24
27:10,15,16,17
28:1,13 30:6,14
31:16,18,21,23
32:5 150:13

**badges** 24:14
25:17 28:12

**Baker** 122:11
136:21 164:8,20,
24 166:20,23
167:7,14

**Bakerhostetler**
135:21,23 136:17
166:8

**ballistic** 95:22,23

**ballistic-rated**
35:8

**bargained** 175:8

**bargaining** 24:9
172:23 173:3,6,
13,18 174:9,13
175:9,11,15
176:15,22 177:18
178:1 179:19

**bargainings**
177:3

**barricade** 83:12
185:24

**bars** 195:22

**baseball** 34:14,24
49:18

**based** 12:5 13:11,
14 44:6 75:17
92:8 107:4 110:2
113:17 121:17
132:12 133:2
134:22 139:17,18
142:15 160:16,17
172:11,12 175:7,
15 187:3 194:20

**basement** 119:7,8

**basically** 68:11

**basis** 151:8

**baton** 61:2,7,10,
16 62:7,11,19
63:4,9,12,14,17,
21 64:7,12,14,18
94:22 95:3,4
96:3,5,7 117:16
201:7

**batons** 94:19
116:8,13,21
117:9,12,16
201:5

**battery** 168:8

**be** 5:6 7:23 9:4,
16,17 11:23
12:15 13:1,6,10,
16 16:22 17:3
18:6 20:1,16
21:20 25:16 26:6
30:3 31:13,16,18
32:6,8,12 38:8
39:9,21 42:11,17
44:4 50:19 51:5,
12,13,16,22 52:4
53:13 55:2,7,8
59:2,3 60:18
61:14,18 64:5
66:4,7 68:7 69:8
70:23 72:4,15,24
75:11,15,22 78:1
79:16 86:4,11
91:17,20,21
94:12 96:15
104:10,15
111:20,22 112:5,
10,12 113:11,13,
22 114:16,22,23
115:23 118:5,23
120:16 121:18
133:7,10 135:22
143:8 153:22
154:11 161:6,7
167:13 171:8
175:6,8 177:22,
24 178:19 179:10
180:23 182:1
188:4 191:22
196:8,23 198:21,
22 200:2

**bear** 182:15

**became** 25:20
38:7 48:3,11
173:23 177:16

**because** 6:11 7:6, 15 17:4 31:9 51:7 53:6 55:8 64:1 84:5 87:7 92:23 116:18 120:15 121:9 126:3 130:19 133:5 150:21 152:5 154:5,10 158:5 159:9 163:3 166:2 170:7 171:5 193:18 199:24

**Becker** 28:7,10 156:23 157:16 161:12 162:4 173:20

**been** 7:21 9:18 10:2 13:18 14:5, 7,17 27:6 29:5,6 33:21 38:14,17, 18,20 41:15,22 42:4,12,13 51:19, 21,23,24 52:15 55:11,16 58:8,15 59:17 60:10 61:21 62:13 65:13 67:22 68:10,16,24 73:13,14 76:15, 16 78:12 80:21 81:5,20,22 83:20 84:9 85:9,10,11, 15 86:5,21,23 88:2 92:21 93:19 94:15,16,22 98:18 99:11 100:17 102:2 107:6 109:15 111:12 112:16 114:11,12 117:4,18,18 118:16 123:23 128:11 129:12 131:1,2, 24 132:11 133:13,16 134:9, 11 137:14 140:20 141:5 144:14 146:19 147:19,21 149:17 152:1,4 154:20 157:24 158:14 159:14,19 160:14 164:16,20 167:6,21 170:6 171:14 172:22 173:7 174:8,12 176:15 177:13 181:21 184:22 185:18 186:24 187:4,12 189:23, 24 190:2 192:15, 16 193:24 198:12 199:24 200:9 201:15

**before** 6:18 9:13 10:4 26:8 27:21 39:14 58:8,22 85:22 86:17,19 90:11 91:24 113:14 114:11 120:5 123:19 128:12 132:20 147:22 152:3,10 159:17 176:7 177:7 183:6 185:19 187:9,11

195:12 199:18 200:13 201:16

**began** 48:6 56:6, 15 59:2,3 78:17 87:1 90:16 117:3 131:19 167:8,12, 15 189:12

**beginning** 173:8

**behalf** 5:13 7:11 9:19 10:7,13 16:14 22:13 23:2 24:15 37:12,14 95:10 99:5 126:6 149:10 172:24

**behavior** 47:23 55:15 137:3

**behind** 20:21 83:13 87:11 89:7, 12 115:22

**being** 6:2 21:9 28:9 33:3,4 44:20,22,23 45:5, 10 48:17 49:12 50:23 57:9 63:12, 18 82:11,12 84:12,19 85:21 86:17 88:17,24 89:7 90:8 92:7,15 93:23 95:3,4,7 97:3 111:23 112:1 113:24 114:6 117:17 118:1,2 128:23 147:14 148:2 149:8,13,20 150:11 157:19 159:4,5 174:17 187:17 192:10 198:10,20 199:12 201:7,10

**beings** 30:17

**belief** 58:21

**believe** 12:2,18, 23 17:23 19:2,6 22:20 26:7 29:22 33:1 41:14,18 44:4 49:1 58:13, 16 60:1,5 61:9, 13,24 62:10,16, 23 64:4 65:2 66:18,24 67:2 73:16,23 81:5 83:3 85:8 88:21 91:9 99:10,19,20 102:24 103:6,7 104:7 108:8 110:19,22 111:9, 15 116:14 117:10 119:1,20 124:8, 15,20 131:1 135:5,6,7,24 136:2,4 137:7 138:24 139:3 140:6 141:7 145:12,18 147:13,17 149:24 150:4 151:18 153:16 158:11,13 165:14 167:11 172:1,8,13,17 183:5 190:10 200:6,15,21 201:4

**believes** 121:4

**below** 197:24

**belt** 56:22,24 57:13 58:7 92:2, 17,23 93:6 95:24 96:2,12,15 112:19 113:4,15 114:2 115:1 133:17 187:14 200:23,24

**best** 12:14 30:17, 18 33:21 41:21 72:11 84:14,15 118:12 134:22,24 138:22 150:24 156:19 171:3 189:14 201:2

**better** 111:20 145:1 178:13 183:4

**between** 23:17 33:21 38:6 50:3 62:9 63:2,9,11, 15,22 64:13 65:10 82:8 93:23 146:6 188:20 189:3,12 197:14

**beyond** 38:9

**bicycle** 195:24 196:1

**big** 88:6 153:7

**bike** 35:18,20,21 37:17 83:8 196:8, 9,10

**bikers** 35:24

**bikes** 83:8,12,18, 21

**binding** 10:18,19

**bit** 71:23 86:22 105:13 115:14 126:17 153:21 188:7 189:21 190:13 193:1 194:3

**bite** 105:15

**Black** 12:1 13:19 30:24 77:13 78:15,23 79:12 100:18 107:11 108:16 124:10 152:3,10 155:11

**blank** 129:7

**block** 46:23 81:18 87:17 156:16

**blocked** 155:14 172:20

**blocking** 87:12,19 156:18

**blocks** 81:20

**boards** 160:9

**body** 95:22 150:12,16 151:15,21 152:4

**body-worn** 25:8, 17 32:7

**bold** 122:14,17,21 123:8

**Boom** 185:22

**both** 26:10 33:14 34:19,22 40:15 57:24 89:13 96:8, 10 147:24 185:16

**bottle** 93:18 198:17

**bottles** 44:16 47:24 50:5,9 88:17 198:9,10, 20 199:12,23

**bottom** 123:7 141:18 195:9 196:13

**Boulevard** 118:22

**break** 86:6 105:12,13,14,23 106:7 176:6 182:16 201:10

**breakout** 105:24

**brief** 134:10 137:20

**briefed** 9:14 58:14

**briefly** 137:2

**bring** 195:22 196:5,6

**Broad** 32:15 46:4, 5,6,14,20 47:6, 11,20 48:14 49:5 53:23 54:21 56:9 63:1,10,16,22 64:4,6,11 65:7,22 66:23 67:1,3,20 69:8 81:4,6,8,14 82:6 84:5 85:18 86:14 87:1 89:23 90:21,22,23,24 91:1 95:13 97:8, 21 103:12 116:11 117:17 133:24 138:12 139:20 145:17 148:2 171:17 172:20 183:22 184:1 189:2 195:13,14, 17 199:3,13 201:6

**Broad/high** 199:4

**broadcast** 190:8

**broken** 100:3 133:22

**brought** 169:2

**Brown** 5:12 106:6 111:10

**building** 119:3

**buildings** 160:10

**built** 48:2

**Bureau** 108:9 164:4

**burst** 96:21

**bursts** 97:8

**businesses** 150:10

**but** 9:4,6 10:3,12 13:21 14:16 15:6, 10 16:8 17:1,5, 10,13 18:9 19:11

20:7 22:10,22 23:12 24:4 25:22 26:3,19 28:2,22 29:21 30:7,15 31:15,18 33:2 35:22 36:2,3,8,13 37:6,13,24 38:14 39:1,6 40:21 41:11 42:13,14 44:10 47:1 49:7 50:24 51:1,3,8, 10,13 52:11 53:5, 13 54:19 57:4,10 59:8 63:3 64:5 65:9 68:1,8,24 69:18 71:12 74:16 75:6,17 76:4,15,17 78:10, 24 79:8,18 80:1, 20 81:17 84:10, 16 85:23 86:16, 21 87:22 90:2,24 91:6,21 92:21 94:8 95:8 96:20 98:11,24 99:14, 24 100:22 101:8, 9 102:1,16 104:1, 13 105:6 106:7, 14,15 109:1 110:5 112:1,12 117:7,19 118:2, 10 119:9 121:22 124:17 125:11 126:5,9 127:6 129:15 130:5 131:1 132:15 136:1 138:24 139:8 140:7,14, 17 141:4 143:10 144:15 146:24 147:15 148:14 149:17 150:1,8 151:18 153:2,10 154:2,17,23 155:18 158:16 159:15 160:15 161:6 162:14,17, 22 169:20 170:21 172:7,19 173:20 174:18 175:20,24 176:13 178:15,22 180:6 181:9,16 182:22 183:19 184:24 187:23 189:1 192:16 194:6 195:9 197:23 201:16

---

**C**

**C-A-D** 183:9

**CAD** 183:9,11,23 189:15,19 191:8 192:21 194:11 200:2

**call** 23:18 24:5 28:6,9 32:10 54:8 69:19 77:2 80:18 98:2 109:2 117:15 124:21 137:6 157:16,19, 21 158:4,9,17 161:11,12,16 162:5 171:16 183:8 184:12 188:5 191:18

**called** 33:9 57:13, 17 61:22 62:16 69:10,12,20 80:14,16 94:13 97:11 98:4 100:15 107:23 171:23 172:2

**calling** 100:17

**calls** 102:14 136:24 158:13 164:3

**came** 19:23 38:13 39:1 48:22 69:18 130:2,3,12 131:11 143:22 144:23 149:14 160:9 192:4 199:17

**camera** 32:8 145:9,10 147:11 151:15 171:21 195:13

**cameras** 24:14,23 25:8,18,20 93:10 116:18 145:14 148:14 150:12,16 151:21 152:5

**campus** 100:12

**can** 7:18 15:6,24 16:2,9 17:14 21:21 27:4 31:10, 16 47:19 52:4,13, 14 53:5,10,12 54:11 55:15,23 57:3,10,24 58:1,5 60:1,18 61:14 68:7 70:15 78:14, 24 79:18 91:17 94:8 95:8 96:6,14 97:8 102:13 105:4,6 109:23 110:5 111:4,22 113:1,4,11,13 114:1,4,16,22,23 118:3 121:4 124:3 141:9,13 143:8 152:23 155:18,20 156:6, 8 160:23 161:3 162:13,22 166:5 168:9 170:19 171:13 174:18 175:8,10,24 176:6 177:22,24 178:15,18 179:17 180:2,6,16,20 181:9 182:4,8,12, 21,22 186:5,8 188:15 194:20 195:1,8,9 197:6

**can't** 14:16,20 21:1 26:12,19 28:21 29:21 38:12 45:12 49:6, 14,21,24 50:15 53:13 55:5,7 62:16 63:7 91:18, 19 92:18 94:5 101:18 126:10 130:5 140:14 152:8 159:14 162:13 163:2 179:7 192:20

**cancel** 71:1,2,12, 13,17

**canister** 57:1,14, 17,19 58:4,8 61:12 96:14,19, 23

**canisters** 59:10, 15,18,24

**cannot** 79:2 196:4

**cans** 44:16 48:1 50:10 88:17

**capacity** 97:4 130:21

**capture** 151:1,2

**car** 49:7 58:16,19 84:20 138:2 145:21 187:16, 19,22

**care** 102:12,14 161:19

**career** 181:7

**cares** 161:22

**carry** 32:23 59:23 61:6 78:5,6 96:2, 3,4,6

**carrying** 74:19 75:11,23 76:19 77:4

**cars** 81:20,24 87:23,24 101:1

**Carter** 129:8,9

**case** 20:11 52:16, 19 107:4 136:8 141:11 166:22

**catcher** 34:24

**catcher's** 34:13, 24

**category** 36:16, 20,22,24

**caught** 45:6

**cause** 14:18 117:3 162:24

**caused** 117:8

**causing** 161:7

**CDP** 10:23,24 24:8 36:17,18

**center** 32:8 116:17 117:5,19 118:7,13 126:21 127:2,7

**certain** 9:19 18:17 35:11 47:23 114:16,18 120:12,16 125:10 195:6

**certainly** 156:14 169:17

**chain** 54:9 79:16, 20 136:22

**chance** 51:22 166:1 178:6

**Chanda** 5:12

**change** 17:15,19 29:23 58:3 107:8 109:21 110:12,

14,18 120:8,11, 15 121:8,12,19 122:4,24 123:5,6, 8,15,16,19 125:12 126:15 162:23 175:10 178:5 179:1,17 180:7 181:9 201:18

**changed** 107:21 111:12 175:8 177:22,24

**changes** 17:7,11, 12 18:18 20:22 26:22 30:21 43:24 104:19 108:13,15,18,21, 24 109:12,18 110:10 122:13, 14,16 124:24 125:5,8,15,16 126:2 142:15 162:24 163:1 165:4 178:24 179:22 180:17, 20,23 181:19

**chanting** 84:9

**charge** 44:1 52:9 54:10 196:8

**charged** 15:17 52:16,20

**charges** 52:11

**check** 81:16

**chemical** 21:7 57:3,4 104:8 119:12 122:19 123:1,10,24 124:6 125:1 140:11 155:6 159:2 174:23 175:5,13

**chest** 34:11,12,13 35:1,4 36:1

**chief** 5:20 6:1,6,9 7:15,21 8:1,2,18, 23 9:5,6,8 11:19 14:1 17:18 18:13 19:3 20:19 21:2 22:10 23:22 25:14 28:7,10 40:18,20,21 41:23 42:4,14 51:10 54:24 73:14 74:6 78:16 80:1,2 86:11 105:16,22 106:14 109:9,17,20 110:8,9 116:1 118:4 120:10,22, 23 121:1,6,15 122:1 125:19 126:2,4 130:23 141:12 143:2,18 155:20 156:23 157:4,16 161:12 162:3 164:16 173:20,23 176:12 180:2,5,6,12,14, 16,20,24 181:9, 14,21 182:22 184:6,9,10,11,13, 19,20,22 185:1,2 188:19 189:10

14,18 120:8,11, 15 121:8,12,19 122:4,24 123:5,6, 8,15,16,19 125:12 126:15 162:23 175:10 178:5 179:1,17 180:7 181:9 201:18

191:4 201:12

**chief's** 8:4,5 125:23 178:19 180:9 181:11 184:12

**chiefs** 19:4 41:23 69:21 109:8 171:4 184:14

**chin** 195:22 196:2,3

**chokeholds** 107:16 108:15

**chopper** 191:24

**circulating** 76:7, 10

**circumstance** 55:19 112:14 150:24

**circumstances** 36:19 52:5 54:13 83:23 114:14,18 116:6 120:16 125:15

**cities** 14:7,19 154:6,19

**citizen** 27:2 50:21 52:2 135:18,20 149:14 164:18

**citizens** 135:19

**city** 7:7,15 9:8,19 10:7,14,19 14:21 16:14 17:18,23 18:5,22 19:7,24 20:7,24 22:13 23:2,6 24:16 37:12,14 38:8 69:13 95:10 100:7,12,13,23 102:12 107:5 120:1 121:13,17 125:21 126:2,7, 10 129:18,24 137:17 143:4,9, 20 153:8 174:3,4 181:3 186:7

**City's** 128:21 177:6

**civil** 9:11 100:2

**clarification** 137:5

**clarifications** 142:15

**clarify** 139:13 189:10

**clarifying** 107:15

**clear** 26:5 37:21 51:13 81:3,4 84:3 85:5,13 86:3,11 116:4

**clearly** 26:2 30:7 165:10 182:21

**clicks** 183:1

**Cloppert** 5:19

**close** 39:3 49:9 92:5 100:6 199:17 201:16

**closed-circuit**

145:10

**closer** 47:4,6,20 59:13 80:21 81:7 85:3 89:5 200:13 201:10

**clothes** 193:3,5,8, 12,13,15,22

**clothing** 22:16

**code** 114:24

**codifies** 125:22

**Coke** 44:17 47:24 50:10 88:17

**cold** 115:15,21

**collect** 50:12

**collected** 50:14, 18,19 51:12,16, 19,23

**collective** 24:9 42:13 172:23 174:8,12 175:15 176:14 177:3,18 178:1 179:18

**collectively** 175:7

**Columbus** 7:22 10:14,19,23 17:6 29:12,17 100:12, 23 102:7,13 174:21

**combination** 49:23

**come** 44:18 69:11,13,23 70:2 80:16,19 115:12 126:4 130:7 134:5 142:20 147:22 154:13 161:19 172:3 199:9

**comes** 58:3 108:8 143:6 144:3

**comfortable** 10:13 132:21

**coming** 43:15 45:19 56:7,8 82:13 88:3 89:10 127:14 141:15 148:7 151:10 169:20

**command** 38:2 54:10 79:16,21 101:13,16 136:23

**commander** 12:9, 11 13:5 37:5 38:14 39:6,22 42:5 66:20 73:19, 21,24 79:7,9 80:8,9 102:5 108:9 130:16,24 131:18,19 132:22 133:20 138:16 144:22 148:7 157:9,10 158:1,9 162:20 168:4,17 170:16,20,23 171:2,5,8 172:1, 13 188:5

**commander's** 54:8 188:4

**commanders**
12:3 46:24 53:16
55:23 69:11,16,
23 75:7 81:17
94:23 108:10
109:3,6 118:10
127:12,15,17,19,
20 132:5 145:2

**comment** 178:6

**comments** 183:11

**commission**
137:15

**commit** 176:7

**committed** 55:7,
17,21 149:10

**committing**
114:17 115:3

**communicate**
40:14

**communicated**
107:20

**communication**
128:2 194:16

**communications**
18:5 22:7 142:24
198:14

**complaining**
164:4

**complaint** 135:12,
15,17,19 149:14
164:18 165:13,16

**complaints**
135:20 163:15
164:21 165:3,9
167:11,15

**complete** 6:18
72:3

**completed** 136:21
183:15 194:10

**completely** 30:21
136:1

**comply** 91:7

**component**
107:15

**components**
125:11

**computer** 105:7
106:9 194:13

**computer-aided**
183:9

**concern** 13:6
15:13 69:4,5
74:15 123:6
146:22

**concerned** 105:5

**concluded** 167:1
202:4

**conclusion** 64:22

**concrete** 49:17

**concurrence**
109:2,7 175:18
180:3,4,5,8,9,17

**condensed** 133:9

**condition** 6:22

**conditions** 7:1

**conduct** 103:15
157:21

**conducted**
158:13 161:16

**conducting**
158:17

**confer** 182:14

**confident** 63:8,
14,21 64:12 92:9

**conflicting** 17:23

**Congratulations**
8:3

**congregation**
122:20,21

**conjunction** 65:5
166:23

**consent** 5:4,14,
17,20

**consider** 125:5
156:8

**Considerably**
59:4

**considered**
124:23

**considers** 115:6

**consist** 95:20

**consists** 19:3
34:10

**consulted** 179:5,
10

**consulting** 178:4
180:21

**contact** 7:5,17
40:8 172:15

**contacts** 164:3

**contained** 16:24

**context** 156:23

**continual** 82:13
190:2

**continually** 107:3

**continue** 82:5
168:23

**continued** 84:11
91:10 168:2
188:23

**continuous**
189:5,12

**continuum**
114:15

**contract** 173:8,12
176:20 177:8,17
178:10,11 179:13

**contracts** 24:5,6
174:9

**contractual** 167:9
179:9

**control** 16:21,22
18:18,19 21:10
22:16 27:22 53:8
61:15 83:7 99:24
153:18 154:11
155:2

**controlling** 69:4
111:15 140:1

**conversation**
53:16 127:5
137:21

**conversations**
13:4

**conveyed** 185:8

**cooperating**
36:18

**coordinate** 102:4,
9

**coordinated**
103:1

**copy** 175:18
202:1

**cordon** 139:5,7

**cordoning** 139:14

**corner** 47:11,12
89:22

**corners** 90:2

**correct** 7:12,13,
19 11:20,21 12:8
15:18 20:5,19
23:12 25:1 34:3
36:13 37:11
39:24 40:1 41:14
43:23 44:13 47:8
49:13 60:17,20,
23 66:12 68:15
78:1,2 84:7 85:8,
11 91:8,9 93:8
96:11 102:8
104:2,3,21
109:19 113:6
119:15,16 120:7,
18 122:15 125:18
126:5,14 141:6,7
144:18 156:21
158:6,7 163:19
165:8 170:18
173:16,17 175:16
176:2 177:15
178:8,19 181:1,2,
17,18 186:16
189:3 190:17
191:13,14 195:15

**correction** 169:2

**correctly** 22:23
23:19 37:21

**cough** 115:19

**could** 25:23 26:6
30:15 33:12
40:16 54:3 55:14
58:19 61:18 66:6
70:1 78:12 79:24
84:17 85:13
87:18,19,21 91:4
94:2,22 116:19
120:10 125:7,19
126:2 132:6
134:5 146:12
154:20,22 156:19
161:6,7 168:15
180:8,9 181:3
182:24 191:22
192:14,15,16
198:21,22 200:2

**couldn't** 14:11
30:12 91:5

198:17

**council** 111:9
125:21 126:2
137:17 181:3

**Councilmember**
111:10

**counsel** 5:2 10:3

**count** 64:17

**counting** 50:4
69:3

**country** 13:12,23
14:10

**county** 52:8
101:9,22 102:3,6,
22,23 103:7
124:15

**couple** 68:2 76:16
78:18 88:6 99:24
100:19 107:12
153:5 169:21
194:9 198:9,10

**course** 116:5
143:15 156:24

**courtesy** 178:10

**courthouse**
124:16

**cover** 22:11
34:14,16 36:12
53:19 151:5

**covered** 150:15,
18,22 158:20
167:16 173:22

**covering** 27:17

**covers** 34:11

**COVID** 115:21
166:2

**Craig** 201:22

**create** 39:23

**created** 14:16

**creating** 40:2

**crew** 195:21

**crews** 196:8,9,10

**crime** 114:17,18,
21,22,23 115:3

**crimes** 15:17 16:6

**criminal** 157:3

**critical** 100:1,9
150:10

**CROSS-
EXAMINATION**
6:4

**crowd** 16:21,22
18:18,19 21:10
27:22 33:2,11
44:18 53:6,8 55:4
58:6,19,20 59:8,
11 61:15,23
62:24 67:10,11,
13 69:4 81:3,9,10
82:4,10,23 83:6,
9,15,18,24 84:4,
6,9,16,23 85:10,
18,24 87:7,18,19,
22 88:7,8,22 89:8
90:15 91:5,10,17

92:2,13 94:20
110:20 112:15,16
113:20,22 115:2,
8,9,10 116:7,14
117:3,8,13,20
123:11 124:1,5,
22 133:1,2
136:11,12 137:1,
24 138:20 139:2,
8,9,15,16,24
140:5,12 155:22
162:23,24 163:1
172:13 187:2,24
189:2 190:9
191:16 192:3
193:19 196:14,20
197:13,20,23,24
198:4 199:8
200:16 201:1

**crowds** 67:8 77:1
92:6 101:2
111:16 120:17
127:14 148:24
155:7 171:7
186:3 197:23
200:7

**cruiser** 48:18,23,
24 56:6 58:14,17
67:19 85:14 86:1
88:24 118:15
187:7,9 200:22,
24

**cruisers** 81:18
87:11,19 91:23

**CS** 21:8 56:12
61:21 62:1
104:20 110:13
111:2,11 112:4,
11 120:9,15
121:8 140:11,15,
17,21 141:3
179:4

**curb** 138:2 139:23

**curfew** 169:7,19
170:7

**current** 100:14
173:11 176:20

**cut-throughs**
84:14

**cycle** 173:8

---

**D**

**D-O-P-P** 40:13

**damage** 13:7,10
14:8 44:4 112:7
116:22 117:4
132:24 133:21
147:7 160:3,5,8,
11,15 162:1
170:10

**damaged** 150:11

**dangerous**
161:21

**Danny** 136:9

**date** 8:7 9:1 79:5
104:23 119:23

**dates** 9:3 155:17

**David** 40:13

day 11:16,17,18 32:22 38:4,15,18, 23 39:10 43:21, 23 65:7 72:10 79:1 95:18 103:14 129:23 130:21 131:4,8, 20 132:7,9,11 138:19 139:2 144:22,24 145:6 147:12 150:21 153:8,17 156:7 169:3,7 170:10, 11,23 171:12,15 172:1,3

day-to-day 151:8

daylight 132:23

days 11:11,12 26:7 27:13 38:17 43:19,22 71:1,10, 14,17 80:8 98:7 104:12,13 150:2 154:21,22 156:15,17 157:11 160:6,19 161:16, 17 168:4,6,17,20, 22 170:16,21

daytime 11:5 25:11 37:2,24

deal 71:23 76:6,9 113:5 114:5 127:13

dealing 76:22

dealt 187:12

death 111:1

debrief 132:1

decide 82:9

decided 7:16

decipher 194:20

decision 71:9 93:3 113:14,17 114:2 115:13 125:23 155:12 156:1,10 162:9 178:20 180:6

decision-maker 180:15

decisions 54:11 71:3 162:19

defend 92:24

defendants 5:17

degree 91:5

Delaware 101:9

demonstration 17:5

demonstrations 11:1 12:16 16:16 17:6 22:18 24:10 39:12 67:9 128:12

demonstrators 58:17

depart 81:9

depended 154:21

depending 36:7 66:8 67:10 75:6 140:18 155:21

depends 113:19

deploy 36:21 60:6 66:1 76:24 130:19 187:21,23

deployed 36:24 60:4,10 64:18,23 65:7,21,23 69:8 80:6 99:9,17,19 101:23 113:23 117:17,18

deploying 36:20

deployment 37:9, 15 39:15 62:17

deposed 118:2

deposing 50:24 79:6

deposition 5:15 6:10 9:15 10:4 39:17 147:16 164:14

deputies 103:3

deputy 11:19 13:24 19:4 28:7 40:18,21 41:23 42:4 69:21 73:14 74:6 80:1 109:8 121:1 130:23 156:23 157:4,16 161:12 171:4 173:20,23 184:13,19

describe 6:9 45:17 49:16 111:21

described 85:14 97:9 108:14 118:11 145:8 153:12 158:6

describing 85:23 196:2

design 70:15,19

designate 25:22

designated 9:18 10:2,15,22 11:4 22:14 25:10 37:1, 9,22 66:1 78:10, 12 176:13 184:11

designation 37:21 69:19

designed 25:3 57:21 91:19,21

destaged 39:7

destruction 13:1, 17 44:10 72:22 100:4 116:15 117:4 128:10,13, 16 148:22 149:21 150:1,5 161:8

detail 17:9 94:2

detectives 71:21

determine 98:16 112:18 128:19 135:10

determined 8:3 54:14 98:9 116:6

develop 43:17 71:7

developed 17:6 90:14

development 108:23

device 35:8 58:1 61:2,11

devices 16:21 22:16 61:5,15

devised 70:6

dialog 169:15

dictates 67:11

dictating 161:9

did 8:19,23 10:3,6 11:8,17,22 12:12, 21,24 13:4,9,15 14:4 15:20 16:4, 13,20,22 17:10, 16,17 19:1 20:1 21:11 22:1,23 23:5,23 24:18 26:14,15,18 28:2, 16,17,20,22 29:3, 23 30:3,7 31:1,7, 9 32:10,11 39:16, 23 40:14 41:1,6, 17 42:16 43:10 44:2,15 45:17,23, 24 46:3,21 47:23 48:16,22,23 49:19 50:1,12,18, 20 51:11,14,15, 18 53:15 54:2,5 56:11 58:11,12 59:9 61:6 62:18, 20 64:6,15 66:15 67:17 69:10,19 70:16 71:12,13 72:7,14,18,20 73:1 75:10,14 77:4,15 78:5,6 79:11,13 80:11, 13,18,24 81:10, 11,12 82:3,7,16, 20 83:6,11,16,17, 19 86:16 89:4 90:8,11 91:2,7,12 92:11,19 93:17, 21,22 94:1,18,21 95:2,4 97:17 98:2,6,12,16,20 99:21,22 100:10 101:3,10,11,19 102:17 103:2,3, 11,13 104:4 107:14 108:18 110:13,18 111:7, 10,11,18 117:15 118:15,16 119:4, 5 123:12,14,20 124:21 127:1,2,8 130:3,7,14,20,22 131:6,9,17,23 132:18 134:11, 14,16,17 135:5,9, 10 136:18 137:2, 5,13,18 138:8,12, 24 139:3,6,17 140:1,15,23 141:3 142:20 145:6 146:3,17 148:16,19 149:8, 12 150:7,13 151:1,5,13 154:23 155:5,22

156:16 157:21 158:1,16,18 162:5,6 163:6,20 165:8 166:11,18 167:18 168:23 169:9 171:21 172:2,18 176:19, 22 199:15,22

didn't 20:12 27:12 31:1 54:24 57:8 79:18 83:14 130:19 135:6 136:18 138:6,7 140:17,21,23 141:4 146:19 149:14 150:15 159:22 161:18 169:5 191:2 198:19

difference 112:1

different 35:19 53:9 57:1 63:20 70:16 71:19 112:3 125:19 131:3 137:9 151:10

differently 124:3

difficult 133:5

direct 36:21 51:15 54:2 55:1,6 57:22 58:2 79:18 83:17 113:21

direct-fire 61:19

directed 55:18 66:20 67:7 162:17 167:13

directing 69:7

direction 43:16 50:18 81:3 92:14 93:1 94:23 104:16 107:5 113:22 117:14 121:13 134:3 137:12 139:8 153:10 158:16,18 159:1,2 196:16, 21 197:14,21 198:8 200:18

directions 104:5

directive 106:17, 22 107:9,22 113:10 119:14 120:11 123:21 124:24 125:24 126:15 141:5 151:23 174:21,23 178:20

directives 16:20 17:2,7 18:18 103:16 106:24 107:3 109:18 112:23 126:3 174:21 175:5,6, 10,12,13 177:22, 24 179:17 180:16 181:11,20

directly 8:19 21:1 40:15 58:6 173:6, 12 176:20

director 8:20

director's 121:14 126:7 174:4

disagree 15:9 110:13 121:9 123:4,14 150:17 161:1,13

disagreed 110:12, 15,16 111:13 120:14

disagreeing 51:9

disagreement 15:21

discharge 96:19, 23

discharged 96:15

disclosed 155:18

discretion 178:17 181:12

discuss 127:5

discussed 101:1 158:4

discussion 70:17

disorderly 136:10

dispatcher 185:9 198:24

dispatching 183:10

dispersal 59:7 84:8 85:1,6,9,20, 21 86:4 90:9,17 91:3,7,13 115:11 186:18 187:3 188:20,22 189:1, 11,23 190:1,3,9 199:17,19

disperse 59:10 62:24 82:10 83:18 84:4 85:17 92:2 94:20 114:12,21,24 115:2,3 116:7 120:17 122:20 124:5,6,19,21 139:1 155:7 162:11 187:2 189:6 200:7,16, 23 201:1

dispersed 65:16 138:23

display 26:24 27:10 31:2,4,7,8

displayed 26:2,16 27:15,20 30:7

displaying 29:24

displeasure 74:20

distance 47:9,11, 13 118:22

disturbance 100:2

division 7:22 10:9,24 11:20 13:5 14:1 15:4 25:6 27:7 29:12, 18,23 35:10 55:13 64:17 72:5 73:15 102:5 103:16 110:12

119:18 120:20
123:1,18 128:18,
22 129:18 131:10
136:22 151:20
163:11 172:24
173:16,19 174:9,
21,23 175:8,9,20
176:21 178:18
180:24

**division-issued**
95:23,24 122:19

**divisionwide**
107:23 119:21

**DMS** 108:17

**do** 5:7 6:19,24
7:1,4 8:13 9:1,20,
22 10:6,13,17,20
13:22 15:16,19
17:7 23:5 25:3
26:7,19 28:9,22
29:21 30:18
35:14 39:14 40:4,
24 47:12 53:1,13
54:3,13,14 55:14
59:23 60:24
64:19 67:9,11
70:24 71:16
74:11,21 75:17,
19 76:5,9,12
78:9,10,12 80:24
81:10 83:4,5
88:10 91:19
92:16 94:3 96:4,
12 97:6,13 99:2,
21,22 102:4,9
104:23,24 105:1,
5,11 106:8,11,14,
20 108:5 109:23
113:8 115:16,23,
24 117:16 118:11
119:23,24 121:9
122:2 123:4
124:13 125:7,14,
19 126:10 128:5,
15 129:15 130:14
131:14 136:18
139:10,20 141:19
142:1,14 143:2,5,
17,20,22 145:23
146:13 147:3
148:16,19
151:17,18
152:21,22 153:20
156:1,7 158:22
159:12 160:10,
12,18 163:3,15
164:8 165:12
166:22 169:17
171:10 174:20
175:1 178:9,23
179:5,21 180:7,8,
16 183:14 185:10
186:12,19 188:8,
17 189:18 191:4,
6,20 192:11
193:13,15,21,23
194:10 197:20
200:15 201:16

**document** 105:22
143:6,21 165:5
183:5 186:12
190:16,20

**documentation**
165:10 166:13

**documents** 10:8,
10 11:8 106:13
175:1

**does** 11:5 30:23
31:11 64:17
71:15 72:1 79:9,
10,21 102:20
120:22 121:15,16
153:23 175:20
179:15 183:18
185:3 186:23
188:19 189:17
192:2,8

