# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TAMARA K. ALSAADA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF COLUMBUS, et al., <br><br> Defendants. | Case No. 2:20-cv-3431 <br><br> Chief Judge Algenon L. Marbley <br><br> Magistrate Kimberly A. Jolson <br><br> **STIPULATED VOLUNTARY DISMISSAL OF DEFENDANT FRANKLIN LUCCI WITHOUT PREJUDICE** |

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs voluntarily dismiss any claims brought against Defendant Franklin Lucci without prejudice. The parties have stipulated to Plaintiffs' voluntary dismissal of Lucci.

Respectfully submitted,

/s/ Westley M. Phillips
Westley M. Phillips (0077728) – Lead
Alana V. Tanoury (0092265)
Janet R. Hill Arbogast (0061955)
Stephen J. Steinberg (0067506)
Andria C. Noble (0086365)
Michael R. Halloran (0086368)
City of Columbus, Department of Law
77 North Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
avtanoury@columbus.gov
wmphillips@columbus.gov
jrhillarbogast@columbus.gov
sjsteinberg@columbus.gov
acnoble@columbus.gov
mrhalloran@columbus.gov

Attorneys for Defendants

/s/ John S. Marshall
John S. Marshall (0015160)
(jmarshall@marshallforman.com)
Edward R. Forman (0076651)
(eforman@marshallforman.com)
Madeline J. Rettig (0098816)
(mrettig@marshallforman.com)
Helen M. Robinson (0097070)
(hrobinson@marshallforman.com)
Samuel M. Schlein (0092194)
(sschlein@marshallforman.com)
MARSHALL & FORMAN LLC
250 Civic Center Dr., Suite 480
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780

Frederick M. Gittes (0031444)
fgittes@gitteslaw.com
Jeffrey P. Vardaro (0081819)
jvardaro@gitteslaw.com

The Gittes Law Group
723 Oak St.
Columbus, OH 43205
Phone: (614) 222-4735
Fax: (614) 221-9655

**OF COUNSEL:**
Louis A. Jacobs (002101)
(*LAJOhio@aol.com*)
177 19th St., Apt. 9C
Oakland, CA 94612
(614) 203-1255
Fax (614) 463-9780

Sean L. Walton (0088401)
Chanda L. Brown (0081076)
Walton + Brown, LLP
395 E. Broad Street, Suite 200
Columbus, Ohio 43215
T: (614) 636-3476
F: (614) 636-3453
swalton@waltonbrownlaw.com
cbrown@waltonbrownlaw.com

James D. McNamara (0002461)
88 E. Broad Street, Suite 1350
Columbus, OH 43215
(614) 464-2770
psilbach@yahoo.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 10, 2021 I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ John S. Marshall  
John S. Marshall (0015160)
