IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TAMARA K ALSAADA, et al.,

    Plaintiffs,

v.                                              Civil Action 2:20-cv-3431
                                               Chief Judge Algenon L. Marbley
                                               Magistrate Judge Jolson

CITY OF COLUMBUS, et al.,

    Defendants.

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay (Doc. 77). The parties represent that they are engaged in settlement negotiations and should know within roughly thirty (30) days whether a global settlement is likely. (*Id*. at 1). For good cause shown, the parties' Joint Motion to Stay (Doc. 77) is **GRANTED in part and DENIED in part**. This matter, including discovery and all case deadlines, is **STAYED for forty-five (45) days**. While the parties propose that, during the pendency of the stay, any party may file a notice with the Court automatically lifting the stay, the Court finds that the most efficient course of action is for the parties to file a joint status report within thirty (30) days of the date of this Order. In that status report, the parties shall update the Court on the progress of settlement negotiations, including whether a brief extension of the stay is necessary. Should the parties report that settlement efforts have failed, the Court will lift the stay at that time.

    IT IS SO ORDERED.

Date: June 28, 2021                                                        /s/ Kimberly A. Jolson
                                                                              KIMBERLY A. JOLSON
                                                                              UNITED STATES MAGISTRATE JUDGE