### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| TAMARA K. ALSAADA, *et al.* : | |
| : | Civil Action No. 2:20-cv-3431 |
| Plaintiffs, : | |
| : | CHIEF JUDGE MARBLEY |
| v. : | |
| : | MAGISTRATE JUDGE JOLSON |
| THE CITY OF COLUMBUS, *et al.*, : | |
| : | |
| Defendants. : | |

### JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANTS, OTHER THAN THE FRATERNAL ORDER OF POLICE

Plaintiffs and Defendants, other than the Fraternal Order of Police, (referred to herein as the "parties"), hereby provide this joint status report to the Court regarding ongoing settlement negotiations. The parties have made significant progress in negotiating a permanent injunction and believe they are close to reaching an agreement. Additionally, the parties have agreed on a framework for negotiations regarding Plaintiffs' damages claims and have identified a special master. The parties continue to work diligently and in good faith to reach a global resolution of this matter. Accordingly, the parties jointly request an additional 60-day stay, at which time the parties would provide a status report to this Court and may request a further extension of the stay if needed.

Respectfully submitted,

/s/ Alana V. Tanoury
Alana V. Tanoury (0092265)
Westley M. Phillips (0077728) – Lead
Janet R. Hill Arbogast (0061955)
Stephen J. Steinberg (0067506)
Andria C. Noble (0086365)
Michael R. Halloran (0086368)
City of Columbus, Department of Law
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
avtanoury@columbus.gov
wmphillips@columbus.gov
jrhillarbogast@columbus.gov
sjsteinberg@columbus.gov
acnoble@columbus.gov
mrhalloran@columbus.gov

Attorneys for Defendants

/s/ John S. Marshall
John S. Marshall (0015160)
Edward R. Forman (0076651)
Madeline J. Rettig (0098816)
Helen M. Robinson (0097070)
Samuel M. Schlein (0092194)
Marshall & Forman LLC
250 Civic Center Drive, Suite 480
Columbus, Ohio 43215
jmarshall@marshallforman.com
eforman@marshallforman.com
mrettig@marshallforman.com
hrobinson@marshallforman.com
sschlein@marshallforman.com

Frederick M. Gittes (0031444)
Jeffrey P. Vardaro (0081819)
The Gittes Law Group
723 Oak Street
Columbus, Ohio 43205
(614) 222-4735 / (614) 221-9655 (fax)
fgittes@gitteslaw.com
jvardaro@gitteslaw.com

Sean L. Walton (0088401)
Chanda L. Brown (0081076)
Walton + Brown, LLP
395 E. Broad Street, Suite 200
Columbus, Ohio 43215
T: (614) 636-3476 / F: (614) 636-3453
swalton@waltonbrownlaw.com
cbrown@waltonbrownlaw.com

James D. McNamara (0002461)
88 E. Broad Street, Suite 1350
Columbus, Ohio 43215
(614) 464-2770
psilbach@yahoo.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed with the Court on this 28th day of July 2021 using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the court's filing system.

                                                    By: /s/ *Alana V. Tanoury*
                                                         Alana V. Tanoury (0092265)