# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TAMARA K. ALSAADA, *et al.*, | : |
| Plaintiffs, | : Case No. 2:20-cv-3431 |
| v. | : Chief Judge Algenon L. Marbley |
| CITY OF COLUMBUS, *et al.*, | : Magistrate Judge Kimberly A. Jolson |
| Defendants. | : |

## ORDER

During the last status conference, the parties represented to the Court that they have reached an agreement in principle to settle all matters in controversy between them. The Court has reviewed the terms of the settlement, including the proposed permanent injunction, and concurs with the same. However, pursuant to Section 335.012(A) of the Columbus Code of Ordinances, the settlement agreement cannot be approved by the City Attorney alone; it remains conditional upon authorization by the Columbus City Council.

If the settlement agreement is authorized by the City Council, parties are instructed to place their settlement documents on the Court's docket within fourteen (14) days of the vote. The Court then intends to give its approval and enter the permanent injunction as agreed. If the settlement agreement is not authorized by the City Council, parties shall file a joint notice to that effect. In the interim, this case remains stayed.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: December 3, 2021