United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

**TO:** Judge Watson, Chief Judge Marbley, Magistrate Judge Deavers, Magistrate Judge Jolson

**FROM:** Jodi L. Keener, Deputy Clerk

**DATE:** April 4, 2022

**SUBJECT:** Case Caption: Williams et al v. The City of Columbus

**CASE:** Case Number: Doc. 2:22-cv-01831 1

**DISTRICT JUDGE:** Judge Watson

File Date: 4/1/2022

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

**Case Caption:** Alsaada et al v. City of Columbus et al

**Case Number:** Doc. 2:20-cv-03431 1    **District Judge:** Marbley

**File Date:** 07/08/2020    **Magistrate Judge:** Jolson


**Related Case(s):**

**Case Caption:**

**Case Number:**    **District Judge:**

**File Date:**    **Magistrate Judge:**

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator __Jodi Keener__ as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge __Marbley__

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

Revised 7/19/2012