**doesn't** 52:13
189:16 195:11

**doing** 6:12 73:13
81:15 83:24
112:15,16 115:8
129:2 156:5
161:7 166:22
167:5 201:15

**don't** 5:10 6:15
12:23 15:9 18:8
19:10,16 20:9,12,
23 22:2,8 28:1
33:1 38:13,21
41:9 42:3 43:10
45:4,5 46:11
47:18 50:3,16
51:17 52:11 53:6
59:16,21 60:5,12
62:5 63:7 65:9,24
66:24 67:15 68:1,
18,23 69:1 71:21
74:14,23 75:24
76:3,7,11 77:11
80:11 81:24
82:24 84:18,19
85:16 86:20
88:19,20 94:10
96:22,24 97:2,3,7
98:19,23 99:19
101:7,11,17
103:6,21 105:13,
20 108:24 118:8
119:1,3 120:24
121:3,24 130:9,
12,13 138:23
139:3,9 143:2,4
144:4 146:7
147:2 148:15
150:19 152:16
154:5,6 156:3,4
157:19 160:15
161:3,21 162:18
166:23 170:21
171:13 179:7
192:13 194:12
195:18 197:9
201:12

**done** 27:19 29:14
77:7 78:3 108:11,
12 113:22 114:7
156:14 176:7
179:11

**door** 119:5,8

**Dopp** 40:11

**doubt** 189:18

**down** 28:19 29:14
40:20 42:20 49:3
54:9 56:7,8
80:16,19 82:4
87:9 100:6
131:24 145:13

147:6 184:3
186:9,17 188:6,
13 189:21 190:12
192:24 194:3,7
195:20 196:12
197:4 199:20,21
200:1

**downtown** 63:6
72:22 73:11
100:7 127:14
132:23 133:23
148:11,20 153:18
170:13

**dozen** 68:2 88:6

**dozens** 74:13,18
76:18

**draft** 18:17 40:6
51:11 108:23

**drafted** 55:20

**drawing** 129:7

**drawn** 108:17

**drew** 137:10

**drive** 132:22
148:16

**driven** 148:10

**driving** 81:19,21
101:2

**drove** 118:18

**due** 11:16

**duly** 6:2

**Dupler** 136:9,10
138:6 140:8
149:8,13 165:15

**during** 21:10
25:11 31:4 34:9
49:7,20 54:17,21
63:18 64:15,16
78:23,24 79:11
91:10 92:20
100:16,17 102:16
107:6,10,11
108:16 111:9
156:16 163:5
170:3 173:7
177:18 181:6

**duties** 68:11

**duty** 171:24

**dynamic** 30:21
162:24

**dynamics** 162:23

——————
**E**
——————

**e-mail** 12:2,10,12
31:20,21 39:22
119:21

**e-mails** 23:16
24:21,24 25:3,15
26:8 31:5,19

**each** 36:20,22,23
43:23 61:12 66:5,
7 146:23 147:1
165:19 184:12
185:16

**earlier** 22:20,22
23:23 31:6 67:19
82:14 85:14

86:16 99:13
101:1 116:4,18
125:10 150:12
153:12 170:13
174:22 177:21
179:1 180:3
188:9

**early** 12:4,7 26:7
27:13 36:19
72:12 104:18
128:3

**east** 87:5 90:20

**eastbound** 81:8
90:24 91:1

**eat** 105:15

**Edwards** 165:22
166:7

**effect** 113:2 169:7

**effective** 25:8
153:19

**efficient** 5:7

**effort** 189:1

**eight-hour** 38:9

**either** 10:3 14:7
26:9 30:13 46:24
81:14 90:22
91:24 96:6,18
98:18 112:18
127:24 131:4
139:23 150:15
157:24

**elaborate** 35:22

**elbow** 34:17 35:1

**elected** 129:18

**electronic** 118:5

**electronically**
105:3

**element** 112:13
113:10

**elements** 53:13

**elevated** 77:2

**elevator** 119:10

**eliminated**
177:23,24

**else** 10:4 13:5
16:13 19:1 23:24
39:16 61:14,17
98:21 129:20
130:7,14 131:3
132:18 137:3,18
153:13 159:5
162:18,21 163:4
167:23 173:18

**emergency** 16:17
17:1 23:7 40:5,9
43:16 71:5 83:2
104:15 116:17
117:5,19 118:6,
13 126:20 127:7
159:3 179:16,18
180:15 181:10,20

**emits** 61:23

**employed** 36:17

**employee** 19:7
38:21

**employees**
129:18

**en** 185:13

**encounter** 169:10

**end** 61:19 158:1
169:6

**ended** 84:22
148:3 170:13

**enforcement**
36:16 37:17 55:1
97:24 98:13
102:10

**engaged** 161:10

**engagement**
158:21,22

**engaging** 122:22

**Enoch** 169:22

**enough** 37:18
100:5

**ENR** 184:7 185:4,
13

**ensure** 26:4 42:21

**entered** 8:11
200:2

**entire** 15:15 46:22
72:5 85:18 93:11
115:8 148:8,9

**entities** 36:18
37:16 186:7

**entity** 128:23
129:1

**entries** 185:15

**entry** 184:5 185:3,
11 187:20 188:9,
10,13 192:2
194:18 195:4,12
196:24 197:2,5
198:13

**EOC** 118:19,24
119:2 122:9
127:9,16,22,23
131:22 132:2,21
138:3,17 139:19
145:7 147:20
148:3,8 149:18
160:17 184:6
185:4,8,10,18

**equipment** 22:15
23:18 24:1 25:6,
22 35:15 60:12
61:1 94:14 95:10,
11,14,17 150:22
151:4,6,12,16,22
152:2,6,15,20

**equipped** 59:17
113:15

**especially** 6:11
154:9

**essentially** 65:16

**established** 40:22
42:13

**estimate** 45:22
49:21 50:1 72:4
88:7 90:5 118:12

**estimates** 47:10

**even** 88:1 114:7, 17 155:13 177:7

**evening** 32:14,18 169:7

**event** 28:21 43:24 64:22 68:9 75:8 132:21 169:5 170:2 183:10,20 187:6,8 194:17

**eventful** 170:2

**events** 16:19 31:4 132:6 162:20 183:23 186:4

**eventually** 59:8 80:2 116:7 138:23 172:2

**ever** 15:20 52:22

**every** 26:3,12 79:1,2 91:20 95:18 96:19 126:15 146:20 151:10,11 152:23 153:5,9 194:17 196:15,21 197:13,21 198:8

**everybody** 5:7 52:13,14

**everyone** 35:17 138:24 145:4

**everyone's** 5:11

**everything** 42:6,7 86:15 135:1 142:18 167:16 168:13 177:1 194:21

**evidence** 50:13, 16,19 51:12

**Ex** 191:4

**Exact** 68:1

**exactly** 90:1 130:13 159:15 170:21

**example** 104:20 160:9 179:1

**examples** 101:8

**except** 31:12

**exception** 35:18

**excessive** 24:13 43:2,7 103:11,19, 22 104:1 164:4

**excuse** 46:5 90:21 173:9

**executive** 19:2 40:19 41:1,6,22 43:1,15 44:2 70:6,17,21 98:9 109:7,8 130:4 180:4,8

**exempt** 38:21

**exhibit** 105:19 106:16 119:11,12 122:13 141:21 174:22 175:1 182:4 190:21,23 191:8,12

**Exhibits** 105:1,17 106:8,16

**exonerated** 135:24 136:3

**expandible** 96:3, 4,7

**expect** 201:14

**expedited** 180:2

**experience** 75:18 113:18 153:10 176:19 198:7

**explain** 6:17

**explore** 51:10

**exposing** 24:13

**express** 15:20 16:4

**expressed** 13:6 15:12

**expressing** 74:9, 20

**expression** 24:12

**extent** 123:2,3 144:16 155:17 159:24

**extra** 96:1

**extremely** 154:9

**eye** 77:3 193:18, 19 196:15

———

**F**

**facilitate** 155:22

**facilities** 102:24 103:7

**fact** 11:16 74:8 105:11 159:12 187:4

**fact-finding** 149:1

**factor** 64:5

**factors** 64:20 115:5 156:8

**failed** 124:6

**failing** 115:2

**failure** 114:21,24 123:8

**fair** 37:18 177:19 181:15

**fairly** 133:8 153:19 177:7 182:21

**falling** 25:21

**familiar** 177:8,17

**family** 30:21

**far** 153:2 161:22 166:6 172:7

**farther** 88:1

**fashions** 57:24 71:19

**Father's** 171:12

**fatigued** 130:20

**features** 36:3

**February** 73:17

**feedback** 120:2

**feel** 10:13 114:6 120:20,22 148:11

**feet** 90:3,6

**fell** 28:2 151:1 152:7

**felons** 55:2

**felony** 52:3,6,8 53:3 55:8,17,21

**Fest** 185:22

**festivals** 185:22

**fetch** 33:7

**few** 74:22 81:20 95:11 104:11 106:13 138:15 145:20 160:19 161:16 170:12 185:15 198:4 200:23

**field** 27:9 33:13, 14,17 36:6 38:3 39:5 42:5 43:4,8 45:14 53:17,23 54:3,10 55:1,13, 23 63:3,11 64:15 66:1,5,7 67:18,24 68:3,5,7,9,22 70:5,15,19 71:7 72:2 75:1 92:1 93:3 94:23 96:18 98:5 99:14 101:16,20 106:21 107:1 118:10 127:9,16,17,21 144:16 145:11 152:14 159:18 160:17 169:3,6,9 171:19 192:14 193:5

**Fifth** 145:18

**figure** 18:11 171:13

**Fiji** 7:16

**film** 93:13

**final** 19:15 109:11 178:20 180:5

**finally** 109:9

**find** 25:23 28:23 197:6

**finding** 165:24

**findings** 167:6

**fine** 20:3,12 51:2 105:9,22 143:10 164:12,14

**finish** 25:14 126:19 144:14 147:24 167:17

**finished** 201:10

**firearms** 74:19 75:12,23 76:20 77:4 78:7 145:16, 20 146:4,9

**fired** 61:22

**fireworks** 199:23

**first** 6:2,10 9:16 11:12 29:3 32:12 33:17,19 36:11 39:12,20 42:12

**47:12 48:7 56:5 64:3,5 65:7 71:1, 14,17 72:7,20 80:18 85:1,6,7 88:13,14,21 91:2 100:2 106:21 120:8 130:2,5 139:23 141:20 150:14 153:16 156:14,17 157:11 160:2,4,6,19 161:16 162:3 165:14 184:8 191:4 195:3,4**

**fit** 109:19

**fits** 159:21

**five** 88:11 127:20 152:23

**fixed** 26:9 145:13

**flash** 61:23

**flashing** 87:14,15

**flowing** 139:22

**Floyd** 11:2,24 13:20 14:14,15, 22 15:14 22:19, 21 72:10

**Floyd's** 14:24

**fluid** 66:16 73:5 158:6

**foam** 35:9

**fog** 57:21 58:2

**folks** 146:7 170:12

**follow** 180:13

**followed** 180:24

**following** 11:12 24:3 39:10 123:18

**follows** 6:3 123:8

**foot** 34:16

**FOP** 167:10 174:13 175:18 177:13 178:5 179:4 180:21

**force** 7:2 24:11, 13 43:3,7 64:9 65:13 66:2,5,7 68:3,5 70:5,16,19 82:19 94:24 103:12,14,16,20, 22 104:1,2,6 106:17,22 107:1, 9 110:22 113:1 114:15,16 140:4 154:7 161:24 163:7,21 164:5 172:7 174:22 175:5,12

**forces** 54:11 68:7, 9 71:7

**forearm** 34:16,17 35:1

**foregoing** 202:3

**forgot** 169:3

**form** 68:12

**Forman** 8:11

**117:23**

**formed** 95:13

**Former** 120:23 129:6

**forming** 199:4,13

**forth** 23:17 126:15 199:5

**forward** 42:23 83:14 98:12 107:13 156:5 169:12

**found** 21:4 135:22

**four** 65:3,20 69:23 88:11 141:21 156:15 157:11

**fourth** 36:14 147:5

**Franklin** 101:22 102:6,22

**Fraternal** 172:23

**freedom** 24:12

**frequency** 92:7

**frequent** 48:3 153:1,3

**Friday** 126:24 130:6

**front** 32:5,9 34:15 81:7 89:15 169:23

**frozen** 44:16

**frustrating** 30:18

**full** 30:3 148:15 152:20 153:2,12

**fully** 6:13

**funneled** 20:6

**Furby** 19:8

**further** 189:21 194:4 196:12 199:21

**future** 125:23 128:20

———

**G**

**gain** 29:1

**garage** 119:8

**garment** 31:11, 16,22

**gas** 21:8,20 34:20 56:12 61:21 62:1 104:20 110:13 111:2,11 112:4, 11 120:9,15 121:8 140:11,15, 17,21 141:3 179:2,4 195:22 196:4,6

**gather** 162:10

**gathered** 140:12

**gathering** 132:12 162:16

**gave** 31:3 59:7,22 60:6 92:4,10 189:1

**Gay** 46:15,17,21 47:12,21 49:2,10 56:7 86:24

**gear** 22:16 25:20 27:17,22 30:3 31:14 32:7,10,11, 19,21 33:2,5,8, 10,12 34:7,10 35:17,21,23 36:6, 8 60:9 68:14,17, 20 95:15 97:10, 11,13 103:4 153:3,9,12

**gears** 34:18 182:1

**general** 13:21 109:2 145:1 180:4 201:1

**generally** 9:22,24 10:12 12:12 15:11 43:21 60:22 102:10,11 130:15 159:19 172:10 175:2

**generated** 14:17 20:13 108:7

**generically** 69:18

**gentleman** 115:22 169:20

**geographical** 102:7

**geographically** 63:5,6

**George** 11:2,24 13:20 14:13,15, 22,24 22:19 72:10

**get** 9:8 22:11 25:13 27:19,24 36:10 51:8 52:11, 11 55:24 58:12, 15 64:6 66:3 68:6 73:7 81:13 84:12 86:16 89:2 94:14 97:12 99:2 100:21 105:15 107:18 108:11 111:7 116:19 117:5 127:11 130:17 131:23 132:4,8 141:11 143:17 145:1,20 146:1 148:11 159:17 164:2 165:22 166:23 168:20,23 170:23 171:2 172:2,16 176:13 184:21

**getting** 33:4 47:1 48:14 60:9 84:16 99:11 176:7 192:7 201:10

**give** 6:7,18 7:17 9:8 26:19 49:21, 24 50:2,18 60:15 71:24 72:1,10 77:8 81:3 82:3 88:15,17 91:12 92:11 93:1 94:21 101:7,8 103:11, 13 118:12 141:13 158:16,18 168:8, 9 175:23 178:6

**given** 17:20 58:24 59:19 64:19 85:1, 10,13 109:4 115:11 124:19 175:18,19 184:16

**gives** 71:18,23 151:20

**giving** 71:4 86:3 92:12 200:20

**glass** 115:16,24

**go** 10:1 16:2,11 18:9 31:11 33:7, 12 36:11 39:11 53:12 71:13,16 73:2 75:24 76:3 81:9 90:15,16,19, 20 91:1 95:9 105:20 110:8 111:4 115:20 118:11,15,16 119:5 122:12 130:20 131:6 132:8 141:17 142:9 147:16 148:16 157:18,22 162:21 174:18 176:5 182:16 186:17 188:9 190:13,14 191:10 195:13 197:10 199:20

**goals** 40:4,23 42:11,15,16 70:23

**goes** 107:24 109:2,7 136:22

**going** 6:9 7:5 8:4 9:17 12:15,18,20 13:12,16,23 18:4, 6,9,10 20:14,16 24:6 25:16 29:6 30:3 33:23 37:15 38:8 39:19 42:24 48:13 50:22 51:7 55:4,6 57:7,9 66:15 70:24 71:1, 2 72:8,15,17,23 73:2 75:11,15,22 86:5,14 87:17 89:3 91:20 95:6 105:7 106:12,13 110:4 112:14 114:11,13 115:8, 18 116:3,23 118:10 127:6 128:23 130:18 131:24 132:9 138:10 141:11 142:22 143:7,11 145:10 147:21 148:2,12 149:2 156:6 157:18,22 160:20 161:5,14 162:18,21 163:4 166:19 168:7 174:16 178:5 180:7 181:15 182:13,19 196:12

**gone** 116:12 119:8 172:14

**good** 6:6 70:14 86:8 110:19

11 183:2

148:14 160:23 169:15 176:9

**goodness** 176:23

**got** 5:8 18:17 22:10 39:8,20 41:12 49:7 56:5 61:15,16 62:21 64:1 91:23 92:9 99:22 102:6 115:14 116:2 119:3 130:1 132:1,20 133:24 138:2 160:18 161:20 164:7 165:7 169:23 172:5,11 177:16 182:3 184:24 188:10 189:13 194:7

**gotcha** 18:16 53:21 166:16

**governor** 99:5

**governor's** 74:20

**graduation** 32:21 34:8

**grasp** 89:2 117:6 132:8 145:1

**great** 171:6,7

**green** 32:3

**grenadier** 60:16 61:3 64:21,22 66:4 94:14,16

**grenadiers** 35:12, 14 36:5,10 37:17 59:23 60:4,7,10, 11 61:1,6,9,14 62:13,18 64:24 65:2,6,7,19 94:11,19

**grenideers...do** 187:21

**grew** 33:2 92:6 97:16

**ground** 6:10 15:15 62:15 101:20 113:15 198:21,23

**grounds** 132:14 133:6

**group** 32:15 44:23 45:2,18 74:16 82:22 83:9 108:20 139:5 147:2 152:12,13 158:10 162:4 169:10

**groups** 103:3 146:23,24

**grow** 91:10

**growing** 82:13

**guard** 98:15,17 99:3,9,12,17 100:8 145:19 146:5 196:2

**guarded** 103:7

**guarding** 102:23

**guards** 34:14,23

**Guardsmen** 145:22 146:7

**guess** 63:19 79:7 99:7 133:10 176:4 178:13

**guessing** 90:5 170:20

**guidance** 120:1

**guide** 52:9

**guided** 103:15

**gun** 95:23

**guys** 135:2 182:8

---

**H**

**had** 9:6 12:3 13:15,18 14:5,7, 23 15:1,3 17:24 19:21 26:2,9,12 27:18,21 29:13, 22 30:6 33:1,7 35:10 36:1 38:17 39:5 40:15,19 42:4 43:2,6,12 44:12 55:13 58:8, 15 60:8 64:3,9 65:13,16 68:13, 16,19 69:14 72:12 73:14,18 75:5 82:21 84:8 85:9 87:7 90:13 93:19 95:12 96:17 97:4,20 100:5 101:16,23 103:24 104:18 116:17 118:16 119:24 123:16 127:12 128:11 131:3,5,24 132:3, 11 133:13,16 134:9,10,11,13 135:8 136:4 137:14,19,20 139:21 140:12 141:4 146:4 149:17,18,21 150:15 152:1,4 153:24 154:12, 16,18 158:12,13 161:23,24 162:1, 4,18 163:20 165:3,16,17,23, 24 166:1,3 169:14 170:12,14 171:16 172:8,14 174:1 177:3,13 185:18 187:4,9, 12,15 200:1

**hadn't** 166:1

**half** 48:3,5 49:18 59:6 86:6

**hall** 100:13

**hand** 60:22,24

**handcuffed** 107:18

**handcuffs** 96:1

**handed** 32:22 94:15 164:8 167:7

**handle** 66:15

81:12

**handling** 10:24 39:12

**hands** 110:23

**happen** 27:12 39:10 43:22 104:23 139:6,17 140:23 145:24 146:3 153:13

**happened** 14:19 19:10,11 27:21 28:22 40:15 42:6, 7 43:8,13 44:7 124:7,9 126:17 133:19,23 134:7, 18 138:17,20 146:6 152:17 158:5 159:15 163:16 172:10

**happening** 29:4 66:17 75:8,16 82:7 86:15 116:15 128:6 171:11,22

**happens** 67:10 75:18 140:19 163:2 178:4

**hard** 34:18,23 36:3 54:16 194:6

**harm** 161:19

**has** 5:8 24:8 27:6 28:22 32:3 35:17 36:1,3 52:14 61:4,24 102:6 110:9,24 112:15 113:24 124:7 125:4 128:18 132:2 174:3 180:12 189:23

**have** 6:16,17,21 7:1,6,21 8:3,7,8 9:1,3,12 11:18,22 12:21,24 13:4 14:1,17 17:16 20:23 24:4 26:3, 15 27:3,24 28:11, 15 29:11,16 33:20 34:14 35:14,21 36:8,9 38:6,14,18,20,22 40:19,21,22 41:1, 6,8,15,16,22,23 42:12,13,14 45:2 50:3,14,17 51:7, 19,21,23,24 53:9, 15 54:13 55:11, 16,18,20,22 59:7, 16,17,19,24 60:1, 10,11,12,13 61:9, 20,21 62:5,13 63:7,12,17 65:24 66:20 67:15,22 68:10,24 69:1 71:7 72:8,17 73:2,10 74:1 75:5,24 76:15,16 77:8,9,10,11,23 78:12 79:4,6,24 80:7,9,11,20,21 81:5,16,19,22 83:20 84:8,11,21, 22,23 85:11,13, 14 86:20,22

87:23 88:2,3,19
92:16,21 93:2,15
94:15,16,22
95:15 96:8,9,10,
12 97:13,17
98:14,18,23 99:5,
11 100:21 101:7,
23 102:1 103:3,
19 104:5,18
105:1,3 106:8,13,
19 107:6,22
108:2,10,11
109:17,20 111:12
114:11 115:23
116:18 117:13,18
118:8,9 119:2,6,
7,8,10 120:4
121:7,15 123:6,
21,23 124:23
125:3,12 126:14
127:4,18,20
128:12,17
129:12,14 130:3,
18 131:1,2,3,21
132:4,5 135:6,24
140:19 142:11
143:19 144:6,7,9,
10,22 146:19
147:19 148:6,10
149:14,22 150:15
152:8,12 154:6,
12,16,19 156:3
157:13,24
158:14,15,20
159:17 160:12,
13,14 161:21
162:15,17 163:15
164:1,16,20,24
165:2,7 166:7
167:16,21,22
168:7,19 170:6,
22 171:1,4,7,14
172:12,22 173:7
174:8,12 175:20
176:5,18 178:23
181:6,19 183:5
184:22 186:5,18,
24 187:22
189:13,18,24
190:2,19 191:20
192:6,15,16
193:10,11,13,24
199:24 200:9,10
201:12,15,17

**haven't** 94:7
114:7 153:14
161:23,24 162:1

**having** 51:21
147:1 159:14
168:12 171:4
187:1

**headquarters**
41:19 100:13,14
118:21,24 119:7
130:3,8 158:15

**health** 6:22 7:1
74:9,21

**hear** 28:17,20
29:3 58:11 64:16
111:7 115:23
143:4

**heard** 6:13 9:12
26:20 28:11,15
29:11,16 48:3

49:22 91:17,21
110:11 149:7

**hearing** 7:9

**height** 150:5

**helicopter** 147:11
195:7 196:18,19
197:11,12
198:10,18,20

**helicopter's**
145:13

**helmet** 26:3
34:10,22 153:2
196:3

**helmets** 26:2,11
28:1,4,13 196:1

**help** 40:6 41:24
75:9 77:3 99:24
100:12,24 139:23
145:1 153:18,22
154:8,11,13,23
155:22

**helped** 130:17
154:15,22

**helps** 42:15 52:9

**here** 9:10 15:9
20:16 22:3,12
47:10 63:20
101:5 105:6,24
106:15 116:2
128:11 141:12,15
142:18 162:8
168:9 170:24
176:13 183:2
184:4 188:14
193:2 197:6

**here's** 66:14
143:1

**Hey** 19:23 23:10
25:9 50:22 57:7
110:4 189:7

**hierarchy** 79:17

**High** 32:15 46:5,7,
14,20 47:14,15
48:14 49:1,8
53:23 54:21 56:8
63:1,10,16,23
64:4,6,12 65:8,22
66:23 67:1,4,20
68:12 69:9 81:4,
6,14 82:6 84:5
85:18 86:14 87:2,
12,19 89:11,23
90:20,23,24
95:13,14 97:18
103:12 116:11,16
117:18 133:10,24
138:12 139:20,
21,22 148:2
169:11,24 171:17
172:16,21 183:22
184:1 189:2
195:14,17 199:14
201:6

**high-viz** 32:3

**high-water** 150:9

**highlight** 188:15
189:22 200:11

**highlighted**
186:21

**highway** 76:2
93:13

**hit** 84:19

**hold** 179:15
182:13 200:11

**home** 29:15 39:8,
9 41:11 43:14
130:1,12 131:6,7
170:1 171:16,23

**homemade**
172:19

**honest** 153:22

**honestly** 47:19
130:19

**Hostetler** 164:8,
21 165:1

**hour** 48:2,4,5
49:20 59:6 85:7
86:6 176:5

**hours** 38:16,19,22
39:2 53:23 54:17,
21 72:18 128:3
129:22 144:20
145:3 153:8

**house** 147:20
199:3

**how** 7:21 8:9
25:5,7 26:18
27:12 47:22
49:19 58:3,12
59:5,14,21 65:21,
22 66:14 67:12,
24 68:3,21 71:24
73:14,21 74:2
75:19 81:12
87:16 88:6,20
90:4,11 91:24
92:2 96:14,22
97:7,17 99:2
102:4,9 107:20
116:19 121:1
125:10 126:20
127:19 128:20
134:18 137:13
140:7,16 143:16
151:3,15,20
165:3,4 167:18
176:18,19,21
177:8,18 190:8
193:21

**however** 17:16
27:16 52:8 72:16
92:14

**HR** 174:5

**human** 30:17

**hundred** 88:9,10,
11

**hundreds** 74:18
76:19 91:17

————————

I

**IAB** 167:10,14

**IAP** 11:15 104:8,
17 158:21 171:1

**IAPS** 104:18
168:20

**idea** 69:24 128:17
191:20

**identification**
24:14

**identified** 26:6
28:14 183:14
190:20

**identify** 27:2
52:14 53:10
104:22 146:20
147:2 192:14

**identifying** 24:23
150:13

**ignored** 124:19
172:17

**imagine** 33:6
181:7

**immediately**
18:10

**impact** 125:23

**implemented**
104:23

**implying** 163:21

**important** 6:11
26:23

**improper** 55:8

**inadvertently**
150:22

**inappropriate**
163:7

**incident** 11:10,13
16:12 23:23 37:5,
6 38:14 39:6,24
40:3 42:5,17
43:17 45:3,10,15
52:22,23 54:7
64:19 77:19 80:7,
8 104:4 124:8
130:16,23
131:18,19 136:8,
13 144:21 148:7
149:15 157:6,9,
10 158:9 162:20
168:4,17 170:16,
20,22 171:2,5,8
172:4 200:22
201:6

**incidents** 45:23
92:22 155:11

**include** 109:5

**included** 17:24
195:4

**includes** 84:20
128:22

**including** 24:11

**incoming** 43:19

**incorporated**
102:12,17 104:7

**increase** 182:24

**increased** 92:7

**increases** 184:22

**independently**
165:19

**indicate** 185:15

**indicated** 49:12

**indicates** 199:21

**indicating** 12:4

**indication** 12:21,
24 36:23

**indicted** 16:7
52:11,13

**indictment** 15:22
16:3

**individual** 10:12
53:8 57:23 58:6
93:2,19 94:3
95:12 112:13
113:16 114:5,6,
17 134:2 140:19,
20 147:16 160:14
164:14 165:2

**individually** 51:1
118:3

**individuals** 36:20
53:1 55:15 74:19
75:11,20 77:3
122:20 133:12
146:8 162:23
172:19

**informal** 66:13,18
67:7 73:6,8,10
162:9 169:22

**information** 7:6,
18 12:4 13:14
20:23 21:17
25:24 26:5 28:3
29:1,8 45:9 58:12
62:5 71:5 72:13
104:14 132:2,12
135:13 147:20,21
149:17 152:9
159:17 160:13
183:10 198:24
200:1

**informed** 8:16,20
118:9

**infrastructure**
100:1,9 150:10

**initial** 17:15,22
19:21 20:6 21:13
91:7 98:24
121:18 187:6,8
189:11

**initially** 9:6 32:24
49:4 80:11 167:8
173:20

**initiate** 90:9
120:10 122:4
125:8 180:2

**initiated** 117:8

**injunction** 7:9

**injured** 33:4 162:1

**injury** 111:1

**inkling** 39:21

**input** 75:5 109:4
121:16,18
175:19,21,23
181:15,16

**inside** 74:8

**insinuating**
150:18

**inspections** 149:4

**instance** 48:7
69:20

instances 29:22
152:4 154:1

instead 189:8

instruct 25:5 31:7
75:7 96:18

instructed 30:23
31:19 32:4 33:4
116:9 167:13

instruction 31:3
92:4 200:20

instructions
92:12,13 103:10,
14

instructs 31:20,
21

intelligence
191:22

intent 159:16

intentionally 81:7
150:18

interaction
163:20 171:18

interim 8:1,18,22
109:17,20 120:10
181:21

intermediate
119:13,14 125:2
174:24 175:13

intermingling
82:1

internal 10:8
164:3,17 166:19,
21 167:4

interpret 195:1,23

interpretation
194:9

interpretations
24:8

intersection
36:23 46:6,10,12,
13 47:4 81:6,19
82:5 85:17 87:17
88:2 90:2

intersections
81:13

interspersed 65:1

interview 166:1

interviewed
129:12 164:16,20
166:5

interviews 129:17

into 19:14 21:5
36:15 44:23 45:1
51:2,7,24 53:6
55:4 69:12 72:18
75:24 81:19
84:16 100:3
101:2 104:8,12,
13,17 106:21
115:12 117:19
119:2,3,8 134:5
137:24 147:22
153:18,23 159:17
172:3 200:2

introduce 5:2

investigated

135:21

investigation
136:17,19,20
154:4 164:9,22
166:24 167:5

investigations
167:9,14

investigative
157:3 166:15

involved 14:6,7
25:16 40:2 99:3
100:20 136:23
155:5 165:13
166:24 171:6
173:2,6,13,15
174:8,12 176:21
187:18

involvement
37:13 140:22

irritant 21:7 57:5
159:2

irritants 104:8

is 5:3,9 6:6,12
7:12,13,15 8:16
9:5,17 10:18,23
15:7,8 16:15
19:17 20:5,16
21:8,16,21,24
22:14 23:10,11
24:3,21 26:23
27:1,12,15 30:15,
16,18,19 31:10
32:2 34:7,20,22
35:1,3,12 36:13,
14 37:22 38:22
40:4,6,7,8,10,11,
18 41:22 42:20
43:24 44:13
45:15 47:11,13,
19 48:9 52:5,6,7,
10,14 53:3 55:21
56:14,17,24 57:3,
16,21 58:21,24
60:16 61:22 64:1,
21 65:2,20 67:6,9
68:4 70:21 73:7,
10 75:8 77:10
79:20 83:4,24
84:3,13,16 85:5,
24 86:2,10,19
91:6,21,23 92:24
95:22,24 97:1
102:2 104:2
106:5,14,16
107:20,22,23
108:3 109:1,4,7,
13 110:5,19,20,
22 112:2,17,22
113:15,16,24
114:6,21,23,24
115:1,2,3,8,9
117:20 118:19
119:11,12 122:2,
16,21 123:8
125:21 126:5,8
128:22 129:4,10
136:12 137:9
138:23 142:4,18
143:5,11,18,22
144:13 145:2,7
147:4,10 149:7
151:9,10,11
153:6,11 156:7
157:3 159:5,9,16

161:4,5,13,21
162:21 163:4
164:12 167:4,5
168:8,13 171:3,
12 173:9,11,21
174:24 175:18
176:4,11 177:19
178:10,14,23
179:9,10,14,24
180:4,6,14
181:15,16 182:2,
18 183:5,13,19,
20,23 184:13
185:6,9,11,13
186:15 187:22
188:1,3,9,14
190:8,21,22,24
191:2,20,21
192:9 193:10
194:20,22 195:3,
6,10,13,16 196:2,
14,19,20,24
197:3,5,13,24
199:7 201:11

islands 7:16

isn't 52:3 143:24

isolated 92:21

issue 22:9 27:1
28:8 123:16
136:8 146:21
165:7

issued 32:18,20
34:10 85:21
120:4 123:1
136:4,5 151:11

issues 14:16 69:5
162:24

item 34:20

items 39:18 50:7,
13 51:12

___

**J**

jacket 31:13,17

January 142:7

Jazz 185:22

Jeff 5:13 19:8
122:11 141:8
147:5 182:12,14,
17 188:15 189:22
190:15,22 197:5

Jeff's 182:19

Jenni 165:22
166:7,12

job 8:4,6 13:24
157:2

John 5:12 6:6
18:2 19:23 22:6
23:10 25:9 37:20
50:22 57:7 95:6
110:4 117:24
121:21 143:8
174:16 189:7

joined 106:1

Joint 177:5

July 106:18 107:2

June 36:19
119:17,19 120:6
170:24 171:11

just 10:23 16:18
17:10 18:15
19:17 20:17 21:3,
18 22:5,7 23:17,
20 24:5 25:14
31:24 33:23
37:20 39:18
43:20 44:10
46:10 50:6 51:1,
24 53:18 55:3
57:3 58:4 59:21
60:11 65:1 66:15,
16 68:6,10 70:11
71:20 72:3 73:7
82:3 84:3,13
86:12,18 89:24
90:2 95:13 98:11
105:20 107:12
108:14 109:21
111:17 115:18,21
116:3,4 117:24
118:9 120:5
130:22 131:4
132:8 137:5
138:18 146:8
148:11 152:18
154:5 155:12
156:22 160:23
161:14 162:17
163:13 165:4,10
166:19 168:9
174:16 176:18
178:10 179:10
180:7 182:14
184:16 188:6,7,
24 189:7,10
192:21 193:18
194:9 195:12
196:6 197:2,24
198:24 199:20

justify 123:9

___

**K**

keep 13:22 32:23
54:12 57:10
64:19 77:3 101:1
105:7 139:24
140:4 146:22
193:18,19 196:12

keeping 196:15

Keith 169:22,23

Kelly 132:22
133:20

kept 36:12

kettling 82:22
83:3

Kevlar 35:3,8

killed 22:21

killing 11:2,24
13:20 14:13,15,
22,24 22:18 72:9

kind 13:1 30:10
32:3 39:7 40:4
51:4 66:13 67:8
70:18 71:15 72:8
74:10 75:8 81:18
85:16,20,21 89:2
98:22 126:12
132:7,20 158:5
172:20

kinds 175:4

knee 34:15

knew 14:9,12 48:8
90:15

Knight 130:23

knocked 39:4

know 5:10 9:22
14:4,15,16,18
15:16 18:8 20:9,
15 22:6 25:12
26:20 28:1,13,22
33:14 39:23 45:4,
5,19 46:11 47:18
50:6,14,16,17,24
51:6 53:1 55:5
57:8 59:21 61:4
64:23 65:9 66:3,
14,15 67:6 68:1,
18,23 72:4,17,18
73:1 74:11,14,23
75:10,15,17,22
77:9 78:14 80:20
81:16 82:24 83:1,
4 85:3 86:14,20
87:23 88:19 90:1
94:10 96:22 97:2,
7 98:23 100:21
101:11,17 102:5
104:23 105:16
108:5 114:9
116:18 118:8
120:5,24 121:3,
22 122:2 124:8
125:21 127:6
128:7 130:1,6
131:14 132:20
134:2 135:9
137:13 143:5,15,
16,20,22 144:2
146:7,13,17
151:17 152:3,13,
16 153:7 156:1,4,
23 159:12 160:8,
15 161:3 162:5,
18 163:15 169:1
171:13 174:20
179:5,7 188:24
192:11,13,20
193:18,21
194:10,13,17
195:18 197:9
199:16,17

knowledge 11:22
13:11 14:2 51:15,
17 77:10 121:18
133:17 151:14,17
154:15 155:7,8
171:3 189:14

Kuebler 40:18,20
80:2 121:2
173:24

___

**L**

L-RAD 185:5

L-RAD.' 184:7

L4 185:11

L4b 184:7 185:4,
11

lack 16:5

land 49:19

landing 44:23
45:1,20 48:12
49:14 50:7 89:6,
11,14,16

lane 139:23

language 17:20
107:15 108:24
109:5,10 142:20
143:3 144:3,7,10
162:5 178:20
179:14

laptop 168:14

large 32:15 68:7
71:18 74:17
85:24 113:20
133:4 138:20
148:24 154:6
185:21 186:3,4
191:15

largely 9:16

larger 57:4,19
74:14 132:13

last 24:3 40:12
73:12,15 96:17
141:21,24 152:11
173:5,7 176:22
182:1 185:17

lasted 72:16

Latanick 5:19

late 36:19 131:14
167:18

later 11:17 17:5,
10 25:1 31:6
37:13 59:4,5 63:3
64:5 131:11
135:10 144:23
149:15 192:22
201:5

law 36:16 37:16
54:24 97:24
98:13 102:9
107:4 126:11

lawyers 9:12
143:17 166:8

leader 169:22

leaders 129:19

leads 121:10

learn 132:18

learned 88:24
143:19 149:22

learning 28:18

least 10:22 20:21
49:4 54:18 59:6
66:5,6 69:7 70:1
72:16 97:21
155:2 162:9

leave 59:8 123:8
127:2 148:7
166:3

leaves 71:12

leaving 131:20

left 65:12,17 81:7
90:23 99:18
101:20 102:14
106:6 117:4,23
128:7 138:24
170:12 198:6

199:20

legal 19:6 20:9
174:1

legally 10:18

legislation 125:22
126:1

less 74:4 147:7
150:2 153:3
160:5 168:23,24
176:5

let 5:6,7,10 10:12
21:3,18 22:11
25:14 37:24
51:10,13 103:23
124:3 126:19
134:5 137:1
156:22 163:19
170:23 176:12
177:23

let's 16:11 18:11
22:10 23:17 24:4
32:10 36:11,12
39:11 53:18
76:13,14 78:16
81:14 86:6 95:9
102:21 104:22
105:11,12,13,23
106:16 107:11
122:12 141:8,9
142:9 144:12
147:24 176:5
184:3 188:9
190:13 197:5
201:9

letting 82:4

level 110:22
128:9,13,15
154:10 161:7,8

levels 104:2
114:16 158:21

liaison 166:20

Lieb 169:13
190:11

lieutenant 40:11
58:13 74:1,3,4
79:8,20 80:5 89:1
94:24 124:20
169:13 185:12
190:10

lieutenants 53:17
54:10 59:19
60:13,15,21,24

life 42:20

light 61:24

lights 87:14,15

like 18:9 20:17
28:20 29:16
34:13,24 35:23
69:6 81:24 84:16,
18,19 92:22
95:17 105:14
115:13 132:24
144:15 145:13,24
149:1 165:6
169:1 172:8
179:16 183:5,6
192:14

likely 11:23 13:1,
10 81:17 87:24
132:11

limit 122:24

limited 13:14

line 40:23 68:12
83:9 89:11,15,21
95:13 137:24

liquids 192:7,10

list 100:22 165:23
166:1 176:13
195:11

listed 21:9 24:4
136:2 165:19,24

listen 121:16

listened 33:24

little 49:17 51:11
63:19 67:18
86:22 89:5
105:13,21 115:14
151:9 160:2
170:6 188:7
189:21 190:13
193:1 194:3,6
199:18,21 200:13

live 28:20 29:14

Lives 12:1 13:19
30:24 77:13
78:15,23 79:12
100:18 107:11
108:16 124:10
146:10 152:3,10
155:11

Livingston 12:16
33:15,20 46:1
65:15

Livingston/
lockbourne 48:23
65:12 66:22

loaded 64:21
75:12,23 76:20

local 98:13

locate 105:4,17

located 115:9
118:19,20

location 46:22
66:22,23 67:1
69:13 168:8
185:16 186:5
187:23

locations 12:6
33:16 66:20

Lockbourne
12:17 33:15,20
46:1 65:15

logistical 130:22

logistics 130:17

logs 182:3

LOI 183:15,19
194:10

long 72:1 12:18,
19 39:6 47:22
72:16 73:14
88:20 90:11,13
91:24 92:3
126:20 129:23
134:18 169:11,24
176:19,22

longer 7:15 8:2
21:8 105:13

look 28:24 72:5
79:4 80:20 105:1
106:8,16 109:5,
10 126:15 132:22
136:1 141:8,10
144:12 157:13
160:13 168:19
171:1 178:12
179:12,13 182:2
185:14 195:8

looked 17:1 43:12
45:2 132:24
137:11 174:20
178:24

looking 70:22,23
119:11 125:1,21
141:24 148:21
161:4 191:7

looks 144:15
183:6

lose 105:6

losing 161:17

lot 73:11 75:6
91:18 100:6
133:11 145:3
160:9 169:6
172:15

lots 84:14

loud 61:23 91:15

louder 91:22

low 131:24

lower 34:17
110:22

LRAD 91:12
185:14,16 187:1
190:4,7

———————————

M

mace 56:23,24
57:13 58:8,18
59:1,2 64:9 84:22
92:2,17,23 93:6
96:2,12,15 97:5
112:19 113:4,15
114:2 115:2
124:21 133:17
134:8,9,12,13,14,
16 135:2,9
136:12 137:19
140:14,20 159:2
187:13,14
200:23,24

Maddie 5:13

made 18:13 20:22
42:14 69:22 82:9
98:15,23 99:7
100:7 104:10
108:21 122:14,16
123:19 125:16
132:13 133:15,20
135:19 149:12
155:12 156:2
162:9 164:3
172:15 180:6
181:19 188:20
198:13 200:6

magnitude 117:6

main 40:8 42:4
106:15

majority 91:7
100:22

make 6:12 17:17
20:18 26:1,21
27:18 29:23 31:1
39:7 40:23 53:7,
12,14 54:3,8,11
70:12 71:4,16
75:19 78:16 93:3
99:5 101:10
109:5,11,21
110:10 113:17
114:1 115:13
121:19 125:8,15
126:2 127:8
136:11 142:14
145:4 160:23
161:3 162:19
163:2 166:6
169:2 180:9,12,
17,20 200:4

makes 113:14
180:24

makeup 57:3

making 17:11
73:8 91:18
104:14 148:22
149:4 158:24
159:6 167:6
179:22 190:8,11
192:1 198:1,2
200:5

manage 66:17
72:8,15 132:21

management
40:6,9 43:17 71:5

manpower 154:5

manual 16:18
17:1 23:8,22 83:2
179:16,18 180:16
181:11,20

many 26:18 49:19
54:16 59:14,21
65:21,23 67:12,
24 68:3,21 72:1,
17 73:13,21 74:2
84:13 90:4 96:14,
22 97:5,7,17
101:3 109:16
127:19 128:11
150:14 177:14
193:21 199:9

march 12:18,20

marched 67:3
169:23

marching 67:14

Marconi 118:22

mark 25:6 40:11

Mark's 40:12

marked 190:22

marking 190:20
191:2

marks 150:9

married 173:21

Marshall 5:6,12
6:5,7 7:12,14,20
18:3,7,11 19:16
20:4,14 21:16
22:2,8 23:13,16

25:12 37:23 51:4,
6 57:12 86:5
105:11,18 110:7
121:23 141:17
142:9 143:12,15
147:4 164:11,15
174:19 176:4,10
182:10,12,17
186:9 188:6,15
189:9 190:12,22
191:1,10 192:24
194:3 195:19
196:11 197:4,10
201:9,22

**mask** 34:20
196:5,6

**masking** 74:10

**masks** 195:22

**material** 35:4

**Matrix** 118:23
119:2

**Matt** 40:10

**matter** 7:10 12:1
13:19 30:12,24
77:13 78:15,23
79:12 100:18
107:11 108:16
124:10 143:14
146:11 152:3,10
155:11

**matters** 175:6,14
181:10

**may** 11:2,5 12:7
14:5,17,23 22:19,
21 26:3 29:11,19
32:13,14,17
35:10 36:7,19
37:12 40:19 41:8,
23 50:14,17 51:3,
19,20,22,24
53:14 54:13
73:12,15 75:5
78:18 98:18,23
101:22 105:5,18
107:12 117:18
118:9 119:1,2
123:21,23 125:23
127:4,18 131:1,3
139:7 140:19
144:15,16,20
146:19 147:8
148:10 153:1,9
154:16,19 157:24
158:14,15 160:14
162:21 167:22
171:4,7 179:12
182:1 183:20,24
184:22,24 188:4
194:17 199:23

**maybe** 12:19
31:12 41:3 46:11
47:18 49:2,4,17
85:4 87:24 89:5,
20 90:2,5 92:22
94:17 115:4
127:1 152:14
153:5 154:4,17
156:12 161:17
170:21 182:24
183:1

**mayor** 8:17,19
20:20

**mayor's** 8:21
20:8,20 99:6
137:14 140:22
174:4

**mean** 19:8 30:9,
23 34:6 37:7
47:6,18 53:10
67:6 70:9 82:24
83:4 85:16,17
87:15 88:10 90:3
108:22 111:18
123:20 143:8,10
144:5 152:13,21
158:23 183:18
185:3 186:23
188:19 198:19

**means** 37:5 185:5
187:22 194:10
195:1

**meant** 37:8

**meantime** 105:18

**measures** 16:21
83:7

**media** 15:2 28:24

**medication** 6:22
7:2

**meet** 41:17 88:22
105:23

**meeting** 40:19
41:1,7 43:2,16
44:2,3 70:7,18
71:11 130:4
131:20

**meetings** 137:17
177:4,5,6

**member** 8:20
29:13 43:3,7
163:7 174:13
177:13

**members** 107:24
108:1 110:11
129:18 167:10

**memorandum**
24:7

**memory** 6:23

**mention** 31:9
34:21

**mentioned** 23:22
39:18 70:15
180:3

**messed** 130:11

**met** 41:8,16,18
53:13 98:12
130:6

**method** 132:8

**methods** 18:19

**Michael** 6:1,8

**mid** 131:14

**middle** 32:4 87:6,
10 107:17 184:4,
5 186:18 193:3

**might** 13:6 16:22
39:21 43:21
112:10,12 118:5
143:19 152:22
171:14 178:4

**Mike** 18:1

**mill** 82:5

**milling** 84:9

**mind** 54:12 128:6,
10 129:20 149:3,
6 153:15,24
167:24 168:21

**mine** 121:5

**mingle** 193:16

**minus** 86:22

**minute** 10:1 36:11
144:15

**minutes** 95:11
105:14 137:22
138:15

**misdemeanor**
52:6,10 114:18

**misnumbering**
23:14

**missed** 191:2

**mission** 53:9
149:1

**misspoke** 22:20

**MK-9** 57:1,17,21
59:10 60:18 92:4,
5 112:19 113:4
115:2 116:7
133:17 140:16
200:15

**MK-9S** 59:9 61:15
92:2,9 116:10
117:2,11,22
199:16 200:7,19

**mobility** 35:19

**modifications**
124:24 125:5,9

**modified** 177:23,
24

**modify** 179:17
180:13

**modifying** 125:24

**moment** 17:9 21:20
115:18 134:1

**monitor** 12:6
13:22 37:6 67:8,
9,13 76:24

**monitored** 33:23
138:18

**monitoring** 48:13,
16 73:9 86:13
108:4

**month** 8:8,13

**more** 17:9 21:20
45:9 48:3,4 51:8,
11 57:21 58:2
66:7 69:7,8 70:21
75:14 76:15
81:17 85:7 87:24
94:1 97:1 100:11
105:21 106:13
114:10 137:21
152:13 153:1
163:3 186:3
188:7 190:13
192:11 193:1,24
199:12

**Mike** 18:1

**morning** 6:6
38:10,12 39:1
41:8 44:8 126:24
128:3,8 129:21
131:11 144:23
162:15

**morning-ish**
131:15

**most** 6:11 25:8
53:22 88:12
95:21 96:9
102:16 125:15
127:6 165:21
193:14,17 198:1

**mountain** 35:24

**move** 22:11 42:23
58:18 81:4 82:23
83:14,15 91:2
105:6 117:13
118:15 123:9,24
139:15 155:23
168:7

**moved** 26:4 49:8,
10 52:1 83:9
168:12 184:21

**movement** 12:1
35:24 140:2

**movements**
113:21

**moves** 184:21

**moving** 46:23
56:8 98:11
117:14 139:8

**Mt** 67:2

**much** 47:20 59:5
90:4 143:6
146:22 149:15
170:13 201:21

**multiple** 54:20
90:7

**must** 196:7

**mute** 115:18
182:14

**mutual** 36:17
37:15 97:23 98:2,
4,6,13 100:15
101:12,14 102:2
153:17,24

**mystery** 22:3

————————

**N**

**name** 6:6,7 21:6
25:17 26:15
27:18 28:12,24
30:4,6,8,10,15,
19,22 31:9,10,15,
17 40:12 136:24
137:6 165:12

**named** 8:1 169:21

**names** 26:10
28:14,19 30:1
31:2,4,7,8

**National** 98:15,17
99:3,9,12,17
100:8 145:19,21
146:5

**near** 33:11 53:23

54:21 89:14
124:15 187:23
199:3

**necessarily** 17:4
54:19 85:12
102:1

**necessary** 25:15
140:3

**necessity** 139:1

**need** 7:7 44:6
71:8 99:1 110:2
114:9 115:16,24
142:14 179:12
182:14 184:6
185:4 186:6

**needed** 42:11
116:6 154:10

**negotiation** 174:7

**never** 31:3 33:22
128:12

**new** 9:8 73:12
104:7,9 106:24
126:2 141:5

**newly** 106:17

**news** 13:18 15:2
29:9 43:12 84:13

**next** 43:22 80:3
98:6 131:9 148:7
186:10 187:20
188:8,13 190:13,
14 197:5

**night** 13:17 32:24
44:7 72:18 73:3
98:3 99:10 100:2
128:3,7,14
129:21 131:4
170:13

**nights** 170:14

**noise** 91:18

**non-aggressive**
123:11

**non-bike** 36:9

**non-violent**
123:11

**nonaggressive**
124:1,4

**nonlethal** 24:11
93:7 140:4 155:6

**nonphysical**
113:11

**nonviolent** 24:12
124:1,5

**nor** 52:14

**normal** 38:9,16,18
79:16 81:22
109:1 150:21
151:7 180:4
193:10

**normally** 39:1
59:23 71:22
79:19 151:2
159:10 165:24

**north** 46:10,14,
15,20 49:2 89:24
90:2,3,4,6,22
95:13 133:7

note 108:1 169:5
197:24

noted 51:2 199:11

noteworthy
153:14

nothing 13:21
20:15 135:7
149:5,16 162:21

notifications
108:10

notified 69:21

notify 178:5

number 23:12,20
26:15,19,24 27:3,
15,19 30:7,14,22
31:18,23,24 32:5
35:11 50:4 59:16
64:17 65:24 68:1,
4 69:1 71:18 72:3
82:13 97:16
133:5 141:13
154:23 161:9
164:2 171:5
184:12,14,15,16
187:13,14 191:18
194:23 195:5,16

numbers 24:23
25:7 26:1,10
27:10 28:1,14
67:15 70:16
71:24 150:13
188:5

numerous 107:6
187:5

———————

**O**

O-H-L 79:7

oath 5:5 142:5

object 48:8 50:23
57:8,9 95:7 110:5
118:1 147:14
155:16 174:17

objecting 15:7

objection 15:5,24
16:8 17:13 21:14
111:4 142:22
143:7,8

objects 33:3
48:12 50:6 54:16
56:16 59:2 61:12
82:12,17 84:6,10
86:17 89:6,10
90:7 93:22 94:5,9
147:8 149:20
187:5

obscured 25:20

observation
133:3

observations
92:8 133:21
139:18 160:16

observe 62:18
83:6 149:9 163:6
171:21

observed 43:2
44:12 48:19
54:15,18,19
82:21 147:10

165:1 198:20

observing 198:10
199:8,10

obtained 136:16

obviously 34:22
174:1 181:14
187:18

occasions 54:17

occupy 155:13,23
171:16

occur 92:19
102:17 132:9,11
150:7

occurred 70:7
85:6 100:4,19
108:16 124:15
128:19 132:3
149:21 150:5
170:3 172:9
187:9,11 197:14

occurrence
153:11

occurring 29:22
54:20 72:22
115:11 117:6
132:9,11 133:1
169:13 183:24
200:3

ocean 40:13

off 5:1 25:21 28:2
30:4,8 38:23 39:4
69:14,17 71:1,10,
14,17 139:5,7
151:1 152:7
160:9 164:8
166:2 167:7
168:14 171:24
172:20 193:17

offered 143:3

office 17:19,24
18:6,22 19:7,24
20:7,9,13,20 21:1
52:8 99:6,7
102:11,22 107:5
121:14,15 126:7
143:10,20 144:24
174:4

officer 26:12,23
27:2,4 29:2,12
32:9 52:3,7,11,
17,21 53:2,11
55:1 60:19 69:20
92:14,18,22
113:15,16,23
114:3,5 136:9,12
138:6 140:7,18,
19 149:8,13,16
151:11 153:9
165:12,15 166:2
173:21 194:1
198:13,22

officer's 15:13
27:18 28:23

officers 12:6
15:17,22 16:6
22:17 24:10,22
25:5,16,21,23
26:9,15 27:9,13
28:6,12 30:4,17,
24 31:7 32:16,20,
22 33:1,10,11

34:8 35:11,18,21
36:9 37:18 38:2
39:9 44:11,17,19,
24 45:2,8,18,20,
24 46:4,24 48:4
49:9 53:6 54:16
56:16 58:18
59:14,20 60:8,11,
22 64:3 65:1,3,14
66:19 67:12,24
68:6,8,11,13,17,
19,21,24 69:3,8,
12,14,17,18
70:16 71:18,20,
21,23 72:1,5 73:9
76:24 77:2 78:5
81:8 82:12,15,17,
18,22 83:7,8,11
84:1,2,6,20 86:2
87:8 88:6 89:7,9,
11,14,16,21 90:8,
14,22 92:22 93:2
94:14 95:12,21
96:2,3,4,7,9,12
97:10,11,12,13,
16,19 103:12,15,
19,24 104:5,9
110:21 122:23
130:18 132:4
134:4,11,13
136:2,4,23 137:3,
10,19 139:5,21,
22 140:4 146:1
147:9,22 148:23
149:9,19 150:14,
20 152:2,12,22
157:17,22
158:10,12,14,19
159:7 162:4
169:11 171:6
187:15 192:5,10
193:3,5,8,12,13,
15,20,22 196:1
198:21 199:12
200:23

officers' 26:5
28:14,19 29:24
136:3 187:13

offices 23:17
60:14 168:12

often 49:11
185:20,23 197:20

oh 29:5 47:16
57:8 94:17
176:23 182:11
188:19

Ohio 129:3,4,11
195:13

Ohl 79:7,20 80:5

old 100:13

once 17:16 25:19
32:15 38:7 60:8
90:13 107:18,22
109:4 116:14
120:2 152:22,23
153:3,5 166:5
167:10 187:1

one 12:2,16 19:22
26:20 34:20 36:4
40:14 45:10,12,
15,16 64:5,20
66:5,6,7 70:14
72:15 74:17,18,
23 75:14 76:15

77:9 81:17 92:22
94:23 96:9 97:21
100:5 105:8
108:24 112:18
115:5 122:16
124:8 127:24
129:10 133:4
135:20 136:4
137:21 139:8
143:4 145:13,17
146:20 161:23,24
165:3,15,17,20
166:7 173:12
182:13 183:1
185:16 188:5,24
189:5 190:14
191:18,22 193:24
194:1 195:4
196:8,10 197:11
199:22

one- 97:7

ones 108:23

ongoing 132:16

online 29:9

only 24:21 27:3
58:21,24 99:14
104:1 112:5
116:22 121:4,7
143:3 153:5
162:13

onto 45:20

open 90:16,24

opener 119:9

openly 74:19
75:11 76:19
126:3

operable 150:15

operate 151:21
153:8

operating 181:14

operational 71:22
97:4 130:21

operationally
79:24 80:4

operations 16:17
17:1 23:8,21 83:2
116:17 117:5,19
118:6,13 126:21
127:2,7 179:16,
18 180:16
181:11,20

opinion 15:3
17:22 165:18
178:13,16

opportunity 9:8
97:5 126:14
175:19 178:12

opposed 50:5
57:22

opposite 131:4

order 60:6 62:24
77:15 84:4 85:1,
6,10,13,15,16,20,
21 86:4 91:3,8
92:10 94:21
128:19 172:23
187:3 188:1,20,
22 189:1,5,11,23
190:1,9 199:17

200:6 201:22

ordered 84:8 92:1
94:11 95:15
124:5 189:23

orders 59:7
74:10,21 86:3
90:9,17 91:13
92:11 114:12
115:11 124:18
127:8 186:18
187:1 190:3,11
199:19

ordinance 181:4

organized 11:24
12:5

organizers 28:18

original 66:24

other 7:9,17 14:6,
7,19 16:11 21:12,
19 22:12 23:21,
22 24:7,19,21
27:22 28:24 29:9
33:6,15 34:20
35:3 37:2,4,16
39:15 44:17 50:5
54:16 60:24 65:1
67:1 69:10,21,22
71:8 73:8 77:18
78:6 80:24 82:18
83:2,24 89:8,16
93:6 96:10 97:12,
24 98:2,5 101:6,
19 103:2 105:7
106:9 115:10
118:5,9 124:12
125:11 127:1
137:10,18 138:5,
9 139:16 140:10
143:9 144:7,9
146:3,5,22,23
147:1,11 149:7
152:1,4 154:22
155:6 159:2
164:1 168:4,6,8,
17 172:14 186:6
192:16 200:21
201:12,14

others 41:24 42:2
110:21 113:2,10
120:19 122:23

otherwise 5:10
124:11

out 18:12 24:22,
24 28:2 30:9,13
31:6,18 32:22
43:15 45:8 49:7
54:8 55:24 56:6
58:4 59:22 60:15,
22,24 64:24
67:13 80:12
84:12 94:15,24
100:24 107:24
108:9,17 119:20,
23 120:4 127:4,
16,17 128:5,10
129:20 130:20
133:24 134:5
136:24 139:24
140:5 141:1
145:18,21 146:14
148:10 149:3,5
151:10 153:15,23
154:15 157:18,22

165:10,19,23
167:23 168:21
169:16,23 171:14
172:16 179:13
182:16 183:11
193:20 194:1

**outer** 31:11,14,16,
22

**outfitted** 36:5

**outlined** 180:1

**outside** 15:8
31:13 50:23 51:5
57:10 76:17 95:7
110:5 118:1
128:23 147:15
155:17 164:12
174:17 175:14
186:6

**over** 10:1 11:19
32:6 43:22 45:9
48:2,4 58:5 73:16
74:6,9 87:18,21
89:10 90:8 91:17
97:3,17 98:6
116:16 137:11
138:1 172:4
176:23 198:14

**overhead** 93:10

**overlapping**
102:6

**oversight** 126:6,
12

**overwatch** 77:2,6,
12,24 78:5,11,13,
22

**own** 109:23
136:19 180:10

―――――――
**P**
―――――――

**p.m.** 34:1 38:15
48:6,9,15 53:18
58:9,23 59:3,12
60:3,5 63:15,16,
22 64:4,11,13
65:10,11,22
67:17,23 68:10,
13,16,22 80:22,
23 81:15 82:8,21
86:19 93:18,23
99:15 101:21
122:10 126:22
131:7 148:4,6
167:22 170:7
183:20 186:15
188:21 189:8,13
190:5 196:24
197:7,14 202:4

**PA** 91:22

**pack** 61:3

**packed** 133:9

**packs** 153:24

**pad** 35:4

**pads** 34:16

**page** 78:16 120:8
122:12 141:20,21
142:1,2 144:13
147:5 184:3,4
186:10,11

190:14,16 191:5,
11,12 193:3
194:5,7,22 195:9,
21 196:12,14

**pages** 141:22

**pair** 95:21

**pants** 95:21

**paper** 96:21
137:16

**parade** 161:21

**paragraph** 123:7
144:12 145:8
147:4

**park** 119:6

**parked** 49:1 67:19
86:24 118:16

**parking** 84:14
119:6

**part** 9:10,15,16
10:22 13:24
17:16 34:16 41:2
53:22 55:8 75:3
77:18,23 78:8
80:6 98:8 108:20
110:15,16
111:13,14 113:23
115:11 117:8,9
121:12 122:17
127:7 129:12
137:14 139:15
140:9 157:17
172:22 173:21
174:7 175:17
176:14 178:16
192:3

**partial** 85:15

**partially** 34:16

**particular** 35:14
145:17 149:5
164:17 165:13
168:23 169:20
171:10 193:22

**partner's** 159:4

**partners** 42:23
98:14 100:23
153:17 154:1,9
186:6

**parts** 120:12
139:16

**passage** 81:4

**past** 76:16 87:18
174:14

**patrol** 11:20 12:3
14:1 35:11 60:11
68:11 69:11,23
70:2 71:20 73:15,
16,18,22 74:2,3,6
75:7 76:2 80:12
93:13 102:5
127:20

**patrolling** 155:10

**pattern** 100:24
103:8 130:11

**Paul** 40:13 79:6

**pavement** 45:21
49:20

**paying** 13:18

**peaceful** 88:13
135:1 160:19
161:2

**peacefully** 84:24

**people** 33:7 55:24
70:1,2 76:19 80:6
82:13 84:18
91:18 105:14
127:8 131:20
132:1 133:9,11
145:20 155:23
162:15 172:6
187:18

**people's** 42:21

**pepper** 56:11,14,
18,22 58:22
82:18 93:19
112:19 113:5
133:16

**per** 66:1 184:6
185:7 191:24

**perceive** 13:16

**percent** 161:2

**percentage**
160:18,24 161:6

**perhaps** 76:19

**period** 47:22 48:5
53:19 64:16
65:11 82:8 91:11
140:17,22
159:20,22 160:22
168:2

**periodically**
127:18

**periods** 131:3

**permanent** 8:4,5

**permit** 161:22

**permitted** 113:16

**person** 30:16
41:17,18 42:10
49:15 52:15,20
53:10 55:21
91:20 108:3
112:1 113:5

**personal** 5:20
30:15 150:10
159:3

**personally** 43:10
92:15 111:6
163:11,13,14

**personnel** 29:17
36:17,22 37:17
39:15 43:3,8
71:15 104:15
107:21 108:5,10
122:18 123:18,24
144:7,10 163:8

**persons** 44:3 74:8

**perspective** 144:1
150:4

**Phillips** 5:16 7:13,
19 15:5,7,24 16:8
17:13 18:1,4,8
19:18,22 20:11
21:14,24 22:4,6
23:10,15,19 25:9
36:13 37:20
50:22 51:5 57:7

86:8 95:6 106:3
110:4 111:4
117:24 121:21
142:22 143:7,13
147:14 155:16
164:13 174:16
176:9 201:24

**phone** 171:15

**phrase** 111:17

**physical** 112:5
113:24 114:1,4,8

**physically** 112:3
114:6

**picked** 51:21
83:7,8

**picture** 148:15

**piece** 31:24 178:4
198:24

**pieces** 49:17

**place** 17:9 7,9
25:7 31:21 32:5
33:17 77:12
106:21 107:1,10
109:14,15 119:6,
18 131:22 140:9
156:10 170:7
186:7

**placed** 31:16

**placement** 15:14
24:22

**places** 14:6 83:3
128:1

**plain** 193:3,4,8,
11,13,15,21

**plaintiffs** 5:8,14

**plan** 8:14,15 9:2
11:10,13,18
13:15 16:19
39:24 40:3,6,16
42:17 43:18,20,
23 44:6 66:8,11,
14,18 67:5,7 70:5
73:6,7,8,10 75:9,
19 76:22 77:16
79:4 98:8 103:9
127:11

**planned** 12:22
77:17

**planning** 10:24
16:15,18 39:11,
19,23 41:2 51:2,
7,8 66:4 75:4
129:15,17 155:10
157:7 181:23

**plans** 42:1 77:19,
20,23 104:5
157:13

**play** 17:10 102:20
103:2 115:12

**playing** 102:22
157:5,6

**please** 5:2,5 6:7,
16 15:10 52:18
168:15 194:4,8
195:23 201:23

**pleasure** 79:6

**plus** 86:22

**pockets** 199:3

**point** 6:14 17:5
30:13 47:5 49:15
51:9 62:15 69:19
71:20 72:14 88:9,
15 90:9 94:11,18
95:2 102:2
117:21 124:20
127:10,13 130:6
133:14 135:8
137:5 138:4,11
139:13 155:9,12,
15,21 156:4
157:8 158:2
167:12 169:15
170:8 172:16
185:9

**points** 120:12
146:14,16

**police** 7:22 10:9,
24 19:3 21:2
41:18 42:15
44:11 52:3,7,10,
17,20 53:2,11
54:16 69:20 72:6
76:9 82:11,17
84:20 100:13,14
109:10 110:9,21
118:21 121:15
136:22 137:24
146:1 147:9
149:9 154:7
157:18,22 158:12
163:12 171:18
172:24 180:6
186:6

**police's** 128:22

**policies** 21:5 24:7
104:22

**policing** 22:18
24:10 25:16 28:6
30:24 32:17 38:3
103:4 155:10
193:11

**policy** 19:15 27:6,
8 55:12,17 56:2
58:5 104:8,19
110:10,13 111:11
119:12 120:9
121:9

**pop** 73:11 132:7

**portion** 191:15

**portions** 139:2
198:4

**position** 25:8 49:4
107:19 151:3,15,
21 166:21

**positioned** 46:9
89:22 139:21
145:19 152:6

**positions** 77:3

**positive** 170:2

**possession** 95:12

**possible** 11:1
84:16 153:7
162:16

**possibles** 9:3

**possibly** 101:22
112:10

**potential** 75:21
195:5

**potentially** 30:20
83:22 119:10
132:7

**power** 100:3,6
108:17

**Powerdrms**
107:23

**precinct** 185:6

**predesignated**
68:5,9

**Preempt** 194:24
195:3

**preliminary** 7:8

**prepare** 10:6
11:9,18 23:5,24
39:16

**prepared** 11:11
23:1 24:15 39:9
119:21

**present** 28:5
33:13,14,17,19
94:12 97:24
109:14 116:10
127:15,21
157:15,24 171:19

**preserving** 24:11

**pressure** 107:16

**pretty** 87:16
161:23 176:6

**prevent** 30:5
81:20 84:15
103:11 128:20

**prevented** 88:3

**preventing** 69:4

**previous** 132:3
149:23 150:2
170:14 174:9

**previously** 28:3
174:13

**primarily** 100:7
102:14 145:5
151:6

**primary** 69:3

**principles** 54:12

**prior** 29:19 48:15
56:22 59:1 73:19
77:10 81:14,15
82:21 85:10
88:23 92:11,19
107:2 119:19
124:12 131:21
140:6 149:18,19
151:23 154:2
172:9 200:16,19
201:4,8

**privately** 15:21
16:4

**privilege** 20:17
121:24

**privileged** 18:6
20:1 22:7 142:23

**probably** 33:21
40:17 47:4,16
48:5,11 49:2

59:6,13 65:10
67:22 68:2,24
72:4,21 73:2 74:4
75:2 80:21 81:16
85:3 87:9,21
88:1,22 90:6
94:13,16 97:19
111:20 118:14
131:2,7 133:11
144:23 153:16,23
156:12 177:3
198:12

**problem** 147:1

**problematic**
168:24

**procedural** 165:6

**procedure** 9:11
55:12 81:23
109:1 139:15

**procedures** 24:8

**proceedings**
202:3

**process** 18:15
33:6 99:2 109:13,
15 120:11 125:8
129:13 166:9,15
172:23 175:15,17
176:22 177:19
179:21 180:1,3,4,
13,18

**Professional**
108:8

**professor** 129:10

**progressed** 89:4

**prohibit** 110:17
122:3

**prohibited** 21:10

**promoted** 97:3

**proper** 83:20

**properly** 25:6
151:21 152:6

**property** 13:1,7,
10,16 14:6,8
42:21 44:4,10
51:24 72:21
100:3 112:7
116:15,22 117:3
128:9,16 133:21
139:17 147:7
148:21 149:20,24
150:5 160:3,5,8,
11,14 161:8
162:1 170:9

**proposal** 17:22
19:19,21,23
20:24 21:13,19

**proposals** 20:6

**proposed** 17:19

**prosecutor** 52:12

**prosecutor's** 52:8

**protect** 42:20,23
92:17 100:8,10,
12 113:2 114:2

**protected** 75:21

**protecting** 76:23
113:9

**protection** 100:1

**protective** 22:16
25:19 27:17,22
31:14 32:7,11,19,
20 33:1,5,7,10,12
34:6,7,10,18,20
35:17,21 36:6
97:9 150:21
151:4,6,12,16,22
152:2,6,15,19,20
153:2,12

**protector** 34:11,
13 36:2

**protectors** 36:2

**protects** 196:3

**protest** 12:15
14:17,21 28:18
65:16 67:1,3,5
72:9 74:7,11,21
79:2 124:14
132:14,15,19
138:5,10 155:3
160:20 168:2
169:21 183:14,
21,24 185:19
193:10

**protested** 29:15

**protester** 30:13
136:10

**protesters** 24:12
28:18 30:5 47:24
49:9 56:15,19
75:22 82:1
134:12 137:4
139:6 145:15
146:4,8,11,14
147:8 149:10,11
155:13 160:18
161:2 162:10
169:10,14 170:1
171:16 172:15
187:4 193:16
195:6,16

**protesters.....550**
194:23

**protesting** 84:10
189:2

**protests** 11:17,
23,24 12:22
13:13,19,20 14:5,
9,10 25:1,17 26:8
27:14 28:7 31:1,6
32:17 36:18 38:3,
8,17 39:21 43:13
44:5 53:3 58:22
65:13 70:19 73:9,
11 75:4,14 76:6,
10,17,23 77:6,13
78:1,15,17,23
79:12 100:17,18
102:16,17 103:4
104:12 107:11
108:17 124:10
152:3,11 156:11
157:18,23 158:5
159:20 163:6
168:22 185:20
193:14

**provide** 154:18
175:19 178:13

**provided** 22:17
120:1 125:12

184:14

**provisions**
177:17 180:15

**provoked** 82:18

**public** 8:20 21:17
26:5 29:9,13
76:23 87:16
121:14 126:6

**public-available**
29:1

**publication**
119:22

**publicly** 11:1
15:20 16:4

**pull** 70:1 179:13

**pulled** 41:24

**pulling** 68:10

**purpose** 25:4

**pushed** 83:10
92:15

**pushing** 68:24
84:1

**put** 19:14 25:19
27:16 28:2,3
31:17 33:10,12
48:24 66:4,18
72:1 75:9 77:1,
12,19,20 78:22
81:18 87:24
104:14,17 106:21
107:1,10 119:18
126:15 133:5
135:12 152:19
153:9,11 156:22
166:3 194:1

**puts** 183:11
194:14

**putting** 45:8
107:16 110:23
145:3 193:20
194:17

___

### Q

**question** 6:15,16,
17 15:8,10 63:19
64:10 70:13 80:3
101:18 103:23
126:9 139:12
143:5,23 150:19
151:9 167:17
168:15 178:22

**questioning**
23:20 143:16

**questions** 6:14
7:3 73:7 95:8
176:16 201:13

**quick** 189:8

**Quinlan** 8:2
120:22,23 157:16

**quite** 37:7 49:11
71:23 104:11
126:17 139:10
153:21 185:20,23

___

### R

**R&d** 109:4

**radio** 33:24 45:9
48:14,16 86:13
182:3 198:14

**ran** 116:14 117:20
192:3

**rank** 69:18,20

**rare** 152:19,21
153:11

**rather** 74:17
201:15

**reached** 24:8

**reaction** 175:23

**read** 10:23 22:15,
23 24:6 29:10
36:15 123:12
182:22 194:6
201:24

**reading** 161:11

**real** 189:7

**realize** 72:8,14,20
121:7 150:14
158:3 161:20
164:11

**realized** 72:23

**really** 35:23 54:7
121:4 146:21

**reason** 7:14 26:21
135:6 178:22
189:18

**reasonable**
181:15

**reasons** 26:21
55:3 122:1

**recall** 17:7 28:9
29:21 38:13
41:10 42:3 43:11
45:10 98:19
108:24 117:16
119:4 124:17
128:5 130:9,12,
13 139:20 157:19
160:10 168:6
175:1 199:14

**receive** 26:14,18
48:17 82:16,20
108:5

**received** 12:2,3,9
17:17 20:24 43:6
63:3 103:19
104:1 108:2
119:24 120:3
135:12 145:4
171:15

**receives** 167:11

**receiving** 43:11

**recent** 125:16

**recently** 8:1
142:12 165:21

**recess** 86:10
106:5 176:11
182:18 201:11

**recognized**

**recollection**
12:14 33:22
41:21 72:11 91:6
117:20 134:23,24
137:6 138:22
156:3 200:18
201:2

**recommend**
42:16 98:20,21
109:18

**recommendation**
17:15,18,21
18:13,21 19:12,
13,14,20 20:2,8
21:4 98:24 166:6

**recommendations**
42:14 109:6,11,
22

**recommended**
18:17 108:21
125:4

**recommending**
17:11,12

**record** 5:3 7:6
25:24 36:15 85:5
118:1,4,5,8
170:22 189:10
200:4 201:16

**recorded** 93:10
94:10

**recover** 41:4

**recused** 173:23

**Red** 185:22

**reduce** 138:24

**refer** 9:12 78:15

**reference** 111:10
193:2

**references** 37:24

**referencing** 74:24
79:5 92:5 94:8
185:14

**referred** 79:8

**referring** 31:5
78:17 135:13
136:8,13 162:8

**refers** 120:8

**regard** 10:7 16:14
27:13 29:17,24
39:14 64:10
71:10

**regarding** 24:10
95:10

**regular** 32:16
36:4 38:5 60:22

**regulations**
174:24

**reject** 175:24
178:15

**relate** 18:18

**related** 72:9
176:14

**relation** 89:22

**relatively** 74:17

**releases** 61:11

**relied** 103:24

**relieved** 115:23

**remaining** 168:22
184:13

**remains** 31:15

**remember** 21:1
74:21 106:20
119:23 124:13
148:19 165:12
170:21 171:10
197:20,22

**reminded** 169:19

**reminder** 108:11

**remote** 5:5,14,21

**remotely** 6:12

**remove** 166:4

**removed** 51:21
187:16

**repeat** 168:15

**rephrase** 103:23

**replaced** 33:11
68:14,16

**report** 27:4 28:20
29:12,16 48:17
58:24 63:12
64:16 79:9,11,15,
18,21 82:16
100:4 108:7
163:20 183:9,23
189:15,19 191:8
192:21 197:12
199:1

**reported** 56:20
64:6 80:7,9 135:8
147:17,18 158:14
160:5 163:10,24
172:18 192:17
199:2

**REPORTER** 5:1

**reporting** 80:5
136:5 158:12
192:9 196:20
198:23

**reports** 13:19
16:12 23:22
26:14,18,22
28:17 29:9 43:6,
13 48:4,14 49:22
62:21 63:4,17
64:1 80:1 82:20
86:17 92:9 99:21
111:8 144:6,9
160:8,10,15,17
172:11,12 192:22
194:11 198:1
199:23

**reposition** 150:23

**represent** 5:3

**representation**
174:2

**representative**
24:9 173:16
174:10 176:21

**representatives**
174:3

**reprimand** 136:5

**request** 20:8
69:22 98:15 99:6,
8 101:10,12

**requested** 76:1
154:10

**requesting** 154:3

**requests** 172:17

**require** 112:23
181:4

**required** 32:18
95:22 108:1
153:21 175:6
178:9 180:23
181:16

**requirement**
139:4 179:10,14

**research** 108:22

**resolved** 187:15,
16

**resources** 16:18
39:8 71:6 127:11
154:21

**respect** 9:19
10:14 11:4,23
13:12 16:5,21
17:3 19:12 23:2
104:6,19 108:13
164:17,21

**respond** 41:4
71:8 77:5 102:13

**response** 14:22
26:22 41:24
80:12 128:21,22
163:1

**responsible**
108:4

**rest** 41:13 130:2
138:19 145:5
192:4

**restroom** 127:2

**result** 111:1

**retire** 7:16 8:14
9:2

**retirement** 8:7,8

**retiring** 8:15

**Rettig** 5:13

**return** 120:3
198:5

**returned** 136:21
138:3,16

**returning** 197:13

**review** 10:3 11:8
16:13,20,23
23:23 24:18
39:16 105:22
108:6 142:16
175:17

**reviewed** 10:8,11
11:10 16:13,17
17:17 23:7 108:2
120:2 136:20
142:11

**revised** 106:17,18
119:12,14,17

**revision** 106:23
108:2

**Rib** 185:22

**rifles** 78:7

**right** 9:15 11:6
18:14,23 19:17
21:3,21 22:4
23:1,18,21 31:20
33:8 34:1 35:12
36:10 37:23 42:8
43:18,20,22
45:15 48:9,19
49:5 50:10 53:24
54:17,22 57:1,12,
14,19 58:2,9
59:14 60:19
61:12 63:8 64:2
66:6,7,10,11
68:14 69:9,24
70:3,4 75:3 77:21
78:22 85:19
86:19 87:9 88:15
89:18 91:15 93:4,
7 96:9 97:1,14
102:7,18 104:12,
20 105:10 106:3,
12 109:24 110:3
111:17,22,23
112:9,11 113:12
114:19 115:16,
20,22 116:3,8,12
120:17,20 121:1
122:14 123:2,12
125:17,20 126:1,
4,13 128:24
129:15 130:10
131:14,18,23
135:5 137:23
138:4,6,14 141:8,
17,24 142:2,9,14
143:1 144:17
145:9,11 148:5
150:3 151:9,12,
19 152:17 154:23
155:20 156:15,
20,22 157:15
158:5,8 159:8
160:1 163:18
164:5,9 165:7
166:16 167:23
170:6,15,17
175:22 176:1,3,8,
9,16 177:14,21
178:7,17 181:4
182:7,9,19,21
183:4,16,21
184:1,8,17,20
185:1 186:3,11,
12,14,15 187:10,
12,15,19 188:8,
11,14 189:13
190:4,19 191:1,7,
8,10,15,17 193:2
194:5,7 195:19
196:11,13,19,21,
24 197:7,15,18
199:2,5,7,15,18,
21 201:20

**rights** 42:22

**riot** 30:3 32:10
60:9 68:14,17,19
95:15 97:10
103:4

**risk** 84:19

**road** 84:18

**roadway** 86:1
139:24 140:5

**rock** 48:7 52:2
53:11 55:5

**rocking** 58:17

**rocks** 44:16 47:24
49:12,14,16 50:5,
9 54:15 55:24
88:16

**role** 17:11 54:8
102:20,21 103:3
157:5,6

**roll** 28:6,9 157:15,
19,21 158:4,9,13,
17 161:11,12,15
162:5

**Ronald** 5:18

**room** 5:4,9,11
51:24 105:24
168:10 182:16

**rosters** 44:1

**rough** 71:24 72:3
88:7 153:6

**roughly** 46:7
131:16

**round** 61:7,10,18,
22 62:6 63:12

**rounds** 62:2,4,7,
11,19 63:4,9,15,
17,21 64:7,12,14,
18 94:22 95:3,4
117:17 201:7

**route** 185:13

**rule** 9:11,12,17,18
15:8 22:13

**rules** 6:10 103:15
158:20,22

**run** 84:19 117:3
183:12,13 191:16
197:23 198:5,15
199:9

**running** 117:7
196:14,20
197:20,24 198:2

───────

**S**

**S7** 185:6

**S72** 192:6

**S75** 194:22
195:21 196:7

**S7b** 184:6 186:18
189:24 193:4

**sad** 129:23

**safe** 54:12,14

**safely** 53:12 54:4
55:14,23 58:16

**safety** 8:20
121:14 126:6

**said** 22:21 23:11
29:13 44:6 55:4
56:6 67:18 89:13
108:5 111:12
116:24 117:2
120:14 126:10

134:13,24 142:18
148:3 151:10
161:14 164:1
168:18 169:17
189:8 201:17

**same** 35:16 36:1,
8 57:2,3,4 64:21
78:16 112:17
143:8 144:7
179:15,21

**Sanderson** 58:13
89:1

**sat** 144:24

**Saturday** 99:10
126:24 131:11

**Sauter** 5:19

**saw** 15:4 44:16,
17,20,21,22 45:5,
13,15,16,18 47:4
48:11 49:12,14,
15,22 50:3 64:14
83:11 89:10 90:7
93:24 128:14
133:22 139:18
145:7,9,20 146:8
165:1 192:21

**say** 6:16 12:13
14:11,16,20
16:13 26:12
28:21 34:12 42:7
45:1,12 47:19
49:6,14,24 50:15,
17 52:18 55:7
57:6 62:17 63:15
65:22 79:1,2,15
81:15 85:24
91:20 92:18 94:8
100:22 107:12
109:11 130:5
134:11 137:21
140:21 152:8,21
153:22 158:19
159:8 166:19
178:14 179:7
180:7 189:17

**saying** 34:2 36:12
54:18 60:21
79:19 92:24 94:4
112:4 116:21
117:12 125:17
162:14

**says** 6:2 58:5
112:13 122:17,18
136:9 142:1,2
147:6 183:15,21
184:4,5 185:11
187:20 189:15,22
191:24 195:12
199:13

**scatter** 199:8

**scattered** 196:15,
20 197:13 198:8

**scene** 48:10 85:7,
22 95:1 97:11
116:13 124:21
193:12,22

**scheduled** 71:2

**scooter** 44:18,20
45:3,4,10,15,16,
20 47:1,3,19

**scope** 15:5,8 16:8
17:13 50:23 51:5
95:7 110:5
147:15 164:12
174:17 185:21

**screen** 106:10,15
141:9,19 182:22

**screen-share**
141:11

**scroll** 141:16,18
147:6 184:3
186:9 188:6
190:12 191:1
192:24 194:3,7
195:19 196:11
197:4

**Sean** 5:12

**search** 183:15
194:10

**second** 12:17
19:23 22:14
122:12 141:20
156:11 160:7,11
182:13,15 185:7,
12 200:12

**seconds** 96:14,23
168:9

**section** 139:5

**sectioning** 139:14

**secure** 7:18

**see** 5:7 31:10
44:15 45:17,23,
24 46:3 47:23
49:19 50:1,2
83:11,14 87:18,
19,21 88:16 91:5
93:17,21,22 94:3,
5 95:2,4 101:19
105:4 106:3
109:19 110:2
138:6,7,13
141:19 142:1
145:23 148:23
149:2 157:13
169:13 183:5,8,
21,22 183:14
184:5 186:12,18,
19 188:8,12,17
191:4 197:5
200:4,8

**seeing** 89:6
137:15 148:20,22

**seek** 8:4 125:12

**seeking** 8:5
121:8,19

**seen** 93:15,16
94:7 144:6,9
183:5

**segments** 15:12

**selected** 9:5

**send** 19:1 25:15
53:6 154:20

**sends** 108:9

**seniority** 184:22

**sense** 50:2 51:6
116:19 176:18

**sent** 18:21 19:2
24:22,24 26:8

40:20 64:24
97:12 105:20
119:20

**separate** 45:20
87:23 185:11
195:3

**separated** 146:24

**sergeant** 40:10
122:11 185:6,7
192:9,16 195:5,
10 196:7,8

**sergeants** 53:17

**series** 25:1 78:17

**serious** 15:17
111:1

**seriousness** 16:5,
6

**serve** 8:17,22

**served** 166:20

**service** 7:10
154:19

**set** 8:7,8 38:22
40:4 42:15 58:1
130:17 168:13

**several** 29:5
43:22 50:6 88:9,
10 98:7 100:2
104:12 120:19
135:18 159:23
160:6 163:5
168:22 169:14
177:4

**shall** 122:18
123:9

**share** 141:9
159:7,9,10,16
182:19

**share-screen**
106:15 182:5

**shared** 51:3
159:13

**sheriff** 102:20

**sheriff's** 102:11,
22

**shields** 171:17
172:20

**shift** 11:5 37:24
38:6 74:4 131:21
132:3 147:22
185:7,12

**shifts** 70:24
71:10,13,17
149:19 157:11

**shin** 34:14,15,23

**shirt** 31:10,11,15
95:21

**shocking** 154:12

**short** 15:11 86:10
96:20 106:5
114:4 118:22
176:11 181:9
182:18 201:9,11

**shot** 183:2

**should** 27:10
39:10 42:7,17
104:15 111:12

112:5 113:22
120:16 164:1
190:19

**shoulder** 36:2
107:17

**shoulders** 34:11

**shoved** 92:15

**show** 106:13

**shutdown** 74:10

**shutting** 82:4
100:6

**sic** 11:3 162:18

**side** 84:1 87:4
89:8 133:10
134:4 146:20
193:18

**sidearm** 96:1

**sidearms** 78:6

**sides** 133:8

**sidewalks** 133:7

**signaling** 61:22
62:2

**signature** 142:4

**signed** 136:7
141:10

**significant** 100:5
170:9 172:18

**significantly**
160:5

**similar** 34:12
35:16 36:4 50:10
179:21

**simply** 30:13 84:9
161:14

**since** 41:3 73:12
80:1 102:2 158:8
169:21 180:14
181:21 198:8

**single** 43:21
161:23

**singular** 53:7

**sir** 27:8 95:19

**sit** 63:20

**sites** 29:1

**situation** 36:8
66:16 73:5
136:19 138:18
154:20 186:1

**situations** 27:23

**six** 184:13

**size** 12:21 49:18
75:7 88:8 112:15
115:9 132:24
133:2 138:24
171:6 183:1
185:21

**sleep** 130:11

**slept** 43:14
130:12

**slightly** 35:19

**small** 49:17 57:22
61:24 68:7 74:13
161:6 172:13

187:13,14 199:3

**smaller** 56:24
57:14 58:8

**smell** 56:11
134:14,16

**Smith** 12:11 172:1

**smoke** 61:20

**sneak** 84:17

**sneaking** 5:9

**snippets** 93:16

**Snyder** 5:18

**social** 28:24

**soda** 50:10
192:12

**sodas** 44:17

**soft** 34:19 35:2

**software** 107:24

**some** 6:9 7:14,16
12:3,5 14:1,16
15:13 17:5,7
20:21 23:13
25:19,21 26:14
27:13 28:2 35:3,9
36:3 38:8 41:12
43:24 44:12
49:22 50:2,8,9
51:8,18 54:3
55:14,24 56:18
58:16 59:20
68:13,19 70:1
71:24 72:8,17
75:5 78:10,13,24
83:1 88:22 89:2,
6,16 91:2 96:1,2,
7,10 97:20 99:12
101:8 102:23
108:3 110:11
119:24 120:1
122:13 123:1,3
124:20 130:1,6,
17 133:6,20
140:17 144:16
145:6,19 146:14,
16,17,19 149:24
150:8 154:16,19,
21,22 155:9,12,
15,21 157:8
158:1 159:21,24
160:14 162:12
167:9,11,12
168:2 169:15
170:16 172:6,16
182:3 183:22
192:19 194:12,14
197:23 199:22

**somebody** 5:8,9
88:3 135:1

**somehow** 28:17

**someone** 10:4
30:6,19 55:6,17
60:1 61:19 69:7
77:4 84:17 92:1
98:20 110:23
111:22 131:3
159:5 199:2

**something** 8:16
14:18 29:14
30:20 32:22
39:10 42:12
45:19 59:21

73:12 77:5 92:16
94:3 104:9 110:2
116:1 120:3
123:17,22 145:23
147:10 166:3
179:11 182:15
194:14

**sometime** 59:11
85:6 86:18 90:10
120:5 121:7
122:9 126:21
188:20 189:2,12
201:4

**sometimes** 52:11
77:10,11,14
151:1

**somewhat** 85:15
125:22 137:9
138:23 169:22

**somewhere** 12:18
32:1 86:24
199:17

**soon** 49:7

**sooner** 156:12

**sorry** 39:14 52:23
56:7,21 57:8
67:17 76:8
115:14,19 119:13
120:23 135:16
141:21 144:4
194:4

**sort** 39:20

**sound** 11:6 61:23

**sounds** 18:9 69:6
86:8 165:6 176:9

**source** 29:7
143:9,21 144:2

**sources** 29:10
181:16

**south** 46:17,21
56:8 87:2,20,24
88:1 117:21

**southbound**
90:24

**southeast** 117:21

**sparked** 14:13

**speak** 8:19 9:18,
23 10:6 11:9
37:9,22 39:7 53:9
121:4 134:3,6
140:14 149:23
159:14 162:13

**speaking** 37:14
45:11 46:23
113:20 158:1
172:10

**speaks** 16:18

**special** 9:11 15:8

**specialty** 154:4

**specific** 11:15
13:21 14:10,17
21:21 24:18 27:3
28:21 30:16
36:23 37:16
38:22 46:22 50:4
54:8 63:7 65:24
68:4 69:1 74:15
86:21 88:20

94:21 100:21
103:10,13 104:5
106:23 121:3
126:9 144:10
149:15,16 156:3
179:13 183:12,13
184:18 189:5
194:15

**specifically** 14:20
21:6,9 29:21
30:5,19 38:13
41:10 42:19 46:3
49:6 53:5 65:9
69:22 74:23 76:1
79:1 91:21 92:19
93:12 98:19
101:10,15 109:1
114:10 152:8
160:12 168:20

**specifics** 77:9
104:17 112:24

**Spell** 40:12

**spelled** 165:10,19

**spend** 145:6
169:6

**spent** 145:6

**split** 165:4

**spoke** 28:7 40:17
82:14 89:1
158:15 165:2,21
166:12 169:14,21

**spoken** 164:24

**sponge** 61:18
62:4,6

**spongy** 61:19

**spray** 56:11,14,
18,22 57:22 58:2,
22 82:18 112:19
113:5 122:19
123:10,24 124:7
133:16 140:11

**sprayed** 58:5
93:20

**sprays** 123:1
155:6

**staff** 8:21 19:2
20:21 40:19 41:1,
6,22 43:1,15 44:2
70:6,17,21 71:11
98:9 109:8 130:4
145:2 180:8

**staffing** 154:18

**stage** 187:20

**staged** 187:23

**staging** 158:11,18
159:13

**stand** 80:17,19
81:1

**standard** 87:16

**Standards** 108:9

**standing** 48:19,21
83:13 84:23 94:9
124:18

**start** 5:1 32:12
33:2,4 102:21
199:16

**started** 39:20
67:20 70:12
72:22 88:16 89:5
99:11 116:15
153:17 173:10
186:19 187:1
188:22 189:4
191:16

**starting** 67:13
77:20 86:12
99:10 100:16
148:1 200:5

**starts** 159:21
196:14

**state** 5:3,4 87:24
88:1 116:16
129:3,4,11 199:3

**stated** 23:19
37:21 55:3

**statehouse** 12:20
67:14 74:7,8
75:12,20 76:1,4,
7,11,14,17,18
93:13 100:10
132:14 133:6,8
138:21 140:13
141:1

**statement** 150:19
161:15 177:19

**States** 28:23

**stationary** 83:12

**stations** 100:3

**stay** 9:7 46:22

**stayed** 33:23 38:8
126:23 127:7
130:21

**step** 45:18 181:3

**stepped** 127:4
148:10 154:14

**Stewart** 129:8,9

**stick** 129:20
153:23 167:23

**sticks** 128:5,10
149:3,5 153:15
168:21

**still** 30:6 41:4
57:8 68:19
120:16 130:19
139:22 147:8
154:18 172:6
176:12 187:19
194:5 197:17
199:3

**stood** 134:1

**stop** 55:15 139:8
190:14

**stopped** 127:18
133:24 167:14
171:4

**street** 12:19 36:22
46:5,14,15,17,20,
21 47:7,11,12,14,
15,20,21 48:20,
21 49:1,2,5,8,10
56:7,8,9 63:7
68:12 81:6,7,8
82:2 84:12 86:3
87:1,2,4,5,6,8,12,

20 88:1,2 89:11
90:21,22 91:1
95:14 116:16
123:9 124:6
133:10 134:5
139:21,22 145:18
162:16 172:16

**Street/mount**
12:19

**streets** 50:7
124:18 146:14
155:13,24
161:18,21 162:11
172:7

**stripe** 32:4

**stuck** 26:3

**stuff** 21:17

**subdivision** 157:4

**subject** 18:22

**subjects** 181:10

**subpoena** 7:8,11

**subsequent**
104:4

**substance** 18:14
19:11 23:11
165:9

**substantive** 107:8

**substations**
32:24

**suburban** 100:22
154:1,3,8,18

**successfully**
25:24 53:10
156:6,9

**such** 26:18 29:16
36:16 37:17
59:15,17,23 61:1
97:11,13 111:7,8
146:13 160:10
161:7,8 173:6

**suffered** 111:1

**suggested** 20:16
166:4

**suggesting** 51:20
143:24

**suggestion**
121:13

**Sunday** 144:17
161:17 162:7,9,
15 167:21 170:4,
5,13,16,24
171:11

**supervise** 37:6

**supervisor** 65:5
92:14 104:16
113:23 137:7
153:10 159:1,3

**supervisors** 54:2
55:13 59:20
88:23 121:16
132:5 172:14

**supposed** 9:23

**sure** 6:8,13,14
18:9 19:24 20:18
26:1 31:1 37:7
39:7 40:23 50:15

20 88:1,2 89:11
90:21,22 91:1
95:14 116:16
123:9 124:6
133:10 134:5
139:21,22 145:18
162:16 172:16

**Street/mount**
12:19

52:12 62:17 70:9,
12 73:9 75:19
77:14 78:8,16
79:17 85:12
96:16 123:20
126:8 139:10
145:4 148:22
150:8 157:8
160:23 167:2
168:11 174:19
179:8,9 183:19
193:9 197:9

**surround** 139:9

**surrounded** 58:15
89:1 172:20
187:17 200:22

**surrounding**
13:20 86:1 187:7,
9,19

**surveyed** 133:21

**suspect's** 107:17

**SWAT** 36:16 37:2,
10 39:16 62:14
78:8,10,12,22
79:7,8 80:10,12
97:20,21 101:3,5,
14,19 102:24
103:1 152:15
185:24

**SWAT's** 37:13

**swear** 143:11

**sweater** 31:12,15

**swipe** 118:23
119:4,9

**swiped** 119:3,10

**Switch** 182:1

**sworn** 6:2 29:17
43:3,7 107:21
108:4 122:18
123:23 144:7,10
163:8

**system** 107:23
108:1,18 118:23
183:11

**systems** 91:22

---

**T**

**tactic** 110:20

**tag** 27:18 30:4,8
31:10,15,17

**take** 6:22 7:2
30:4,8 41:11 71:6
86:6 102:12,14
103:17 105:1,12,
13,16,23 106:8
121:24 130:20
133:19 141:8,10
176:5 182:2
201:9 202:1

**taken** 86:10 106:5
131:21 176:11
182:18 201:11

**taking** 164:13

**talk** 10:10,11 15:9
18:4 23:24 25:10
29:15 37:15
76:13,14 98:12

142:23 158:24
160:20 165:8
166:11

**talked** 15:11
39:13,22 40:22
42:10 70:6 73:5
95:14 120:9
126:17 148:2
153:14 157:17
165:9 166:7
178:3

**talking** 20:15
53:18 62:8 74:11
77:7 86:12 89:18
93:11 114:10
126:13 129:1
144:14 155:18
159:19 169:12
183:22,23 201:15

**talks** 137:1
149:18

**Tammy** 134:2
136:24 163:19

**Tanoury** 106:1

**tape** 28:1,2,13,14
31:17,24

**taped** 28:13

**target** 96:21

**targeting** 30:5,9

**Taser** 96:2,7

**team** 64:23 65:2,
20,21 66:4 78:8
97:21 101:23
102:24 103:1
105:24 173:18
174:7 177:6

**teams** 64:24
65:21,23 94:16
101:3,5,11,14,19

**tear** 21:20 179:2

**technician** 194:16
198:14

**technique** 82:22

**techniques** 93:7

**tell** 19:10 34:6
44:3 47:10 55:5
91:4 112:24
134:17 137:2,18
148:15 170:19
185:5 192:2,8,20
195:8,9

**telling** 90:20
196:5

**tenure** 107:7

**term** 21:12 69:17

**terms** 61:15
103:19

**testifies** 6:2

**testify** 9:10 16:14
22:12 23:2,5
24:15

**testifying** 10:13

**testimony** 10:18
56:14,17 84:4
95:9 111:9

**thank** 7:20 129:9

176:10 189:9
201:13,21

**Thanks** 57:12
70:11 139:12

**there** 10:1 11:13,
15,22 12:15,24
13:6,10 14:5,9,18
17:6 22:9 26:13
27:1 32:5,15 35:3
36:14 38:7,17
39:21 41:20 42:2
43:16 44:4 45:9
47:1 49:8 50:6
52:10,14,15
53:15 56:1 57:16
60:4 62:14 65:13,
20 66:6,10,13
68:4,7,8 70:17
72:24 73:9 74:7,
13,17,18,22
75:11 76:14,15,
16,18 77:6,12,14,
24 79:1 80:4,12
81:21 84:13,23
85:24 87:8,11
88:5,20,23 90:14
92:20 93:9,17
94:4,9,14 97:23,
24 98:4 101:5
106:10,24 107:8
108:3,15 112:1,
24 114:11 115:10
116:22 117:18
118:4,5,16,17,23
119:1 122:2,13,
24 123:22,23
126:5,23 127:12
131:2 132:13
133:11,12,13,16,
20,23 134:1,7
136:1 138:15,17
139:1,4,13 140:2,
11,19 141:1,4,19
142:2 145:18,20
146:13,24 147:7
148:23 149:7,24
150:8 152:4
155:9,11 158:3,9,
13,14,15 159:14
160:2,7,14
162:11,14,15
165:14,16 166:4
167:9 169:11
170:1,9 171:17
172:6,13,14
174:2 183:15
184:5 187:1
188:10 190:4,14
191:3,5 193:4,8,
20 194:14 197:17
199:11,19,22
201:14

**there's** 22:3,9
23:13 35:8,9
36:13 43:23 58:3
61:18 65:19 83:3
108:7 111:24
112:5 119:1,9
122:13 161:19
163:3,4 178:5
184:18 185:24
193:2 195:20,21

**thereafter** 78:19
100:16 170:15
189:12

**Thereupon** 202:3

**these** 10:21 12:22
20:6 24:24 26:8,
22 30:24 31:4,5
38:17 39:15
45:23 48:19
49:16 50:13
51:12 53:3 55:15,
24 73:6 75:14
77:6,20 78:14
91:12 95:8
100:17 115:12
125:14 145:15
146:7 155:10
159:20 164:21
176:15 194:11,12
199:23

**thing** 24:21 30:10
36:1 74:11 93:11
130:2,5 178:17

**things** 14:19
23:22 48:17,19
71:16 84:2 92:7
99:24 112:8
115:12 156:8
181:4 192:16
194:9 199:22
200:1 201:14

**think** 5:10 6:15
13:9,10 20:19
21:16,17,21 22:2,
9,10,20,21,22
30:2 35:9 42:19
47:10,12 48:2
51:13,18 56:6
67:18 68:18 88:5
89:24 93:12
98:22 99:13
100:11 101:22
103:6 107:14
108:14 111:11,24
116:4 128:19
130:17 131:7,19
138:22 144:24
148:3 150:20
154:16,21 160:4,
19 161:17 165:23
170:11 176:6
182:3,4 192:13
194:13 195:3
197:5

**thinking** 162:21

**third** 74:4 144:13
195:13

**Thirty-two-plus**
7:23

**those** 10:1,7,14,
18 11:11 12:6
14:10 15:22
16:23,24 17:11,
12 25:3 26:22
28:3 38:17 42:15
43:13 48:11
53:13,23 54:11,
12,13,17,20,21
55:2 58:22 61:4
63:18 65:23
67:15 68:14 71:3,
6,16 74:13,22
75:4 76:23 77:23
81:13 92:13
93:15 97:13
100:4,24 102:13
104:15,16,22

106:9,14 107:6
108:18 109:6
112:8 114:13
121:17 124:19
127:24 133:8
138:15 140:4
145:21 148:20
149:4 156:7,16
158:21 159:6,7
162:19 167:11,
13,14,15 168:20
169:14 172:8,17
175:1 179:22
180:17,20,23
182:5 190:2,11
192:15

**though** 69:6
106:20 152:17
156:19 167:6
194:21

**thought** 23:12
77:24 82:3
120:15 121:8
123:18

**threat** 112:9

**threatening** 114:7

**threats** 112:7

**three** 10:2,21
36:13 61:11,13
65:3,20 108:14
136:2 152:22
156:15 170:14

**threw** 53:11 54:19
55:5

**through** 11:12
15:2 20:6 32:4
40:20 44:18 54:9
81:2,13 88:4 99:6
101:11 121:14
126:16 131:17
132:8 133:19
136:22 137:1,24
139:2 147:19,24
149:17 176:24
177:2 184:14

**throughout** 100:7
127:22 128:3
138:18 197:22

**throw** 198:17

**throwing** 48:8
49:15 54:15
55:24 56:16
82:17 84:2,6,10
147:8 187:5

**thrown** 33:3
44:17,20,22
45:14 47:20
48:17 49:13
50:13 51:12,22
55:6 59:3 82:11,
12 86:17 88:17
89:7 90:8 92:7,16
93:18,23 94:5,9
149:20 192:7,10
198:9,11,20

**throws** 52:2

**tick** 190:14

**tied** 51:2,7

**Tim** 157:8,20
162:14,18

**time** 11:18,19
13:12 15:15 21:2
33:18 38:4,13
43:1 46:22 47:23
48:5 49:8 53:18,
19 60:3 61:20
64:15,16 65:6,11,
17 67:16,20
72:10,15 73:19
74:14 78:24 79:5
82:8 85:2,10
86:21,23 87:7
88:16,20 89:2
91:10 92:20 95:2
96:17 97:17 98:1
99:18 101:20
105:21 108:16
109:14 116:13
118:20 127:22
130:7,13 131:9
132:16 133:14,18
136:14 138:4,11
139:13 140:24
141:5 145:6
146:15,16 147:22
148:8,9 149:23
152:1,11 153:9
156:7 157:2
159:20,22 160:22
168:3 169:6
170:3,7 171:4
172:4,19 173:5
176:24 177:7
181:6 184:19
185:17 186:14
188:8,9,10,13
193:5,7,17
196:23,24 197:2,
5,17,22 199:8
201:8,13,20

**timelines** 167:10

**times** 30:2 54:21
63:18 75:6 77:1
80:4 98:5 103:5
107:6 123:23
124:4 152:23
169:21 198:4

**today** 6:19 9:10,
16 24:1 63:20
70:12 201:14,15

**today's** 6:10 10:4

**together** 12:6
65:3 66:19 75:9
77:20,21 169:24
182:3 186:8

**told** 24:19 28:11,
15 55:13,22
86:15,16 88:5
99:13 116:4
134:9 135:11
143:2,3 171:24
192:22

**took** 73:16 89:2
106:7 132:21
136:6 140:8
161:18

**tool** 110:19

**top** 32:6 34:15
58:5 141:16
142:1,10 183:14
186:14 194:22

**topic** 10:22 11:9
16:11,15 17:4

22:14,15,23 23:3,
6,10,11,18 24:1,
3,5,16,19 36:11,
14 39:12,19
74:15 176:14
182:2

**topics** 9:19,22
10:2,3,7,12,15,
18,21 22:11,12
36:12 176:13

**tossed** 45:5 47:3
199:12

**totality** 112:14
114:13 115:7
116:5 156:6
161:5

**totally** 110:17

**touch** 188:7

**tours** 148:20

**toward** 110:21
112:2 122:22
145:21 169:6

**towards** 44:11
56:7,9 83:9
146:4,23

**track** 28:19 64:19
161:17

**tracked** 29:13

**traditional** 91:22

**traffic** 32:2,3,8
81:12,18 82:4
84:15 86:13 87:9
99:24 100:24
103:8,9 139:21
151:24 153:18
155:2,14,22
156:16,19 162:17

**train** 103:21,22

**trained** 35:11
60:16 94:15
151:3,14

**training** 96:18,19
103:18,24 113:17
151:11,20

**transcript** 161:12

**transpired** 149:18

**trial** 7:9

**tried** 27:24 29:15
59:7 144:24
150:23 171:16

**trotted** 49:3

**troublesome**
168:24

**true** 135:11
142:18 143:24
179:15

**trusted** 103:18

**truthfully** 7:3

**try** 9:4,7 13:22
30:18 54:11 66:3
71:3,4 73:7
83:15,18 84:15
93:13 116:19
125:15 130:17
139:7,10 147:20
159:16 171:13
193:11 194:20

**trying** 25:22 28:19
39:9 41:4 53:7
66:16 68:6 81:2,
13 87:22 92:23
111:13 113:21
122:4 124:16
127:5,11,13
145:3 146:1,22
147:3 149:1
165:22 168:14
200:4

**turned** 50:15
51:23 136:11
192:4

**twice** 152:22
153:3

**two** 9:3 12:6,15
22:12 53:23
54:17,21 66:19
71:16 73:23
92:22 104:13
127:24 131:2
136:3 137:21
146:24 150:2
156:17 165:14,
18,19 183:1

**two-second** 96:21
97:8

**two-week** 159:20

**type** 35:9,14 57:4
103:17 154:4

**types** 37:16 61:4
71:3 112:8
143:14

———

**U**

**U.S.** 129:6

**Uh-huh** 179:3

**ultimate** 180:14

**ultimately** 15:16
20:2 178:19

**unable** 58:15

**unconstitutional**
126:11

**understand** 6:16
9:20 10:17 38:1,
24 47:9 52:12
70:13 76:3,15
79:17 111:13
112:22 121:23
144:4 156:18
159:9 160:22

**understanding**
6:18 20:5 24:7
57:2 58:10 86:2
167:4,8 175:7,16
178:24

**understood** 6:13
112:4 117:7
122:1 132:10
136:18

**unfounded**
135:22

**uniform** 95:17
137:9 151:7
172:2

**uniformed** 193:20

**uniforms** 95:20

**unit** 40:6,7,9
43:17 71:5
108:23 191:20
195:24 196:18,19
197:12

**United** 28:23

**units** 71:8 191:19,
23

**University** 129:3

**unless** 76:1
104:15 122:21
159:3 162:11

**until** 9:5,7 11:17
38:4,10,15 56:15
72:16 92:10
99:14 104:11
105:12,14,23
121:7 126:24
128:7 149:13,15
166:24 167:22
185:8

**unusual** 154:9

**up** 25:14 27:17
48:22 517:21 68:7
73:11 83:7,8
84:22 88:21 89:4
117:13 126:19
130:11,17 132:7
141:15 143:14
144:15 147:24
150:15,18,22
154:14 158:1
165:5 167:17
168:13 169:2,20
185:8,14 187:23
188:9 190:14
191:1 195:8,13
197:10

**upcoming** 7:8
158:4

**update** 178:21

**updated** 107:4,6,
22

**upon** 12:5 13:11
32:21 34:8 36:7
44:7 66:8 67:10
75:6,17 91:2 92:8
100:16 103:24
107:4 113:17
121:17 132:12
139:18 140:18
142:15 154:21
155:22 160:17

**upright** 107:19

**urine** 192:15

**use** 17:2,24 21:7,
10,19 22:17
24:11 28:12 32:2
37:9 43:2 58:21
59:1,9 64:9
83:17,20 91:12
92:1,4,17 93:6
94:19 97:5 98:6,
13 99:23 103:11,
14,16,21,22
104:1,2,6,20
106:14,17,22
107:1,9 110:13,
17,22 111:15
112:10,18,20

113:1,4 114:2,15
115:1 116:9
117:9,10,15
120:17 122:19
123:1,10 124:21
127:1 133:16
134:8 140:4,11,
15,17,21 141:3,4
145:1 152:5
153:17 155:6
161:23 163:7
164:4 174:22
175:4,12 179:2,
21 185:23
187:13,14 199:15
200:6

**used** 16:22 21:12
27:22 32:12,14
56:15,18,23
57:24 58:8,18
59:2,10 60:18
62:2,4,7,11 63:4,
9,13,15,18,21
64:7,13 83:4
92:10 95:3,5
111:17 112:5
114:16 116:10,
11 117:2,13,
21 123:24 124:7
134:10,13 135:1,
2,8 136:12
137:19 139:14
163:21 200:16,
19,23,24 201:5,8

**uses** 64:14 65:13
82:19 140:14,20
172:7

**using** 24:14 59:8,
15 62:18,21
69:17 82:18,22
83:12 84:22
92:23 103:19
116:7 134:12
151:22 152:2,14
159:1 190:7

**utilize** 16:19 40:5
71:19 98:15,17
101:3

**utilized** 100:11,23

**utilizing** 196:4

———

**V**

**vacations** 71:2,10

**vantage** 49:15

**Vardaro** 5:13
182:4,8,11 189:7
190:24

**varied** 49:18

**various** 39:15
103:5 181:16

**vehicle** 33:22
134:1

**vehicular** 87:9

**verbal** 112:9

**verbally** 112:2
118:9

**vernacular** 51:23
111:24

**Vernon** 12:19
67:2

**very** 70:13 90:13
91:15 118:22
129:23 133:4
134:10 137:20
160:2 169:15
170:2,12 177:16,
17 194:22 201:21

**vest** 32:2,3,8
95:23 151:24

**via** 21:2

**vicinity** 64:11
87:1

**video** 14:24 15:1,
4,12 45:2,5,6,11
93:22,24 94:6,7

**videoconference**
8:12 106:2,6
117:23 198:6

**videos** 93:15

**view** 25:20 70:22
93:10 94:1 145:9,
10 147:11

**viewed** 14:24 15:1

**views** 74:9

**violates** 126:11

**violation** 55:11,16
56:2

**violence** 13:2,7,
11,17 14:8 44:5,
11,13 45:23
72:21 75:21
82:11 112:7,10
128:9,14 133:13
138:10,13 146:6
149:10 161:8
162:12

**violent** 111:16,18,
23 122:22 187:5

**violently** 110:20

**virtually** 41:17

**volition** 109:23

**volunteer** 8:23

———

**W**

**W-O-O-D-S** 6:8

**wade** 55:4

**wait** 18:1 19:22
90:11

**waiver** 20:16
121:24

**walk** 88:21 89:4
118:17 126:16
131:17 145:21
147:24 168:9
169:16

**walked** 49:3 87:9
138:1,2 146:4
169:12,24 170:1

**walking** 87:2
161:20

**Walton** 5:13 198:6

**waning** 150:1

**want** 6:12 20:12,
17 21:11 26:1
40:5,24 42:20,21,
22 70:12 79:16
86:11 92:13
105:14,19,21
118:1 126:16
143:2,4 147:2
149:2 167:17
181:15 182:2
185:16 201:13,17

**wanted** 21:6,7,8,
20 25:6 26:4,21
39:6 51:1 90:14,
19 98:16 99:23
100:8 104:9
120:10 125:7
126:3 132:23
134:3 154:17
165:18 185:7,8

**wants** 27:2

**warmer** 7:17

**was** 8:2,24 9:6,14
11:11,13,15 12:4,
9,14,17,20 13:1,
10,11,16,24
14:21 15:1 17:17,
20,21,23 19:14,
19 20:2,13 21:1,
4,9,12,19 22:21,
22 23:12,20 25:4,
9,15 26:5,20
27:17,19,22 29:7
30:4 31:19 32:15
33:6,16,18,19,22,
23 36:24 37:4,8
40:20 41:2,3,20
42:20,24 43:16,
20,21 44:14 45:8,
12 46:10,23 47:3,
4,19,20,21 48:9,
13,16,21 49:8,21,
23 50:12 51:20
52:20 53:15
54:14 55:6 56:15,
18,20,23 57:9
58:10,24 62:17
63:2,11,19 64:9,
15 66:8,11,13,16,
17 67:1,2,5,6,13,
18,21 68:5,6
69:3,5,7,24 70:5,
6,17 71:9 72:9,12
73:5,8,9,23 74:3,
7,16,17 75:15
76:14,22 77:6,7,
12 78:3,10,22
80:3,5,8,10,12
81:2,12,13 82:7
84:5,6,23 85:1,24
86:2,14,15 87:6,8
88:6,20,21,22
89:3,13,15,22
90:15,18 91:4,24
92:3,6,15 93:17
94:1,2,10,24
95:11,15 96:17
98:8,22 99:15,24
100:5,6 102:21,
22 104:9,13
106:18,20 107:8,
10,19,20 108:15
110:16 116:5,10,
20,22 117:6,8,10,
17 118:10,20
119:17,18 120:2,

5 121:12 122:8,
16,24 123:17,19
124:5,7,14,16,17,
18,20 127:6,10
128:6 129:23
130:2,5,11,16,19,
23 131:7,23
132:10,11,13,15
133:1,2,4,6,15,18
134:9,21 135:1,7,
11,13,15,17,18,
19,20,22 136:9,
21 137:20 138:4,
12,15 139:1,4,13,
22 140:3,8,9,11
141:1 144:19,21
145:3,5,10,12,17
146:20 147:7,13,
17 148:11
149:12,16,24
150:1,2,8,23,24
151:6 152:11
153:14,16,19,21,
23 154:9,11,12
155:9,11,12,17
156:1,10 157:2,5,
6,8,10,14,17
158:9,17 159:12
160:2,5,6,7
161:15 162:7,9,
11,14 163:10,21,
24 165:5,10,15,
16,18,22 166:2,5,
15 167:8 168:16,
19 169:3,5,7,9,
13,19 170:1,7,9
171:2,6,17,21,23,
24 172:1,4,13
173:2,5,18,20
174:22 175:9
176:23 177:21
179:4 183:24
184:10,11 185:2,
9,10,17 187:1,3,
8,16 188:20
189:4,5 190:4,7,
10,11 192:5,11,
12,17,22 193:9
197:12,19 198:7,
10 200:3,15,19,
22,24

**Washburn** 5:19

**wasn't** 20:20
40:17 50:4 70:13
104:11 123:21,22
156:14 158:3
188:23,24

**watch** 188:4,5

**watched** 15:12

**watching** 195:14

**water** 44:16 47:24
88:16 93:18
115:17,24 192:12
198:17,20

**way** 21:5 25:23
81:9 111:20
120:20,22 122:6
150:20 158:6
177:23 178:13
181:15 192:1
193:19 198:2
201:1

**weapons** 22:15
95:10 119:13,15

125:2 155:6
174:24 175:14

**wear** 25:23 31:12
32:18 35:1,15,24
95:18,22,23
150:20 151:7
153:1 196:1,4

**wearing** 151:16

**week** 11:12
156:11 160:2,4,7,
11 168:13 170:23

**Weekley** 40:10

**weeks** 78:19
100:19 107:12
159:23 163:5

**weigh** 109:3,9

**Weiner** 132:22
133:20

**Weir** 12:11 66:20
172:1,13

**well** 14:12 17:9
18:11 20:4 21:3,
18,24 36:12 37:8
39:10 42:16
46:21 48:12 51:1
52:7 53:15 54:15
62:1 64:3 66:3,10
69:13,16 79:15
81:14 83:1 85:16
86:4 89:17 91:11
94:7 95:20 99:23
102:4,21 103:21
104:11,18 105:12
106:24 107:8
112:22 114:4
115:7,22 116:21
117:13 120:14
121:6 126:1,19
129:6 132:10
133:8 139:7
144:6 148:13
151:23 152:10,21
156:10,16,18
158:22 160:7
161:23 166:12
167:17 174:3
176:6,12 187:8
189:15 195:12
198:7

**went** 23:16 31:6
41:11 43:14 49:6
78:18 116:16
117:5,18 119:23
122:9 130:1,12
136:11 137:23
159:21,23 176:24
177:2 198:3

**were** 8:1,17,22
11:4,16,19,23
12:15 14:9,10,12,
13 15:17 16:7
17:6 20:6,7,9,22
22:14 24:24 25:3,
16,21,22 26:1,8
28:5,6,18 30:2
31:5 32:16,17
33:3,4,11,13,14,
18:2,3,7,16 39:9
40:2 41:4,11
42:2,5,10 45:8,9,
14 46:4,9,15,24
47:6 48:12,13,18,

19 49:10 50:6,7,
8,9,10,15 51:18
53:22 54:20 57:8
58:7,15,17 59:14
60:3 62:2,4,7,14,
21 63:4,9,15,21
64:23 66:16
67:12,24 68:8,10,
19,21 69:14 70:2
72:8,15,17,23
73:2 74:6,13,18,
22 75:1,3,11
76:18 77:14,23
78:14 79:1 81:15
82:17 83:13
86:12,13 87:4,5,
8,11 88:5,12,23
89:6,7,8,10,13,
14,16,24 90:18,
20,22 91:1,22
92:10 93:9 94:4,
9,11 97:10,23
98:4,5 99:9,14,
17,19,20 100:3,
15,20 101:5,13
102:23 103:3,4
104:16,22 106:24
107:1 108:17,20
116:12,13,22
117:12 118:10
122:14 123:18
124:4,17,18,19
125:11,16 126:20
127:5,13,14,15,
16,17,21,22,24
128:2 130:18
131:18,20 132:2,
6 133:8 134:4,22
136:1,2 138:9
139:22 140:1
143:2,3 144:16,
19 145:2,15,19
146:1,8,10,13,17,
21 147:8 148:8,
23 149:4,19,20
150:9,14 152:2,
14 153:19 154:17
155:1,5,8 156:18
157:15,18,22
158:8 160:19
161:2 162:3
164:2,3 165:11,
14 167:12 168:3,
17,18,20 169:11,
12 170:16,19,22
171:7,19 172:6,
17 173:5,12,15
176:13,20 177:7
184:8,19,20
185:1,18 187:19
189:11 190:8
192:5 193:4,7,8,
22 197:17 198:9
199:7,10,19
200:3,19 201:5

**weren't** 37:8 39:5
53:2 69:11 86:15
152:5,6

**Wes** 5:16 7:12
19:16 21:17
105:19 164:11

**west** 81:6 87:5
90:23 97:21
133:7,10

**whatever** 66:17

**When's** 131:9

**whether** 6:21 8:3
36:17 65:19
70:24 71:1 94:9
112:18 135:10
159:12 160:16
168:16 170:19,22
174:20 177:22
178:23 179:5

**while** 72:24
117:17 119:21
182:15

**white** 32:4 185:22

**whoever** 158:17

**whole** 37:5
178:17

**why** 19:16 21:11
25:15 26:21,23
27:24 30:12
41:14 51:18 53:1
54:6,9,24 73:6
91:23 105:12,20
121:11 122:1
128:19 176:15
184:11

**wide** 94:1

**widespread**
116:16,19

**will** 6:19 7:10,17,
23 9:16 25:13
75:7 77:1 106:3
109:4,10 115:23
141:9 163:3
169:17 189:22
201:24

**windows** 133:22

**within** 55:12 61:5
67:10 75:20
102:17 108:1
119:18 120:19
128:18 156:12
161:16 162:23

**without** 59:8
111:23 160:15
175:9,10 178:1
179:18 180:17,21
193:19

**witness** 44:14
52:16,19

**witnessed** 94:2
128:12 198:3

**witnesses** 6:21

**wondering**
192:21

**wood** 61:7,16
62:11,19 63:9,21
116:7,21 117:9,
12,16

**wooden** 61:1,11
62:7 64:18 94:19,
22 95:3,4 116:13
201:5

**Woods** 6:1,8 7:15

**Woods'** 5:20

**word** 21:20 83:3

**wording** 143:6,21

**words** 33:7 77:18
134:22

**work** 38:14 40:7
42:22 54:9 65:3
69:11,12,14,17,
23 71:22 72:17
97:3 130:13,22
131:10 132:2,4
147:23 148:4
166:22 167:12,
15,18 168:14
172:3 186:8

**workday** 38:9

**worked** 38:5,9
39:2 73:18 74:1
161:22 167:22
177:8,18

**working** 38:16,18
129:4 144:19
194:16

**works** 182:6

**worry** 22:7

**would** 5:1 6:7 9:4,
7 20:1 30:12
31:13,17,18 32:6,
8 33:20 34:12,24
36:9 38:6,14,18,
20 40:21 41:15,
16,22 42:12,13,
14 44:4 55:8,11,
16 56:2 59:17,19
60:10,15 61:20
62:13 64:4,23
66:4,20 67:22
68:10,23 70:19
71:6 72:4 77:5,9,
24 79:4 80:7,9,21
81:5,19,22 83:20
84:8,11,21,22
85:11,14,24 86:3,
22 87:23 88:2,3
92:21 94:15,16
95:15 99:11
100:22 102:1
104:18 111:20
112:18,20 114:9
117:13 118:4,23
119:7,10 120:4
121:18 122:3
125:12,14 131:2,
21 133:7,10
137:21 144:22
147:19 148:6,9
149:21 151:2
158:20 159:7,9,
10 160:1 161:1
162:8,17 167:13,
21 168:19 169:16
170:5 173:7
183:1,8 186:1,24
189:24 190:2
193:24 194:1
196:23 197:23
198:4,5,12 199:8,
9 200:8,10
201:14

**wouldn't** 17:3
122:2

**write** 199:24

**written** 32:1 42:20
165:5,17,23
194:21

**wrong** 20:5,20

———————
**Y**
———————

**yards** 46:11,13,20
47:16 49:5

**year** 8:9,10,13
73:13,15 74:5
86:21 96:20
152:23 153:4
176:23 177:2

**years** 7:23 29:5
73:13,21,23 74:2
76:16 97:3,5
109:16 124:12
128:11 152:23
153:6 174:14
177:14

**yell** 30:13

**yelled** 134:3
137:7

**yelling** 30:9,19,22
84:10

———————
**Z**
———————

**zone** 73:23 75:8
185:12

**zones** 70:2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

TAMARA ALSAADA, et al.  :

       :  Case No. 2:20cv3431

  Plaintiffs,   :

       :  Judge Marbley

       :

  vs.     :  Magistrate Judge Jolson

       :

THE CITY OF COLUMBUS, et al. :

       :

  Defendants.  :

### <u>AFFIDAVIT OF MICHAEL WOODS</u>

I, Michael Woods, being first duly cautioned and sworn, state that I have personal knowledge of the facts contained in this affidavit and that I am competent to testify to the matters stated herein, and state as follows.

1.  I am currently employed by the Columbus Division of Police. I have worked for the Columbus Division of Police since April, 1988.

2.  I am currently the Deputy Chief in charge of patrol operations. I held this position in May and June, 2020.

3.  I was working on May 28, 2020, when the protests started in response to the killing of George Floyd in Minneapolis.

4.  This night we did not have an incident action plan (IAP). Subsequently, we did make an IAP for each night.

5.  The Columbus Division of Police received information that there would be two protests.

6.  One protest was at Livingston and Lockbourne. I went to this protest first.



7. I saw protesters blocking the street. We were able to clear the street with no uses of force and no arrests.

8. Following the protest at Livingston and Lockbourne, I went to a second protest in downtown Columbus.

9. Protesters turned violent against a line of officers who were standing on High Street north of Broad. The officers were trying to get the crowd to break up.

10. Traffic was redirected because the protesters were blocking the street.

11. The protesters were throwing water bottles, frozen water bottles and full soda cans. The protesters threw a scooter at the officers.

12. Because of the scope of the unrest, I ordered more officers downtown and had them put on riot gear.

13. For at least two hours, protesters hurled rocks, scooters, and other objects at the officers. A lieutenant was ordering the protesters to clear the street. The protesters were told to move east on Broad Street. They had a clear exit, but they did not take it.

14. I finally ordered the officers to move the crowd using Mark-9, which is chemical irritant.

15. The protesters broke into several smaller groups. These groups were causing damage around downtown. They were breaking out windows on Mound Street, High Street, and State Street. They also broke windows at the Statehouse.

16. We used baton rounds, which are wooden or rubber bullets, and more Mark-9.

17. Decisions about the use of force were made by supervisors in the field based on their training, experience, and Columbus Division of Police policy.

18. Columbus Police officers provided numerous dispersal warnings before using force.

19. We tried to address the destruction and make arrests.

20. Eventually the crowd disbursed and went home around 3 or 4 A.M.

21. After our experience on May 28, 2020, we changed our Columbus Division of Police staffing levels. On May 29, 2020, we went to a phase two mobilization. All sworn personnel were working 12-hour shifts.

22. The officers who were dealing with the protesters were organized into field forces. A field force is squad of officers grouped to deal specifically with a crowd. Every police officer receives field force training.

23. The protesters appeared to be a prepared, organized group. They brought gas masks, frozen water bottles, and frozen soda cans. Some protesters were street medics; some were spotters.

24. On May 30, 2020, I was not the incident commander for the downtown protests.

25. I left headquarters and went into downtown to observe the protests.

26. This day there was a large protest downtown.

27. During this protest, Columbus Police Officer Danny Dupler was assaulted by a disorderly protester in the crowd. When Dupler went to make the arrest, the crowd turned on him. Officers used mace on the crowd.

28. The incident described in paragraph 27 resulted in a citizen complaints. These complaints were found exonerated by Baker-Hostetler.

29. On May 31, 2020, I saw protesters with firearms. Some armed protesters approached the National Guard troops that were assisting law enforcement. Some protesters were standing on cars with their guns. At least one protester was charged with improper handling of a firearm in a motor vehicle.

30. Although there was less property damage on May 31, the protesters were still throwing objects at police officers.

31. By June 1, the protests became less violent. There were still large, organized events, but the property destruction had waned.

FURTHER AFIANT SAYETH NAUGHT

*Michael A. Woods*

Michael Woods

Sworn to me and subscribed on this __14__ day of January, 2021.

*Nancy S Cameron*

Nancy S. Cameron
Notary Public, State of Ohio
My Commission Expires 03-01-2022

Notary



*Cross Reference: 2.02, 2.03, 2.05*
*Rule of Conduct 1.08*

## I. Definitions

A. Use of Force

The exertion of energy or the actions of personnel in the performance of their duties used to direct or control another's movements or actions. A use of force may be implemented to control resistive or aggressive behavior toward the involved personnel, other personnel, third parties, or property.

B. Use of Force Levels of Control

1. Levels of Control used by the Division of Police for reporting purposes are *as follows*:

Level 0: Officer presence, verbal and non-verbal commands, searching, handcuffing, sparking a taser for compliance, using flashbangs and multiple baton rounds as diversions*, and the use of the Long Range Acoustic Device (LRAD) warning tone*

Level 1: Empty hand control, pressure points, grounding techniques, and joint manipulations

Level 2: Use of chemical spray

Level 3: Use of electronic device (electronic custody belt or *Conducted Energy Weapon, [CEW] for example, the taser*)

Level 4: Hard empty hand control (strike/punch/kick)

Level 5: Use of impact weapon (baton/flashlight)

Level 6: Police K-9 bite

Level 7: Less lethal weapons (beanbag/multiple baton rounds*)*

Level 8: Deadly force

C. Deadly Force

Any force which carries a substantial risk that it will proximately result in the death of any person.

D. Injury

1. For the purposes of this directive, injuries are classified as *follows*:

a. Minor Injury

An injury that does not require transport to a medical facility.

PLAINTIFF'S EXHIBIT

8


8. Officers shall use their training **and tactics** to guide them through a use of force incident.

   a. The preferred response to resistance and aggression is a trained technique reasonable for the circumstances. However, during a situation involving the infliction or threatened infliction of serious physical harm, the use of an untrained response, may be reasonable to end the threat and survive the encounter. The proper exertion of physical force used to control the subject shall be consistent with Division policy.

   b. ***Chokeholds and neck restraints are prohibited. These untrained techniques are considered a deadly use of force and shall only be used in a life threatening situation and deadly force is justified.***

   c. ***When attempting to control a grounded suspect, any pressure used shall be placed on the shoulder or the middle of the back, not intentionally on the neck. If at anytime during the struggle pressure is unintentionally placed on the neck, officers shall readjust their positioning. Once the suspect is handcuffed and compliant, officers shall place the individual in an upright position as soon as it is safe to do so.***

9. All uses of force shall be reported consistent with Division policies. Involved personnel shall notify an available on-duty Division supervisor in the following descending order:

   a. Their immediate supervisor;

   b. Another sworn supervisor within their chain of command; or

   c. Any other sworn Division supervisor who may personally conduct the investigation or notify a supervisor in the involved officer's chain of command to conduct the investigation.

10. The Internal Affairs Bureau (IAB) shall forward a monthly report to the Training Bureau that summarizes all Level 2 through Level 8 Use of Force Reports, form U-10.128, received.

11. The Training Bureau shall review the monthly summary of Use of Force Reports received from IAB along with the original Levels 0 and 1 Use of Force Reports to monitor techniques for their effectiveness and to make approved changes in trained techniques and lesson plans.

12. All sworn Division personnel shall receive annual in-service training in the Division's use of force policy.

13. Division supervisors conducting use of force investigations shall photograph involved persons as detailed in the Supervisor's Manual.

14. Restrictions on Supervisors Conducting Investigations

   a. Division supervisors who actively participate in or order a use of force shall not conduct any subsequent investigation. This restriction does not apply to tactical situations, **such as** those involving SWAT, In-Tac, or field forces.

6. The use of deadly force by sworn personnel should not create a danger to the public that outweighs the benefits of its use.

7. Sworn personnel shall not fire a warning shot unless there is justification to use deadly force and should ensure *that*:

   a. There are no bystanders in the line of fire or *who* could move into the line of fire; and

   b. The backstop is reasonably likely to contain or stop the discharged bullet.

8. Facts unknown to sworn personnel at the time deadly force is used cannot be considered in determining whether the involved personnel acted in conformity with this policy.

9. Investigations of uses of force resulting in death shall be forwarded to the county prosecutor in the county in which the incident occurred. That prosecutor will determine if the case will be presented to a grand jury.

## III. Procedures

A. Level of Control 0 (Sparking a Taser for Compliance) or Level of Control 1 with No Injury

1. Involved Personnel

   Complete a Use of Force Report and forward it to your immediate supervisor by the end of your shift or by the beginning of your next shift if the incident occurred outside of assigned duty hours. If your immediate supervisor is unavailable, forward the report to any on-duty supervisor within your chain of command.

2. Investigating Supervisor

   a. Review and sign the Use of Force Report.

   b. Forward a copy of the report to the immediate supervisor of the involved personnel.

   c. *Forward the investigative packet to the:*

      (1) *Human Resources Bureau if discipline was issued, or*

      (2) *IAB for filing if no discipline was issued.*

3. *Human Resources Bureau*

   a. *Record discipline into the Discipline Tracking System and file in the employee's Master Personnel File.*

   b. *Forward the remaining investigative packet to IAB.*

4. Internal Affairs Bureau

   Forward the original Use of Force Report to the Training Bureau.

b. Maintain a file copy of the Use of Force Report.

c. Forward the original Use of Force Report to the Training Bureau.

C. Level of Control 2

1. Involved Personnel

   a. Cause any needed medical aid to be rendered.

   b. Immediately notify, or cause notification of, an on-duty supervisor.

   c. Complete a Use of Force Report and give it to the investigating supervisor.

2. Investigating Supervisor

   a. Review and sign the Use of Force Report.

   b. Forward a copy of the report to the immediate supervisor of the involved personnel.

   c. If the subject is being arrested or issued a summons:

      (1) Ensure that the arresting personnel include the facts necessitating the use of chemical spray and details of the decontamination/treatment rendered in the narrative section of the Arrest Information form.

      (2) Include a brief statement indicating justification for the use of chemical spray, the effectiveness of the chemical spray, and details of the decontamination process and treatment rendered on the Use of Force Report.

      (3) Ensure that an "X" is placed in both the "Chemical Spray" box on the top left corner and the "Use of Force" box on the top right corner on the front of the Arrest Information form.

      (4) Complete a Data Processing Worksheet, attach the Use of Force Report and a copy of the Arrest Information form, and forward the packet through the involved personnel's chain of command.

   d. If no arrest is made, add comments to the back of the Use of Force Report, and forward it along with a Data Processing Worksheet through the involved personnel's chain of command.

   e. If circumstances indicate that the use of chemical spray was not within Division policy, complete an investigation as indicated on the Use of Force Report, and forward it along with a Data Processing Worksheet through the involved personnel's chain of command.

   f. For a Level of Control 2 against a handcuffed subject:

      (1) Identify and interview the following:

         (a) Involved Division personnel

         (b) All available witnesses

         (c) The subject upon whom chemical spray was used

      (2) Review and sign the Use of Force Report.

      (3) Complete an administrative investigation.

D. Level of Control 3
   1. Involved Personnel
      a. Cause any needed medical aid to be rendered.
      b. Immediately notify, or cause notification of, an on-duty supervisor.
      c. Complete a Use of Force Report and a Use of Taser Report, form U-10.128T, and give them to the investigating supervisor.
   2. Investigating Supervisor
      a. Identify and interview the following:
         (1) Involved Division personnel
         (2) All available witnesses
         (3) The subject upon whom the taser was used
      b. Review and sign the Use of Force Report and the Use of Taser Report.
      c. Complete the Data Processing Worksheet; attach the Use of Force Report, Use of Taser Report, any photographs taken, and a copy of the Arrest Information form; and forward the packet through the involved personnel's chain of command.
      d. For a Level of Control 3 against a handcuffed subject, when three or more cycles of the taser are applied to one subject, when one taser is applied to multiple subjects during the same incident, or when multiple tasers are applied to the same subject:
         (1) Complete an administrative investigation.
         (2) Attach the administrative investigation to the Data Processing Worksheet, Use of Force Report, Use of Taser Report, any photographs taken, and a copy of the Arrest Information form, and forward the packet through the involved personnel's chain of command.
   3. *Commander*
      a. Make a final determination for Level of Control 3 *(no serious injury)* unless deviation from progressive discipline and/or departmental charges are recommended.
         *(1) If deviation from progressive discipline and/or departmental charges are recommended, forward the investigative packet to the deputy chief.*
      b. Forward the investigative packet to*:*
         *(1) Human Resources Bureau if discipline was issued, or*
         *(2) IAB for filing if no discipline was issued.*
      c. Cause the involved personnel to be notified of the final determination when no discipline or progressive discipline not resulting in departmental charges is the result.

3. ***Commander***

   a. ***Make a final determination for Levels of Control 4 and 5 (no serious injury) unless deviation from progressive discipline and/or departmental charges are recommended.***

      (1) ***If deviation from progressive discipline and/or departmental charges are recommended, forward the investigative packet to the deputy chief.***

   b. Forward the investigative packet to ***the:***

      (1) ***Human Resources Bureau if discipline was issued, or***

      (2) ***IAB for filing if no discipline was issued.***

   c. Cause the involved personnel to be notified of the final determination when no discipline or progressive discipline not resulting in departmental charges is the result.

4. Deputy Chief

   a. Make a final determination for Levels of Control 4 ***and 5 (serious injury)*** unless deviation from progressive discipline and/or departmental charges are recommended.

   b. ***If deviation from progressive discipline and/or departmental charges are recommended, forward the investigative packet to the Discipline/Grievance Section for a just cause review, then to the Chief of Police.***

   c. Forward the investigative packet to:

      (1) ***Human Resources Bureau if discipline was issued, or***

      (2) ***IAB for filing if no discipline was issued.***

   d. Cause the involved personnel to be notified of the final determination when no discipline or progressive discipline not resulting in departmental charges is the result.

5. ***Human Resources Bureau***

   a. ***Record discipline into the Discipline Tracking System and file in the employee's Master Personnel File.***

   b. ***Forward the remaining investigative packet to IAB.***

6. Internal Affairs Bureau

   a. Record the incident in the involved personnel's IAB database record.

   b. Maintain the original Use of Force Report.

F. ***Level of Control 6 and 7***

   1. ***Involved Personnel***

      a. ***Cause any needed medical aid to be rendered.***

**G.** Use of Force Resulting in **Death or** Serious Physical Harm **Likely to Cause Death**

1. Involved Personnel

   a. Cause any needed medical aid to be rendered.

   b. Immediately cause Communications Bureau personnel to be notified.

   c. Secure the scene.

2. Communications Bureau

   a. Dispatch personnel to render assistance or to secure the scene.

   b. Notify the Columbus Division of Fire and those listed on the Emergency Notification Guide.

   Note: The Investigative Duty Desk will contact **an on-duty Assault/ Homicide Section supervisor**.

3. **Assault/Homicide Section Supervisor**

   a. **Notify the independent agency.**

   b. **Function as the Division liaison to the independent agency, as outlined in the Assault/Homicide Section SOP.**

   c. **Complete the required administrative paperwork, for example, Use of Force Report and Data Processing Worksheet and forward as outlined in the Assault/Homicide Section SOP.**

4. Officer Support Team

   Provide the involved personnel with any assistance, information, or other support they may desire.

   Note: Officer Support Team members are subject to being subpoenaed to attend legal proceedings and testify to what they are told by the involved personnel. Therefore, Officer Support Team members are cautioned not to discuss the incident.

5. Firearms/Police-Involved Death Review Board

   a. Review all information concerning the incident.

   b. Determine whether the police action was within Division policy.

   c. Prepare and forward a summary of the findings, together with the original investigative packet, the Use of Force Report, and the Data Processing Worksheet, through the involved personnel's chain of command to the deputy chief.

   Note: If there is a dissenting opinion between the Firearms/Police-Involved Death Review Board members, the dissenting member will include a letter of finding with the investigative packet and route it through the involved personnel's chain of command to the Chief of Police.

6. Immediate Supervisor

   a. Review the investigative packet and make recommendations.

   b. Forward the investigative packet through the chain of command.



# I. Definitions

A. Conducted Energy Weapon (hereafter referred to as taser)

An intermediate weapon not intended to replace firearms or self-defense techniques. The taser is designed to temporarily immobilize a violent or potentially violent subject. When applied correctly, the taser generates an electrical current that disrupts the neuromuscular and sensory nervous system, incapacitating the subject.

B. Close-Quarter Probe Deployment

A method in which the user deploys the taser on a subject in "Probe" mode, then places the taser at another position on the subject's body as distant as possible from the initial contact point, and rocks the taser forward and backward.

C. Drive-Stun

A function in which the taser is held directly against the subject's body, causing localized pain, but does not override the subject's motor responses.

# II. Policy Statements

A. Chemical ***Irritants***

1. Sworn personnel shall carry only those chemical ***irritants*** that have been authorized by the Chief of Police. ***CS Gas, commonly referred to as Tear Gas, is prohibited for use to disperse crowds. CS gas may be deployed by SWAT personnel during barricade situations.***

2. Sworn personnel shall not carry chemical spray until training and qualification standards have been satisfied. Sworn personnel shall demonstrate proficiency with chemical spray once each calendar year.

3. Sworn personnel may use chemical spray to protect themselves or another person from harm, to effect the arrest of or gain control of a physically aggressive/resistive subject, to prevent escape, or to prevent or stop the commission of a criminal offense.

   a. Sworn personnel should not use chemical spray on handcuffed subjects unless they pose a danger to themselves, officer(s), or the public.

   b. Supervisors investigating incidents in which chemical spray has been used against a handcuffed person shall comply with the applicable procedures detailed in the Supervisor's Manual and the "Use of Force" directive.

**PLAINTIFF'S EXHIBIT**
9

4. The use of a chemical *irritant* deployed by a 37mm or 40mm gas gun or *a* chemical *irritant* grenade being thrown or rolled requires the approval of a lieutenant or higher authority.

   a. A SWAT lieutenant may designate a lower-ranking SWAT officer to give such an order, *except in crowd control situations*.

   b. A sergeant acting as a zone lieutenant should not give such approval.

5. *Sworn personnel shall not* use their Division-issued chemical spray to disperse a congregation of individuals *unless the congregation is engaging in aggressive or violent actions towards officers or others*. Prior to deployment of the chemical spray *on or against an aggressive or violent crowd*, at least three notifications should be made *when possible* to the participants in the crowd advising them that they are committing a violation of law and are to disperse, and that chemical spray will be used if they fail to comply with the order. *Failure to leave a street or to move, by itself, shall not justify the use of chemical spray against a non-aggressive, non-violent crowd.*

   a. The notifications should be made in a manner which the participants in the crowd should reasonably be able to hear and understand.

   b. The notifications and subsequent deployment of chemical spray in crowd control situations should be audio/video-recorded when possible.

   c. *Sworn personnel may use chemical irritants to clear a congregation of people from a controlled-access highway or to prevent a congregation of people from entering a controlled-access highway.*

6. Sworn personnel encountering a group of people, some of whom are engaged in unlawful conduct, shall be guided by the "Use of Force" directive when determining whether to use chemical spray. If chemical spray is used, it should be directed at the persons participating in the violent conduct, not at the group in general. The encounter should be audio/video-recorded when possible.

7. Sworn personnel deploying a chemical *irritant* shall make a reasonable effort to decontaminate exposed persons once the situation is under control. Decontamination may include exposure to fresh air, flushing the eyes with fresh water, or seeking medical attention.

B. Intermediate Weapons

1. Sworn personnel shall carry only those intermediate weapons authorized by the Chief of Police. The approved intermediate weapons are:

   a. A flashlight not to exceed 15" in length

   b. The issued tactical baton

   c. The approved taser

2. Sworn personnel shall not carry an intermediate weapon until training and qualification standards for that weapon have been satisfied. Sworn personnel shall requalify once each calendar year with each intermediate weapon they are authorized to carry.

3. Sworn personnel may use an intermediate weapon to protect themselves or another person from harm, to effect the arrest of or gain control of a physically aggressive/resistive subject, or to prevent or stop the commission of a criminal offense.

4. Sworn personnel should not use an intermediate weapon on handcuffed subjects unless they pose a danger to themselves, officer(s), or the public.

5. Intermediate weapons are not a substitute for deadly force.

6. It is recommended that sworn personnel have an approved intermediate weapon and a restraint device available when in possession of a firearm while off duty.

7. Sworn personnel shall complete a Use of Force Report, form U-10.128, when an intermediate weapon is used on a subject.

8. Sworn personnel shall complete the Personal Advanced Taser Agreement, form J-10.112, and obtain approval from the Defensive Tactics Unit (DTU) prior to carrying a personally owned taser. Personally owned tasers may be carried while working regular duty, special duty, or off duty as an intermediate weapon. Division-owned tasers that are not personally assigned shall only be used for regular duty.

9. Sworn personnel shall not target the head, face, neck, or groin with the taser in probe mode.

10. Sworn personnel should not intentionally target the chest area above the sternum when deploying the taser in probe mode when possible.

11. Sworn personnel may target the neck or groin with the taser in drive-stun mode.

12. Sworn personnel should consider training and the following when determining whether to use the taser:
   a. Subject's age
   b. Subject's weight
   c. Subject's obvious physical disabilities
   d. Subjects who are in a position where a fall may cause substantial injury or death
   e. Whether the subject is exhibiting signs or symptoms of mental illness

13. Sworn personnel should not use the taser in drive-stun mode for pain compliance if it is likely to be ineffective due to intoxication or signs or symptoms of mental illness.

14. Sworn personnel should not use the taser on small children, infirm or elderly individuals, obviously pregnant females, or subjects who are in control of a motor vehicle.

15. Sworn personnel shall not deploy the taser on subjects known to have come in contact with flammables or in environments where flammables are obviously present.

16. Sworn personnel shall not use the taser on a fleeing subject who committed a minor misdemeanor as a primary offense, unless the subject is posing an articulable threat to the officer or to another citizen.

Note: Failure to Comply and/or Obstructing Official Business violations arising solely from the act of fleeing from a minor misdemeanor are not justification for using the taser.

17. Sworn personnel shall properly store the taser when it is not in use. Once the taser is issued, sworn personnel shall not leave the taser unattended.

18. Sworn personnel shall not change or modify the taser.

19. Sworn personnel shall contact a DTU supervisor for replacement of any taser that is not safe or functioning properly. Only a DTU supervisor shall repair the taser or accessories.

20. Sworn personnel shall not remove the Digital Power Magazine (DPM) from the taser unit. Once the DPM read-out reaches 20% or less, personnel should have the DPM replaced. The DPM shall only be replaced by a DTU supervisor.

21. Taser unintentional discharges

   a. Sworn personnel shall notify an on-duty supervisor and record the incident on the Taser Log Sheet, form S-70.113.

   (1) If a subject is struck, sworn personnel shall complete a Use of Force Report and follow the applicable procedures outlined in the "Use of Force" directive.

   (2) If no subject is struck, sworn personnel shall ensure that the probes and cartridges are destroyed.

   (3) The supervisor shall conduct an administrative investigation when an incident occurs at a location other than a police facility, or at a police facility when a suspect or arrestee is present.

22. Taser deployment

   a. Sworn personnel choosing to deploy a taser shall confirm that the weapon selected is a taser and not a firearm.

   b. Only cartridges marked "25 FEET" or "XP" shall be used in the taser.

   c. When feasible, sworn personnel should communicate to the subject that the taser is going to be deployed to attempt to gain compliance. This can be communicated to the subject by removing the air cartridge, displaying the laser on the subject, and "sparking" the taser unit.

   Note: When the taser is "sparked" for compliance, sworn personnel shall complete a Use of Force Report.

   d. If possible, personnel should give the loud verbal command "Taser! Taser! Taser!" prior to firing the taser.

e. Sworn personnel may use the taser in the drive-stun mode to gain control of suspects displaying active resistance. The drive-stun mode shall not be used with a live air cartridge in place.

f. Sworn personnel should attempt to control and handcuff the subject under power during the window of opportunity the taser cycle provides.

g. Sworn personnel should consider moving on to another force option if unable to control and handcuff under power.

23. Taser post-use

a. Any subject upon whom the taser is used, in either probe or drive-stun mode, shall be examined by EMS personnel and shall remain under observation by sworn personnel until slated or released.

b. Sworn personnel shall request an EMS unit to respond to the scene to remove any probes that have penetrated the skin or to care for wounds caused by probes that penetrated but fell out. Sworn personnel shall not remove the probes.

   (1) If the subject is transported to a medical facility, sworn personnel shall ride in the medic unit and remain with the subject until further medical attention has been offered.

   (2) Sworn personnel shall call EMS personnel to the scene if any signs or symptoms of medical distress become evident.

c. Sworn personnel shall provide the subject with the Taser Aftercare form, S-70.112.

d. Sworn personnel shall treat the taser cartridge, wires, and probes as evidence and shall secure and submit them to the Property Control Unit for two years. This does not apply to unintentional discharges when no subject is struck or when used against an animal. Probes that have penetrated the skin should be treated as a biohazard and proper universal health precautions should be taken when handling and packaging them.

24. Taser dataport

a. Only zone lieutenants, a DTU supervisor, and Internal Affairs Bureau supervisors shall access the taser's USB dataport.

b. Taser dataport settings shall only be set or adjusted by a DTU supervisor.

25. Each unit assigned a taser shall maintain a Taser Log Sheet that shall include:

a. Tasers assigned to the unit;

b. Taser cartridge serial numbers assigned to the unit; and

c. Spent taser cartridge serial numbers with the date fired, the officer's name and badge number, and the taser serial number from which it was fired.

26. When the Taser Log Sheet indicates four cartridges remain assigned to a unit, the first shift supervisor shall obtain replacements through DTU.

27. Completed Taser Log Sheets shall be forwarded to DTU for retention.

Printable View

# Event Information -- P200384236

| Location Information | | Caller Information | |
|---|---|---|---|
| Number | | Name | PROTEST |
| Direction | | Address | |
| Street | | Phone | |
| Type | | Terminal | pd009 |
| Suffix | | Calltaker ID | 2011086 |
| Area | | Source | PHONE |

** LOI search completed at 05/28/20 19:55:42
PROTEST AT HIGH AND BROAD
** LOI search completed at 05/28/20 19:57:23
9131E -- CHANGED LOCATION TO 375 S FRONT
** LOI search completed at 05/28/20 19:57:31
9142E -- CHANGED LOCATION TO 375 S FRONT
** LOI search completed at 05/28/20 19:57:41
168B -- CHANGED LOCATION TO BROAD/FRONT:NO EB BROAD
FROM
FRONT
** Cross Referenced to Event # P200384160 at: 05/28/20 19:58:12
** >>>> by: WILLIAM B. SHOOK on terminal: pd010
Alarm Timer Extended: 0
Alarm Timer Extended: 0
NOW BACK SB ON HIGH ST
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
** LOI search completed at 05/28/20 20:00:46
7114 -- CHANGED LOCATION TO BROAD/HIGH:SURROUNED BY
SEVERAL
NOT LETTING THEM MOVE
Alarm Timer Extended: 0
L5C -- Z5EMW TO HIGH AND BROAD
Alarm Timer Extended: 0
Alarm Timer Extended: 0
L5C -- ALL CARS ENR TO HIGH/BROAD ARE ON 60S
Alarm Timer Extended: 0
NEED TO GET TO THE NORTH SIDE OF HIGH AND BROAD
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
** LOI information for Event # P200384236 was viewed at: 05/28/20
20:04:14
** >>>> by: JENNIFER L. DOIG on terminal: fd032
S7B -- NEED ANOTHER MUNITIONS BAG IF ANOTHER LT IN THE
CITY HAS
ONE
Alarm Timer Extended: 0
L5C -- TRIED TO SURROUND A CRUISER...ALL ARE ACCOUNTED FOR
AND OK
Alarm Timer Extended: 0
Alarm Timer Extended: 0
9120E -- MDC BANNER ALL OK
S7B -- OSP AND COUNTY ADV
Alarm Timer Extended: 0

## EX. 31

** LOI search completed at 05/28/20 20:08:02
L3B -- CHANGED LOCATION TO HIGH/GAY:ON A 60
S7B -- NEED 4 WAGONS ON 60S TO HIGH AND GAY
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
Preempt:TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
High priority event
** Event P200384236 transferred from CPD/CPDT1 to CPD/CPDT2 as P200384236 at
05/28/20 20:09:28
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2
TREV to CPD/CPDT2

TREV to CPD/CPDT2
TREV to CPD/CPDT2
** LOI search completed at 05/28/20 20:10:02
88B -- CHANGED LOCATION TO HIGH/GAY
208B/138B RESPONDING TO HIGH/GAY
** LOI search completed at 05/28/20 20:10:08
208B -- CHANGED LOCATION TO HIGH/GAY
** LOI search completed at 05/28/20 20:10:15
** LOI search completed at 05/28/20 20:10:15
138B -- CHANGED LOCATION TO HIGH/GAY
138B -- CHANGED LOCATION TO HIGH/GAY
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0

**Municipality**

CHIEF 5 WANTS ONE LRAD HERE AND ONE AT THE OTHER
LOCATION
L4B IS DOWN HERE WITH ONE MOUNTED
S7B -- PER CHIEF 5 THEY NEED EOC ACTIVATED....EOC ADVISED
L4B ENR WITH THE L-RAD
Alarm Timer Extended: 0
416 -- NEED A CAR AT HIGH AND LONG NO SB
** LOI search completed at 05/28/20 20:13:51
208B -- CHANGED LOCATION TO HIGH/LONG:NO SB
L5C -- SEND ALL CITYWIDE MW TO 5B
Alarm Timer Extended: 0
GROUP LOOKING LIKE THEY ARE EB IN THE WB LANES OF BROAD
GROUP SPLITTING INTO 2 GROUPS
*** S71 / NEED A 24 FOR AN OFFICER ** CFD ADV
GAY / HIGH FOR THE 24
Alarm Timer Extended: 0
Alarm Timer Extended: 0
L5C -- NEED ALL CITY WIDE MW TO HIGH/GAY AS THEY GET SET
UP
THERE...HEAD DOWN TO HIGH AND BROAD
L4B -- HERE JUST NORTH OF
S12B -- 2ND PART OF THIS GROUP IS EB BROAD AND NOW NB
LAZELLE...MAY BE HEADED TO TRY AND FLANK OFCS
550 SECOND GROUP IS NOW BACK WB ON GAY FROM LAZELLE
550 STILL WB GAY AT 3RD
HIGH AND GAY COPIES....THEY HAVE THE BACK SIDE SECURED
NOW GOING SB ON THIRD
Alarm Timer Extended: 0
** LOI search completed at 05/28/20 20:22:06
** LOI search completed at 05/28/20 20:22:06
** LOI search completed at 05/28/20 20:22:07
** LOI search completed at 05/28/20 20:22:07
** LOI search completed at 05/28/20 20:22:07
** LOI search completed at 05/28/20 20:22:07
** LOI search completed at 05/28/20 20:22:07
** LOI search completed at 05/28/20 20:22:07
** LOI search completed at 05/28/20 20:22:07
9010E -- CHANGED LOCATION TO HIGH/GAY
** LOI search completed at 05/28/20 20:22:08

CBUS

** LOI search completed at 05/28/20 20:22:08
** LOI search completed at 05/28/20 20:22:08
333 ASKING FOR A SIZE ON THE 2ND GROUP
MAYBE 50-75
PER 550
S7B -- ANY CAR COMING DOWN HERE ON 60S
550 -- GROUP SB ON 3RD IS NOW CROSSING BROAD SB 75-100 PPL

550 -- GROUP SB ON THIRD IS NOW APPROACHING STATE
Alarm Timer Extended: 0
** LOI search completed at 05/28/20 20:25:58
L3B -- CHANGED LOCATION TO HIGH/GAY
Duplicate Event:Location = E BROAD ST/N HIGH ST CBUS FRA, Cross
Street 1 = E
BROAD ST, Cross Street 2 = N HIGH ST, Caller Ph Number = (614)
736-0947, Caller
Address = 4649 GROVES RD - N Sector COLUMBUS, Call Source =
ANI/ALI, Alarm Level
= 0
End of Duplicate Event data
ANOTHER CALL SAID THERES A LOT OF CHAOS AND HU
550 -- 2ND GROUP IS WB STATE HEADED BACK TO HIGH
550 -- NOW NB HIGH FROM STATE
S7B -- DISPERSAL ORDERS HAVE STARTED
416 -- STAGE THE GRENIDEERS...DO NOT DEPLOY
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
9060E -- CHANGED LOCATION TO HIGH/GAY
** LOI search completed at 05/28/20 20:30:58
Alarm Timer Extended: 0
S7B -- ASKING FOR ANY OF THE WAGONS WITH PRISONER COVID
MASKS TO HEAD UP TO HIGH/BROAD...COME FROM THE NORTH
550 -- SECOND GROUP HAS JOINED BACK UP....ALL BACK AT
BROAD/HIGH
S7B -- 2ND ORDER OF DISPERSAL HAS BEEN ORDERED
L5C -- ANYONE ON BIKES HEAD TO L5C
Preempt:CAD AUTOMATIC PREEMPT
CHIEF5 -- HAVE BIKES MEET AT REAR OF 138 WAGON
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
CHIEF5 -- HAVE COMMANDER ALI COMMANDER JEFFERY
COMMANDER
SCHRADER COMMANDER GRAY REPORT TO HQ AND CALL DC
WOODS
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
L5C -- YES HAVE MOUNTED UNIT ACTIVATED AND REPORT TO
HQ...THEIR ETA IS ONE HR

RADIO SUPV MASSEY ADV OF THE COMMANDER REQUEST FROM CHIEF5

Alarm Timer Extended: 0

Alarm Timer Extended: 0

Alarm Timer Extended: 0

Alarm Timer Extended: 0

S12B -- WANTS A MEDIC ON GAY BETWEEN HQ AND CITY HALL

Alarm Timer Extended: 0

Alarm Timer Extended: 0

333 -- LARGE PORTION OF THE CROWD STARTED TO RUN AWAY....PER

CHOPPER THEY ARE MAKING THEIR WAY BACK

S72 AIRED GETTING LIQUIDS THROWN AT THEM

88B -- ASKING CHOPPER TO CHECK 2 PEOPLE ON THE TOP OF THE PARKING GARAGE FRONT AND GAY TO SEE IF THEY HAVE ANY PROJECTILES THAT CAN HIT OFFICERS...THEY HAVE BEEN YELLING

** LOI search completed at 05/28/20 20:52:09

334 -- CHANGED LOCATION TO FRONT/GAY

** LOI search completed at 05/28/20 20:52:21

339 -- CHANGED LOCATION TO FRONT/GAY

Alarm Timer Extended: 0

790 EQUPIMENT TRUCK IS ON GAY JUST EAST OF HIGH

415 -- CARS AT 8/16 SUB...TURTLE UP AND PAIR UP AND HEAD TO GAY

AND HIGH WEST OF INTERSECTION

416 -- WHEN RELIEF UNITS HEADING TO HQ GET THERE...SQUAD UP...HEAD TO HIGH AND GAY HAVE THEM COME OVER AS A SQUAD

Alarm Timer Extended: 0

S7B -- NEED PRISONER MASKS UP TO HIGH/BROAD

HAD CONVERSATION ABOUT PLAIN CLOTHES OFCS AND THE BEST PLACE FOR THEM

Alarm Timer Extended: 0

S16B -- SB FRONT BROAD SILVER SUV HEAVY FRONT END DAMAGE AND 3

GUYS HANGING OUT

163B -- VEH IS SB HIGH FROM STATE

** LOI search completed at 05/28/20 21:05:06

** LOI search completed at 05/28/20 21:05:06

** LOI search completed at 05/28/20 21:05:06

** LOI search completed at 05/28/20 21:05:06

** LOI search completed at 05/28/20 21:05:06

** LOI search completed at 05/28/20 21:05:07

** LOI search completed at 05/28/20 21:05:07

S75 -- CHANGED LOCATION TO FRONT/GAY

550 -- SUV SB 3RD COMING UP TO MAIN GONNA STOP AT 70...NOW EB

LIVINGSTON...LEAVING THE AREA...C4

Alarm Timer Extended: 0

** LOI search completed at 05/28/20 21:06:47

240 -- CHANGED LOCATION TO 23 N 4TH:CHECKING IF THEY HAVE CAMERAS THAT MIGHT BE ABLE TO HELP US

CHILDRENS SPL THAT VEH IS NOW NB PARSONS

240 -- ONLY CAMERAS WOULD HAVE BEEN AT 10 W BROAD AND THEY

ARE OUT OF COMMISSION

Alarm Timer Extended: 0

E/O HIGH - THERES A FB BRAIDS ORG SHIRT CARRYING A RIFLE STRAPPED ON HER

SHOULDER

CALLER SAYING SHES STANDING BY OFFICERS

CALLER JEAN 614 787 9491 - NO FURTHER SHES WATCHING THIS ON LIVE CAMERA FOOTAGE

** LOI search completed at 05/28/20 21:10:14

381 -- CHANGED LOCATION TO @STATEHOUSE:WORK WITH THEIR CAMERAS

631X -- OHGO CAMERA AT BROAD AND 3RD IS UP AND WATCHING BROAD AND HIGH

**Remarks**

S75 -- ASKING NUMBER OF PROTESTERS.....550 ADV 150-200
Preempt
Alarm Timer Extended: 0
Alarm Timer Extended: 0
S75 -- FOR HIS CREW NO CHIN BARS BRING YOUR GAS MASKS
Alarm Timer Extended: 0
Alarm Timer Extended: 0
PLAIN CLOTHES OFC THAT WAS IN THE CROWD IS NO LONGER IN
THE CROWD
** LOI search completed at 05/28/20 21:15:25
** LOI search completed at 05/28/20 21:15:25
** LOI search completed at 05/28/20 21:15:25
133B -- CHANGED LOCATION TO @SUB 8:STAGING
** LOI search completed at 05/28/20 21:15:26
** LOI search completed at 05/28/20 21:15:26
** LOI search completed at 05/28/20 21:15:27
** LOI search completed at 05/28/20 21:15:27
** LOI search completed at 05/28/20 21:15:36
** LOI search completed at 05/28/20 21:15:36
** LOI search completed at 05/28/20 21:15:36
** LOI search completed at 05/28/20 21:15:36
** LOI search completed at 05/28/20 21:15:36
** LOI search completed at 05/28/20 21:15:36
133B -- CHANGED LOCATION TO FRONT/GAY:SUITING UP AND
HEADED
HERE
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
** LOI search completed at 05/28/20 21:21:40
** LOI search completed at 05/28/20 21:21:40
** LOI search completed at 05/28/20 21:21:40
** LOI search completed at 05/28/20 21:21:41
** LOI search completed at 05/28/20 21:21:41
** LOI search completed at 05/28/20 21:21:41
** LOI search completed at 05/28/20 21:21:41
** LOI search completed at 05/28/20 21:21:41
** LOI search completed at 05/28/20 21:21:42
** LOI search completed at 05/28/20 21:21:42
** LOI search completed at 05/28/20 21:21:42
** LOI search completed at 05/28/20 21:21:42
** LOI search completed at 05/28/20 21:21:42
** LOI search completed at 05/28/20 21:21:42
** LOI search completed at 05/28/20 21:21:43
101B -- CHANGED LOCATION TO FRONT/GAY:FROM 1250
FAIRWOOD TO
FRONT/GAY TO SUIT UP
1510 -- CHANGED LOCATION TO @EOC
1510 -- CHANGED LOCATION TO @HQ
CHIEF5 -- ASKING FOR OSP TO RECORD BROAD/HIGH FROM THEIR
CAMERAS....381 IS THERE AND ADV THEM....THEY ARE
RECORDING
**EOC NOW HAS THE AIR**
FAIRWOOD NO LONGER MONITORING 5B
Alarm Timer Extended: 0
CROWD IS RUNNING 550 KEEPING AN EYE ON THEM
THEY SCATTERED IN EVERY DIRECTION
COUPLEBOTTLES THROWN AT THEM
MOST RUUNER ARE MAKING THEIR WAY BACK
COUPLE MORE BOTTLES THROWN
STILL SMALL POCKETS SO BROAD NEAR STATE HOUSE

FORMING AGAIN AT BROAD/HIGH
MORE BOTLES BEING TOSSED AT OFFICERS
BROAD TO MARCONI IS PRETTY CLEAR
NOTHING HAPPENING TO THE EAST
Alarm Timer Extended: 0
Alarm Timer Extended: 0
TAKING BOTTLES AT FRONT
GROUP TOOK OFF RUNNING AND NOW HEADED BACK TWDS
BROAD/HIGH
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
PER K91 MOUNTED UNIT IS ENR
MORE BOTTLES AND FIREWORKS
PER LT DOPP NEED 2 OFFICERS FOR HQ SECURITY 1AT FRONT AND
1 AT BACK
HIGH SO GAY MOUNTED UNITS RESP
START MAKING ANNOUNCEMENT
MARK 9 TO DISPERSE CROWN
VIE GETIING READY TO MOVE UP
**VICE
MOUNTED UNITS RESP TO HIGH/BROAD
Alarm Timer Extended: 0
Preempt
134 RESP TO SOUTH SIDE OF HQ
134B -- CHANGED LOCATION TO @HQ:SOUTH SIDE OF THE
BUILDING
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
SCOOTERS AND BOTTLES BEING THROWN
Alarm Timer Extended: 0
Alarm Timer Extended: 0
18B -- CHANGED LOCATION TO @HQ
ANOTHER ROCK
Alarm Timer Extended: 0
622X -- CHANGED LOCATION TO @11TH/I71
** LOI search completed at 05/28/20 21:47:35
622X -- CHANGED LOCATION TO @E 11TH/I71
NEED 2 MARKED UNIT ON BROAD ST BRIDGE WO FRONT
9082 AND 9192 HAVE THE BRIDGE
9082E -- CHANGED LOCATION TO BRO/FRON:BROAD ST BRIDGE
** LOI search completed at 05/28/20 21:48:38
622X -- CHANGED LOCATION TO @E 11TH/I71
** LOI search completed at 05/28/20 21:48:47
** LOI search completed at 05/28/20 21:48:47
9192E -- CHANGED LOCATION TO BRO/FRON:BROAD ST BRIDGE
TAKING HEAVY OBJECT, SCOOTERS
ETA 10MINS FOR HORSES
DEPLOYED GAS
CONT TO TAKE BOTTLES AND THROWING SCOOTERS
550-CROWD IS DISPERSING INTO BROAD
STILL TAKING BOTTLES

Apartment

Alarm Timer Extended: 0
3 CARS ON WEST SIDE OF HIGH FACING EB BLK CAR WHT 4DR AND
SLV 4DR
THERE FOR OVER 20MINS
L5 TAKING MUNITIONS AND HEADED EB BROAD
GROUP OF OFFICERS GOING WITH L5 FOR SECURITY
L5 MTG WITH MOUNTED UNITS START PUSHING THEM EAST
BROAD/3 ONLY HAVE 2 CaRS
608 HORSES EB BROAD COING UP TO COSI
MOUNTED UNIT TO GO EB BROAD W/L5
602 ON AIR RADIO TO USE ANY FRWY UNITS FOR TRAFFIC
2ND VICE UNIT TO FRONT/BROAD WORKING EAST
608 HORSES ARE COMING UP FRONT
255 EB BROAD TO PUSH THEM AS WELL
Alarm Timer Extended: 0
550 SOME OF THE GROUP TOOK OFF SB BUT HEADED BACK TWDS
BROAD
CHIEF 5 ALL UNITS AT BROAD/HIGH NO BROAD STAND PAT
MOUNTED, L5, CAMPUS WALKIE WALKING EB DISPERSING CROWN
L4 AND L5 TO ANNOUNCE ON LRAD DISPERSE AND MOVE EAST
NEED MORE CARS BROAD EO HIGH
ONLY 3 CARS THERE
** Cross Referenced to Event # P200384392 at: 05/28/20 22:08:08
** >>>> by: KIMBERLY D. NICKEL on terminal: pd015
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
CFD ENR TO BROAD/3
MOVING UP TRYING TO DISPERSE CROWD
PER L5 FULL VOLUME IS NOT DOING ANYTHING
CROWD AT HIGH/GAY IS MOVING WB
CROWD AT HIGH/GAY IS SB NOW
CONT SB
STILL TAKING BOTTLES
OFFICER GOT HIT IN THE HEAD WITH A BOTTLE
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
S23 NEEDS 4-5BIKES @NWC BROAD/HIGH
646 AND 639 RESP TO BROAD/3
625 BROAD/CIVIC CTR
** LOI information for Event # P200384236 was viewed at: 05/28/20
22:27:08
** >>>> by: ELIZABETH A. LUCAS on terminal: pd022
MB WHT SHIRT BLK SHORTS W/WHT STRIPE
Alarm Timer Extended: 0
CROWD AT BROAD/CLEVELAND THROWING SIGNS
78B -- CHANGED LOCATION TO BROAD/GRANT
** LOI search completed at 05/28/20 22:31:19
CROWD LEFT EB BUT THERE ARE A COUPLE SIGNS IN THE ROAD
CMDR 5- CRT5 CAMPUS WALKIE CREW BROAD/FRONT EB BROAD
TAKING THE STREET
MTG S75 IRO CRUISERS
71 AND 78 HAVE BEEN RELIEVED
BROAD/FRONT CRUISERS-TAKING BROAD ST STOP ALL EB ON THE
SIDEWALK NO EB
PEDESTRIAN OR TRAFFIC
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
OVERWATCH 1 AND 2 ARE IN PLACE
GOING TO START PUSHING

HOLD FOR NOW
OVERWATCH HAS A GOOD VIEW OF EO BUT NOT WO HIGH
OVWERWATCH 1 PEOPLE ON THE UNDERGROUND GARAGE ACCESS
644 MARCONI/BROAD NO SB
ON THE ROOF OF THE UNDERGROUND GARAGE
550 OVERHEAD IN 4MINS
118 ENR TO EOC FOR WATER
62 HAS WATER FRONT/GAY AS WELL
Alarm Timer Extended: 0
** LOI search completed at 05/28/20 22:51:57
88B -- CHANGED LOCATION TO GAY/FRONT
Alarm Timer Extended: 0
WATER IS ON SCENE
RAN NB PEARL UINDER THE SCAFFOLDING
TAKING BOTTLES FROM THE SOUTH WITH HORSE BROAD/HIGH
PER 415 THROWING BOTTLES DIRECTLY AT THE OFFICERS FACES
HORSES TAKING BOTTLES AND ROCKS
START PUSHING THEM EB MAKE SURE THEY HAVE RTES EAST AND
SOUTH
TAKE THE STREET
WATER IS COMING FROM SE CORNER AT THE GARAGE
OVERWATCH1 TIGHTENING BACK UP BROAD/HIGH
Alarm Timer Extended: 0
MB ORG SHIRT LONG DREADS W/A TEC 9 AND HIS FINGER ON THE
TRIGGER
NEED 1 UNIT FROM BROAD/FRONT TO COME EB BACK UP WALKIE
AND BIKE UNITS TO KEEP
THE GROUND THEY GAINED
110B HEADED THAT WAY
9192 TAKING ROCKS
CRT5 TAKING ROCKS AT PIZZA RUSTINCAS
RW ONE SEES COUPLE WITH ORANGE SHIRTS BUT NONE WITH 33
YET
ANYONE AT OSP THAT CAN GET THEM OFF THE ROOF FROM
THROWING BOTTLES
THROWING GLASS BOTTLES
CMDR 4 IS TAKING GLASS BOTTLES
ROLLING TRASH CANS IFO OFFICERS
BREAKING GLASS ON BUS STOP ON EAST SIDE OF BROAD/HIGH SO
HIGH/STATE THROWING TRASH CANS AND PLANTERS
Alarm Timer Extended: 0
240 HNB SECURITY SAYS THEY ARE THROWING SCOOTERS AT THE
GLASS DOORS
GLASS BALLS DEPLOYED
TAKING BOTTLES AT STATE/HIGH
L3C -- CHANGED LOCATION TO @HQ:SALLYPORT
S9C -- CHANGED LOCATION TO @HQ:SALLYPORT
S13C -- CHANGED LOCATION TO @HQ:SALLYPORT
L2C -- CHANGED LOCATION TO @HQ:SALLYPORT
4 OFFICERS AT STATE/HIGH
BREAKING GLASS OUT OF THE BUS STOP
Alarm Timer Extended: 0
S11C -- CHANGED LOCATION TO @HQ:SALLYPORT
S16C -- CHANGED LOCATION TO @HQ:SALLYPORT
HIGH NO STATE ON EAST SIDE TRYING TO SET SOMETHING ON
FIRE IN THE TREE LINE
CLIMBING LIGHT POLE SO BUT STOP TRYING TO BRK THE BULB
W/A SKATEBOARD
Alarm Timer Extended: 0
Alarm Timer Extended: 0
TRYING TO BRK THE FENCE ON HIGH ST STATE PROP
TAKING ROCKS NEAR POT BELLLY
BREAKING WINDOWS AT THE STATE HOUSE WITH TRASH CANS
HOLDS THE STREET WITH CRUISERS
BIKE NEED TO RESP TO STATE HOUSE
MOST DAMAGE IS HAPPENING ON THE SOUTH SIDE OF THE STATE
HOUSE
24ADV TROUBLE BREATHING BROAD/HIGH COME IN FROM NORTH
FORCING ENTRY TO STATE HOUSE

WEST SIDE OF THE STATE HOUSE
ALL FLED WEST SIDE DOORS RUNNING TWDS STATE/HIGH
TROOPERS HAVE THEM AT GUNPOINT ON THE WEST SIDE OF THE
STATE HOUSE
MB NO SHIRT WENT IN THROUGH A WINDOW'
BIKE CREWS NEED TO STAY WITH THE BIKES
68C -- CHANGED LOCATION TO 120 MARCONI
61C -- CHANGED LOCATION TO 120 MARCONI
178C -- CHANGED LOCATION TO 120 MARCONI
182C -- CHANGED LOCATION TO 120 MARCONI
OVERWATCH1-THEY HAVE A C3 ON HIM AND A 2ND MALE
NEED BEARCAT WITH BIGGER LRAD AT BROAD/HIGH
Alarm Timer Extended: 0
10C -- CHANGED LOCATION TO 120 MARCONI
12C -- CHANGED LOCATION TO 120 MARCONI
PUSHING THEM BACK TO MAKE PATH FOR THE MEDIC
646 FIRE IN ALLEY NEXT TO RINGSIDE IN THE RIFFE CTR
**TOOK A CALL FROM MALE- REFU STATING THEY WERE GETTING
READY TO BREAK INTO THE
STATE HOUSE AND PLANNING ON SETTING IT ON FIRE PER A LIVE
FEED
STILL NEED OFFICERS STATE/HIGH PEARL ALLEY DESTROYING THE
NEWS VANS
WHITEHALL PD ASKING IF WE NEED THEM TO RESPOND TO HELP -
MUTUAL AID
NEED MORE BLAST BALLS
NEED OFCRS AT STAT/HIGH THEY ARE THE CRUISERS
LEAVE 1 CAR ON PCTS NEED OTHER OFCRS @GAY/HIGH
OHIO THEATER WINDOWS BROKEN OUT
Preempt:CAD AUTOMATIC PREEMPT
** LOI search completed at 05/28/20 23:45:05
L3C -- CHANGED LOCATION TO GAY/HIGH
2 C3'S AT THE STATE HOUSE ON THE WEST SIDE NEED 2 WAGONS
98C -- ENROUTE
78 HAS THE C3
Alarm Timer Extended: 0
CARS NEED TO RESP SB EB OR WB
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
BEARCAT TO GO TO BROAD/HIGH
BEARCAT COMING WITH LARGER LRAD
168B -- 24 C/C TO GRANT NOW BEG 65
** LOI search completed at 05/28/20 23:48:53
** LOI search completed at 05/28/20 23:48:53
** LOI search completed at 05/28/20 23:48:53
** LOI search completed at 05/28/20 23:48:53
** LOI search completed at 05/28/20 23:48:53
** LOI search completed at 05/28/20 23:48:53
** LOI search completed at 05/28/20 23:48:54
** LOI search completed at 05/28/20 23:48:54
** LOI search completed at 05/28/20 23:48:54
CTY ALSO BRINGING THEIR BEARCAT
** LOI search completed at 05/28/20 23:48:54
** LOI search completed at 05/28/20 23:48:54
108C -- CHANGED LOCATION TO HIGH/GAY:MEETING L
** LOI search completed at 05/28/20 23:49:06
20C -- CHANGED LOCATION TO HIGH/GAY
Alarm Timer Extended: 0
Alarm Timer Extended: 0
** LOI search completed at 05/28/20 23:49:10
Alarm Timer Extended: 0
21C -- CHANGED LOCATION TO HIGH/GAY
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
** LOI search completed at 05/28/20 23:49:17
24C -- CHANGED LOCATION TO HIGH/GAY
** LOI search completed at 05/28/20 23:49:34

30C -- CHANGED LOCATION TO HIGH/GAY
MEDIC TO GO EB GAY SB HIGH FOR C3
** LOI search completed at 05/28/20 23:49:42
41C -- CHANGED LOCATION TO HIGH/GAY
** LOI search completed at 05/28/20 23:49:48
42C -- CHANGED LOCATION TO HIGH/GAY
Alarm Timer Extended: 0
Alarm Timer Extended: 0
** LOI search completed at 05/28/20 23:49:52
53C -- CHANGED LOCATION TO HIGH/GAY
Alarm Timer Extended: 0
Alarm Timer Extended: 0
** LOI search completed at 05/28/20 23:49:56
58C -- CHANGED LOCATION TO HIGH/GAY
** LOI search completed at 05/28/20 23:50:06
S5C -- CHANGED LOCATION TO HIGH/GAY
Duplicate Event:Location = 205 S HIGH ST CBUS, Cross Street 1 = E
RICH ST, Cross
Street 2 = W TOWN ST, Type = 38 PROPERTY DESTRUCTION IN
PROGRESS, Subtype =
default, Caller Ph Number = (740) 601-1473, Caller Address = 38 E
RICH ST - N
COLUMBUS, Call Source = ANI/ALI, Alarm Level = 0
SPECIAL ADDRESS COMMENT:
*** ACCESS CONCERN: CFD KNOXBOX 1/10/18 ***
PROTESTERS THROWING THINGS AT WINDOWS
ADV OFC DOWN THERE WILL BE ADV
** LOI search completed at 05/28/20 23:49:42
End of Duplicate Event data
** Cross Referenced to Event # P200384870 at: 05/28/20 23:50:11
** >>>> by: ANGELA L. ROSS on terminal: fd031
Alarm Timer Extended: 0
Alarm Timer Extended: 0
BROAD/HIGH NEED A MEDIC FOR AN OFFCIER
DID ANYONE PLACE 2 FEMALE C3'S IN A WAGON
78 HAS 2 MALE C3'S AND 2 FEMALE C3'S
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
BREAKING WINDOWS AT MAIN ENTRANCE TO CAPA
Duplicate Event:Location = 219 S HIGH ST CBUS ::THE GOAT, Cross
Street 1 = E
RICH ST, Cross Street 2 = W TOWN ST, Type = 8 BURGLARY IN
PROGRESS, Subtype =
default, Caller Name = ELANA DRESSLER - MANAGER, Caller Ph
Number = (937)
929-0993, Caller Address = 21 E STATE ST - S Sector COLUMBUS E,
Call Source =
ANI/ALI, Alarm Level = 0
** LOI search completed at 05/28/20 23:52:04
20-25 PROTESTORS HAVE BROKEN INTO AND STOLEN
THEY
Duplicate Event:Location = 205 S HIGH ST CBUS FRA, Cross Street 1
= E RICH ST,
SPECIAL ADDRESS COMMENT:
*** ACCESS CONCERN: CFD KNOXBOX 1/10/18 ***
Cross Street 2 = W TOWN ST, Type = 38 - PROPERTY
DESTRUCTION IN PROGRESS, Caller
Ph Number = (215) 815-8127, Caller Address = 21 E STATE ST - S
Sector COLUMBUS
PROTESTERS BUSTING GLASS OUT
E, Call Source = ANI/ALI, Alarm Level = 0
End of Duplicate Event data
THEY JUST BROKE INTO GYM ENTRANCE
Duplicate Event:Location = 190 S HIGH ST CBUS FRA, Cross Street 1
= E RICH ST,
Cross Street 2 = W TOWN ST, Caller Ph Number = (614) 302-2760,
Caller Address =

38 E RICH ST - N COLUMBUS, Call Source = ANI/ALI, Alarm Level = 0
End of Duplicate Event data
ANOTHER CALL ON THIS
ADV OF LIMITED RESPONSE
SAID THERE IS A LARGE GROUP OF PEOPLE WITH MASKS ON
INSIDE STEALING THINGS
Duplicate Event:Location = 250 S HIGH ST CBUS FRA, Cross Street 1 = W MAIN ST,
SPECIAL ADDRESS COMMENT:
ACCESS CONCERN: Lock box at front door and fire command room door. CODE: 2504
Cross Street 2 = E RICH ST, Caller Ph Number = (571) 344-8769, Caller Address =
3078 1-2 DUBLIN RD - SE Sector HILLIARD, Call Source = ANI/ALI, Alarm Level = 0
End of Duplicate Event data
ANOTHER CALL ON THIS FROM NEIGHBOR
ANOTHER CALL FROM ALEX REED 937.694.4920
NOW ALSO BREAKING LC WINDOWS
TONS OF PEOPLE RIOTING AND LOOTING
TOO FAR AWAY FOR DESCRIPTIONS
CALLER IS ANGELA 614-302-2760...DOESNT NEED TO SPEAK TO OFCR
End of Duplicate Event data
** Cross Referenced to Event # P200384874 at: 05/28/20 23:54:01
** >>>> by: ANGELA L. ROSS on terminal: fd031
Duplicate Event:Location = 245 S HIGH ST CBUS, Cross Street 1 = W MAIN ST, Cross
Street 2 = E RICH ST, Type = 8 BURGLARY IN PROGRESS, Subtype = default, Caller
Name = PASSERBY, Caller Ph Number = (585) 738-1734, Caller Address = 51 W CHERRY
ST - N COLUMBUS, Call Source = ANI/ALI, Alarm Level = 0
SPECIAL ADDRESS COMMENT:
ACCESS CONCERN: Lock box at front door and fire command room door. CODE: 2504
PEOPLE ARE BREAKING INTO THIS ONE TOO
CALLER DIDNT HAVE MUCH... JUST SAID IT WAS A/F 250 S HIGH ST

** LOI search completed at 05/28/20 23:54:02
End of Duplicate Event data
** Cross Referenced to Event # P200384879 at: 05/28/20 23:54:15
** >>>> by: ANGELA L. ROSS on terminal: fd031
78 WAGON HAS C3'S AND THEY NEED A MEDIC
Duplicate Event:Location = 205 S HIGH ST CBUS, Cross Street 1 = E RICH ST, Cross
Street 2 = W TOWN ST, Type = 8 BURGLARY IN PROGRESS, Subtype = default, Caller
Ph Number = (614) 359-0250, Caller Address = 250 W CIVIC CENTER - SECTOR N
COLUMBUS W, Call Source = ANI/ALI, Alarm Level = 0
** LOI search completed at 05/28/20 23:52:17
SPECIAL ADDRESS COMMENT:
*** ACCESS CONCERN: CFD KNOXBOX 1/10/18 ***
BUNCH OF KIDS ARE BREAKING IN THE BLDG
OVER 10 BUSTING OUT THE WINDOWS
CALLER IS LAILA 614-359-0250 IN APT 419
Duplicate Event:Location = 205 S HIGH ST CBUS FRA, Cross Street 1 = E RICH ST,
SPECIAL ADDRESS COMMENT:
*** ACCESS CONCERN: CFD KNOXBOX 1/10/18 ***
Cross Street 2 = W TOWN ST, Type = 34B - 911 HANG-UP CALL, Caller Ph Number =
(740) 601-1473, Caller Address = 38 E RICH ST - N COLUMBUS, Call Source =
ANI/ALI, Alarm Level = 0
End of Duplicate Event data
End of Duplicate Event data

** Cross Referenced to Event # P200384876 at: 05/28/20 23:54:24
** >>>> by: ANGELA L. ROSS on terminal: fd031
162C
POSS A FIRE BY CAPA NOW
LOOTERS AND PROTESTORS ARE BREAKING IN S HIGH/MAIN AREA
SEVERAL BUSN HIT
60C -- CHANGED LOCATION TO @HQ
IN THE 200BLK S HIGH GETTING HIT HARD
39 E STATE FIRE IS GROWING
25 IS IN THE TICKET OFFICE
Duplicate Event:Location = 205 S HIGH ST CBUS, Cross Street 1 = E
RICH ST, Cross
Street 2 = W TOWN ST, Type = 38 PROPERTY DESTRUCTION IN
PROGRESS, Subtype =
default, Caller Name = MRS WELLINGTON, Caller Ph Number = (215)
815-8127, Caller
Address = 21 E STATE ST - S Sector COLUMBUS E, Call Source =
ANI/ALI, Alarm
Level = 0
SPECIAL ADDRESS COMMENT:
** LOI search completed at 05/28/20 23:56:15
*** ACCESS CONCERN: CFD KNOXBOX 1/10/18 ***
PEOPLE BREAKING OUT WINDOWS AND DOOR GLASS AT THIS L
NO DESC
ITS THE LOOTERS EOC BEING ADV
End of Duplicate Event data
** Cross Referenced to Event # P200384887 at: 05/28/20 23:56:43
** >>>> by: ANGELA L. ROSS on terminal: fd031
FIRE IS OUT AT CAPA
Duplicate Event:Location = 310 S HIGH ST CBUS : @WESTIN HOTEL,
Cross Street 1 =
W MOUND ST, Cross Street 2 = W MAIN ST, Type = 38 PROPERTY
DESTRUCTION IN
PROGRESS, Subtype = default, Caller Name = UNARMED SECURITY,
Caller Ph Number =
(380) 799-3755, Caller Address = 51 W CHERRY ST - N COLUMBUS,
Call Source =
ANI/ALI, Alarm Level = 0
SPECIAL ADDRESS COMMENT:
** LOI search completed at 05/28/20 23:57:07
*** AED ON SITE *** FRONT DESK 10/16/14
GROUP OF KIDS BUSTING THE JEWELRY STORE WINDOWS
10-15 PEOPLE
End of Duplicate Event data
** Cross Referenced to Event # P200384890 at: 05/28/20 23:58:53
** >>>> by: ANGELA L. ROSS on terminal: fd031
Alarm Timer Extended: 0
Duplicate Event:Location = 245 S HIGH ST CBUS, Cross Street 1 = W
MAIN ST, Cross
Street 2 = E RICH ST, Type = 8 BURGLARY IN PROGRESS, Subtype
= default, Caller
Name = ERIC LEECH - NEIGHBOR, Caller Ph Number = (775) 513-
7984, Caller Address
= 21 E STATE ST - S Sector COLUMBUS E, Call Source = ANI/ALI,
Alarm Level = 0
40 PEOPLE LOOTING THE BUILDING
PER CALLER THEYRE INSIDE RIGHT NOW
BUSINESS IS "WINE IN" COFFEE SHOP
** LOI search completed at 05/28/20 23:58:59
THEYRE TAKING THINGS OUT OF THE BUILDING NOW
Duplicate Event:Location = 245 S HIGH ST CBUS FRA, Cross Street 1
= W MAIN ST,
34B
15-20 PEOPLE BREAKING IN WINDOWS
Cross Street 2 = E RICH ST, Type = 38 - PROPERTY DESTRUCTION
IN PROGRESS, Caller
Name = SHAUN FLAGAIN , Caller Ph Number = (614) 271-8172,
Caller Address = 38 E
FB AND THE REST WERE MB'S CALLER HAS IT ON VIDEO

| X-Street 1 | RICH ST - N COLUMBUS, Call Source = ANI/ALI, Alarm Level = 0 |
|---|---|

RICH ST - N COLUMBUS, Call Source = ANI/ALI, Alarm Level = 0
End of Duplicate Event data
End of Duplicate Event data
** Cross Referenced to Event # P200384901 at: 05/28/20 23:59:51
** >>>> by: ANGELA L. ROSS on terminal: fd031
138 HAS A C3 @24 N HIGH
Duplicate Event:Location = 204 S FRONT ST CBUS, Cross Street 1 = W RICH ST,
Cross Street 2 = W TOWN ST, Type = 38A PROPERTY DESTRUCTION REPORT, Subtype =
JUST-OCCURRED JUST OCCURRED, Caller Name = ERICA, Caller Ph Number = (614)
893-2514, Caller Address = 38 E RICH ST - N COLUMBUS, Call Source = ANI/ALI,
Alarm Level = 0
SOMEONE JUST BROKE A WINDOW AT THIS L
** LOI search completed at 05/28/20 23:57:23
TOOK OFF RUNNING
NO FURTHER
ADV WE WILL AIR THIS INFO FOR OFFICERS
End of Duplicate Event data
** Cross Referenced to Event # P200384893 at: 05/29/20 00:01:32
** >>>> by: ANGELA L. ROSS on terminal: fd031
Alarm Timer Extended: 0
Duplicate Event:Location = 250 S HIGH ST CBUS, Cross Street 1 = W MAIN ST, Cross
Street 2 = E RICH ST, Type = 8 BURGLARY IN PROGRESS, Subtype = default, Caller
Name = ALEX REED, Caller Ph Number = (937) 694-4920, Caller Address = 38 E RICH
ST - N COLUMBUS, Call Source = ANI/ALI, Alarm Level = 0
SPECIAL ADDRESS COMMENT:
ACCESS CONCERN: Lock box at front door and fire command room door. CODE: 2504
==============
30 LOOTERS INTO THE SHOE STORES
THEYRE USING ROCKS TO BUST OUT WINDOWS
** LOI search completed at 05/29/20 00:02:24
End of Duplicate Event data
** Cross Referenced to Event # P200384913 at: 05/29/20 00:02:38
** >>>> by: ANGELA L. ROSS on terminal: fd031
Duplicate Event:Location = 205 S HIGH ST CBUS : THE GOAT, Cross Street 1 = E
RICH ST, Cross Street 2 = W TOWN ST, Type = 30A THEFT REPORT, Subtype =
JUST-OCCURRED JUST OCCURRED, Caller Name = VIC, Caller Ph Number = (614)
288-4188, Caller Address = 175 S 3RD ST - W Sector COLUMBUS S, Call Source =
ANI/ALI, Alarm Level = 0
SPECIAL ADDRESS COMMENT:
*** ACCESS CONCERN: CFD KNOXBOX 1/10/18 ***
18 SUSP STOLE MONEY AND BOOZE
SAYS A BUNCH CAME IN TO THE BAR AND STARTED TAKING EVERYTHING
** LOI search completed at 05/29/20 00:02:15
End of Duplicate Event data
** Cross Referenced to Event # P200384911 at: 05/29/20 00:02:41
** >>>> by: ANGELA L. ROSS on terminal: fd031
20-30 GATHERED ON SEC MAINLY ONTHE SIDEWALK UNDER THE TREES
GROUP TRYING TO BRK INTO A SHOE STORE 192 S HIGH
240 GETTING CALLS ALL THE WAY DOWN TO 310 OF PEOPLE BREAKING INTO PLACES
168B -- 966
PER 1524 TROOPERS ARE RESPONDING ON 60S TRYING GET TO CAP
9102 HAS A C3 30 N HIGH IN BACK OF 138
SAYING PEOPLE AT NASH RESTAURANT AND HIGH AND TOWN...

NOT SURE EXACT LOCATION -
PEOPLE BROKE IN AND LOOTING
LARGE GROUP MOVING SB FROM MAIN/HIGH ON WEST SIDE OF
THE STREET
Alarm Timer Extended: 0
Duplicate Event:Location = 245 S HIGH ST CBUS, Cross Street 1 = W
MAIN ST, Cross
Street 2 = E RICH ST, Type = 8 BURGLARY IN PROGRESS, Subtype
= default, Caller
Ph Number = (775) 513-7984, Caller Address = 21 E STATE ST - S
Sector COLUMBUS
E, Call Source = ANI/ALI, Alarm Level = 0
GROUP OF PEOPLE BUSTING BASEMENT WINDOWS
SOME HAVE GAINED ENTRY
** LOI search completed at 05/29/20 00:05:10
AT LEAST 50 PEOPLE BREAKING IN
End of Duplicate Event data
** Cross Referenced to Event # P200384917 at: 05/29/20 00:05:28
** >>>> by: ANGELA L. ROSS on terminal: fd031
Duplicate Event:Location = 272 S FRONT ST CBUS : @JULIAN
APARTMENTS, Cross
Street 1 = W MAIN ST, Cross Street 2 = W CHERRY ST, Type = 8
BURGLARY IN
PROGRESS, Subtype = default, Caller Name = REF INFO, Caller Ph
Number = (513)
485-4075, Caller Address = 21 E STATE ST - S Sector COLUMBUS E,
Call Source =
ANI/ALI, Alarm Level = 0
SPECIAL ADDRESS COMMENT:
** LOI search completed at 05/29/20 00:05:46
**** ACCESS CONCERN: PARKING LOT DOOR KEYPAD CODE: #
(POUND) 5252 4/13/16 ****
*** ACCESS CONCERN: KNOX BOX ON SITE 10/24/18 ***
PEOPLE TAKING A BUNCH OF ROCKS AND BUSTING OUT ALL THE
WINDOWS
End of Duplicate Event data
** Cross Referenced to Event # P200384921 at: 05/29/20 00:06:09
** >>>> by: ANGELA L. ROSS on terminal: fd031
ANOTHER CALL. STATES PEOPLE HAVE BROKEN INTO KC SPORTS
DOWN TOWN
GROUP CONT SB FROM MAIN...AT LEAST 50-75
COMING UP TO RICH
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
25-35 WORKING SB ON EAST SIDE NEAR RICH
CTY ADV OF THE GROUPS HEADED SB
Duplicate Event: CBUS ::KC SPORTS GOODS, Cross Street 1 = E
RICH ST, Cross
Street 2 = S HIGH ST, Type = 8 BURGLARY IN PROGRESS, Subtype
= default, Caller
Ph Number = (614) 557-6892, Caller Address = 38 E RICH ST - N
COLUMBUS, Call
Source = ANI/ALI, Alarm Level = 0
LOOTERS BROKE IN AND STOLE SPORTS GOODS
** LOI search completed at 05/29/20 00:06:55
End of Duplicate Event data
** Cross Referenced to Event # P200384923 at: 05/29/20 00:07:09
** >>>> by: ANGELA L. ROSS on terminal: fd031
SWC GAY/HIGH NEED 4-5 SGTS
HIGH/RICH LARGEST GROUP WORKING WEST FROM HIGH IN THE
ROADWAY
Duplicate Event: CBUS, Cross Street 1 = E RICH ST, Cross Street 2 =
S HIGH ST,
Type = 26 FIGHT, Subtype = default, Caller Ph Number = (214) 223-
3220, Caller
Address = 806 MC KINLEY COLUMBUS, Call Source = ANI/ALI, Alarm
Level = 0

N HIGH ST

PEOPLE FIGHTING IN THE STREET AND THROWING BRICKS AT THE
BUILDING
** LOI search completed at 05/29/20 00:07:52
CALLER WILL ONLY GIVE THE INTERSECTION AS AN ADDRESS AND
KEEPS REPEATING TO GET
HERE "NOW"
HE SEES OFFICERS AT THE STATE HOUSE AND IS MAD THEY ARE
NOT COMING TO THIS
LOCATION TO HELP
Duplicate Event:Location = LL(-82:59:56.9617,39:57:27.3960): EST
38 E RICH ST
CBUS FRA, Cross Street 1 = S 3RD ST, Cross Street 2 = S HIGH ST,
Caller Ph
Number = (614) 747-0431, Caller Address = 21 E STATE ST - S
Sector COLUMBUS E,
Call Source = ANI/ALI, Alarm Level = 0
End of Duplicate Event data
End of Duplicate Event data
** Cross Referenced to Event # P200384926 at: 05/29/20 00:08:07
** >>>> by: ANGELA L. ROSS on terminal: fd031
Alarm Timer Extended: 0
CARS DOING DOING DONUTS
ANOTHER CALL CALLER IS BY THE COTA TERMINAL
25-30 NORTH SIDE OF RICH EO HIGH...550 DOES NOT SEE ANYONE
ENTERING THE BLDG
PEOPLE ARE BREAKING INTO BUILDINGS
REF HER NAME
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
ANOTHER CALL SAYING THEY'RE BREAKING INTO KC SPORTS 195 S
HIGH
AT LEAST 24 PEOPLE
S13 HAS A FRESH SQ HEADED TO HIGH/STATE
CALLER AT 614-955-1868
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
602X -- CHANGED LOCATION TO @HQ:EOC
Duplicate Event:Location = 195 S HIGH ST CBUS : KC SPORTS, Cross
Street 1 = E
RICH ST, Cross Street 2 = W TOWN ST, Type = 8A BURGLARY
ALARM, Subtype =
default, Caller Name = HABITAT, Caller Ph Number = (614) 228-
6001, Call Source =
PHONE, Alarm Level = 0
DROP SEVERAL. ADV OF THE PROTEST
** LOI search completed at 05/29/20 00:10:06
THEY WILL NTFY THE K/H OF THE PROTEST AND THE 8 GOING AND
ADV NOT TO HAVE THEM
RESP
CALL BACK LATER FOR RPT
End of Duplicate Event data
** Cross Referenced to Event # P200384931 at: 05/29/20 00:10:23

\*\* >>>> by: JOHN SCHLEPPI on terminal: ct018
LIT SOMETHING ON FIRE 3RD ST EO STATE HOUSE IN A FIRE
WB RICH 25-35 HEADED NB FRONT
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
ANOTHER 25-30 WORKING EAST TWDS HIGH
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
SET ALL THE FLAGS ON FIRE ON EAST SIDE OF STATE HOUSE
NEED 2 OFCS 195 S HIGH HAS BEEN LOOTED
Alarm Timer Extended: 0
131 HAS KC SPORTS
STORE THAT SAYS EG ON DOOR ON EAST SIDE OF HIGH
THROWING THINGS AT THE FRONT
GROUP HEADED WB STATE/HIGH
CALL FROM 100 S 3RD - \*\*A/F AT SHERIDON
S16 HAS RECKLESS DRIVING 1 REVERSING WRONG WAY DOWN
THE STREET
GRY HOODIE W/RED SLING BACKPACK CARRYING A METAL BAR
CURRENTLY WALKING TWDS THE MAIN ENTRANCE OF SHERIDON
GLASS HAS ALREADY BEEN BROKEN OUT THERE
WESTSIDE OF FRONT NO TOWN
CALLER IS CARRIE SAMANDAR ARMED SECURITY PLAIN CLOTHES
AMERICAN SERVICES
614-867-0912
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
\*\*\*\*\*MALE JUST WENT INSIDE
AND RUNNING S/B
166 S HIGH-DOLLAR GENERAL BROKE WINDOW
\*\*\*\*CORRECTION MALE STILL IFO L
STATE/3 BREAKING WINDOWS
CRUISER TURNED OFF
AGGRESSIVELY TRYING TO GET IN DOLLAR GENERAL
SCOOTER OR TRASH CAN FRONT SO BROAD
MALE WALKING NB IFO SHERIDON WITH METAL BAR LEANING ON
HIS SHOULDER IN
SLEEVELESS HOODED SHIRT
2 MORE GENADIER BAGS BROAD/HIGH
GAINED ENTRY INTO DOLLAR GENERAL
MALE IS ON WB SIDE WALKING BACK TWDS THE STATE HOUSE
WITH ANOTHER MALE WALKING
NB 3RD 2ND MALE AFRO DK COLOR SHIRT HAS THE METAL BAR
NOW
PEOPLE BREAKING INTO DOLLAR GENERAL AT 190 S HIGH
550 OVERHEAD DOLLAR GENERAL -LOOTING AND THROWING
THINGS OUT
CALLER IS STEVE 412.779.9242
614 228 6001 SHANNON 192 S HIGH
380 201 6560-TRAVIS 166 S HIGH
START PUSHING SB
MALE OPEN CARRY WALKING EB THROUGH COLS COMMONS WHT
SHIET BLK PANTS BLU STRIPES
415 ASKING FOR WAGON FOR CODE 3 AT HIGH/3
NO ANSWER ON THE CB TO KH ON THOSE BUSINESSES THAT WERE
LOOTED
HJEARD A 43A AT THE COURT HOUSE
2BLK NO COURT HOUSE
IT WAS 16F'S
NEED A WAGON HIGH/TOWN FOR A C3
Alarm Timer Extended: 0

** LOI search completed at 05/29/20 00:23:41
168B -- CHANGED LOCATION TO HIGH/TOWN
CFD SAYING STATE AND 4TH PEOPLE BUSTING WINDOWS OUT OF
SOMETHING
** LOI search completed at 05/29/20 00:24:14
131B -- CHANGED LOCATION TO 192 S HIGH
VEHICULAR TRAFFIC NO NB RICH FROM HIGH AND FRONT/TOWN
NO EB
75+ AT FRONT/STATE POSS AT THE FEDERAL BLDG
** LOI search completed at 05/29/20 00:26:36
255 -- CHANGED LOCATION TO FRON/STAT
S9 HAS HIGH/RICH
Alarm Timer Extended: 0
Duplicate Event:Location = 100 S 3RD ST CBUS, Cross Street 1 = E
STATE ST, Cross
Street 2 = E CHAPEL ST, Type = 38A PROPERTY DESTRUCTION
REPORT, Subtype =
JUST-OCCURRED JUST OCCURRED, Caller Ph Number = (614) 867-
0912, Call Source =
PHONE, Alarm Level = 0
CALLER SAYING THEY HAVE BROKEN WINDOWS AT THIS L
** LOI search completed at 05/29/20 00:29:23
End of Duplicate Event data
** Cross Referenced to Event # P200384967 at: 05/29/20 00:29:42
** >>>> by: ANGELA L. ROSS on terminal: fd031
DBL TREE SUITES W/1 UNC NEED A 24
Alarm Timer Extended: 0
2 SQUADS AND GRNADIER TEAM STANDING BY
L4 HEADED DOWN TO FRONT/STATE
255 TAKING ROCKS AND SUCH
BEARCAT 1 WILL HIT THEM W/AUDIBLE IF 255 CAN GET BEHIND
THEM
CALL FROM 245 S HIGH STREET MALE LIVES UPSTAIRS FROM THE
BUSINESSES
RIGHT WHERE HE LIVES AT PEOPLE ARE STEALING AND THROWING
BOTTLES AND BREAKING
OUT WINDOWS
CALLER IS ERIC LEASH 775-513-7984
75 PEOPLE NORTH SIDE OF FEDERAL BLDG BOTH SIDE OF STREET
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Duplicate Event:Location = 150 E GAY ST CBUS FRA, Cross Street 1
= N 4TH ST,
Cross Street 2 = N LAZELLE ST, Caller Ph Number = (614) 377-9769,
Caller Address
= 8 E LONG ST - SE SECTOR COLUMBUS E, Call Source = ANI/ALI,
Alarm Level = 0
End of Duplicate Event data
ANOTHER CALL PEOPLE BUSTING OUT WINDOW TO 150 E GAY
NO OTHER INFO
PEOPLE BREAKING INTO BUILDINGS AT GAY / 3RD
Alarm Timer Extended: 0
Alarm Timer Extended: 0
GAY/3 SEC GROUP BREAKING OUT BUSINESS WINDOWS
Duplicate Event:Location = 150 E GAY ST CBUS FRA, Cross Street 1
= N 4TH ST,
Cross Street 2 = N LAZELLE ST, Caller Ph Number = (614) 377-9769,
Caller Address
= 8 E LONG ST - SE SECTOR COLUMBUS E, Call Source = ANI/ALI,
Alarm Level = 0
End of Duplicate Event data
DISPERSING SB AND EB
CALL FROM 150 E GAY ST STATING STILL LOOTING AT THIS
ADDRESS CALLER STATED THAT
THE PEOPLE ARE ALL OVER
OSP BRINGING IN TROOPERS TO SECURE STATE HOUSE
TOWN/HIGH NEEDS MORE CARS
CROWD DAMAGED 603'S VEH @4/GAY
NB FRONT/MAIN THERE IS A MALE ON A BIKE POINTING A 33 AT

PEOPLE
245 S HIGH / LOOTING AT THE LIQUOR STORE
4/LONG TEARING UP BUSINESSES
** LOI search completed at 05/29/20 00:39:42
255 -- CHANGED LOCATION TO 4/LONG
550 DID NOT SEE THE MALE W/33
Duplicate Event:Location = 55 E STATE ST CBUS FRA: @OHIO
THEATRE, Cross Street 1
= S PEARL ST, Cross Street 2 = S 3RD ST, Type = 16A -
INFORMATION / ASSISTANCE,
Caller Name = FIRE SYSTEMS , Caller Ph Number = (614) 886-2016,
Call Source =
PHONE, Alarm Level = 0
K.H IS ON SCENE
RODGER WITAKER
6148862016
End of Duplicate Event data
S5 HAS 6 UNITS SB MARCONI FROM SPRING/BROAD
Duplicate Event:Location = 205 S HIGH ST CBUS, Cross Street 1 = E
RICH ST, Cross
Street 2 = W TOWN ST, Type = 38 PROPERTY DESTRUCTION IN
PROGRESS, Subtype =
default, Caller Ph Number = (740) 601-1473, Caller Address = 38 E
RICH ST - N
COLUMBUS, Call Source = ANI/ALI, Alarm Level = 0
SPECIAL ADDRESS COMMENT:
** LOI search completed at 05/29/20 00:41:07
*** ACCESS CONCERN: CFD KNOXBOX 1/10/18 ***
ROCKS BEING THROWN THROUGH WINDOWS
End of Duplicate Event data
** Cross Referenced to Event # P200384993 at: 05/29/20 00:42:42
** >>>> by: ANGELA L. ROSS on terminal: fd031
LARGE CROWN ON LONG BET 3/4 BREAKING WINDOWS
668 TOOK A ROCK TO THE WINDOW
GROUP 4/LONG
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
LONG BET 3/4 IS C4
==================
229 CIVIC CENTER DR CBUS FRA: @MILESTONE 229 RESTAURANT -
LOOTERS ARE SMASHING
IN WINDOWS HERE
Duplicate Event:Location = N HIGH ST/E BROAD ST CBUS FRA, Cross
Street 1 = N
HIGH ST, Cross Street 2 = E BROAD ST, Caller Ph Number = (614)
203-3803, Caller
Address = 51 W CHERRY ST - N COLUMBUS, Call Source = ANI/ALI,
Alarm Level = 0
End of Duplicate Event data
CALL FROM S LUDLOW ST/W TOWN ST CBUS FRA
CALL FROM 250 S. HIGH FROM BRYAN - 214 223 3220
AT SMART COLUMBUS BUILDING - THREW A SCOOTER THROUGH
THE WINDOW
131 LARGE GROUP GETTING AGITATED AT 192 S HIGH
AND TRYING TO CATCH THE BUILDING ON FIRE
SAYS PEOPLE ARE BREAKING IN TO BUILDINGS THERE
IFO 250 S HIGH ST
GROUP WORKING EB SOUTH AND EAST
CALL FROM A FEM COMPLAINING PEOPLE OUT HERE DANCING IN
THE STREET AND OFC ARENT
DOING ANYTHING ADV 100S OF OFC ARE OUT THERE AND SHE
NEEDS TO LOOK HARDER AND
STAY INSIDE
LARGE GROUP CONVENTON CTR/TOWN
EAST SIDE OF HIGH/TOWN IN THE APT COMMUNITY AT THE CUT
THROUGH
255 GAY/3 TAKING BOTTLES
============

100 E GAY- BREAKING OUT WINDOWS HERE
Duplicate Event: CBUS : SMART COLUMBUS BLDG, Cross Street 1 =
CIVIC CENTER DR,
Cross Street 2 = W MAIN ST, Type = 38 PROPERTY DESTRUCTION
IN PROGRESS, Subtype
= default, Caller Name = ORLANDO SMITH, Caller Ph Number =
(614) 732-9007,
Caller Address = 175 S 3RD COLUMBUS S, Call Source = ANI/ALI,
Alarm Level = 0
LARGE GROUP TEARING THE BLDG DOWN AND TRYING TO CATCH
IT ON FIRE
** LOI search completed at 05/29/20 00:48:39
CFD ADV
End of Duplicate Event data
** Cross Referenced to Event # P200385014 at: 05/29/20 00:49:13
** >>>> by: BRANDON HARTER on terminal: pd010
100 CARLISLES WATCH AND POKE BROS TO GO WINDOWS BROKEN

STILL EB GAY ON EAST SIDE OF ST
GAY/LAZELLE TRASH FIRE
=======================
75 E STATE ST CBUS FRA: @SHERATON SUITES - LOOTERS
BREAKING WINDOWS HERE AS WELL
Duplicate Event:Location = 200 CIVIC CENTER DR CBUS :
@COLUMBIA GAS, Cross
Street 1 = W TOWN ST, Cross Street 2 = W RICH ST, Type = 38
PROPERTY DESTRUCTION
IN PROGRESS, Subtype = default, Caller Name = NEIGHBOR, Call
Source = PHONE,
Alarm Level = 0
SPECIAL ADDRESS COMMENT:
*** AED ON SITE *** FIFTH FLOOR ELEVATOR LOBBY 5/18/15
I'M SURE SOMEONE IS ALREADY AWARE BUT PEOPLE ARE
THROWING ROCKS AT THE WINDOWS
AT THIS L
** LOI search completed at 05/29/20 00:49:22
End of Duplicate Event data
** Cross Referenced to Event # P200385016 at: 05/29/20 00:51:33
** >>>> by: BRANDON HARTER on terminal: pd010
STATE/FRONT S9 HAS 9 OFCRS AVAIL
Duplicate Event:Location = 185 S WALL ST CBUS, Cross Street 1 = W
STATE ST,
Cross Street 2 = W CHAPEL ST, Type = 16 DISTURBANCE, Subtype
= default, Caller
Name = FEM, Call Source = PHONE, Alarm Level = 0
PEOPLE GETTING IN PAST THE GATE, CALLER CONCERNED ABOUT
THEM
** LOI search completed at 05/29/20 00:51:15
ADV WERE MORE CONCERNED W/ THE BREAK IN S AND FIRES
GOING ON
End of Duplicate Event data
** Cross Referenced to Event # P200385019 at: 05/29/20 00:51:44
** >>>> by: JOHN SCHLEPPI on terminal: ct018
=======================
ANOTHER CALL REPORTING LOOTERS AND PROPERTY
DESTRUCTION AT THE COMMONS
550 REC SD WB GAY FROM 4
HIGH/RICH TAKING ROCKS AND BOTTLES
100 E GAY NEEDS SECURED
L2 TAKING HIGH/RICH
Duplicate Event:Location = N HIGH ST/E BROAD ST CBUS FRA, Cross
Street 1 = N
HIGH ST, Cross Street 2 = E BROAD ST, Call Source = PHONE, Alarm
Level = 0
End of Duplicate Event data
Duplicate Event:Location = 229 CIVIC CENTER DR CBUS :
@MILESTONE 229 RESTAURANT,
Cross Street 1 = W RICH ST, Cross Street 2 = W CHERRY ST, Type =
38 PROPERTY

DESTRUCTION IN PROGRESS, Subtype = default, Caller Name = DOUG - OWNER, Caller

Ph Number = (614) 975-6293, Call Source = PHONE, Alarm Level = 0

SOMEONE JUST THREW A BRICK INTO THE WINDOW

** LOI search completed at 05/29/20 00:54:19

CALLER SEES SEVERAL AROUND THE BUILDING OUTSIDE SO NOT SURE WHICH PERSON DID IT

CALLER IS ONLY PERSON INSIDE THE BUILDING AND HE IS ARMED

End of Duplicate Event data

** Cross Referenced to Event # P200385025 at: 05/29/20 00:55:20

** >>>> by: BRANDON HARTER on terminal: pd010

ANOTHER CALL FROM A MALE STATING THAT THERE ARE PEOPLE AT COLUMBUS COMMONS PARK

DESTROYING THE AREA AND THE PARK

141 N 4TH AT PINNS HAS BEEN BROKE INTO PER CFD...

L4 AT HIGH/TOWN W/A SMALL GROUP IN THE PARK

550 RECOMMENDS SD RICH AT 3 PUSHING TRAFFIC SB

Duplicate Event:Location = W BROAD ST/N HIGH ST CBUS FRA, Cross Street 1 = W

BROAD ST, Cross Street 2 = N HIGH ST, Caller Ph Number = (216) 209-6832, Caller

Address = 38 E RICH ST - N COLUMBUS, Call Source = ANI/ALI, Alarm Level = 0

End of Duplicate Event data

===================

ANOTHER CALL REPORTING PROPERTY DESTRUCTION AT THE COMMONS

** LOI search completed at 05/29/20 00:59:11

193B -- CHANGED LOCATION TO RICH/3

Alarm Timer Extended: 0

Duplicate Event:Location = 55 E STATE ST CBUS FRA: @OHIO THEATRE, Cross Street 1

= S PEARL ST, Cross Street 2 = S 3RD ST, Type = 8A - BURGLARY ALARM, Caller Name

= FIRE SYSTEMS , Call Source = PHONE, Alarm Level = 0

WEST BOX OFFICE MOTION, WEST BOX OFFICE GLASS BREAK

REF 9091625

End of Duplicate Event data

** LOI search completed at 05/29/20 01:00:35

S18B -- CHANGED LOCATION TO 100 E GAY

** LOI search completed at 05/29/20 01:00:51

255 -- CHANGED LOCATION TO HIGH/RICH

L2 ENR TO HIGH/RICH W/2 SQUADS

** LOI search completed at 05/29/20 01:02:00

9150E -- CHANGED LOCATION TO STATE/FRONT

Duplicate Event:Location = 21 E STATE ST CBUS : @FIFTH THIRD BANK, Cross Street

1 = S PEARL ST, Cross Street 2 = S 3RD ST, Type = 38A PROPERTY DESTRUCTION

REPORT, Subtype = default, Caller Name = SECURITY OFC HILL, Caller Ph Number =

(614) 578-8372, Call Source = PHONE, Alarm Level = 0

SPECIAL ADDRESS COMMENT:

** LOI search completed at 05/29/20 00:56:11

*** AED ON SITE *** REFER TO SS FOR LOCATIONS 08/11/2014

OUT OF THE PROTESTORS

ALSO DAMAGE NEXT DOOR @ OHIO THEATER **

End of Duplicate Event data

** Cross Referenced to Event # P200385029 at: 05/29/20 01:03:01

** >>>> by: ANGELA L. ROSS on terminal: fd031

EO TOWN/HIGH ABOUT 20 PEOPLE THROUGHOUT THE BIKE

MALE ON A BIKE HAS BEEN ALL OVER THE PLACE

HEADED EB THROUGH THE PARK NPW

78-M2 GRANT STABLE

BEARCAT AND LINE KEEPS WORKING SOUTH

THERE IS A GROUP MAIN/HIGH

HIGH/LONG 40 PEOPLEW/MASKS AND SEVERAL VEHICLES

EB NORTH OF DISPATCH SMASHING CRUISER WINDOWS

MB ALL BLK SHORT TWISTIES
MB GRY HOODIE SMALL AFRO
BLU RUINNING SHORTS
BUSTED CRUISERS WITH BUSTED WINDOWS
ANOTHER CALL FROM ORLANDO SMITH 614-732-9007 SAYS HE'S AT
229 CIVIC CENTER
MILESTONE 229 RESTAURANT TRYING TO PREVENT LOOTERS FROM
DESTROYING THIS BLDG TOO
231 ADN TRIED 102
RUNNING NE BROAD/4TH
NORTH ON LYNN
HE JUST WANTED TO LET US KNOW HE'S TRYING TO HELP
IN THE ALLEY RUNNING NB
RUNNING WB
YOUNG THIN MB IN GRY
ANOTHER CALL FROM SECURITAS REGARDING 166 S HIGH ST...
GETTING ADDTL DROPS FROM
REGISTER SIDE MOTION AND FRONT DOOR RELATED TO
P200384964
ON GAY EO 4TH
IN THE COURTYARD NO GAY EO 4
HAVE AN APP
CVS DASH CAMERAS ARE RUNNING ON BOTH CARS
TAKING 1 IN CUSTODY
231 BEING MOVED TO BROAD/3 WITH 639
Duplicate Event:Location = 229 CIVIC CENTER DR CBUS :
@MILESTONE 229 RESTAURANT,
Cross Street 1 = W RICH ST, Cross Street 2 = W CHERRY ST, Type =
33 PERSON WITH
A GUN, Subtype = HIGH-RISK HIGH RISK, Caller Name =
MILESTONE229, Caller Ph
Number = (614) 427-0276, Caller Address = 229 CIVIC CENTER DR
COLUMBUS, Call
Source = ANI/ALI, Alarm Level = 0
OWNER DOUG IS ARMED AND THREATENING TO 43 PEOPLE
** LOI search completed at 05/29/20 01:08:34
GROUP OF PEOPLE BREAKING INTO THE RESTUARANT
THREE PEOPLE LEAVING ON SCOOTERS
1. MALE UNK RACE RED HOODIE
THEYRE NOW LEAVING TWRDS RICH
ADV EOC WHEN CAN
End of Duplicate Event data
** Cross Referenced to Event # P200385050 at: 05/29/20 01:15:09
** >>>> by: ANGELA L. ROSS on terminal: fd031
S95 NEED A CRUISER HIGH/MAIN TO PICK UP AN OFCR
** LOI search completed at 05/29/20 01:16:21
255 -- CHANGED LOCATION TO HIGH/MAIN
** LOI search completed at 05/29/20 01:16:50
9092E -- CHANGED LOCATION TO GAY/YOU
NEED 24 @ WALL/RICH FOR OFCRS W/DEBRIS IN HIS EYE
9092E -- NEED CFD FOR A CUT HAND.. CFD ADV
PER 550-- LET COLS STATE KNOW LG GROUP MAY BE HEADED
THEIR WAY FROM
SPRING/4TH...COLS STATE ADV
Alarm Timer Extended: 0
NEED LRAD HIGH/TOWN TO MAKE ANNOUNCEMENTS
Alarm Timer Extended: 0
SMALL GRP MAIN/3 NWC
Alarm Timer Extended: 0
GAY/YOUNG W/CFD FOR AN INJURED PERSON
Duplicate Event:Location = 89 W TOWN ST CBUS, Cross Street 1 = S
LUDLOW ST,
Cross Street 2 = S FRONT ST, Type = 38 PROPERTY DESTRUCTION
IN PROGRESS, Subtype
= default, Caller Ph Number = (614) 597-8556, Caller Address = 175
S 3RD
COLUMBUS S, Call Source = ANI/ALI, Alarm Level = 0
BROTHERS CAR IS GETTING DESTORYED.....ADV WE WOULD LET
THEM KNOW....UPSET SAYING

** LOI search completed at 05/29/20 01:22:04
BUT WE LIVE HERE
GOT MAD AND HU ON ME
End of Duplicate Event data
** Cross Referenced to Event # P200385069 at: 05/29/20 01:22:35
** >>>> by: ANGELA L. ROSS on terminal: fd031
NEED TO SECURE SCENE FOR THM
L2 STARTED ANNOUNCEMENTS AND GETTING BOTTLES
NEED SB NEIL/SPRING BLOCKED
Duplicate Event:Location = 75 E STATE ST CBUS FRA: @SHERATON
SUITES, Cross
Street 1 = S PEARL ST, Cross Street 2 = S 3RD ST, Type = 38 -
PROPERTY
DESTRUCTION IN PROGRESS, Caller Name = PAUL WILSON-
MANAGER, Caller Ph Number =
(317) 667-2076, Caller Address = 175 S 3RD ST - E Sector
COLUMBUS S, Call Source
= ANI/ALI, Alarm Level = 0
SPECIAL ADDRESS COMMENT:
*** AED ON SITE *** REFER TO SS FOR LOCATIONS 10/16/14
PEOPLE WERE THROWING ROCKS INTO THE HOTEL AND HIT
CALLER WITH A ROCK
CALLER IS HERE BY HIMSELF
End of Duplicate Event data
GAY EO 4 NEED A 24
550 NOT SEEING ANYONE BREAKING GLASS AT TOWN/3
NEED BIKES HIGH/LONG
PER CFD 65 S FRONT ON A TRASH FIRE
L2 PUSHING EB THROUGH THE PARK
OFFCIER HAS BEEN TREATED AND IS CLEAR
TAKING ROCKS @LONG/PEARL
Duplicate Event:Location = E BROAD ST/N HIGH ST CBUS FRA, Cross
Street 1 = E
BROAD ST, Cross Street 2 = N HIGH ST, Caller Ph Number = (614)
597-4521, Caller
Address = 175 S 3RD ST - E Sector COLUMBUS S, Call Source =
ANI/ALI, Alarm Level
= 0
SPECIAL ADDRESS COMMENT:
*** AED ON SITE *** REFER TO SS FOR LOCATIONS 10/16/14
End of Duplicate Event data
============================
BEARCAT MOVING TO LONG/PEARL
ANOTHER CALL SAYING STARBUCKS IN 75 E STATE ST WAS ALSO
DAMAGED ADV TO MAKE RPT
TOMORROW
Duplicate Event:Location = 141 N 4TH ST CBUS : @PINS
MECHANICAL COMPANY, Cross
Street 1 = E LONG ST, Cross Street 2 = E LAFAYETTE ST, Type = 8
BURGLARY IN
PROGRESS, Subtype = default, Caller Name = VECTOR, Caller Ph
Number = (614)
464-2255, Call Source = PHONE, Alarm Level = 0
DROP FRONT MOTION WEST REAR MOTION
K/H ADV DID SHE GLASS BROKE OUT, THEY ARE AWARE OF
PROTESTS AND KH IS NOT RESP
WILL CB LATER
** LOI search completed at 05/29/20 01:20:58
PROTEST UNABLE DISPATCH 200384236
Duplicate Event:Location = 141 N 4TH ST CBUS FRA: @PINS
MECHANICAL COMPANY,
Cross Street 1 = E LONG ST, Cross Street 2 = E LAFAYETTE ST,
Caller Ph Number =
(614) 917-7409, Caller Address = 7477 ALTA VIEW BLVD - N
COLUMBUS, Call Source =
ANI/ALI, Alarm Level = 0
End of Duplicate Event data
ANOTHER CALL FROM KH
SAYS THERES PEOPLE INSIDE OF THE K

L*
CALLER - JACKIE - 614 917 7409
** Event Type changed from 8A to 8 at: 05/29/20 01:31:17
** Event Priority changed from 2 to 1 at: 05/29/20 01:31:17
** >>>> by: VADIM CHMIL on terminal: ct004
** >>>> by: VADIM CHMIL on terminal: ct004
SHE WAS WATCHING THIS ON CAMERA
AIRED EOC
End of Duplicate Event data
** Cross Referenced to Event # P200385065 at: 05/29/20 01:34:17
** >>>> by: ANGELA L. ROSS on terminal: fd031
FRONT/MAIN NEED EB BLOCKED
255 CHECKING PINS
Alarm Timer Extended: 0
550 NOT SEEING ANY ACTIVITY RIGHT NOW
255 CHECKING INSIDE OF PINS ON THAT 10 8
Alarm Timer Extended: 0
W NATIONWIDE/FRONT CAR INTO A LIGHT POLE MAROON NISSAN
ALTIMA TAG K680229
UNOCCUPIED WITH HAZARDS ON
** LOI search completed at 05/29/20 01:37:19
606X -- CHANGED LOCATION TO FRONT/MAIN:NO EB
CTY TAKING 606'S POST
80C -- S10C COPIED
WB SPRING BLK PORSCHE CAYENNE CIRCLING AND THROWING
BOTTLES W/NO PLATES
MARCONI/SPRING HEADED WB
166 S HIGH LACERATION ON HER LEG NEED A 24
PINS IS CLEAR
NEED A KH FOR PINS...HAVE A COUPLE OFCRS THERE
Preempt:CAD AUTOMATIC PREEMPT
Duplicate Event:Location = N HIGH ST/E BROAD ST CBUS FRA, Cross
Street 1 = N
HIGH ST, Cross Street 2 = E BROAD ST, Caller Ph Number = (740)
601-1473, Caller
Address = 38 E RICH ST - N COLUMBUS, Call Source = ANI/ALI,
Alarm Level = 0
SPECIAL ADDRESS COMMENT:
*** ACCESS CONCERN: CFD KNOXBOX 1/10/18 ***
End of Duplicate Event data
ANOTHER CALL FROM 205 S HIGH ST CBUS FRA
8 PEOPLE BREAKING BACK INTO THIS L AND INTO THE GOAT
CALLER/SHANE 70 301 1473
A FEW OF THEM CAME IN AN OLDER MODEL WHT HONDA CIVIC NO
TAG
TOOK A TON OF ALCOHOL AND LEFT TWRDS THE RIVER ?
EAST SIDE OF CHASE WINDOW IS BROKEN...NOT ACCESSIBLE
131 IS RIGHT AT THE GOAT...NO ONE AROUND
HIGH / RICH - PEOPLE LOOTING LIQUOR STORES
MARSHALL 614.425.3940
NOTHING AT HIGH/RICH PER 131
LONG/3 PEOPLE SITTING IN THE MIDDLE OF THE ROAD
TOWN/3 ALL CLEARED OUT
15-20 CIRCLING HQ
Duplicate Event:Location = N HIGH ST/E BROAD ST CBUS FRA, Cross
Street 1 = N
HIGH ST, Cross Street 2 = E BROAD ST, Caller Name =
MILESTONE229, Caller Ph
Number = (614) 427-0276, Caller Address = 229 CIVIC CENTER DR
COLUMBUS, Call
Source = ANI/ALI, Alarm Level = 0
RED SHORTS NO SHIRT
End of Duplicate Event data
=============
ANOTHER CALL FROM THE MILESTONE RESTURANT - CALLER WAS
ADV NO ETA FOR RESPONSE
JUST A COUPLE PEOPLE AROUND THE POLICE MEMORIAL
Duplicate Event:Location = N HIGH ST/E BROAD ST CBUS FRA, Cross
Street 1 = N

HIGH ST, Cross Street 2 = E BROAD ST, Caller Ph Number = (561)
345-1641, Caller
Address = 38 E RICH ST - N COLUMBUS, Call Source = ANI/ALI,
Alarm Level = 0
End of Duplicate Event data
ANOTHER CALL FROM COLUMBUS COMMONS ON PEOPLE BUSTING
GLASS AND TEARING UP THE
PAR
Alarm Timer Extended: 0
ALL Z5 EMW TO RPT TO HIGH/GAY FOR THE VEHICLES
Duplicate Event: CBUS : R/O "THE GOAT" BUSINESS, Cross Street 1
= S WALL ST,
Cross Street 2 = W RICH ST, Type = 38A PROPERTY DESTRUCTION
REPORT, Subtype =
JUST-OCCURRED JUST OCCURRED, Caller Name = LAUREN PARKS -
WITNESS, Caller Ph
Number = (740) 418-1255, Caller Address = CALLER LIVES IN THE
"203 BLDG", Call
Source = PHONE, Alarm Level = 0
COUPLE OF MALES JUST PUNCHED A HOLE IN A GARAGE DOOR &
WALKED S/B ON WALL ST
** LOI search completed at 05/29/20 01:58:13
1) RED SHIRT, HAS A CAMERA AROUND HIS NECK 2) HAS A WHITE
FACE MASK, BLACK SHIRT
- UNKNOWN RACE FOR EITHER SUSPECT
CALLER SAID THERE ARE SECURITY CAMERAS MOUNTED NEAR THE
GARAGE
End of Duplicate Event data
** Cross Referenced to Event # P200385147 at: 05/29/20 01:59:21
** >>>> by: ANGELA L. ROSS on terminal: fd031
Duplicate Event:Location = E BROAD ST/N HIGH ST CBUS FRA, Cross
Street 1 = E
BROAD ST, Cross Street 2 = N HIGH ST, Caller Ph Number = (614)
425-3940, Caller
Address = 38 E RICH ST - N COLUMBUS, Call Source = ANI/ALI,
Alarm Level = 0
End of Duplicate Event data
==========================
Duplicate Event:Location = 223 S FRONT ST CBUS, Cross Street 1 =
W RICH ST,
Cross Street 2 = W TOWN ST, Type = 38 PROPERTY DESTRUCTION
IN PROGRESS, Subtype
= default, Caller Ph Number = (614) 832-4761, Caller Address = 51
W CHERRY ST -
N COLUMBUS, Call Source = ANI/ALI, Alarm Level = 0
ROCKS BEING THROWN THROUGH THE WINDOWS
** LOI search completed at 05/29/20 02:00:15
End of Duplicate Event data
** Cross Referenced to Event # P200385154 at: 05/29/20 02:00:50
** >>>> by: ANGELA L. ROSS on terminal: fd031
ANOTHER CALL SAYING THE PROTESTORS ARE THROWING ROCKS
THROUGH WINDOWS AT
RICH/FRONT AND OFFICERS NEED TO MOVE SOUTH
Duplicate Event:Location = 463 N HIGH ST CBUS, Cross Street 1 =
VINE ST, Cross
Street 2 = SPRUCE ST, Type = 38 PROPERTY DESTRUCTION IN
PROGRESS, Subtype =
default, Caller Name = ANNA, Caller Ph Number = (614) 206-1632,
Caller Address =
304 SPRUCE ST - E COLUMBUS, Call Source = ANI/ALI, Alarm Level
= 0
ABUOUT 6 MB THROWING ROCKS AT BUSINESSES AND AT PEOPLE
UNK ON WEAPONS
A/F THE CONVENTION CENTER
** LOI search completed at 05/29/20 02:01:25
End of Duplicate Event data
** Cross Referenced to Event # P200385155 at: 05/29/20 02:01:50
** >>>> by: ANGELA L. ROSS on terminal: fd031
Duplicate Event:Location = 65 E STATE ST CBUS FRA: @CAPITOL

SQUARE, Cross Street
1 = S PEARL ST, Cross Street 2 = S 3RD ST, Caller Ph Number =
(614) 592-9724,
Caller Address = 8 E LONG ST - SW SECTOR COLUMBUS E, Call
Source = ANI/ALI,
Alarm Level = 0
End of Duplicate Event data
HQ IS ALL CLEAR PER 550
ANOTHER CALL LARGE GROUP OUTSIDE 65 STATE...SAYS THEY ARE
THREATENING TO THROW
ROCKS AND HURT SECURITY OUT HERE
Duplicate Event:Location = E BROAD ST/N HIGH ST CBUS FRA, Cross
Street 1 = E
BROAD ST, Cross Street 2 = N HIGH ST, Caller Ph Number = (614)
949-5600, Caller
Address = 51 W CHERRY ST - N COLUMBUS, Call Source = ANI/ALI,
Alarm Level = 0
End of Duplicate Event data
===================
204 S FRONT ST CBUS FRA - ROCKS COMING THROUGH
APARTMENT WINDOWS
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
***KEYHOLDER FOR 141 N 4TH ST IS JACKIE MITCHEL ETA 20-25
MIN IN A SILVER HONDA
614-917-7409
Duplicate Event:Location = 215 N FRONT ST CBUS, Cross Street 1 =
W HICKORY ST,
Cross Street 2 = NATIONWIDE PLZ, Type = 43A SHOTS FIRED,
Subtype = default,
Caller Name = JARED - NATIONWIDE INS, Caller Ph Number = (614)
249-6060, Call
Source = PHONE, Alarm Level = 0
HEARD 1 NOTHING SEEN HEARD FEM SCREAMING
** LOI search completed at 05/29/20 02:04:17
PROTEST UNABLE DISPATCH 200384236
End of Duplicate Event data
** Cross Referenced to Event # P200385159 at: 05/29/20 02:10:18
** >>>> by: ANGELA L. ROSS on terminal: fd031
975 AND 982 OUTSIDE HQ ON FOOT
943 A@13 SUB
843 @7 SUB
Duplicate Event:Location = N HIGH ST/E BROAD ST CBUS FRA, Cross
Street 1 = N
HIGH ST, Cross Street 2 = E BROAD ST, Caller Ph Number = (330)
785-6057, Caller
Address = 250 W CIVIC CENTER - SECTOR N COLUMBUS W, Call
Source = ANI/ALI, Alarm
Level = 0
End of Duplicate Event data
===================
ANOTHER CALL SAYING THEY'RE BREAKING INTO THE GOAT AGAIN
TO TAKE ALCOHOL
943 -- CHANGED LOCATION TO @SUB 13
** LOI search completed at 05/29/20 02:14:53
Duplicate Event:Location = N HIGH ST/E BROAD ST CBUS FRA, Cross
Street 1 = N
HIGH ST, Cross Street 2 = E BROAD ST, Caller Ph Number = (614)
352-8753, Caller
Address = 21 E 5TH AVE - N COLUMBUS, Call Source = ANI/ALI,
Alarm Level = 0
End of Duplicate Event data
===================
CALL SAYING LOOTERS ARE BREAKING WINDOWS IN 700 BLK OF N
HIGH
Alarm Timer Extended: 0
843 -- CHANGED LOCATION TO @SUB 7
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT

Preempt:CAD AUTOMATIC PREEMPT
Duplicate Event:Location = 141 N 4TH ST CBUS : @PINS
MECHANICAL COMPANY, Cross
Street 1 = E LONG ST, Cross Street 2 = E LAFAYETTE ST, Type = 8
BURGLARY IN
PROGRESS, Subtype = default, Caller Ph Number = (614) 917-7409,
Caller Address =
496 COLONIAL PKWY - N COLUMBUS, Call Source = ANI/ALI, Alarm
Level = 0
** LOI search completed at 05/29/20 02:19:36
ANOTHER CALL ON THIS
SAYS AT LEAST ONE PERSON IS BACK INSIDE OF THE L
MB WEARING GREY HOODIE
NO WEAPONS SEEN
CALLER - JACKIE - KH - 614 917 7409
CALLER IS ENR IN A SILV HONDA CIVIC... ETA OF 10 MINS
End of Duplicate Event data
** Cross Referenced to Event # P200385188 at: 05/29/20 02:21:02
** >>>> by: ANGELA L. ROSS on terminal: fd031
955 -- CHANGED LOCATION TO @SUB 11
** LOI search completed at 05/29/20 02:21:44
Alarm Timer Extended: 0
Duplicate Event:Location = 229 CIVIC CENTER DR CBUS :
@MILESTONE 229 RESTAURANT,
Cross Street 1 = W RICH ST, Cross Street 2 = W CHERRY ST, Type =
48A SUSPICIOUS
PERSON, Subtype = default, Caller Name = MILESTONE229, Caller
Ph Number = (614)
427-0276, Caller Address = 229 CIVIC CENTER DR COLUMBUS, Call
Source = ANI/ALI,
Alarm Level = 0
BROKEN WINDOW AT THIS L
CALLER JUST SAW THE 2 MALES THAT HE THOUGHT DID IT BUT
DIDN'T ACTUALLY SEE THEM
DO ANYTHING
MALE WEARING BLK JOGGING SUIT ANOTHER MALE WEARING RED
SHORTS WHI TANK TOP AT
THE CORNER OR RICH/CIVIC CENTER RIGHT NOW
ASKING FOR INFO TO BE AIRED
** LOI search completed at 05/29/20 02:22:25
End of Duplicate Event data
** Cross Referenced to Event # P200385196 at: 05/29/20 02:22:28
** >>>> by: LEAH J. DOBSON on terminal: pd020
Preempt:CAD AUTOMATIC PREEMPT
Duplicate Event:Location = E BROAD ST/N HIGH ST CBUS FRA, Cross
Street 1 = E
BROAD ST, Cross Street 2 = N HIGH ST, Caller Ph Number = (614)
208-1470, Caller
Address = 1145 N HIGH ST - S Sector COLUMBUS N, Call Source =
ANI/ALI, Alarm
Level = 0
End of Duplicate Event data
====================
ANOTHER CALL SAYING LOOTERS HAVE MOVED TO 800 BLK OF N
HIGH AND ARE BUSTING
WINDOWS OUT OF THE UDF
6-7 MB SOME ON SCOOTERS - NO WEAPONS SEEN
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Duplicate Event:Location = 141 N 4TH ST CBUS FRA: @PINS
MECHANICAL COMPANY,
Cross Street 1 = E LONG ST, Cross Street 2 = E LAFAYETTE ST,
Caller Ph Number =
(614) 893-6977, Caller Address = 289 NAGHTEN ST - W Sector
COLUMBUS, Call Source
= ANI/ALI, Alarm Level = 0
End of Duplicate Event data
====================
ANOTHER CALL FROM KH AT 141 N HIGH SAYING THEY'RE ON

SCENE AND THEY THINK
SOMEONE IS INSIDE WEARING GRY HOODIE
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
672 NEEDS A MEDIC FOR A HEART ATTACK SPRING/HIGH
MEDICS ADV
Preempt
Preempt
Preempt
Preempt
Preempt
S5C -- PER S5B THE GROUP AT CITY HALL GOT IN THEIR CARS AND
LEFT
Preempt
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Preempt
PER
Duplicate Event:Location = N HIGH ST/E BROAD ST CBUS FRA, Cross
Street 1 = N
HIGH ST, Cross Street 2 = E BROAD ST, Caller Ph Number = (614)
404-1036, Caller
Address = 738 SCOTT ST - SE Sector COLUMBUS, Call Source =
ANI/ALI, Alarm Level
= 0
End of Duplicate Event data
=====================
ANOTHER CALL FROM 200 CIVIC CENTER DR ABOUT BROKEN
WINDOWS WANTING RESP TIME -
XFER TO 4545
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
120C -- IBM 268 SAID THEY WERE CLEARING 467 N HIGH
Alarm Timer Extended: 0
S7B -- REQ A 52 TO GIVE ONE OF THE CRUISERS A JUMP -
UNKNOWN
BRASS TAG NUMBER - PRO TOW ADV'D # 151934
118C -- 1042 AT 18 SUB
** LOI search completed at 05/29/20 02:42:44
1042 -- CHANGED LOCATION TO @SUB 18
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Alarm Timer Extended: 0
S5C -- S5C GETTING BACK INTO THEIR CRUISERS AND
PARTROLING
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Preempt
9142E -- CHANGED LOCATION TO @HQ: ID / WITH JUVI CODE 3
Alarm Timer Extended: 0
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
PER S9B THEY ARE GOING TO STARTING OPENING UP MARCONI
CNTY CAR 312 CAR ON THE SIDEWALK AT BROAD/HIGH EB OS OF
HIGH MAROON CAR
9040E IS WATCHING IT
***MARCONI IS OPEN BACK UP ***********
Duplicate Event:Location = 75 E STATE ST CBUS FRA: @SHERATON
SUITES, Cross

Street 1 = S PEARL ST, Cross Street 2 = S 3RD ST, Type = 16 - DISTURBANCE,
Caller Ph Number = (317) 667-2076, Caller Address = 175 S 3RD ST - E Sector
COLUMBUS S, Call Source = ANI/ALI, Alarm Level = 0
SPECIAL ADDRESS COMMENT:
*** AED ON SITE *** REFER TO SS FOR LOCATIONS 10/16/14
GRAY COLORED CAR DRIVING VERY SLOWLY IN CIRCLES IFO THIS HOTEL
End of Duplicate Event data
168B ENR TO HQ WITH A C3
CORRECTION IT WAS 9041E
94B IS BEING FLAGGED DOWN WATERFORD TOWER
33 RUN WITH THE AR IN TRUNK 516 IS IN A BLUE MINI VAN
Alarm Timer Extended: 0
Preempt:CAD AUTOMATIC PREEMPT
***105B CHECKING 75 E STATE ***** CHOPPER IS CHECKING IT OUT TOO
415 ASKED FOR A WAGON
CHOPPER ISNT SEEING A GREY CAR
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Preempt:CAD AUTOMATIC PREEMPT
Alarm Timer Extended: 0
Preempt:CAD AUTOMATIC PREEMPT
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Preempt:CAD AUTOMATIC PREEMPT
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
162C ** TRASH CAN ON FIRE ON E LONG/ EO PEARL ** ACROSS FROM XO **
162C **PUT OUT THE FIRE /. BUT THE TRASH CAN INSERT IS MELTED
** LOI search completed at 05/29/20 04:03:45
9142E -- CHANGED LOCATION TO @RECE
CHOPPER IS GOING BACK TO THE HELIPORT
CNTY CARS GOING TO CLEAR HIGH STREET
606X IS STANGING BY
CAMPUS WALKING CREW AT HIGH/TOWN
Alarm Timer Extended: 0
606X 639 BROAD/HIGH 644 GAY/HIGH 647 STATE/HIGH
STREET CLEANERS ARE OUT HERE
S94E AND CREW ARE STILL DOWNTOWN AND CLEANED UP THE POLICE MEMORIAL
Preempt:CAD AUTOMATIC PREEMPT
Preempt:CAD AUTOMATIC PREEMPT
FOR NOW THE FREEWAY CARS ARE GOING TO PATROL HIGH AND 3RD FOR THE NEXT HOUR
UNTIL LATE C CO CARS CLEAR UP AND HEAD BACK DOWNTOWN
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5

Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5

Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
Preempt:TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
** Event P200384236 transferred from CPD/CPDT2 to CPD/CPDZ5 as
P200384236 at
05/29/20 04:18:21
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5

TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
TREV to CPD/CPDZ5
** LOI search completed at 05/29/20 04:19:11
S75 -- CHANGED LOCATION TO GAY/FRONT
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
606X -- CLEANERS *** STILL ON HIGH STREET **
606X -- PER L5 ** XWAY CARS STILL OUT DRIVING AROUND TIL
16PCT
CARS BACK DOWN TOWN
78B -- CHANGED LOCATION TO @HQ:ID
CALLER CALLED IN DOING A DELIVERY AT 149 S HIGH STREET
SAYING IT LOOKED SOMEONE
HAS THROWN A CHAIR THROUGH THE WINDOW. ADV CALLER OF
THE SITUATION LAST NIGHT
Preempt:CAD AUTOMATIC PREEMPT
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0

Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Preempt:CAD AUTOMATIC PREEMPT
78B -- CHANGED LOCATION TO @JAIL
PER 415 / ALL MW HAVE BEEN RELEASED
PER L5B ** WALKIE UNITS AND CRT UNITS RELEASED
Alarm Timer Extended: 0
Alarm Timer Extended: 0
70A ** WILL BE DOWN TOWN THRU CHANGE OVER ** PATROLLING

| X-Street 2 | E BROAD ST | Case Numbers | Disp Codes | |
|---|---|---|---|---|
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |
| | | | | 2 |
| | | | | 4 |
| | | | | 2 |
| | | | | 2V |
| | | | | 4 |
| | | | | 2V |
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |
| | | | | 2V |
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |
| | | | | 4 |

Date        5/28/2020

2
4
2V
2V
2V
4
4
4
2
3
4
2V
2
4
2V
4
4
4
2V
4
4
2v
4
4
4
4
4
4
2
4
4
4
4V
4
4
4
2V
4
4
4
4
4
4
4
3
4
4
4
2
4
4
2
4
2
4

Event Type    16 -- DISTURBANCE [ default ]

4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
4
3V
4
4

Building

County    FRA       Duplicate Events

State

Apt Type      Apt #

| Agency | P | Esz | Area | DGroup | Add | Dispatch | Arrive | Close | Cls ID | Cls Term | Event | Comments | Prim Unit | Situation |
|--------|---|-----|------|--------|-----|----------|--------|-------|--------|----------|-------|----------|-----------|-----------|
| CPD | 3 | 91601 | 160 | CPDZ5 | 7:55:41 PM | 7:56:49 PM | 4:18:21 AM | 11:53:27 AM | 2005007 | fd032 | P200384236 | | 339 | |

Chronology | Supplemental | Location Choices